# EXHIBIT A

<u>PCB PRESENTATION</u>

<u>TO</u>

<u>CORPORATE DEVELOPMENT COMMITTEE</u>

I.   <u>INTRODUCTION</u>:

We are here today to acquaint you with the PCB (Aroclor)
pollution problem and to secure your guidance and approval
on a recommended plan of action.

The problem is Certain PCB's have recently been identified by various
scientists along with DDT in fish, birds, and other wildlife.

From the standpoint of reproduction, the PCB's are highly
toxic to birds.  In a few moments, Elmer Wheeler will describe
the problem in detail.

Our objective is to describe for you the basic problems,
the issues involved, review alternative courses of action,
and suggest an action plan program for your approval.

This is a serious matter, not only from the pollution viewpoint,
but also because of the $22 M worldwide <u>customer</u> business
involved with resultant gross profits of $10 M and a net
investment of approximately $9 M.  In addition, there could
be possible adverse legal and public relations problems leveled
against Monsanto.

Our Agenda will be as follows:

MONS  056730



PLAINTIFF'S
EXHIBIT
ALL-STATE LEGAL®
8D002

CV96-J-0440-E
DATE 04/02/01

PLFF EXHIBIT NO.   105

-2-

## PCB AGENDA REVIEW

I.    INTRODUCTION

II.   THE PROBLEM

- DEVELOPMENTS INCRIMINATING PCB's
- COMPLEXITY OF IDENTIFICATION
- NATURE OF
- SERIOUSNESS

III.  LAW DEPARTMENT VIEWPOINT AND RECOMMENDATIONS

IV.   EFFECT ON MONSANTO AND ALTERNATIVES

V.    FUNCTIONAL FLUID BUSINESS GROUP DISCUSSION

- MARKETS, USES
- SOURCES OF POLLUTION
- CUSTOMER EFFECT

VI.   PLASTICIZER BUSINESS GROUP DISCUSSION

- MARKETS, USES
- SOURCES OF POLLUTION

VII.  RECOMMENDED ACTION PLAN

VIII. SUMMARY

MONS  058731

-3-

By way of introduction, the Organic Division and the Medical
Department has been actively engaged for the last 18 months
in developing facts and knowledge on this subject by personal
visits to Universities and Industrial test laboratories, other
worldwide producers, and other industrial collaborators, as
well as keeping abreast of all literature and news sources
on the subject as well as funding a toxicological and analytical
test program in excess of $100 M.  We established an Ad Hoc
Committee of both Business Groups and Medical which recently
issued a report - much of which will be discussed today.  We
have learned a lot, but there is much yet to learn as you will
hear.

What are PCB's?   They are polychlorinated biphenyls - better
known to us as Aroclors.  The next slide will quickly re-
familiarize you with our Aroclor business.

MONS   058732

-4-

## MONSANTO WORLDWIDE AROCLOR BUSINESS

| | |
|---|---|
| POUNDS/YEAR | 104 M    (70 M in Functional Fluids<br>34 M in Plasticizers) |
| SALES/YEAR | $22 M    ($16 M in Functional Fluids<br>$ 6 M in Plasticizers) |
| GROSS PROFIT/YEAR | $10.0 M ($7.5 M in Functional Fluids<br>$2.5 M in Plasticizers) |
| GROSS INVESTMENT | $13 M    ($8.8 M net investment) |
| ROI | 10.5% |
| WORLDWIDE M/I | 62% |
| MONSANTO PRODUCTION LOCATIONS: | USA (2 plants, Anniston, Alabama<br>Sauget, Illinois) |
| | UK (Newport) |
| | JAPAN (Yokkaichi) |
| OTHER PRODUCERS: | Bayer, Prodelec, Caffaro, Flick,<br>Kanegahuchi, and several Eastern<br>European producers (all ex-USA)<br>ex UK |

MONS  058733

5

-5-

## THE AROCLOR PRODUCT LINE

| CHEMICAL NAME | TRADE NAME | NATURE OF MATERIAL |
|---|---|---|
| MONOCHLOROBIPHENYL | AROCLOR 1221 | THIN LIQUID |
| DICHLOROBIPHENYL | AROCLOR 1232 | |
| TRICHLOROBIPHENYL | AROCLOR 1242 | OILY LIQUID |
| TETRACHLOROBIPHENYL | AROCLOR 1248 | |
| PENTACHLOROBIPHENYL | AROCLOR 1254 | HEAVY MOLASSES |
| HEXACHLOROBIPHENYL | AROCLOR 1260 | THICK TAR |
| HEPTACHLOROBIPHENYL | AROCLOR 1262 | |
| OCTACHLOROBIPHENYL | AROCLOR 1268 | |
| DECACHLOROBIPHENYL | AROCLOR 1270 | SOLID |
| TERPHENYLS | SANTOWAX | |
| CHLORINATED TERPHENYL | AROCLOR 5460 | SOLID |

MONS 058734

5.

-6-

There are theoretically 210 different isomers of chlorinated biphenyls.

Monsanto entered the Aroclor market in 1930 by acquiring Swan Chemical Company. The first load of Aroclor went out of Anniston, Alabama to General Electric in 1931. Since then, the market has grown to one of Monsanto's most profitable franchises. This franchise is now being threatened by *not by competition* recently found pollution problems which Elmer Wheeler will now discuss.

  II. The Problem (Wheeler) - see attached Appendix A

  III. Law Department Viewpoint and Recommendations (French)

IV. <u>Effect on Monsanto and Our Alternative Courses of Action</u>
As discussed, Aroclors 1254 and 1260 -- the 5 and 6 Cl ringed biphenyls are the ones most seriously involved in the pollution problem. Both Plasticizers and Fluids Groups are involved as shown:

MONS   058735

-9-

## AROCLOR SALES
### (M POUNDS)

|                        | FLUIDS | PLASTICIZERS | TOTAL |
|------------------------|--------|--------------|-------|
| AROCLOR 1254           | 1.45   | 5.4          | 6.85  |
| AROCLOR 1260 & ABOVE   | 3.7    | 1.7          | 5.4   |
|                        | 5.15   | 7.1          | 12.25 |

MONS   058736

S

-9-

We considered 4 alternative courses of action:


(Slide)


Alternative 1:  Do nothing was considered unacceptable from a legal, moral, and customer & public relations & company policy viewpoint.  This is also the quickest route to being forced out of business.


Alternative 2:  Go out of total Aroclor business was considered unacceptable from a Divisional viewpoint, but from a Corporate viewpoint may be necessary.  ~~Only you can make that decision.~~ All Aroclor products are not serious pollutants - many degrade; there is too much customer/market need and selfishly too much Monsanto profit to go out.  To go out would require a write off of Aroclor net investment of \$7 M (10¢/share) or if biphenyl included \$8.8 M (12¢/share).  In addition, inventory disposition, continuing cost of utilities, and back-up capital and serious manpower & resources reallocation at Anniston.


Alternative 3:  Go out of Aroclor 1254 and 1260.  This was seriously considered and may eventually occur by our actions and customer actions, nevertheless, we feel that segments of this business are defensible or are so "confined" in use that specific plans of action are called for this portion.  Our reasons for eliminating this alternative will become clearer as we outline our action plans.

MONS  058737

-10-

## ALTERNATIVE COURSES OF ACTION

1. DO NOTHING - JUST REACT TO LEGISLATION AND EMOTION.

2. GO OUT OF TOTAL AROCLOR BUSINESS.

3. GO OUT OF AROCLOR 1254 AND 1260 PRODUCTION

4. DEVELOP SPECIFIC ACTION PLANS "TAILORED" TO EACH BUSINESS GROUP AND EACH CUSTOMER/MARKET SITUATION TO "CLEAN UP" THE MESS.

MONS   058738

-10-

Alternative 4:  Develop specific action plans tailored to each
Business Group and each customer/market situation, - was the
alternative selected at this point of time and based on our
knowledge from a Divisional viewpoint as making Monsanto act
in the most positive, responsible way to society and our
customers, as well as our interests.

However, because of the magnitude and seriousness of this
problem and its total implications for Corporate Monsanto,
*your guidance and approval is needed.*
~~the final decision on this matter must be made by the CMC.~~

V.   Functional Fluids Business Group Discussion:
Aroclors are used widely in 3 of our 4 market areas in the
Fluids Group:

MONS  Q58739

-12-

### FLUIDS USE OF AROCLORS
### BY MARKET AREA

| AROCLOR PRODUCT | DOMESTIC MARKET AREA | | | |
| --- | --- | --- | --- | --- |
| | INDUSTRIAL | HEAT TRANSFER | ELECTRICAL | TOTAL |
| 1242 | 4.1 | 1.1 | 36 | 41.2 |
| 1248 | 1.2 | 1.0 | - | 2.2 |
| 1254 | - | 0.1 | 0.8 | 0.9 |
| 1260 & Above | 0.6 | - | 3.5 | 4.1 |
| | 5.9 | 2.2 | 40.3 | 48.4 |

MONS   058740

S

-13-

## SOURCES OF FLUIDS POLLUTION

| APPLICATION | INTENSITY OF POLLUTION | |
|---|---|---|
| INDUSTRIAL FLUIDS | GREATEST | (DIRECT) |
| DIELECTRICS | | (INDIRECT CONTAINED) |
| HEAT TRANSFER | | (INDIRECT CONTAINED) |
| PRODUCING PLANTS | LEAST | (DIRECT) |

MONS   058741

S

-13-

## FLUIDS CUSTOMER ALTERNATIVES

| AREA OF APPLICATION | PRODUCT OF CHOICE | CUSTOMER OPTIONS |
|---|---|---|
| Industrial Fluids | Pydraul 312/F-9/ A-200/Phosphate Esters/ Water Glycol | Customer could get along without us, but Pydraul 312 favored. $H_2O$ Glycol has some pollution problems. Phosphate ester route ok at present. |
| Transformer | Air/Oil/Aroclor/Gas | Could drop Aroclor at sacrifice of safety, cost or size of equipment or noise level. |
| Capacitors | Aroclors | No immediate replacement available. Longer term - oil at expense of size and cost of efficiency and redesign of equipment. |
| Heat Transfer | Therminol | No option for FR liquid market. Other system possibility. |
| | Oil/Dowtherm/T66 T55 T77 T68 | Liquid systems favored. T66 and T55 increasing rapidly in use. Oil also a pollution problem. |

MONS  058742

*S*

-14-

Customer Choices & Alternatives & Penalties:

Summarizing, some of our customers have no immediate alternative,
some could change only at sacrifices of safety, or cost or
various technical factors.  Only in the Industrial field
could the customer make an immediate conversion.


