UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CITY OF HARTFORD and HARTFORD BOARD OF EDUCATION, | : CIVIL ACTION NO. |
| Plaintiffs, | : 3:15-CV-01544 (RNC) |
| VS. | : |
| MONSANTO COMPANY, SOLUTIA INC. and PHARMACIA CORPORATION, | : |
| Defendants. | : MAY 20, 2016 |

### JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order Regarding Case Management Plan ("Scheduling Order", Dk#42), the undersigned counsel hereby submit this Joint Status Report.

**I.   CASE STATUS**

    **A.   Pending or Anticipated Motions**

        1.   *Pending*

The only pending motion at this time is Monsanto Company, Solutia Inc., and Pharmacia Corporation's (collectively "Monsanto") Motion to Dismiss the First Amended Complaint. Dk#29. The court has scheduled a telephonic hearing on this motion for June 30, 2016, 10:00 a.m.

        2.   *Anticipated Motions*

Monsanto may file a motion seeking to extend the time by which to join additional parties as cross-claim defendants or third-party defendants, depending upon facts yet to be developed in discovery.

If necessary, the parties may file motion(s) seeking to extend the time by which to meet certain discovery deadlines in the Court's scheduling order, discovery motion(s), motion(s) to

strike affirmative defenses, motion(s) for partial summary judgment, and motion(s) to exclude expert testimony.

The parties have not identified circumstances at this time that potentially interfere with their compliance with the Scheduling Order.

        3.     *Detailed Statement of All Discovery Undertaken to Date*

The parties have not commenced formal discovery at this time. Monsanto has been reviewing potentially relevant information available from sources other than Plaintiffs.

No depositions have been taken by either party at this time.

        4.     *Specific Discovery that Remains to Be Completed*

Each party expects to serve initial written discovery on the other parties before the June 30, 2016 telephonic hearing with the Court.

Each party plans to serve timely deposition subpoenas on the other parties, party employees, and nonparties as relevant witnesses are identified and factual information is developed in the course of discovery.

The parties also intend to conduct expert discovery.

**II.**    **INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES**

The parties have not expressed interest in referral for settlement purposes to a United States Magistrate Judge or the District Court's Special Masters Program at this time.

**III.**   **WHETHER THE PARTIES WILL CONSENT TO EITHER A JURY TRIAL OR A BENCH TRIAL BEFORE A MAGISTRATE JUDGE**

The parties do not consent to trial before a magistrate judge.

**IV.**   **ESTIMATED LENGTH OF TRIAL**

The parties are not able to estimate the length of eventual trial, if any, at this time, but will be in a better position to do so as fact and expert discovery progresses.

**PLAINTIFFS,**

**CITY OF HARTFORD** and **HARTFORD BOARD OF EDUCATION,**

By: /s/ Mitchell McCrea
Scott Summy (admitted *pro hac vice*)
ssummy@baronbudd.com
Celeste Evangelisti (admitted *pro hac vice*)
cevangelisti@baronbudd.com
Carla Burke (admitted *pro hac vice*)
cburke@baronbudd.com
Mitchell McCrea (admitted *pro hac vice*)
mmccrea@baronbudd.com
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181


Ross. H. Garber (ct17689)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, Connecticut 06103
Telephone: (860) 251-5000
Facsimile: (860) 251-5099
E-mail: rgarber@goodwin.com

Their Attorneys

**DEFENDANTS,**

**MONSANTO COMPANY, SOLUTIA INC.** and **PHARMACIA CORPORATION**,

By:  */s/ Paul D. Williams*
    Paul D. Williams (ct05244)
    pdwilliams@daypitney.com
    Elizabeth C. Barton (ct07660)
    ecbarton@daypitney.com
    Michael Thad Allen (ct29813)
    mallen@daypitney.com
    Michael L. Miller (ct29137)
    mlmiller@daypitney.com
    Day Pitney LLP
    242 Trumbull Street
    Hartford, CT  06103-1212
    (860) 275-0100
    (860) 275-0343 (fax)

    Their Attorneys

CERTIFICATE OF ELECTRONIC FILING

      I hereby certify that on the date of the above captioned filing, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      */s/ Michael Thad Allen*
      Michael Thad Allen (ct29813)
      Day Pitney LLP
      242 Trumbull Street
      Hartford, CT  06103-1212
      (860) 275-0100
      (860) 275-0343 (fax)
      mallen@daypitney.com