Civil- (Dec-2008)

HONORABLE: Chatigny, Robert

DEPUTY CLERK: Glynn, T.          RPTR/ECRO/TAPE: Warner, Darlene

TOTAL TIME: ___ hours  35 minutes
DATE: 6/30/16   START TIME: 10:00   END TIME: 10:35
LUNCH RECESS   FROM: ___  TO: ___
RECESS (if more than ½ hr)  FROM: ___  TO: ___

CIVIL NO. 15cv1544 RNC

Hartford, et al                                   Carla Burtke Pickrel
                                                  Plaintiff's Counsel
           vs
Monsanto Company, et al                           Paul Williams
                                                  Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing  TC          ☐ Show Cause Hearing
☐ Evidentiary Hearing         ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ ..... #29 Motion to Dismiss - DEN w/o prejudice to renewal    ☐ granted  ☑ denied  ☐ advisement
☐ ..... # ___ Motion _____    ☐ granted  ☐ denied  ☐ advisement
☐ ..... # ___ Motion _____    ☐ granted  ☐ denied  ☐ advisement
☐ ..... # ___ Motion _____    ☐ granted  ☐ denied  ☐ advisement
☐ ..... # ___ Motion _____    ☐ granted  ☐ denied  ☐ advisement
☐ ..... # ___ Motion _____    ☐ granted  ☐ denied  ☐ advisement
☐ ..... # ___ Motion _____    ☐ granted  ☐ denied  ☐ advisement
☐ .....     Oral Motion _____ ☐ granted  ☐ denied  ☐ advisement
☐ .....     Oral Motion _____ ☐ granted  ☐ denied  ☐ advisement
☐ .....     Oral Motion _____ ☐ granted  ☐ denied  ☐ advisement
☐ .....     Oral Motion _____ ☐ granted  ☐ denied  ☐ advisement
☐ .....     ☐ Briefs(s) due ___  ☐ Proposed Findings due ___  Response due ___
☐ ..........  _____    ☐ filed  ☐ docketed
☐ ..........  _____    ☐ filed  ☐ docketed
☐ ..........  _____    ☐ filed  ☐ docketed
☐ ..........  _____    ☐ filed  ☐ docketed
☐ ..........  _____    ☐ filed  ☐ docketed
☐ ..........  _____    ☐ filed  ☐ docketed
☐ ..........  Hearing continued until ___ at ___