UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CITY OF HARTFORD and HARTFORD BOARD OF EDUCATION, | : CIVIL ACTION NO. :<br>: 3:15-CV-01544 (RNC) |
| Plaintiffs, | : |
| VS. | : |
| MONSANTO COMPANY, SOLUTIA INC. and PHARMACIA CORPORATION, | : |
| Defendants. | : NOVEMBER 16, 2017 |

## JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order Regarding Case Management Plan ("Scheduling Order", Dkt # 42) and August 17, 2017 text order, undersigned counsel hereby submit this Joint Status Report on behalf of Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC (improperly referred to by Plaintiffs as Pharmacia Corporation) (collectively "Defendants") and Plaintiffs City of Hartford and Hartford Board of Education (collectively "Hartford").

**I.     CASE STATUS**

    **A.     Pending or Anticipated Motions**

        1.     *Pending*

On November 2, 2017, the Court issued its Ruling on Defendants' Revised, Updated Motion to Compel (1) Production of Documents of Ross Hartman and (2) Documents Improperly Withheld by Plaintiffs as Privileged (Dkt #187; ruling at Dkt # 227). The Court overruled Plaintiffs' objections to Defendants' production requests 26, 27 and 31 and granted Defendants' request to an additional deposition of Mr. Hartman. The Court is conducting an *in camera* privilege review of six documents identified by Defendants and submitted to the Court by Plaintiffs on October 26, 2017.

On November 2, 2017, the Court also issued its Ruling on Plaintiffs' Motion for Protective Order re: Defendants' Notice of 30(b)(6) (Dkt # 188; ruling at Dkt # 228), denying Plaintiffs' objections to Topics 14 and 26; granting Plaintiffs' request as to Topic 19, but permitting Defendants to seek testimony about (1) other Hartford public schools and (2) statutes alleged in the Plaintiffs' Second Amended Complaint; and, as to Topic 9, ordering the parties to submit a joint status report.  The parties filed the report on November 3, 2017 (Dkt # 231), indicating that discussions relating to outstanding disputes are ongoing.

On November 7, 2017, the Court ordered the parties to meet and confer to discuss remaining disputes underlying Defendants' Motion to Compel and for Rule 30 Relief (Dkt # 191) and Plaintiffs' Motion to Compel Responses to Third Set of Interrogatories (Dkt # 209).  As to Plaintiffs' Motion to Compel Responses to Discovery (Dkt # 176) and Defendants' Motion to Compel Records of Plaintiffs' Disclosed Expert, Patrick S. Craffey (Dkt #198), the parties have resolved their disputes, as briefed.  On November 13, 2017, the Court issued its order resolving said motions pursuant to the parties' stipulation (Dkt ## 235–237).

   2.  *Anticipated Motions*

The parties may file motion(s) seeking to extend the time by which to meet certain discovery deadlines in the Court's Scheduling Order, discovery motion(s), motion(s) to strike affirmative defenses, motion(s) for summary judgment, and motion(s) to exclude expert testimony.

   3.  *Detailed Statement of All Discovery Undertaken to Date*

Plaintiffs have served the following discovery:

First Set of Requests for Production of Documents (served June 9, 2016)

First Set of Interrogatories (served June 9, 2016)

      First Set of Requests for Admission (served June 9, 2016)

      Second Set of Requests for Production of Documents (served October 26, 2016)

      Third Set of Requests for Production of Documents (served February 14, 2017)

      Second Set of Interrogatories (served May 4, 2017)

      Second Set of Requests for Admissions (served May 4, 2017)

      Fourth Set of Requests for Production (served May 4, 2017)

      Third Set of Requests for Admissions (served August 4, 2017)

Defendants served objections and responses to Plaintiffs' first set of written discovery on July 14, 2016. Defendants served a supplemental response to Plaintiffs' First Set of Requests for Production of Documents on January 27, 2017 and April 11, 2017. In response to this Court's Ruling on Plaintiffs' Motion to Compel (Dkt # 168, issued July 20, 2017), Defendants supplemented their response to Plaintiffs' First Set of Requests of Production of Documents on August 10, 2017, consisting primarily of transcripts from past litigation, and Defendants further supplemented their response on August 21, 2017. Defendants served their Objections and Responses to Plaintiffs' Second Set of Requests for Production of Documents on November 28, 2016, Objections and Responses to Plaintiffs' Third Set of Requests for Production of Documents on March 16, 2017, and Objections and Responses to Plaintiffs' Fourth Set of Requests for Production of Documents on June 5, 2017. On August 31, 2017 and November 3, 2017, Defendants produced supplemental document productions in response to correspondence by and between the parties and Plaintiffs' Fourth Request for Production No. 10.

