## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CITY OF HARTFORD and HARTFORD BOARD OF EDUCATION, | :  CIVIL ACTION NO.<br>:<br>:  3:15-CV-01544 (RNC) |
| Plaintiffs, | : |
| VS. | : |
| MONSANTO COMPANY, SOLUTIA INC. and PHARMACIA CORPORATION, | : |
| Defendants. | :  DECEMBER 1, 2017 |

**JOINT STATEMENT OF PREFERRED APPROACH TO MEDIATION**

Pursuant to the Court's August 17, 2017 Order (Docket No. 186) and the parties' Joint Notice of Approach to Mediation (Docket No. 190), Monsanto Company, Solutia Inc., and Pharmacia LLC (improperly referred to by Plaintiffs as Pharmacia Corporation) and Plaintiffs City of Hartford and Hartford Board of Education submit that, while they are not seeking to schedule a mediation at this time, they prefer to submit to mediation before a court-appointed Magistrate, at an appropriate time.

| | |
|---|---|
| DEFENDANTS,<br>MONSANTO COMPANY, SOLUTIA INC. and PHARMACIA CORPORATION, | PLAINTIFFS,<br>CITY OF HARTFORD and HARTFORD BOARD OF EDUCATION, |

By: */s/* Paul D. Williams

    Paul D. Williams (ct05244)
    pdwilliams@daypitney.com
    Elizabeth C. Barton (ct07660)
    ecbarton@daypitney.com
    Michael L. Miller (ct29137)
    mlmiller@daypitney.com
    Elizabeth P Retersdorf (ct29178)
    eretersdorf@daypitney.com
    Day Pitney LLP
    242 Trumbull Street
    Hartford, CT  06103-1212
    (860) 275-0100
    (860) 275-0343 (fax)

    Thomas M. Goutman (admitted *pro hac vice*)
    goutmant@whiteandwilliams.com
    David S. Haase (admitted *pro hac vice*)
    haased@whiteandwilliams.com
    Rosemary Schnall (admitted *pro hac vice*)
    schnallr@whiteandwilliams.com
    White and Williams LLP
    1650 Market Street
    One Liberty Place, Ste. 1800
    Philadelphia, PA  19103
    (215) 864-6869
    (215) 789-7635 (fax)

    Richard L. Campbell
    Campbellrl@whiteandwilliams.com
    Brandon L. Arber (admitted *pro hac vice*)
    arberb@whiteandwilliams.com
    White and Williams LLP
    101 Arch Street, Suite 1930
    Boston, MA 02110-1103
    (617) 748-5200
    (617) 748-5201 (fax)

    Adam E. Miller (admitted *pro hac vice 08574)*
    miller@capessokol.com
    Capes, Sokol, Goodman
      & Sarachan, P.C.
    7701 Forsyth Boulevard
    Twelfth Floor
    St. Louis, MO 63105
    (314) 754-4810
    (314) 754-4811 (fax)

By: */s/* Zachary Sandman

    Scott Summy (admitted *pro hac vice*)
    ssummy@baronbudd.com
    Celeste Evangelisti (admitted *pro hac vice*)
    cevangelisti@baronbudd.com
    Carla Burke (admitted *pro hac vice*)
    cburke@baronbudd.com
    Brett Land (admitted *pro hac vice*)
    bland@baronbudd.com
    Cary McDougal (admitted *pro hac vice*)
    cmcdougal@baronbudd.com
    Zachary Sandman (admitted *pro hac vice*)
    zsandman@baronbudd.com
    Alicia D. Butler
    abutler@baronbudd.com
    Baron & Budd, P.C.
    3102 Oak Lawn Ave., Suite 1100
    Dallas, TX 75219
    (214) 521-3605
    (214) 520-1181 (fax)

    Ross. H. Garber (ct17689)
    rgarber@goodwin.com
    Alfredo Gabriel Fernandez
    afernandez@goodwin.com
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT  06103
    (860) 251-5000
    (860) 251-5099 (fax)

    Howard G. Rifkin (ct29978)
    Howard.Rifkin@hartford.gov
    City of Hartford Corporation Counsel
    550 Main Street
    Hartford, CT  06103
    (860) 757-9705
    (860) 722-8114

    Their Attorneys

Erik L. Hansell (admitted *pro hac vice*)
erik.hansell@huschblackwell.com
Husch Blackwell, LLP
190 Carondelet Plaza, Ste. 600
St. Louis, MO  63105
(314) 480-1917
(314) 480-1505 (fax)

Their Attorneys

## CERTIFICATE OF SERVICE

  I hereby certify that on the date indicated in this filing, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

            */s/ Elizabeth P. Retersdorf*
            Elizabeth P. Retersdorf (ct29178)
            Day Pitney LLP
            242 Trumbull Street
            Hartford, CT  06103-1212
            (860) 275-0100
            (860) 275-0343 (fax)
            eretersdorf@daypitney.com