PCB Threat to Functional Fluids Business and Profit:

MONS   058743

-16-

## FLUIDS BUSINESS THREATENED

### (1970 BUDGET)

| PROBLEM | SALES | GROSS PROFIT |
|---|---|---|
| 1. Confined to A-1254/ 1260 only. | $ 3.0 M | $1.36 M |
| 2. Spreads to A-1242 and 1248 | | |
| First to: a) Industrial Fluids | $ 4.0 M | $1.6 M |
| Then to: b) Dielectric Fluids | $ 8.0 M | $3.8 M |
| Then to: c) Heat Transfer | $ 1.0 M | $ .6 M |
| | $16.0 M | $7.36 M |

— Turn over to Jim Springer

MONS   058744

S

VI.  PLASTICIZERS
(WORLD-WIDE)

| | ALL AROCLORS | AROCLOR 1254/1260 TYPE |
|---|---|---|
| 1969 SALES, DOLLARS | $ 6.0 M | $1.7 M  (28%) |
| POUNDS | 34.0 M | 9.5 M  (28%) |
| GROSS PROFIT | $ 2.5 M | $0.8 M  (32%) |

MONS  058745

-16-

COMMENTS:  DISTINCTIONS FROM F.P.

1.  Large number of direct U.S. customers - 570.

2.  Customers are small:  23 direct customers - 47% A-1254/1260 sales.

3.  50% domestic A-1254/1260 sales through distributors - difficult to police.

MONS   058746

*17*

| MARKETS | 1968 SALES | MAJOR AROCLOR USED |
|---|---|---|
| Carbonless Carbon Paper | 8.8 M lb. | Aroclor 1242 |
| Hot Melt Adhesives | 5.7 M lb. | Aroclor 5460 |
| Swimming Pool Paints | 1.7 M lb. | Aroclor 1254) Aroclor 5460) |
| Protective Coatings | 5.3 M lb. | Aroclor 1254) Aroclor 5460) |
| Emulsion Adhesives | 1.5 M lb. | Aroclor 1254) Aroclor 1260) |
| Sealants | 3.0 M lb. | Aroclor 1254) Aroclor 1254) |
| Wax Modification | 2.0 M lb. | Aroclor 1254) Aroclor 5460) |
| Miscellaneous | 5.0 M lb. | Aroclor 1254) Aroclor 1254) |

COMMENTS:   1. One major customer (85% of Aroclor 1242 sold .

2. Most of domestic Aroclors sold through distributors.

MONS 058747

## POSSIBLE CONTAMINATION SOURCES

## (PLASTICIZERS)

| DEGREE OF CONTAMINATION | MARKET | APPLICATION | SOURCE | IS A-1254 /1260 USED? |
|---|---|---|---|---|
| Most | Coatings | Marine Paints) Water tank --→ linings ) | Leaching | Yes |
| | Coatings | Swimming Pool Paints | Leaching | Yes |
| | Carbonless Carbon Paper | " | Vaporization | No |
| | Wax Modification | " | Vaporization | Yes |
| | Emulsion Adhesives | " | Contact with product via packaging. In-cineration. | Yes |
| | Hot Melt Adhesives | " | Contact with product via packaging. In-cineration. | No |
| Least | Sealants | Automotive Construction Joint sealants | Long-term leaching | Yes |

COMMENTS: 1. Unlike fluids, Aroclor plasticizers are combined into plastics to produce the final product - therefore, far less mobile.

2. Problems such as wastes from our manufacturing plants, customers plants and leasing of drums common to both groups.

3. Exterior protective coatings are not considered a high product source.

4. Vaporization of Aroclors during plant processing or the product. Rain will wash vapors back to earth.

MONS  058748

19

## PLASTICIZER BUSINESS THREATENED

| PROBLEM | SALES RETAINED* | $ G.P. RETAINED (LOSS) |
|---|---|---|
| 1. Confined to A-1254/1260 type only. | $4.3 M | $1.7 M  (-$0.8 M) |
| 2. Spreads to all chlorinated biphenyls. | $2.0 | $0.6 M  (-$1.9 M) |
| 3. Spreads to all PCB's and all chlorinated terphenyls | 0.0 | 0.0   (-$2.5 M) |

*Based on 965 prospects.

COMMENTS   Plasticizers sell Aroclor 1262/4465 which are very close to A-1254/1260 and these have been included in A-1254/1260.

MONS  058749

-18- 20

## RECOMMENDED ACTION PLAN

THE JOINT ACTION PLAN DEVELOPED BY THE FUNCTIONAL FLUIDS
AND PLASTICIZER BUSINESS GROUPS, AND THE MEDICAL AND LAW
DEPARTMENTS IS AS FOLLOWS:

1.  Appoint a Project Manager - responsible for the
    overall management of the Aroclor pollution
    problem.  He would be assisted by a Task Force
    from members of each Business Group plus Medical,
    Law, Engineering and Manufacturing.

2.  Notify all Aroclor customers of PCB problem and
    relabel containers - within 60 days.

3.  Clean up Monsanto plants' effluents within 12 months.

4.  Develop and implement new packaging systems for
    Aroclor 1254/1260 - within 6 months.

5.  Educate customers on need for clean-up at their
    plants - within 4 months.

6.  Introduce to market, replacement products for
    Aroclor 1254/1260 - beginning 1/1/70 (Fluids),
    4/1/70 (Plasticizers).

MONS  058750

S

-4-
21

## RECOMMENDED ACTION PLAN

7.  Continue and expand biodegradation test program with
    Aroclor series, particularly 1242, 1248 and 1254.

8.  Continue toxicological test program.

9.  Accelerate present analytical test program.

10. Determine feasibility and cost of eliminating 5/6
    $Cl_2$ in Aroclors 1242 and 1248.  (3/70)

11. Study incineration products.  (3/70)

12. Develop business plan to offer:

    Monsanto Fluid Reclamation and Recovery
    with Enviro Chem (4/70). (Reclamation
    already underway at Findett.)

MONS 058751

S

#22

## WHAT COULD WE EXPECT FROM THIS PROGRAM?

Through this action program, Monsanto would expect to:

1.  Retain or convert a good portion of our business and profits:

    | PROBLEMS | CONVERT OR RETAIN | $M SALES OUT OF PRESENT | ODDS OF SUCCESS |
    |---|---|---|---|
    | a. Confined to A-1254/1260. | $20.3 M | $22 M | 70% |
    | b. Spreads to A-1248 and 1242. | $10 M | $22 M | 60% |

2.  Gain further valuable knowledge and time to:

    a.  Learn more facts.

    b.  Protect our position.

    c.  Make further decisions regarding our program.

    d.  Contribute to overall pollution knowledge.

3.  Clean-up the major contributing PCB pollution factors.

4.  Minimize customer complaints and hardships.

MONS 058752

## The Program Would:

1.   Cost some money.

    Est. SARE   - $400-500 M

    Est. Capital - $700 M

                     $1.1 M - 1.2 M

2.   Expose us to continued adverse publicity and possible law
     suits.

3.   Cause some customer discontent - but much less than an
     abrupt termination of production.

MONS   058753

# EXHIBIT B

October 11, 1937.

"Experimental work in animals shows that prolonged exposure to Aroclor vapors evolved at high temperatures or by repeated oral ingestion will lead to systemic toxic effects.

Repeated bodily contact with the liquid Aroclors may lead to an acne-form skin eruption.

Suitable draft ventilation to control the vapors evolved at elevated temperatures, as well as protection by suitable garments from extensive bodily contact with the liquid Aroclors, should prevent any untoward effect."

In talking with Dr. Kelly before these three paragraphs were written, we agreed that they might as well be phrased so that they could be used not only in the Aroclor booklet, but quoted in correspondence as that may be necessary.

L.A. Watt



PLAINTIFF'S
EXHIBIT

ALL-STATE LEGAL

4A004

MONS 061332

Attachment 3-2

3.2

CV96-J-0440-E
DATE 04/02/01

PLFF EXHIBIT NO. 877

# EXHIBIT C

<u>COPY</u>          Dr. D.V.N. Hardy
                   Dr. H.R. Newman.

<u>Monsanto Chemical Company</u>

St. Louis, Missouri

September 20, 1955

Dr. J.W. Barrett          Your memo September 8 to Mr. Nason

London                    AROCLOR TOXICITY


Howard Nason has given me your memo of September 8.    I
will be happy to discuss this with Dr. Newman during his
visit here.    I think, however, there are several points
that I can answer you now.

You comment upon the difference in toxicity between Aroclor
1254 and 1242.    This is not particularly surprising because
in the earlier work it was found that toxicity increased
with chlorination.    Of course, from the standpoint of vol-
atility in the case of inhalation or absorption from the
gut from the point of view of ingestion are important.
Frankly, there was not too great a difference between the
two compounds, however.    As you know, the maximum allowable
concentrate is 0.1 ml/cubic meter in the case of 1254, and
as high as 10.0 mgm in the case of 1268.    I think the former
is too low and the latter is too high.    In this country they
don't use the MACs very routinely, but certainly in England
I think it would be alright to consider 0.2 mgm/cubic meter
as perfectly safe.

I don't know how you would get any particular advantage in
doing more work.    What is it that you want to prove?    I
believe your work should be directed towards finding out
what the concentrations are of Aroclor during different
operations whether it is industrial or painting.    The re-
ports you have seen from Kettering Laboratory are the re-
sult of approximately $15,000 to $20,000 expenditure by
MCC.

MCC's position can be summarized in this fashion.    We know
Aroclors are toxic but the actual limit has not been pre-
cisely defined.    It does not make too much difference, it
seems to me, because our main worry is what will happen if
an individual developes any type of liver disease and gives
a history of Aroclor exposure.    I am sure the juries would
not pay a great deal of attention to MACs.

PLAINTIFF'S
EXHIBIT

4A02

COPY

Page 2    September 20, 1955    AROCLOR TOXICITY

We, therefore, review every new Aroclor use from this point
of view.   If it is an industrial application where we can
get air concentrations and have some reasonable expectation
that the air concentrations will stay the same, we are much
more liberal in the use of Aroclor.   If, however, it is
distributed to householders where it can be used in almost
any shape and form and we are never able to know how much
of the concentration they are exposed to, we are much more
strict.   No amount of toxicity testing will obviate this
last dilemma and therefore I do not believe any more test-
ing would be justified.

Let's see what our discussions with Dr. Newman and yourself
bring out.


                                    R. Emmet Kelly, M.D.

        REK:k


MONS  095197

# EXHIBIT D

From **MONSANTO CHEMICAL COMPANY**

cc Mr. J. Cresce -Krumm. Plt
Mr. E. W. Lieben -" "
Mr. R. M. Webber -" "

At   St. Louis

CONFIDENTIAL   Date   November 14, 1955

To   Mr. H. B. Patrick   Reference

At   Krummrich Plant   Subject   DEPARTMENT 246 (AROCLORS)

It is the opinion of the Medical Department that the eating of lunches should not be allowed in this department for a number of reasons.

(1) Aroclor vapors and other process vapors could contaminate the lunches unless they were properly protected.

(2) When working with this material, the chance of contaminating hands and subsequently contaminating the food is a definite possiblity.

(3) It has long been the opinion of the Medical Department that eating in process departments is a potentially hazardous procedure that could lead to serious difficulties. While the Aroclors are not particularly hazardous from our own experience, this is a difficult problem to define because early literature work claimed that chlorinated biphenyls were quite toxic materials by ingestion or inhalation. In any case where a workman claimed physical harm from any contaminated food, it would be extremely difficult on the basis of past literature reports to counter such claims.