After Defendants' served their objections and response to Plaintiffs' First Set of Interrogatories on July 14, 2016, they supplemented their response to Plaintiffs' Interrogatory No. 2 on April 11, 2017. Defendants served their objections and response to Plaintiffs' Second Set of Interrogatories on June 5, 2017. Defendants served their objections and responses to

Plaintiffs' Third Set of Interrogatories to Defendants on September 5, 2017.

Defendants served their response to Plaintiffs' First Set of Requests for Admission on July 14, 2016 and their supplemental response on July 29, 2016, in accordance with the Court's Docket Text Order of July 12, 2016.  (Dkt # 47.)  Defendants served their response to Plaintiffs' Second Set of Requests for Admission on June 5, 2017.  Defendants served their responses to Plaintiffs' Third Set of Requests for Admission on September 5, 2017.

In accordance with the Court's Order (Dkt # 168), on August 21, 2017, Defendants served (i) "Pharmacia's Supplemental Responses to Plaintiffs' (First) Interrogatory No. 3 Re Requests for Admission 6, 14, 21–26, 32, 33, 39, 40, 42–46 and 48 in Compliance with Court Order of 07/20/17, Dkt. 168" and (ii) "Pharmacia's Supplemental Responses to Plaintiffs' (First) Requests for Production Nos. 11, 12, 13, 22, 23, 26, 27 in Compliance with Court Order of 07/20/17, Dkt. 168," including a supplemental production of documents.

Defendants served the following written discovery:

First Set of Requests for Production (served June 8, 2016)

First Set of Interrogatories (served June 8, 2016)

Frist Set of Requests for Admission (served July 29, 2016)

Hartford responded to Defendants' First Set of Requests for Production and First Set of Interrogatories on July 8, 2016.  Hartford provided their amended response to each on October 10, 2016.  Plaintiffs responded to Defendants' First Set of Requests for Admissions on August 29, 2016.  On January 27, 2017, Hartford indicated that additional amended responses to all written discovery served that same day comprised Hartford's final response.  However, Hartford later provided supplemental productions, with a 12th supplemental production being served on August 4, 2017 and supplemental production related to John Butkus and Thomas Welcome on September 7, 2017 and September 8, 2017, respectively. On August 31, 2017, Plaintiffs served

Plaintiffs' Amended Responses to Defendants' First Set of Requests for Admission.

Plaintiffs have disclosed at least 73,881 pages of information to Defendants and have offered to make available for inspection and copying, on site, files for the seven "other" schools identified in Defendants' Motion to Compel.

Plaintiffs' counsel has received from Defendants at least 212,971 pages of information, and Plaintiffs' counsel has visited Defendants' PCB document repository in Clayton (St. Louis), Missouri.

Defendants have served record-keeper subpoenas on the following non-parties:

1. Eagle Environmental, Inc.
2. TRC Solutions, Inc.
3. Arcadis US, Inc.
4. Bartlett Brainard Eacott, Inc.
5. HRP Associates, Inc.
6. O&G Industries, Inc.
7. Tecton Architects
8. Consulting Engineering Services, Inc.
9. Downes Construction Co., LLC
10. Smith Edwards McCoy Architects
11. Environmental Testing & Balancing, Inc.
12. Triumvirate Environmental, Inc.
13. Strategic Environmental Services Inc.
14. James E. Brennan Company, Incorporated
15. Phoenix Environmental Laboratories, Inc.
16. Abatement Industries Group, Inc.