Jack T. Garrett

Jack T. Garrett

JTG:SMB

PLAINTIFF'S
EXHIBIT
4403

# EXHIBIT E

Messrs.:
O. R. Buchanan - Robts.
D. E. Hatton   - M.O.
F. H. Langenfeld-Robts.
H. S. Litzinger-Robts.
O. R. Sido-Washington,D.

St. Louis, Missouri

January 21, 1957

Mr. H. I. Armstrong

Roberts Building                    PYDRAUL 150

Dr. Treon and I spent an afternoon with the Navy people to discuss Pydraul 150. Those present were Captain Shone, Captain Alvis, Captain Sessions, Commander Siegel and Mr. Mickey Albert. They discussed their information concerning Pydraul 150 which was obtained at the Naval Institute of Medical Research. While reports were not available, they had the following general data:

Skin applications of Pydraul 150 caused death in all of the rabbits tested. (The amount administered was not given.) A like amount of Cellulube 220 did not cause any deaths.

The inhalation of 10 milligrams of Pydraul 150 per cubic meter or approximately 2 tenths of a part of the Arochlor component per million for 24 hours a day for 50 days caused, statistically, definite liver damage. No matter how we discussed the situation, it was impossible to change their thinking that Pydraul 150 is just too toxic for use in a submarine. It may be that such concentrations would never be reached in the submarine but the Navy does not appear willing to even put the material in a trial run to see if it will work.

It would appear, therefore, that we should discontinue to sell Pydraul 150 for this particular application and try to develop a hydraulic fluid without Arochlor as one of its components. In this connection, Cellulube 220 is not used in a submarine but it was used in this test merely as a yardstick.

The Navy said they did not have any competitive fluid far enough along engineering-wise to even consider the toxicity of it.

R. Emmet Kelly, M.D.

REK:BKD

MONS  095640



PLAINTIFF'S EXHIBIT
ALL-STATE LEGAL

57

# EXHIBIT F



bcc: R. E. Keller – QUEENY

February 27, 1967

Dr. M. J. Thomas
Research Division
Building No. 33
National Cash Register
Dayton 9, Ohio

Dear Dr. Thomas:

Attached is a photostat of the original paper of
Dr. Jensen in Sweden, relating to polychlorinated
biphenyls. I will be happy to have your ideas after
you read it.

As far as the section on toxicology is concerned, it
is true that chloracne and liver trouble can result
from large doses. Whether or not this is at all relevant
to small quantities existing in human fat is, of course,
an entirely different question.

At any rate, I believe before we worry about the
toxicological part of the problem, we should settle
the analytical part.

Sincerely,


R. Emmet Kelly, M. D.
Medical Director

REK/ln
att.

0111852

GNCR 0000013

Mr Chairman, Ladies and gentlemen,
In honor to our Brittish host I will try to hold this lecture in English.

As the title of this lecture states, I am today going to tell about the discovery of some hitherto unobserved chlorinated hydrocarbons having up to eight chlorine in the molecule and found in residue analysis. The chemical name of polychlorinated bifenyls ( In the following called PCB). To get familiar with PCB I will start with the chemistry and toxicologi.

Chemistry

Th

The main characteristic of PCB is 1. Their very high stability. As an example they can be boiled with nitrin acid without being destroyed. 2. They are hardly metabolized in living organism. 3. if more than 4 chlorine are present they are non inflammable. It is clear that these three characteristics does it easy to understand that when they have entered the living organism the will have a low persistence . But it is difficult to explain how they find their way into the living organism. One thing seems to be clear, they don't come from agricultural use, but from a technical one and most probable it comes to the nature via wastes that are tried to be burnt up, because then we have them at once in the air, because of their non inflammability.

Toxicologi

The PCB were introduced in 1929 and as early as 1936 Jones and Alden reported that 23 out of 24 men employed in manufacturing of PCB suffered from an acne form eruption of the skin. Acne did not appear until 6 to 8 months after the material was first used. In 1937 Drinker reported that rats exposed to chlorinated biphenyls in concentration of approximately 1 mg/m$^3$ for 16 hours a day for 6 weeks showld damage of the liver. After that time the allowed concentration of PCB in air is 0,5 mg/m$^3$. (For DDt the same value is 0.5 - 1 mg/m$^3$). The same authors finished their experiments in 1938, and related that these compounds have an injourious effect, manifested solely in the liver. Chlorinated biphnyls appeared to be the most injourious chlorinated compounds of all tested.

GNCR 0000014

Greenburg, Mayer and Smith 1939 reported that PCB and polychlorinated
naphthalenes are blamed for the death of three young workers, and that
pregnant women and persons who have at any time had any liver diseases
are particularly suspectible.

Wadel, Mallor and Benton gave 1942 animals PCB including administration
by inhalation, ingestion and skin absorbtion. Histological examination
of the viscera showed important toxic effect only in the skin and liver,
and the degeneration effects in the liver are essentially the same what-
ever was the method for the administration. Paribok (1955) found as an
occupational poison in the electrical industry, mixed tetra and penta
chlorobiphenyl causes folliculitis, comedo, pyodermia and other skin
affections, and that its principal toxic effect is fatty degeneration
of the liver.

Miller (1944) injected 69 mg PCB (4 and 5 chlorine) subcontaneously in
32 guinea pigs. Eight to ten days after injection, fat droplets were
noted in the liver cells, and after 16 days they were present in moderate
or very large numbers. Rabbits and rats were also tested in this investi-
gation, as well as the PCB was administrated both continously, subcontin-
ously or ingested in the food. In the feeding experiment 8 guinea pigs
received 2 doses of 69 mg of the chlorinated biphenyl 1 week apart.
Death occurred in 11 to 29 days.

Finally Mo Laughlin 1964 reported a method to test the chemical toxicity
and teratogenic effect by injection into the yolk sac of fertile eggs
prior to incubation. PCB was found between the eight compounds among
100 tested having the highest order of toxicity. No hatch was found at a
level of 25 mg p² egg. At a level of 10 mg per egg, one chick hatched
out of 20 injected eggs, but died 2 days later. Some embryos which were
examined after they died, showed weak deformities (often a short upper brak)
and growth retardation. Lead acetate resulted as an example in no hatch
at a level of 1 mg per egg. Autopsy of the dead embryos have showed exten
sive brain damage. Mercuric chloride showed no hatch even at a level of
0.5 mg per egg.

As the analytical chemistry is a pronounced service science I have been
in contact with many scientists from other fields during the work with
residue analysis, and I have always found this contact very stimulating
for my own work. This co-operation often demands that we are talking the
same scientific language. Because of this need I will today try to give
a lecture in low level analytical chemistry for biologists, illustrated
by the residue analysis of polychlorinated biphenyls.

The lecture will be divided in the following three sub-divisions:

GNCR 0000015

JDGFOX00000039

1. Chemistry of PCB and their toxicology.
2. Analytical methods for residue analysis and proof of structures.
3. Behaviour of PCB in nature, differencies in metabolising rate of the PCB components, potensation in an ecological serie, concentration levels and examples of samples which have been proved to contain PCB.

A residue analysis can be divided in:
   1. Extraction of the pesticides from the biological material, followed by a careful cleaning-up to take away interferring substances, most often fats.
   2. Identification analysis by mean of gas chromatography, Thin-layer chromatography and mass spectrometry.
   3. Quantitative analysis.

At an ecological laboratory in Riksmuséet in Stockholm 1-2 g of a sample is cut out of the biological material and transferred into a weighed and carefully cleaned test tube, and stored at -20° until analysis. Smaller samples have been used, min. 5 mg of body fat, and with dry materials such as hair, feathers, pine needles 100 mg are sufficient to reach the desired 10 mg/g level in residue analysis. In cases of water proofs 1 l. is used for reaching the 10 μg/g. level.

**B.1(homog)** In order to facilitate complete extraction of the fatty materials from the biological sample, the double amount of finely powdered anhydrous magnesium sulphate is added to the sampling tube, and the whole is homogenised with an insertable homogeniser. The resulting powder is transferred into a special Soxhlet extractor. After 4 hours of extraction the solvent is evaporated, leaving the fat in a small weighed test tube at the bottom

**(Sox.-tube)** of the extractor. This fat is dissolved in methylene chloride in such a way that 100 ul (0,1 ml) contain 20 mg of fat.

The 100 ul solution is now transferred to a little object glass, 3 x 7 cm, covered with a silicagel layer 1 mm thick, in order to form a line 0,7 cm from one end of the slide. Inserting this thin-layer plate into a vessel the bottom of which is covered by a few mm of methylene chloride, the solvent will be sucked up in the dry layer of silicagel, and at least reach the upper end of the plate. The fact is that the fat has a greater affinity to the powder on the plate than the chlorinated hydrocarbons have. — and we get a separation. The fat being more polar than the chlorinated hydrocarbons will never go longer than 2 cm before the

0281422

GNCR 0000016

ELUTION
tube

solvent reaches the upper part of the glass.

The front of the fat appears quite visible against a lamp, and with the aid of a razor blade the zone above the fat is transferred to the elution tube and the chlorinated biocides absorbed on the powder can now be eluted by one ml of ether. The concentration is sufficient for detection of the chlorinated hydrocarbons down to the $10^{-12}$ g level.

5 ge

The next step in the analytical procedure concerns the separation of the different chlorinated hydrocarbons that the sample may contain. As a matter of fact, this is a troublesome task. It is easy to estimate what is not present, but more difficult to say exactly one is present. We suffer from the negative demonstration, as will be shown later.

At first a few words about the separation of the components present in the sample, and their visualisation.

6 ge

The separation is accomplished by mean of a gas chromatograph fitted to a detector that transfers its impulse to a recorder.

The system is shortly described:

A spirally formed glass tube with an inner diameter of 2 mm and about 2 m in length is filled up by a support, covered with an thin layer of an oil. The tube is heated in the chromatograph to about 200°. Through the tube a stream of nitrogen continously follows. When about 10 ul (1/100 of 1 ml) of the purified sample is injected into the tube, the components of the sample will be evaporised and go forward through the column with the gas stream. As the constituents have different affinity to the column filling they will pass the column with different speed and it will take different time for then to reach the detector at the other end of the glass tube. If the temperature and the nitrogen flow are held constant this time, the retention time, has a specificvalue for a certain compound. This is true, but unfortunately it is also a fact that two components can have the same retention time. This is one of the bigger problems in gas chromatographic analysis of unknown samples, as will soon be obvious.

To make it possible to estimate the retention time it is necessary to visualise the chlorinated hydrocarbons. For that purpose more or less specific detectors are used. The detector most often used in pesticide analysis is the so called electron capture detector, which can detect down to one picogram ($= 10^{-12}$ g of lindan). Unfortunately this detector is not specific for chlorine, bu gives answer also for oxygencontaining compounds. The response here is much lower but can be counterbalanced if the consentration of the oxygen containing is much higher.