17. Ramco Environmental, Inc.

18. Harrall-Micalowski Associates, Inc.

19. Jeter, Cook & Jepson Architects. Inc. a/k/a JCJ Business Corp.

20. Wescott and Mapes, Inc.

21. Quinlan, Giannoni & Livingston, Inc.

22. Jon A. Brayshaw

23. Industrial Economics Incorporated

24. QGL Consulting Engineers, LLC

25. Milone & MacBroom, Inc.

26. M. Frank Higgins & Co., Inc.

27. Central Connecticut Acoustics, Inc.

28. Goodco Painting, Inc.

29. P & L Electric LLC

30. Roweski Painting LLC

31. Air Temp Mechanical Services, Inc.

32. David Monz, Updike, Kelly & Spellacy, P.C.

33. Mystic Air Quality

34. C&N Cleaning Contractor LLC

35. Allstate Fire Systems, LLC

36. Con-Test Analytical Laboratories

37. Colliers International (f/k/a Strategic Building Solutions, LLC)

38. J. Goodison Co., Inc.

39. J&B Mechanical

40. Valley Communications

41. CeilSpray Ceiling Refinishing, LLC

Defendants have taken the depositions of:

1. Claudio Bazzano (individual and 30(b)(6))
2. Edwin Arroyo
3. Sal Salafia (individual and 30(b)(6))
4. Paul Drummey
5. Gilberto DeValle
6. John Terrill
7. Erik Foley
8. Peter Folino
9. Thomas Welcome
10. John Butkus (individual and 30(b)(6))
11. Donald Slater (30(b)(6))
12. John H. Motley, Jr. (30(b)(6))
13. Tung Nguyen (30(b)(6))
14. Ross A. Hartman

Defendants conducted inspections of J.C. Clark Elementary School on October 3–7, 2016, November 16, 2016, December 8, 2016, and December 9, 2016 pursuant to the Court's Approved Stipulation and Order Regarding Preservation and Inspection of Physical Evidence. (Dkt # 87, 88).  Defendants conducted an additional inspection on June 14, 2017.

Plaintiffs' disclosed the following experts on July 17, 2017:

1. Dr. Jack V. Matson, PE
2. Dr. Robert F. Herrick
3. James R. Olson, Ph.D.

    4.  Patrick S. Craffey

    5.  Jerome M. Klosowski

    6.  Ross A. Hartman

Defendants have taken the depositions of each of the above.

    4.   *Specific Discovery that Remains to Be Completed*

Each party plans to continue serving timely deposition subpoenas on the other parties, party employees, and nonparties as relevant witnesses are identified and factual information is developed in the course of discovery.

Defendants disclosed experts on October 30, 2017:

    1.  Dr. Martin J. Barry, Ph.D., P.E., C.S.P., C.I.H.

    2.  Clark L. Griffith, AIA

    3.  Wayne G. Hubbard, P.E., LEED AP

    4.  John Leary, MAI, CRE

    5.  Bernard Lynch

    6.  David B. Peraza, P.E.

    7.  Maureen T.F. Reitman, Sc.D., F.S.P.E., P.E.

    8.  Dr. Andrew Saxon, M.D.

    9.  Dr. John Schell, Ph.D.

    10. Dr. Thomas Starr, Ph.D.

    11. John Woodyard. P.E.

Plaintiffs noticed the depositions of certain of Defendants' experts on November 7, 2017; the parties are coordinating the scheduling of same.

**II.   INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES**

Plaintiffs are willing to engage in settlement negotiations, but the parties have not

participated in any formal settlement talks to date.

**III.    WHETHER THE PARTIES WILL CONSENT TO EITHER A JURY TRIAL OR A BENCH TRIAL BEFORE A MAGISTRATE JUDGE**

The parties do not consent to trial before a magistrate judge.