The principle for the electron capture detector is shortly:

At the end of the gas chromatographic tube is placed a little tube containing a foil made of titanium tritide. This is an-radiant. The b-

0281423

GNCR 0000017

particles are reacting with the nitrogen molecules coming from the column. Then we got       + $N_2$ ─── o⁻ + $N_2^+$. Over the detector we have a tension of 90 volt and by mean of the electrons we will get a constant electrical current over the detector. This standing current is transferred to a one-mV recorder as a constant baseline. When now a chlorinated hydrocarbon leaves the column this compound has a high affinity to the electrons and this means that the amount of electrons will diminish, and they will diminish proportionally to the amount of chlorine. The electrical current will also diminish and this is noted as a peak on the recorder. The area of the peak will be proportional to the amount of substance in the sample. By mean of a standard injection it is now possible to compare the retention time and the area of an unknown component with the retention time and area of the known standard. As said before this detector is not specific for chlorine but anyhow very useful, because of its high sensitivity. The system described has, as we have seen, two disadvantages:

1. Two different compounds can have the same retention time and be detected as one peak.

2. A registrated peak does not need to be chlorinated , because the detector is not specific.

If the sample is injected in two different columns with different chemical properties we have increased the chance for a good separation. If two compounds have the same retention time on one column they may not have it on another. When a result seems doubtful, — if the compound being responsible for a certain peak contains chlorine or not — it is possible to concentrate the sample and analyse it on a less sensitive detector such as the microcloumetric one, which is specific for chlorine. The compound is burned in a furnace and toh generated chlorine titrated directly.

As is seen from the two last mentioned possibilities it is anyhow possible to get a rather high degree of certainty in residue analysis, but it is a rather time-consumeing work.When using this method just described, we very often found that many chromatograms from residue analysis of most carefully purified samples still contain a large number of peaks. Many of those have retention times that do not agree with any known chlorinated pesticides, or their metabolites. This chromatogram can serve as an example. It was obtained by residue analysis of a sea-eagle found dead in the Archipelago of Stockholm. In the range of the known peaks, there are so many unidentified that there also must be an obvious risk of the known peaks to be covered by unknown ones.

If this remark is found true, the reported results of many previous expe-

GNCR 0000018

titative analysis must be brought into question. In the present investigation it is shown that most of the unknown peak of chromatograms at residue analysis of chlorinated pesticides are due to polychlorinated biphenyls.

I will show a chromatogram of human fat analysed on a so called SF 96 column, the most often used type in pesticide analyses. Early retention times were in agreement with DDE, DDTop and DDTpp. Next slide shows the same sample analysed on a QF-1 column. Now the former 2 DDT peaks have divided into 4 peaks, and two of them are still in agreement with DD2pp and op., the two new were unknown.

Logically, these unknown components were at first thought to be metabolites of the insecticides. Against that spoke that neither treatment nor concentrated sulfuric acid in other. This treatment made it rather sure that the compounds did not contain oxygen. In Sweden residues of organic mercury have been investigated rather intensively in the Swedish fauna. As these compounds give very high responses to the electron capture detector it was also investigated if the unknown peaks could have a mercuric origin.

It was found that the water-ecological series had high residues of both mercury (Westermark, Johnels) and the unknown ones, when the same individuals were analysed. Anyhow, the pheasant suffering most from mercury poisoning only contained low levels of electron capturing compounds and these belonged

to the normal insecticides. Therefore the unknown could hardly be mercurials or metabolites of them.

As the eagle sample giving the chromatogram shown in fig. 10. could be estimated to contain DDT and DDE up to 13 g/kg in extractable fat, the amount of unknown compounds also were suggested to be in the same range, and tehn sufficiently high to do a run on the combined gas chromatograph – mass spectrometer. If this could be done successfully it would be possible to get very important informations about the chemical nature of the unknown, for ex. the molecular weight numbers of chlorine etc. This method is up to now the method giving the highest degree of certainty in the low level analytical chemistry, amounts of 100 ng substance being enough.

As this method for identification of totally unknown residues surely will be very important in the future (when f.ex. a biologist has found that fishes in a river die) it may possible by mean of this method to find out exactly what compounds are responsible for the death. For this reason, I will go into some details with this method. In the actual case we took the extract from 20 mg eagle and concentrated

GNCR 0000019

it as much as possible and made an injection on the gas chromatograph combined with the mass spectrometer. The result was the chromatogram shown on the next slide. Every time the recorder showed that a compound is leaving the column, the effluent is led to the mass spectrometer. Now just a few words about the mass spec.

The molecules leaving the column are bombed with electrons at E. We have now got the molecule positive charged, but with the same mass as before. This $M^+$ is accelerated in a vacuum and will then got a kinetic energi. where     is the speed. Next comes the magnetic field that tries to bend the direction of the molecule. This          will be big for a small molecule and less for

If we have a sieve in the other end we can directly read the molecular weight. Added to this parent molecule $M^+$ we will also get addition informations, because of the fact that $M^+$ may not be stable, a part of them will be broken down before they reach the sieve in the other end.

F.ex. $M^+_{DDT}$   $M^+_{DDT} - CCl_3$

Mass spectrograms from the different unknown peaks in the eagle sample as shown. The mass numbers equal to the molecular weights of the unknowns could be read to 426,392, 358, 324. Astonishingly, the molecular differences were constantly 34 mass units. This difference shows a familarity in origin of the unknown. Now the fact is that chlorine exsists as a mixture of two isotopes with atom weights 35 and 37 in proportion 75:25. If the molecule has one chlorine, this will give two molecule peaks, one for $Cl_{35}$ and one for $Cl_{37}$. If there are two chlorine we have the possibility of one with only $Cl_{35}$, one with both $Cl_{35}$ and 37 and one with 2 $Cl_{37}$ and therefore

0281426

GNCR 0000020

The relation of the peaks found on the different mass spec were:

| Molecular weight | 324 | 358 | 592 | 426 |
|---|---|---|---|---|
| Chlorine content | 5 | 6 | 7 | 8 |

An explanation of the familiarity of the compounds can be given if one substance is built from the former by substituting a hydrogen with chlorine

$$RH \qquad RCl$$
$$M^+ + Cl_2 \qquad M^+ + 34 \qquad HCl$$

Then it is possibl  to calculate the molecular weight of the parent hydrocarbon PHC.

$M_{PHC} = M - x N_{Cl} + x N_H$ , where M is the molecular weight of the component having x chlorine atoms. F.ex. for m = 426 and 8 Cl we will get $M_{PHC}$ = 426 - 280 + 8 = 154 and equal with the other molekyls.

The most probable formula with carbon and hydrogen giving this molecular weight is $C_{12} H_{10}$ and this can only be satisfied when the parent-hydrocarbon is biphenyl, and the unknown being polychlorinated biphenyls. This explanation was later fully verified by injection of a synthetic PHC on the mass spec.

Furthermore extensive gas chromatographic investigations proved that the PHC standard gave peaks with the same retention time as the unknown peaks from the sea eagle.

With the method just described I suppose that we have a new possibility to study the residues in the air because the pine needles can allways be   . We have had great difficult  in quantifying the PCB, but when getting a little more time it will be possible. We have done a few calculations on a few species, and I suppose they are right within a factor 2. We have found the residue to be from

It has been my statement here to-day to present  this method for studies of defiling of the nature, and with this method a new type of defiling agents has been found to be present in nature, and a few experiment have shown where they may be found.

Now this method is going to be used in the first hadn to estimate how the situation is in nature as a whole, and in the other hand to find the leaks throug which they find its way to nature. Some maybe are present here today to get news about the leaks, and to them I want to say come back in a year.

0281427

GNCR 0000021

9.

So much I think I can say again that the PCB hardly can come from agriculture. As support for this suggestion I can say that we have found PCB in eagle feathers from Rikemuseet from 1944, where hardly any chlorinated pesticides were used in agricultrue. One more thing that I find important to say is that in contrast to the mercury problem this does not seem to be a pure Swedish problem. I have just studied chromatograms taken from London air, and they clearly contain PCB, and dr. Holden has told me that he also find them in his fishsamples. But finally in waiting at more results I should like to point out one morething. It is proved that PCB comes to nature, we dont know now where they are used, but they are very persistant to chemicals and to fire. I think the poison jury should try to state that a content of PCB shall always be found in an open declaration.

0281428

GNCR 0000022

JDGFOX00000046



1. Mixture of insecticides and
   PCB from eagle sample
2. Same sample after ni-
   tration. Only PCB remain.
3. PCB-standard.
   Column: QF1 6% on
   gaschrom P 100-120 mesh
   silanized, sedimentated.
   180 cm in 0.18 cm i ø. allglas
   N₂- carriergas 13 cm/sec.
   eg to 30 ml/min.
   Det. ECD. Col. temp. 188°.

0281429

GNCR 0000023



GNCR 000024



1. PCB + Insecticides.
2. As 1. after nitration
3. PCB (Chlophen A 50) after nitration
4. Insecticides after nitration.
G.C. as in page 1.

GNCR 0000025

0281431



JDGFOX00000050



0281433

GNCR 0000027





Fig 3.  GC-MS chromatogram from eagle sample. Peak numbers represent the points of scanning.

GNCR 0000029

0281435



0281436

GNCR 0000030



GNCR 0000031

JDGFOX00000055



GNCR 0000032

JDGFOX00000056



GNCR 0000033

JDGFOX00000057



JDGFOX00000058



GNCR 0000035



GNCR 0000036



GNCR 0000037

JDGFOX00000061



GNCR 0000038

JDGFOX00000062



GNCR 0000039

JDGFOX00000063

# EXHIBIT G

MONSANTO

W. H. Richard - Research Center

| DATE | March 6, 1969 | cc | H. Burgon | EWENG |
|------|---------------|----|-----------|-------|
| | | | J. Springate | JSPRI |
| SUBJECT | AROCLOR WILDLIFE ACCUSATIONS | | W. Schalk | WSCHA |
| | | | D. Olson | DOLSO |
| REFERENCE | | | R. Kelly | RKELL |
| | | | J. Garrett | JGARR |
| TO : | E. Wheeler - EWHEE | | P. Hodges | PHODG |
| | | | P. Park | PPARK |
| | | | R. Keller | JFQ |
| | | | E. Tucker | JFQ |

Risebrough in a recent paper "Nature", Vol. 220, Dec. 14, 1968, has attacked chlorinated biphenyls in three ways:

(1) a pollutant -- widely spread by air-water; therefore an un-controllable pollutant.

(2) a toxic substance -- with no permissible allowable levels causing extinction of peregrine falcon by induced hepatic enzymes which degrade steroids upsetting Ca metabolism lead-ing to reproductive weakness, presumably through thinner egg shells.

(3) a toxic substance endangering man himself; implying that the peregrine falcon is a leading indicator of things to come.

As outlined in Science, Vol. 163, Pg. 548, Environmental Defense Fund (EDF) is attempting to write new legal precedents in conservation law by hearings and court action. In the Wisconsin case, water quality standards are at issue. "A substance shall be regarded as a pollutant if its use results in public health problems or in acute or chronic (injury) to animal, plant or aquatic life". Wisconsin is one of 7 states which now have federally approved water quality standards. According to Bern Wright, acting chief of the Federal Water Pollution Control Administration's Water Quality Standards Branch, DDT would fit the definition of a pollutant upon a showing that it is harmful to aquatic life.