**IV.    ESTIMATED LENGTH OF TRIAL**

The parties are not able to estimate the length of eventual trial, if any, at this time, but will be in a better position to do so as fact and expert discovery progresses.

| DEFENDANTS,<br>MONSANTO COMPANY, SOLUTIA INC. and PHARMACIA CORPORATION, | PLAINTIFFS,<br>CITY OF HARTFORD and HARTFORD BOARD OF EDUCATION, |
|---|---|
| By:  /s/ Paul D. Williams<br>    Paul D. Williams (ct05244)<br>    pdwilliams@daypitney.com<br>    Elizabeth C. Barton (ct07660)<br>    ecbarton@daypitney.com<br>    Michael L. Miller (ct29137)<br>    mlmiller@daypitney.com<br>    Elizabeth P. Retersdorf (ct29178)<br>    eretersdorf@daypitney.com<br>    Day Pitney LLP<br>    242 Trumbull Street<br>    Hartford, CT  06103-1212<br>    (860) 275-0100<br>    (860) 275-0343 (fax)<br><br>    Thomas M. Goutman (admitted *pro hac vice*)<br>    goutmant@whiteandwilliams.com<br>    David S. Haase (admitted *pro hac vice*)<br>    haased@whiteandwilliams.com<br>    Rosemary Schnall (admitted *pro hac vice*)<br>    schnallr@whiteandwilliams.com<br>    White and Williams LLP<br>    1650 Market Street<br>    One Liberty Place, Ste. 1800<br>    Philadelphia, PA  19103<br>    (215) 864-6869<br>    (215) 789-7635 (fax)<br><br>    Richard L. Campbell<br>    Campbellrl@whiteandwilliams.com<br>    Brandon L. Arber (admitted *pro hac vice*)<br>    arberb@whiteandwilliams.com<br>    White and Williams LLP<br>    101 Arch Street, Suite 1930<br>    Boston, MA 02110-1103 | By:  /s/ Zachary Sandman<br>    Scott Summy (admitted *pro hac vice*)<br>    ssummy@baronbudd.com<br>    Celeste Evangelisti (admitted *pro hac vice*)<br>    cevangelisti@baronbudd.com<br>    Carla Burke (admitted *pro hac vice*)<br>    cburke@baronbudd.com<br>    Brett Land (admitted *pro hac vice*)<br>    bland@baronbudd.com<br>    Cary McDougal (admitted *pro hac vice*)<br>    cmcdougal@baronbudd.com<br>    Zachary Sandman (admitted *pro hac vice*)<br>    zsandman@baronbudd.com<br>    Alicia D. Butler<br>    abutler@baronbudd.com<br>    Baron & Budd, P.C.<br>    3102 Oak Lawn Ave., Suite 1100<br>    Dallas, TX 75219<br>    (214) 521-3605<br>    (214) 520-1181 (fax)<br><br>    Ross. H. Garber (ct17689)<br>    rgarber@goodwin.com<br>    Alfredo Gabriel Fernandez<br>    afernandez@goodwin.com<br>    Shipman & Goodwin LLP<br>    One Constitution Plaza<br>    Hartford, CT  06103<br>    (860) 251-5000<br>    (860) 251-5099 (fax)<br><br>    Howard G. Rifkin (ct29978)<br>    Howard.Rifkin@hartford.gov<br>    City of Hartford Corporation Counsel<br>    550 Main Street |

(617) 748-5200
(617) 748-5201 (fax)

Adam E. Miller (admitted *pro hac vice 08574*)
miller@capessokol.com
Capes, Sokol, Goodman
   &amp; Sarachan, P.C.
7701 Forsyth Boulevard
Twelfth Floor
St. Louis, MO 63105
(314) 754-4810
(314) 754-4811 (fax)

Erik L. Hansell (admitted *pro hac vice*)
erik.hansell@huschblackwell.com
Husch Blackwell, LLP
190 Carondelet Plaza, Ste. 600
St. Louis, MO 63105
(314) 480-1917
(314) 480-1505 (fax)

Their Attorneys

Hartford, CT 06103
(860) 757-9705
(860) 722-8114

Their Attorneys

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on the date of the above captioned filing, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        */s/ Elizabeth P. Retersdorf*
                                        Elizabeth P. Retersdorf (ct29178)
                                        Day Pitney LLP
                                        242 Trumbull Street
                                        Hartford, CT  06103-1212
                                        (860) 275-0100
                                        (860) 275-0343 (fax)
                                        eretersdorf@daypitney.com