These people in EDF are saying we must not put stress on any living thing through a change in air or water environment. Eagles, plant life, anything which lives or breathes. This group is pushing hard on the extension of the word harmful. They claim "enzyme inducer" activity is the real threat of DDT and PCB's and are using these arguments to prove that very small amounts of chlorinated hydrocarbons are "harmful".

Monsanto is preparing to challenge certain aspects of this problem but we are not prepared to defend against all of the accusations.

(a) Monsanto is preparing itself to identify trace ppb quantities of chlorinated biphenyls in water samples, in concentrated collected air samples, and in animal tissues. We will know whether we have been falsely identified and accused or not. We will eventually know where any pollution is taking place and the extent of the pollution.

MONS 096509

CV96-J-0440-E
DATE 04/02/01

PLFF EXHIBIT NO. 163

E. Wheeler                         -2-                    March 6, 1969

(b) We are not prepared to defend ourselves against the accusa-
tions made of enzyme and hormone activity, the isolation of
enzymes or metabolic products, the indirect accusation of
cancer, or the splitting of genes, when this accusation is
made. Whether we can defend this route or not needs further
discussion.

(c) Through the Industrial Bio-Test program we are to establish
the long term allowable limits of chlorinated biphenyls for
certain birds-fish-animals by feeding experiments, pathologi-
cal examination, and tissue analysis for chlorinated biphenyls.
We may be able to answer reproductive ability in some animals.

DDT has been under attack for some years because of its chlorine
content, its persistent ability to be identified, and the wildlife
problems attributed to it. We will still be under the same attack
by the mechanisms listed in (b) even though we might establish
safe operating limits for humans and certain animals.

Where does this leave us?

Under identification and control of exposure - we will be able to
identify and analyze residues as well or better than anyone in the
world. We will probably find residues other than DDT and PCB's.
We will probably wind up sharing the blame in the ppm to ppb con-
centration level.

We can take steps to minimize pollution from our own chlorinated
biphenyl plants, we can work with our larger customers to minimize
pollution, we can continue to set up disposal and reclaim operations.
We can work for minimum exposure in manufacture and disposal of
capacitors, transformers and heat transfer systems, and minimize
losses for large hydraulic users.

But, we can't easily control hydraulic fluid losses in small plants.
It will be still more difficult to control other end uses such as
cutting oils, adhesives, plastics and NCR paper. In these appli-
cations exposure to consumers is greater and the disposal problem
becomes complex. If chlorinated biphenyl is shown to have some
long term enzyme or hormone activity in the ppm range, the appli-
cations with consumer exposure would cause difficulty.

Risebrough has taken known Aroclor samples and claims to have
evidence of enzyme and hormone change. Here there is no question
of identification. Either his position is attacked and discounted
or we will eventually have to withdraw product from end uses which
have exposure problems. Since Risebrough's paper in "Nature",
Dec. 1968 has just been published, it is timely, perhaps imperative,
that this paper and its implications be discussed with certain
customers. This is a rough one because it could mean loss of
business on empty and false claims by Risebrough.

Well prepared discussions with Ind. Bio-Test, Monsanto biochemists,
the medical and legal departments must take place now. The

MONS 096510

E. Wheeler                        -3-              March 6, 1963

position of DDT manufacturers should be determined as a guide.
We are being Accused of the same things attributed to DDT.

I have written this memo to clarify some of the issues. May I
please have comments.

Thanks,


                              W. R. Richard

mc
Att.

MONS  096511

# EXHIBIT H

Monsanto

FROM (NAME & LOCATION) W. R. Richard - Research Center

DATE        September 9, 1969                    cc   P. Hodges    PHODG
                                                      M. Farrar    Res. 1
SUBJECT     DEFENSE OF AROCLOR -         H. Bergen  HBERG
            F. FLUIDS

REFERENCE

TO      :   E. Wheeler - EWHEE

General Policy

Make the Govt., States and Universities prove their case,
but avoid as much confrontation as possible.  Comply and
work with public officials to meet or exceed requirements
ahead of time.  Adverse publicity and competition are
the real weapons.

Analytical     ⎧In Air - Which Aroclors are present? Where?⎫
for Aroclor    ⎨In Water- Which compounds?                 ⎬ Govt.
               ⎩In Animals - interfere?                    ⎭ Agencie
        Keep track of how much contamination - which sources.

Prove Bioharmful - Let Govt. prove its case, on case by case basis

        Monsanto Visit-Govt. Biolabs - in search of toxicological
                                       experiments and evidence
                                       vs. Aroclors to keep up with
                                       progress.

Monsanto Prove Bioharmless - Limited work at Ind. Bio-test -

    "Safe" toxic  ⎧man                 Rats      Seek evidence of Biodegra
    level for     ⎨mammals  via        Chickens      dation
                  ⎩fish                Fish      Question evidence against
                                                     us.
                                                 Question shrimp toxicology
                                                   especially other toxic
                                                   chemicals.
                                                 If Aroclor bad, others
                                                 must be worse.

    Probable Outcome

    We can prove some things are OK at low concentration.
    Give Monsanto some defense.

    We can't defend vs. everything.  Some animals or fish or
    insects will be harmed.

    Aroclor degradation rate will be slow.  Tough to defend
    against.  Higher chlorination compounds will be worse ..
    lower chlorine compounds.

    Therefore we will have to restrict uses and clean-up as
    much as we can, starting immediately.

                                            Whitbone.        DSW  014256

-2-

Therefore we will have to work for alternate products in
end use applications; for Aroclor production facilities.

Clean Up Aroclors and substitute products where necessary
                      and when required, before threats of
                          publicity and competitive activity over-
                          whelm us.

## Water Pollution seems to be first issue

Aroclor product is refractive, will settle out on solids -
    sewerage sludge - river bottoms, and apparently has a
    long life.

Florida or Gulf Coast - Aroclor 1254 - Aroclor 1260 present
                                    issue.
        40-200 ppb  - causing problem at Pensacola (Monsanto)
    in plant effluent-causing " with shrimp.
                        - can't risk shut-down of plant.

    Federal and State can extrapolate to other plants in
                        Gulf area.

San Francisco - Aroclor 1254 and 1260

    Reported Aroclor to be present in San Francisco Bay.

    Reported to be thin egg shells in birds -

    Lot of screaming -

Great Lakes       Warf studies on DDT
                  Aroclor 1254 will be found!
                  Aroclor 1242 will be found?

Air Pollution - Possible spread - but less of an issue
                right now.
                Analytical work more difficult.

## Direct Contact with Product

Doesn't seem to be an issue - except for food heat transfer-

We don't believe Aroclor is being used as carrier for
insecticide - sprayed around -

We are not positive but most uses are "closed" systems!
or products used in solid plastics, or adhesives, or
sealants.

DSM   014257

-3-

| F. Fluids | Possible Pollution by Customers Plant Operation | Possible Pollution by Customers Pro. |
|---|---|---|
| Product | | |
| Hydraulic Fluids | Yes, leakage external | Possible – See Johnson Motors Castings. |
| Air Compressor Fluids | Yes, leakage external | Leakage into produ |
| Heat Transfer | Yes, leakage external | Leakage into produ |
| Capacitor Fluids | Yes, leakage from plant – Scrap materials. | In product but closed for end use |
| Transformer Fluids | No, Should be clean. Yes, Reworked trans- formers | In product but closed for end use |

* Capacitors can go to land fill dumps. Probably not burned, in Al containers.

** Need to take care of Aroclor in discarded transformers. Product could be drained and reworked.

### Probable Conclusions

| | | |
|---|---|---|
| Hydraulic Leakage | – | Product could be caught at machines but will take a lot of clean-up work with customers. – Will have to have replacement product – with less-sensitive components. Work from this base on clean-up to prevent more pollution problems. |
| Air Compressor Fluids | " | |
| Hydraulic Fluids | | Must expect "shrimp" experiments, West Florida State, to be "aired" sometime soon; next few months. |

This will lead to bad publicity and competitive action vs. all Pydrauls.

We will have to try to confine to Aroclor 1254 and Aroclor 1260.

DSW 014258

-4-

We will have to take action before that time.

## Gulf Coast -

| Action W. Richard | Be able to replace Aroclor 1254 and Aroclor 1260 in Pydraul AC and 625 in 2 month's time before Nov. 15, 1969. |
| --- | --- |
| Fallon/ Richard | Have trial product in hands of Gulf Coast accounts and distributor before Dec. 15. |
| Fallon | Suggest possible buy of "all phosphate" ester from Food Machinery. Use this as one trial fluid MCS___ for insurance. |
| Richard/ | Suggest possible substitution of Aroclor 5442 for Aroclor 1254 in hydraulic and compressor blends. E. Wheeler judges lower order of toxicity and solubility for 5442 series. Have to test product in pump test for deposits. |
| Fallon/ Richard | Suggest field trials of our own all-phosphate ester. |
| Fallon/ Kuhn/ Kountz | Work with large customers to clean-up streams. Bring in Findett as mfg. partner in the recycle business. Get money out of recycle operations. |

## Inland-Waterways-

| Wheeler/ Richard | Be close enough to Great Lakes studies to judge situation. Are there animals which are being affected by the concentrations found? |
| --- | --- |
| Richard | Be prepared to replace Aroclor 1254 and Aroclor 1260 in 4 months in hydraulic fluids and in air compressor fluids. |
| Richard | Be prepared to replace all Aroclor 1242 or 1248 in 6 months in hydraulic fluids. This means replacement of Pydraul 312 series, and control of sale of Aroclor 1248 to other hydraulic accounts such as Cities Service and Mobil. |

DSW 014259

## Heat Transfer

| Fallon/ Roush/ Kountz | Systems will have some leakage depending strongly on engineering and maintenance. Need to work with customers on clean-up. |
| --- | --- |
| Fallon/ Roush | Need to replace FR especially in food or sensitive product areas where the product is getting into water. See dish washer compounds. See letter E. Wheeler to T. Fallon. |

We have possible rep  cement products in Thermin  55.

Thermin... 66.

-5-

## Action

| | | |
|---|---|---|
| Kuhn | Try to assure adequate production of Therminol 66 in face of decreased Aroclor production. $H_2$ and terphenyl supply may become short. | |

Switch customers to Therminol 55
or Therminol 66
ahead of pollution problems in customers plant.

Work with customers on plant and dumping practices.

Kuhn/
Fallon

Findett already set up to rework. Need to make them a manufacturing arm. We get sale of recycle-rework fluid.

| Capacitor Fluids | Capacitor plants have re-purification and recycle systems but up to 5% of product can be lost by poor plant producers and off-quality material. | Capacitor products Enclosed in Al or stainless steel for 5 to 25 year period. |
|---|---|---|

Mkt. Benignus/
Bryant

Eng.-Kountz/
Mfg-Hodges

5% of production could be 1M lbs/year. This is a big loss for the type of pollution we are trying now to guard against.

Will ultimately have to dispose of capacitor products.

Recommend we try to save this product for a time.

## Action

Eng.,TSD-
Plant Pol-
lution Con-
trol

Hodges/
Kountz

Monsanto must start to work with capacitor people to clean up plant practices. We have set-up to accept material for rework into hydraulic fluid but this relocation is not a satisfactory solution. Material must be reworked to electrical grade or destroyed, whichever is more economical. Must start now to get control of off-grade material.

Recommend replacement of future Aroclor business with other products. Have 2 years.

## Action

Monsanto must help plant clean-up of customer plants decantation, coalescing, adsorption, disposal of adsorbent or recycle of adsorbents.
Monsanto badly needs "know-how" for clean-up.

Monsanto should seek Govt. contract money for clean-up research. (See MRC R. Binning, D. Nelson)

DSW 014260

-6-

| | | |
|---|---|---|
| Transformers | Transformer Plant can operate in a clean, efficient manner with recycle of off-grade Aroclor. | Product transformer can remain closed a no exposure for 25 |
| Action<br>Benignus/<br>Bryant | Should advise disposal of filter element materials so as to minimize chance of water pollution. Incinerate or dispose. | |
| | Reworked transformers pose a threat if the Aroclor is dumped into a water stream. | Should try to retai business by clean-u by education of cus tomers. |
| Action<br>Benignus/<br>Bryant | Should try to minimize chance of dumping "old" fluid by re-working and by educating co. shops and collecting product for rework or disposal. | |
| | Dalton is set up in England to rework electrical grade fluid. | |
| Kuhn/Kountz<br>Findett? | Need rework facility here + disposal scheme. | |

## Monsanto Plants

The Dept. of Interior and/or State authorities could monitor plant outfall and find ppm of chlorinated biphenyls at Krummrich or Anniston anytime they choose to do so. This would shut us down depending on what plants or animals they choose to find harmed.

Action – Take steps to see that every precaution is taken to prevent Aroclor entering water streams. Try to reduce to ppb level.

P.Hodges-Seek a Govt. contract on adsorption and incineration
TSD        cycles – MRC.
Engrg.-
Kountz     Take samples of streams and river water and mud
           evidence for before and after clean-up. Samples
           can be stored for further analysis if we can't
           keep up current with analytical determinations.

           Apply Monsanto clean-up methods to customer plant
           clean up equipment and procedures.

OSW  014261

-7-

| Action - | Evaluate liquid incinerators vs. solids handling incinerators for disposing of Aroclor and pentachlorophenol wastes. I estimate Aroclor disposal at 1-4M lbs/year, exclusive of cleaning up river bottoms or outfall bottoms. |
|---|---|

Engrg. &
Mfg.

Kountz
and
Kuhn

| Hydraulics | 20% of 4M lbs | 800,000 lbs |
|---|---|---|
| Heat Transfer | 10% of 2M lbs | 200,000 lbs |
| Capacitors | 5% of 20M | 1,000,000 lbs |
| Transformers | 5% of 15M | 750,000 lbs |
| | | 2,750,000 lbs |

Central
Eng. &
Mfg TSD

Kountz &
Kuhn

Possible
help from
MRC

Set up an incinerator to handle Aroclor disposal - preferably one which will handle solids such as muds - slurries as well as liquids.  Have in operation within 12 months. Ideally have incinerators available different sections for disposal.

## Chronic Toxicity Studies - Ind. Bio-Test

Wheeler
Keller
Ind.Bio-
Test

Continue studies to establish FDA type limits of toxicity on Aroclor 1242, Aroclor 1254 and Aroclor 1260.

Rework with R. Keller-S. Tucker the number of samples which are to be analyzed for Aroclor in tissue.  Try to see if Aroclors are changed metabolically.  Does concentration level off, decline if feeding is stopped?

Institute studies against the most limiting biological parameters.  If shrimp are the most limiting species for Aroclor levels of toxicity, then we will have to have biological studies on these species to confirm or deny adverse findings.

DSW 014262

-8-

## Biodegradation Studies

Swisher

Set up rate of biodegradation studies with Inorganic Div.
on Aroclor 1242 vs. Aroclor 1254
   Aroclor 5442 vs. Aroclor 5460
   Chlorinated diphenyl ether
   Chlorinated paraffin vs. chlorinated naphthalene
   Chlorobromo Aroclors 1242 and 1248

Baxter
Lidgett
MCL

Contact Baxter and Lidgett at MCL regularly for results on
Aroclor degradation. They are reported to be moving on
laboratory experiments.

Establish contact with chlorophenol degradation studies
of Cellu-Chem Group.

W. R. Richard

WRR:ms

DSM  014263

# EXHIBIT I

# CONFIDENTIAL

## MINUTES OF AROCLOR "AD HOC" COMMITTEE

### First Meeting

<u>Date</u>: September 5, 1969

<u>Present</u>: M. W. Farrar
P. B. Hodges, Secretary
E. V. John
W. R. Richard
E. P. Wheeler, Chairman

<u>Objectives</u>: (Agreed to by the Committee)

. Submit recommendations for action which will:

1. Permit continued sales and profits of Aroclors and Terphenyls.

2. Permit continued development of uses and sales.

3. Protect image of Organic Division and of the Corporation.

<u>Background Discussion of Problem</u>:

1. Agreed that we should concentrate on Aroclor 1254 and 1260. Aroclor 1242 has not yet been incriminated for these possible reasons:

   a. Nature of uses of 1242 minimizes environmental contamination.

   b. It may degrade biologically.

   c. Unless analytical techniques are performed carefully, 1242 can be destroyed by oxidation during the analyses.

2. PCB has been found in:

   a. Fish, oysters, shrimp, birds.

   b. Along coastlines of industrialized areas such as Great Britain, Sweden, Rhine River, low countries, Lake Michigan, Pensacola Bay, in Western wild life (eagles). It may be a global contaminant.

3. PCB has been tied to DDT in effects on disappearance of wild birds which have fish diets. Ratio of PCB to DDT has been about 40-50:1 generally. Dr. Risboro reported almost 1:1 ratio. PCB may be contributing to or exaggerating the effects of other chlorinated aromatics.

MONS  030483



PLAINTIFF'S EXHIBIT

-2-

4. Sample acceptance from the numerous researchers was discussed. This has been done on a limited basis. Our corroboration of testing of their samples adds to our knowledge and demonstrates a willingness by Monsanto to help define the problem, but it is expensive and also tightens any possible legal cases against us-- it rules out possibilities that Aroclors are not involved.

5. Toxicity levels:

Aroclors have been shown to be safe for man in reasonable exposure concentrations. We are testing 100 ppm in diet of rats and dogs on a rule-of-thumb basis that 1/100 of toxicity level is safe and 1 ppm is probably the upper limit in total diet.

"Allowable levels" are probably lower than DDT. The worst example to date is the test at Pensacola where 5 ppb was found to be toxic to shrimp in 18 days exposure.

One problem we are facing is to keep the "safe level" (?) for shrimp from being applied to e.g. Lake Michigan where more tolerant fish species probably exist. We need to show the safe level in shrimp, clams, oysters and several species of fish.

Many toxicity studies on PCB are underway and it was agreed to be desirable to keep contact with all laboratories which have requested Aroclor samples. One-half to two-thirds of the sample requests have come from state labs (who would let us know what they are doing) and about 1/3 have come from universities (who may give us the "brush-off"). Question of who should call on the laboratories was not resolved.

6. Escambia River Problem:

For a clearer understanding of the general problem, the situation at Pensacola was reviewed. From a relatively negligible discharge of 1-3 gal/day into a large river, 1/4 mile downstream levels of 42 ppb in water and 476 ppm in mud were found. Although use of Aroclor was halted immediately, we can expect the water contamination to continue for a lengthy period by leaching from the contaminated mud. No downstream samples have yet been taken to measure the decrease in contamination (as of 9/5/69).

MONS  030484

-3-

7. Problem in Producing Plants:

P. Hodges reviewed what was being done to stop gross losses at Anniston and at WGK. Basically, the work to date consists of stopping or trapping any sewering of free Aroclor with return to process or land fill disposal of the trapped Aroclor. This will reduce levels in plant effluents to below solubility ranges, particularly as we move to install traps (or sumps) back into the waste source points where flows are small and as yet undiluted by Aroclor-free waste streams. The question of exactly how far to reduce (how much money to spend) is not yet clear and expenditures to date have been comparatively small. It was agreed that, until the problems of gross environmental contamination by our customers have been alleviated, there is little object in going to expensive extremes in limiting discharges from the plants.

One problem that has been interfering with logical development of our plant Aroclor waste reduction pro- grams has been delays in obtaining analytical results from in-plant and ex-plant sampling. It was agreed that additional help was necessary in Dr. Tucker's lab but no specific actions were proposed. In addition to in-plant work, the plants are sampling the receiving streams.

Air pollution reduction has not been considered by the plants to date except as incidental prevention of pro- duct contamination during tank car and drum loading operations. Long range (1-2 year) improvements at Anniston are planned to reduce product contamination (and air emissions) in car loading operations. It was agreed that a comprehensive air-sampling and testing program would be very expensive and is probably not justified at this stage of the problem.

8. Environmental Contamination by Customers:

Our in-plant problems are very small vs. problems of dealing with environmental contamination by customers. In one application alone (highway paints), one million lbs/year are used. Through abrasion and leaching we can assume that nearly all of this Aroclor winds up in the environment.

Because the rate of natural (bio-degradation) is very low, other degradation must destroy PCB equal to the rate of environmental exposure in order to avoid build-up of contamination.

A general discussion was held on philosophy of controlling sales or working with customers to prevent pollution by PCB.

MONS 030485

-4-

Action Planned:

Each member of the group will submit to the other members
for consideration possible ideas and programs to help
accomplish the overall objectives set by the Committee.
Following review of the suggestions, the Committee will
meet again at an early date to be arranged by the Chairman.

P. B. Hodges
Secretary

:ju

MONS   030486

# EXHIBIT  J

# CONFIDENTIAL

Date: October 2, 1969

Subject: REPORT OF AROCLOR "AD HOC" COMMITTEE

To: Howard S. Bergen, Jr.
James E. Springate

From: M. N. Farrar
P. B. Hodges, Secretary
E. V. John
W. R. Richard
E. P. Wheeler, Chairman

DSW 014612

# CONTENTS

Summary of the problem

1.  Objectives                        Page 1

2.  Probability of Success            Page 2

3.  Recommendations                   Page 3-4

4.  Basis for Recommendations         Page 5-11

5.  General Background                Page

DSW   014613

-1-

*on August 25,*

## OBJECTIVES

At a meeting of business group directors of Function Fluids and Plasticizers with Organic Division and Corporate Staff members, an "ad hoc" committee was appointed to prepare a resume of the situation concerning the environmental contamination through the manufacture and use of polychlorinated biphenyls (Aroclors).

The objective of the committee was to ~~prepare~~ recommend~~ed~~ action~~s~~ that will:

1. Protect continued sales and profits of Aroclors;

2. Permit continued development of new uses and sales, and

3. Protect the image of the Organic Division and the Corporation as members of the business community recognizing their responsibilities to prevent and/or control contamination of the global ecosystem.

DSW 014614

-2-

## PROBABILITY OF SUCCESS

The committee believes there is little probability ~~(to do)~~ that any action that can be taken will prevent the growing incrimination of specific polychlorinated biphenyls (the higher chlorinated--e.g. Aroclors 1254 and 1260) as nearly global environmental contaminants leading to contamination of human food (particularly fish), the killing of some marine species (shrimp), and the possible extinction of several species of fish eating birds.

Secondly, the committee believes that there is no ~~possi-~~ *practical* ~~ble course of action~~ that can so effectively police the uses of these products as to prevent *in order* environmental con- *completely some* tamination.

There are, however, a number of ~~possible~~ actions which must be undertaken/to prolong the manufacture, sale and use of these particular Aroclors as well as to protect the continued use of other members of the Aroclor series. *(Less than 5 Chlorines)*

The ultimate that can be expected is the continued use of the lower chlorinated biphenyls and the chlorinated terphenyls in applications amenable to such control that there is practically zero losses to the environment. In the interim we would hope to establish by appropriate research efforts "tolerance" or safe levels for particular Aroclors in the environment.

— The identification is ~~post~~ positive

— Toxicity towards certain species is high.

— Persistance is high. —

— Likelyhood of natural origin or degradation is remote. —

DSW 014615

-3-

RECOMMENDATIONS

OK 1. In view of legal and moral considerations, notify all Aroclor 1254 and 1260 customers of environmental contamination problem. + advising customers. ——

3, 2. Consult with appropriate federal agencies' headquarters in Washington to determine current status of concern and to inform appropriate individuals therein of Monsanto's research and control efforts.

4, 3. Personally contact all governmental and university laboratories which have requested Aroclor samples and indicated interest in the environmental contamination problem.

For 1254
126.

2, 4. Reduce losses of Aroclors in liquid wastes from Monsanto plants to absolute minimum. Goal—0 to 5 ppb 10 parts permillion.

5. Determine extent of atmospheric losses from Aroclors from Anniston and WGK Plants and develop plans for control.

6. Analyze in Organic Division laboratories (or by contract) selected appropriate samples from:

a. Environment of Anniston and WGK Plants.

b. Monsanto products where contamination is possible.

c. Agencies and/or laboratories attempting to pinpoint specific sources of contamination.

d. Customer plants' environments.

e. Research efforts involved in biological studies—i.e. animal, bird and fish toxicity studies and biodegradation studies.

7. Expand analytical capabilities in conjunction with items 5. and 6. above.

-4-

RECOMMENDATIONS (Continued)

8.  Assign one individual from the division full-time
    for three to six months to coordinate division
    and Corporate Staff department efforts.

9.  Establish special budgetary account to allow
    implementation of these recommendations and the
    continuation of the toxicological research
    effort now underway and continuing until June,
    1971.

DSW   014617

-5-

## BASIS FOR RECOMMENDATIONS

### 1. Notification of All Customers

On September 24, 1969 the San Francisco Chronicle published a "scare" story following an interview with Dr. Robert Risebrough of the University of California. The latter had recently published in Nature the finding of polychlorinated biphenyls in fish, birds and eggs in the California coastal areas.

On March 3, 1969, the Functional Fluids group sent a letter to the 31 major Aroclor customers in the transformer and capacitor applications. The letter included a copy of the Chronicle story and a Monsanto statement concerning the situation. This was intended to announce to these customers that the polychlorinated biphenyls might be in trouble and implied that the customers should make every effort to prevent loss of these materials to the environment. There has been subsequently some follow-up with at least General Electric and Westinghouse.

It has been recognized from the beginning that other functional fluid uses could lead to losses of the Aroclors to liquid waste streams from the customers' plants. Losses could occur from spills, unusual leakage of large volumes and daily losses of smaller volumes.

It has also been recognized that there could be vapor losses but it has been felt that these were perhaps of less significance than the vapor losses in plasticizer applications. The concern for vapor losses rises from the published proposed theory that even minute quantities of vapors are eventually transferred to the water environment and accumulated therein.

Another possible source of air environmental contamination is the eventual destruction of materials which have Aroclors in them. Of particular significance might be the burning or partial incineration of waste or used products containing the Aroclors.

DSW 014618

-6-

## BASIS FOR RECOMMENDATIONS (Continued)

As the alarm concerning the contamination of the environment grows it is almost certain that a number of our customers or their products will be incriminated. The company could be considered derelict, morally if not legally, if it fails to notify all customers of the potential implication.

sept. A case in point is the recent determination (mid-August) that milk to be marketed by the Maryland Cooperative Milk Producers, Inc. in Baltimore was contaminated with polychlorinated biphenyls. The source of the PCB's was isolated to six dairy herds in Martinsburg, West Virginia. Investigation by the Producers Association is continuing but to our knowledge the specific source of the PCB has not been pin-pointed.

When the Aroclors were indited as causing poisoning in cattle in the mid-1950's, chlorinated naphthalenes were eventually identified as the causative agent. The naphthalenes were used in greases or lubricants for cattle feed machinery and had contaminated the animal food. (Members of the Medical Department have been told that the Texas company "bought" 6,000 head of cattle around the country as a result of this incident. It is not known whether or not the suppliers of the naphthalenes to Texaco were brought into the settlement) Are our customers selling grease or lubricants containing Aroclors that are now responsible for the milk contamination?

In the plasticizer use area, the Aroclors may be used in rubber based paints or surface coatings. The uses for these surface coatings include the interior walls of potable water supply storage tanks in some communities. In Europe we have been told that similar paints are widely used for swimming pools. In spite of the low degree of solubility of the PCB's in water, there are sentiments among the European scientists (and our PCB competitive manufacturers) that such uses may be sources of pollution.

Other customer applications or uses which could be suspect include highway marking paints, and any of the oil and/or grease lubricant applications, caulking compounds ~ sealants.

DSW  014619

BASIS FOR RECOMMENDATIONS (Continued)

2. Consultation with Federal Agencies

In August of 1968 when the current effort related
to this problem got underway, the scientists at the
U. S. Department of Interior, Fish and Wildlife Lab-
oratories at Paturent, Maryland were visited. In
the six to twelve months that the laboratory had
been looking for PCB residues, they had identified
such compounds in dead eagles as well as marine
birds. At that time they did not report positive
findings in fish, shell fish or other marine
organisms. We know that their efforts have been
continuing at an accelerated rate but the labor-
atory has not been revisited to learn of current
developments.

The U. S. Food and Drug Administration in Washington
called Dr. Kelly in June to report that the State of
Georgia had found PCB's in milk (we had in April
supplied samples of our Aroclors to the Georgia
State Department of Agriculture Laboratories in
Atlanta).

The analyses of milk from the Maryland co-op
mentioned in 1. above were performed by an FDA
laboratory.

On Friday, September 26, we were asked to send
samples to the Atlanta Toxicological Branch of
the FDA and to the Residue Chemical Branch Divi-
sion of Pesticides, FDA in Washington. The stated
reason for the request was for these laboratories
to determine the "acute toxicity" of Aroclors
1254 and 1260.

In the past year we have had request for samples
from five or six of the regional laboratories of
the Federal Water Pollution Control Administration--
an agency within the U. S. Department of Interior.
We have not had an opportunity to follow-up with
these laboratories as to their interest or concern.

In August a laboratory of the Bureau of Commercial
Fisheries, Department of Interior, at Pensacola,
Florida, reported finding PCB's in the river below
our Pensacola Plant. Subsequently, they reported
that 5 parts per billion of Aroclor 1254 killed
baby shrimp in 18 days. There has been no follow-
up by St. Louis based personnel since our Pensacola
Plant discontinued the use of Pydraul AC.

DSM 014620

-B-

BASIS FOR RECOMMENDATIONS (Continued)

Appropriate individuals in the parent federal
agencies should be visited to determine their
current activities and concern and, secondly to
make these agencies aware of Monsanto's interest,
research and control efforts.

3.  Contact with other Governmental and University
Laboratories

In addition to the above, Monsanto has provided sam-
ples of the Aroclors to 30 or 40 other governmental
and university laboratories or scientists.  It
would be prudent and appropriate for someone from
Monsanto to personally follow-up the supplying of
the samples and determine the status of the efforts
of these groups.  For example, the State Department
of Agriculture Laboratory in Hartford, Connecticut
reported in July that they had found PCB in fish
off the coast of Connecticut.  This led to two
articles in the Hartford Times and a five minute
radio program through a syndicated outlet of 108
radio stations.

4.  Losses from Monsanto Plants

Efforts to reduce the losses of Aroclors in liquid
wastes from the Anniston and WGK Plants are com-
pleted or underway.  It is impossible to establish
a limit as to what can be discharged "safely".
Investigation has shown that the waters in receiv-
ing streams below the Anniston Plant contain sig-
nificant (parts per million) concentrations of
PCB.  More ominous perhaps is the fact that sedi-
ment in the bottom of these streams miles below
our plants may contain up to 2% Aroclor.

To prepare for the eventual publication in the
press of the discharge of PCB's in Alabama and to
the Mississippi River, a significant effort must
be made to determine the present levels of contami-
nation and more importantly, determine the levels
of contamination as "clean up" procedures begin to
show an effect.

The incident at the Monsanto Plant at Pensacola
indicates that all Monsanto Plants using Aroclors
should be made aware of the potential problem and
efforts made to eliminate any losses.  The sig-
nificance of "any losses" may be related to the
one to three gallons per day which was being
lost at the Pensacola Plant.

DSW 014621

-9-

BASIS FOR RECOMMENDATIONS (Continued)

Hopefully research efforts will indicate that a
"safe level" of losses would be higher in fresh
water streams not adjacent to coastal estuaries.
At the present time we know of no claims that the
PCB's are "destroying" fish.

5.  Atmospheric Losses at Anniston and WGK

The determination of atmospheric losses for our
Aroclor manufacturing plants will be more tedious
and time consuming than in the case of liquid
wastes.  We will never be prepared to discuss
intelligently potential problems of our customers
where there may be atmospheric losses until we
have some data on our own plants.  This is parti-
cularly true if we ever expect to recommend to our
customers measures for control of atmospheric
losses.

6.  Analytical Capabilities (a. through e. inclusive)

In each of the recommendations 2. through 5. above,
there is the implication that Monsanto's best inter-
est could be served by appropriate sampling and
analysis.  In connection with any of the governmental
and other laboratories, we must accept their reported
analytical results or in specific instances offer to
run duplicate analyses to confirm for ourselves the
validity of the reported results.

The committee agrees that to perform analyses that
would confirm all of the reported findings repre-
sents an unreasonable cost in terms of personnel
and facilities.  At the same time there appears to
be no alternative to the acceptance in the last
three months that confirmation analysis in selected
cases should be done.  This has led to an accumulation
of a backlog of samples which need attention.  Delays
in analysis are occurring because of shifting pri-
orities for samples as they are received or as they
have been retained.

A case in point is the delay in analyzing thirteen
samples from the Inorganic Division.  Samples were
submitted following the finding that five of five
commercially available electric dishwashing com-
pounds analyzed showed the presence of PCB's.  The
Inorganic Division can not exonerate the products
it sells to the detergent manufacturers until it
has some data showing whether or not Monsanto
supplied materials are contaminated.  In the mean-
time Inorganic Division Quality Control has

OSW 014622

-10-

BASIS FOR RECOMMENDATIONS (Continued)

suggested to its Division Engineering that future
designs for making detergent components insure that
the use of Aroclors will not permit contamination.
Secondly, it is obvious that the Division cannot
approach its detergent manufacturing customers
about their potential problem until the above data
indicate that "our own skirts are clean".

This week it was agreed that milk and water samples
from the Maryland co-op in Baltimore should take
precedence over other samples which had been
scheduled.

In summary, the committee believes there will be
a growing number of samples from the following:

    a.  Environment of Anniston and WGK Plants.
    b.  Monsanto products where contamination is
       possible.
    c.  Agencies and/or laboratories attempting
       to pin-point specific sources of contam-
       ination.
    d.  Customer plants' environment.
    e.  Research efforts involved in biological
       studies--i.e. animal, bird and fish tox-
       icity studies and biodegradation studies.

7.  Expansion of Analytical Capabilities

The recommendation to expand the analytical capa-
bilities is a necessity in view of the preceding
recommendations.

8.  Assignment of Full-Time Effort

Up to this time the coordination of the Division
effort has been principally the responsibility of
W. R. Richard and E. P. Wheeler with support from
R. E. Keller and Cumming Paton.  Each of these
individuals has other responsibilities to the
extent that, although the Aroclor problem may have
been a predominant issue, other areas of interest
could not be slighted.

The committee believes that the problem is of
sufficient seriousness to warrant the full concen-
tration of at least one individual for the next
three to six months.  Those who have been involved
up to this point would obviously continue in their

DSW  014623

-11-

BASIS FOR RECOMMENDATION (Continued)

supporting efforts where the individual's background
or expertise would make it appropriate.  For example
in connection with the follow-up with the federal
agencies in Washington, Dr. Kelly would expect to
be present for any contact with USFDA officials.

Other members of the Medical Department would be
made available for contacts with the pollution
control agencies or those laboratories or univer-
sities where toxicity appears to be of interest
or concern.

Certainly Dr. Keller and Scott Tucker should
accompany anyone making visits where the specific
question of analytical techniques was to be
discussed.

This still leaves a number of man months to be de-
voted to the other laboratories or agencies which
have up to this point not made their specific
interest known.

Equally if not more important is the effort which
must be made relating to the contacts with custo-
mers.  The committee does not believe that this can
be handled by district marketing representatives
without supplying such "local" individuals with a
complete background of the problem.

9.  Budgetary Considerations

The committee recognizes the restrictions placed on
those currently involved by mandates to operate
within normal or proposed reduced budgets.  It
should be clear, however, that the product groups,
the Division and the Corporation are faced with
an extraordinary situation.  There can not be too
much emphasis given to the threat of curtailment
or outright discontinuance of the manufacture and
sales of this very profitable series of compounds.
If the products, the Division and the Corporation
are to be adequately protected, adequate funding
is necessary.

DSW  014624

# EXHIBIT K

Elmer P. Wheeler, Medical Department

January 29, 1970

Status of Aroclor Toxicological Studies

J. S. Barrett, London
H. St. George, Madoff
W. B. Papageorge, Watson

D. S. Cameron
Brussels

Enclosed is a copy of the reports from our consulting laboratory indicating the status of the animal toxicity studies. I have summarized the pertinent findings separately and as indicated in the table.

We have given copies of these data to one U. S. customer, the U. S. FDA and one or two other state agencies. I don't see why this information cannot be released with discretion in Britain or Europe.

Our interpretation is that the PCB's are exhibiting a greater degree of toxicity in this chronic study than we had anticipated. Secondly, although there are variations depending on species of animals, the PCB's are about the same as DDT in mammals.

We have additional interim data which will perhaps be more discouraging. We are repeating some of the experiments to confirm or deny the earlier findings and are not distributing the early results at this time.

Elmer P. Wheeler

EPW:ju

Enclosure


PLAINTIFF'S
EXHIBIT
429

MONS  098480

# EXHIBIT  L

**Monsanto**

IN NAME & LOCATIONS    N. T. Johnson  St. Louis

DATE    February 16, 1970

SUBJECT

REFERENCE    POLLUTION LETTER

TO

| | |
|---|---|
| P. Craska – Wilmington | P. J. A. Marsh – Brussels |
| C. Clay – St. Louis | R. Enrhardt – New York |
| J. H. Davidson – Los Angeles | T. W. Oneson – Montreal |
| R. A. Damiani – Chicago | J. N. Haggart – Brussels |
| G. F. Fague – Detroit | V. Morse – St. Louis |
| R. A. Garcia – Akron | J. Brydon – Montreal |
| R. Garnsworthy – Melbourne | R. Graham – New York |
| J. A. Heilala – Akron | P. G. Benignus |
| R. Irwin – Houston | J. G. Bryant |
| J. S. Pullman – New York | D. E. Roush |
| J. J. Roder – Chicago | J. R. Fallon |
| R. Giles – Melbourne | D. A. Hall |
| | D. R. Pogue |
| | D. F. Smith |
| | D. A. Olson |

Attached is a list of questions and answers which may be asked of
you by customers receiving our Aroclor–PCB letter. You can give
verbal answers; no answers should be given in writing. If the
customer asks a question you can't answer or if he wants an
answer in writing, then send his questions to me and we will
answer from here.

We want to avoid any situation where a customer wants to return
fluid. The new reformulated products will be available within a
month. We would prefer that the customer use up his current
inventory and purchase Pydraul 625A, Pydraul ACA, Pydraul ACA
Winter Grade and Pydraul 540A when available. He will then top
off with the new fluid and eventually all Aroclor 1254 and Aroclor 1260
will be out of his system. We don't want to take fluid back. Sell
him the replacement.

We must be very positive in our approach with each customer
relative to our decision to eliminate the use of Aroclor 1254 and
Aroclor 1260 in our Pydraul products. We (your customer and
Monsanto) are not interested in using a product which may present
a problem to our environment. We certainly have no reason to
be defensive or apologetic about making this change. The decision
to change makes good sense and our customers should commend us,
not criticize our actions. No one has forced us to make this

PLAINTIFFS
EXHIBIT
2D02

2

change.  We have done it to keep our customers out of possible trouble.  They should appreciate our effort, and stay with us as a customer on the reformulated Pydrauls.  To make this change has cost us research monies and time.  Fortunately, we possess the technical skills to make a change in our formulations without affecting the performance of products.  Be positive,  Take the offense.  Don't let a customer or competitor intimidate you.  I doubt if our competitors know whether their product could present a problem to our environment.  You might ask your customer, if he has ever asked Houghton or Stauffer, Carbine, etc. about the effects of their products.

We should also recognize (point this out to your customer) we must clean-up.  The Chemical Week article gives him an idea of laws in effect in his state.  Read this yourself.  Be familiar with the data on each state in which your customers are located. Use this in your discussions.

We have no replacement products for Aroclor 1254 and Aroclor 1260. We will continue to make these products; however, customers will have to use their own judgement on continued use.

We can't afford to lose one dollar of business.  Our attitude in discussing this subject with our customer will be the deciding factor in our success or failure in retaining all our present business.  Good luck.

(We have also attached a copy of the letter sent to transformer customers. )

N. T. Johnson

lb

MONS 100124

# EXHIBIT  M

# NEWS                                          Monsanto

FOR RELEASE IMMEDIATELY   1970

E. V. John
(314) 694-2891
*PUBLIC RELATIONS DEPARTMENT*
Monsanto Company
800 N. Lindbergh Boulevard
St. Louis, Missouri 63166

MONSANTO CITES
ACTIONS TAKEN ON
ENVIRONMENTAL ISSUE

ST. LOUIS, July 16 -- Monsanto Company, sole U.S.
producer of an industrial chemical called polychlorinated biphenyl
(PCB), today said recent political charges and sensational
headlines about the chemical causing "a major ecological
crisis" completely ignore voluntary actions the company has
taken to restrict use of the material.

"Our program began back in 1968 with the proper
identification and measurement of PCB in the environment and
will conclude this year by our unilateral action to restrict its
use," Howard L. Minckler, company vice president and general
manager of its Organic Chemicals Division, said.

He added that Monsanto had not been pressured into
action by any legislation or organized group.  "We have taken
decisive action based on evidence that PCB is a persistent
chemical which builds up in the environment."

-more-


DEPOSITION
EXHIBIT
35
6/26/14  LG

MCL000647

--2   MONSANTO:   MINCKLER'S REPLY TO PCB CHARGES xxx environment."

Commenting on a recent report that PCB can induce birth defects in animals, Minckler said, "Monsanto is not aware of any scientific data that indicates polychlorinated biphenyls may cause birth defects. The results of comprehensive toxicity studies, sponsored by Monsanto and using the usual species of laboratory animals, have failed to produce such effects.

"Scare tactics and sensational reporting do not serve the public interest nor solve ecological problems," he said. "Only a few reports have stated why PCBs were ever developed and why they are used today. Nor have the consequences of not using PCB been explained.

"What should be emphasized," Minckler continued, "is that PCB was developed over 40 years ago primarily for use as a coolant in electrical transformers and capacitors. It is also used in commercial heating and cooling systems. It is not a 'household' item.

"Anyone who lives in a large city is familiar with power failures. During periods of peak power needs, air conditioning and refrigeration fail, lights go out and commuters are stranded. If power companies were to remove PCB from equipment, we have been told that major blackouts would occur throughout the world.

-more-

MCL000648

--3  MONSANTO:  MINCKLER'S REPLY TO PCB CHARGES xxx world.

"PCB is used in electrical equipment as a safety
fluid.  It has replaced combustible oil products which have,
on many occasions, exploded and burned, causing deaths and
injury to human life.  Today state and local laws all over the
country require the use of non-flammable fluids in certain
electrical equipment as a safety feature.  At the moment, there
are no substitutes available which equal the safety performance
of PCB."

Monsanto said it intends to continue selling PCB for
"closed-system" uses such as electrical components and
heat-transfer systems.  "With rigid control over where the
product goes, how it is handled and disposed of, we believe the
safety functions of the product can continue to serve society
and the environment can be protected," Minckler said.  "We are
discontinuing sales into 'open systems' -- adhesives, sealants,
chlorinated rubber, specialty paints, etc.

"For other uses, such as fire-resistant hydraulic
fluids, where PCB cannot be strictly controlled, we have
reformulated some fluids and they are on the market.  The new
products contain other fire-resistant ingredients.  We will
continue to develop alternate formulations which do not contain
persistent PCB.  We will not abandon hydraulic fluid users,"
Minckler commented, "as has been reported."

-more-

MCL000649

--4  MONSANTO:  MINCKLER'S REPLY TO PCB CHARGE xxx reported."

Monsanto has also established a new system for disposal or recycle of spent PCB.  A special high-temperature incinerator will break down PCB into harmless materials.  The company also regenerates spent fluids for reuse.  The incinerator will be offered to customers who cannot otherwise destroy or regenerate their old fluids.

"Although loss of PCB from our manufacturing plants has been negligible, we have further tightened up our production techniques and installed new pollution abatement devices," the Monsanto executive said.

"I repeat," Minckler concluded, "our program was initiated and conducted by Monsanto alone.  It will be concluded this year.  We believe it is a position any responsible company would take."

-oOo-

MCL000650