## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CITY OF HARTFORD and HARTFORD BOARD OF EDUCATION, | : | CIVIL ACTION NO. |
| | : | |
| | : | 3:15-CV-01544 (RNC) |
| Plaintiffs, | : | |
| | : | |
| VS. | : | |
| | : | |
| MONSANTO COMPANY, SOLUTIA INC. and PHARMACIA CORPORATION, | : | |
| | : | |
| | : | |
| Defendants. | : | FEBRUARY 16, 2018 |

### JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order Regarding Case Management Plan ("Scheduling Order", Dkt # 42) and November 17, 2017 text order, undersigned counsel hereby submit this Joint Status Report on behalf of Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC (improperly referred to by Plaintiffs as Pharmacia Corporation) (collectively "Defendants") and Plaintiffs City of Hartford and Hartford Board of Education (collectively "Hartford" or "Plaintiffs").

I.      CASE STATUS

      A.      **Pending or Anticipated Motions**

            1.      *Pending*

On November 2, 2017, the Court issued its Ruling on Defendants' Revised, Updated Motion to Compel (1) Production of Documents of Ross Hartman and (2) Documents Improperly Withheld by Plaintiffs as Privileged (Dkt #187; ruling at Dkt # 227). The Court overruled Plaintiffs' objections to Defendants' production requests 26, 27 and 31 and granted Defendants' request to an additional deposition of Mr. Hartman. The Court is conducting an *in camera* privilege review of six documents identified by Defendants and submitted to the Court by Plaintiffs on October 26, 2017.

On November 2, 2017, the Court also issued its Ruling on Plaintiffs' Motion for

Protective Order re: Defendants' Notice of 30(b)(6) (Dkt # 188; ruling at Dkt # 228), denying

Plaintiffs' objections to Topics 14 and 26; granting Plaintiffs' request as to Topic 19, but

permitting Defendants to seek testimony about (1) other Hartford public schools and (2) statutes

alleged in the Plaintiffs' Second Amended Complaint; and, as to Topic 9, ordering the parties to

submit a joint status report.  The parties filed the report on November 3, 2017 (Dkt # 231),

indicating that discussions relating to outstanding disputes are ongoing.

On November 7, 2017, the Court ordered the parties to meet and confer to discuss

remaining disputes underlying Defendants' Motion to Compel and for Rule 30 Relief (Dkt #

191) and Plaintiffs' Motion to Compel Responses to Third Set of Interrogatories (Dkt # 209).  As

to Plaintiffs' Motion to Compel Responses to Discovery (Dkt # 176) and Defendants' Motion to

Compel Records of Plaintiffs' Disclosed Expert, Patrick S. Craffey (Dkt #198), the parties have

resolved their disputes, as briefed.  On November 13, 2017, the Court issued its order resolving

said motions pursuant to the parties' stipulation (Dkt ## 235–237).  On November 21, 2017, the

Court granted Defendants' request to withdraw their Motion to Compel (Dkt # 191).

2.    *Anticipated Motions*

The parties may file motion(s) seeking to extend the time by which to meet certain

discovery deadlines in the Court's Scheduling Order, discovery motion(s), motion(s) to strike

affirmative defenses, motion(s) for summary judgment, and motion(s) to exclude expert

testimony.  The parties will meet and confer, as required pursuant to the Scheduling Order, after

which time Defendants intend to file a request for a pre-filing conference with the Court to

discuss Defendants' filing of a summary judgment motion and supporting memoranda.  This

SLC-8268940-1

request will be filed on or before March 2, 2018, per the Court's April 13, 2017 Order (Dkt #
130; as affirmed in Dkt # 244).

3.      *Detailed Statement of All Discovery Undertaken to Date*

Plaintiffs have served the following discovery:

First Set of Requests for Production of Documents (served June 9, 2016)

First Set of Interrogatories (served June 9, 2016)

First Set of Requests for Admission (served June 9, 2016)

Second Set of Requests for Production of Documents (served October 26, 2016)

Third Set of Requests for Production of Documents (served February 14, 2017)

Second Set of Interrogatories (served May 4, 2017)

Second Set of Requests for Admissions (served May 4, 2017)

Fourth Set of Requests for Production (served May 4, 2017)

Third Set of Requests for Admissions (served August 4, 2017)

Fourth Set of Interrogatories (served January 5, 2018)

Defendants served objections and responses to Plaintiffs' first set of written discovery on
July 14, 2016.  Defendants served a supplemental response to Plaintiffs' First Set of Requests for
Production of Documents on January 27, 2017 and April 11, 2017.   In response to this Court's
Ruling on Plaintiffs' Motion to Compel (Dkt # 168, issued July 20, 2017), Defendants
supplemented their response to Plaintiffs' First Set of Requests of Production of Documents on
August 10, 2017, this supplemental response consisting primarily of transcripts from past
litigation, and Defendants further supplemented their response on August 21, 2017.  Defendants
served their Objections and Responses to Plaintiffs' Second Set of Requests for Production of
Documents on November 28, 2016, Objections and Responses to Plaintiffs' Third Set of
Requests for Production of Documents on March 16, 2017, and Objections and Responses to

-3-

Plaintiffs' Fourth Set of Requests for Production of Documents on June 5, 2017.  On August 31, 2017 and November 3, 2017, Defendants produced supplemental document productions in response to correspondence by and between the parties and Plaintiffs' Fourth Request for Production No. 10.  On December 1, 2017, Defendants further supplemented objections and responses and their production with respect to Plaintiffs' First Set of Requests for Production of Documents Nos. 11 and 13, Plaintiffs' Fourth Set of Requests for Production of Documents No. 15 and Plaintiffs' Second Set of Interrogatories No. 12.  On December 13, 2017, Defendants served supplemental production and their Supplemental Responses to Plaintiffs' Fourth Set of Requests for Production of Documents Nos. 2, 3, 4, 10 & 15 and to First Request for Production of Documents No. 19.  On January 12, 2018, Defendants served their Supplemental Response to Plaintiffs' Fourth Set of Requests for Production No. 14.

After Defendants served their objections and responses to Plaintiffs' First Set of Interrogatories on July 14, 2016, they supplemented their response to Plaintiffs' Interrogatory No. 2 on April 11, 2017.  Defendants served their objections and response to Plaintiffs' Second Set of Interrogatories on June 5, 2017.  Defendants served their objections and responses to Plaintiffs' Third Set of Interrogatories to Defendants on September 5, 2017.  On January 15, 2018, Defendants served supplemental production and their Supplemental Response to Plaintiffs' Third Interrogatory No. 14.  Defendants served their objections and responses to Plaintiffs' Fourth Set of Interrogatories to Defendants on February 5, 2018.

Defendants served their response to Plaintiffs' First Set of Requests for Admission on July 14, 2016 and their supplemental response on July 29, 2016, in accordance with the Court's Docket Text Order of July 12, 2016.  (Dkt # 47.)  Defendants served their response to Plaintiffs' Second Set of Requests for Admission on June 5, 2017.  Defendants served their responses to Plaintiffs' Third Set of Requests for Admission on September 5, 2017.

In accordance with the Court's Order (Dkt # 168), on August 21, 2017, Defendants served (i) "Pharmacia's Supplemental Responses to Plaintiffs' (First) Interrogatory No. 3 Re Requests for Admission 6, 14, 21–26, 32, 33, 39, 40, 42–46 and 48 in Compliance with Court Order of 07/20/17, Dkt. 168" and (ii) "Pharmacia's Supplemental Responses to Plaintiffs' (First) Requests for Production Nos. 11, 12, 13, 22, 23, 26, 27 in Compliance with Court Order of 07/20/17, Dkt. 168," including a supplemental production of documents.

Defendants served the following written discovery:

First Set of Requests for Production (served June 8, 2016)

First Set of Interrogatories (served June 8, 2016)

Frist Set of Requests for Admission (served July 29, 2016)

Hartford responded to Defendants' First Set of Requests for Production and First Set of Interrogatories on July 8, 2016.  Hartford provided their amended response to each on October 10, 2016.  Plaintiffs responded to Defendants' First Set of Requests for Admissions on August 29, 2016.  On January 27, 2017, Hartford indicated that additional amended responses to all written discovery served that same day comprised Hartford's final response.  However, Hartford later provided supplemental productions, with a 12th supplemental production being served on August 4, 2017 and supplemental production related to John Butkus and Thomas Welcome on September 7, 2017 and September 8, 2017, respectively. On August 31, 2017, Plaintiffs served Plaintiffs' Amended Responses to Defendants' First Set of Requests for Admission.  Plaintiffs served 13th and 14th productions of documents on November 22, 2017 and November 29, 2017, respectively.  On January 5, 2018, Plaintiffs served a 15th production of documents.

Plaintiffs have disclosed at least 98,064 pages of information to Defendants, including documents that were made available on-site on November 21, 2017 for inspection and copying, relating to seven "other" schools identified in Defendants' Motion to Compel.

-5-

Plaintiffs' counsel has received from Defendants at least 278,458 pages of information, and Plaintiffs' counsel has visited Defendants' PCB document repository in Clayton (St. Louis), Missouri.

Defendants have served record-keeper subpoenas on the following non-parties:

1. Eagle Environmental, Inc.

2. TRC Solutions, Inc.

3. Arcadis US, Inc.

4. Bartlett Brainard Eacott, Inc.

5. HRP Associates, Inc.

6. O&G Industries, Inc.

7. Tecton Architects

8. Consulting Engineering Services, Inc.

9. Downes Construction Co., LLC

10. Smith Edwards McCoy Architects

11. Environmental Testing & Balancing, Inc.

12. Triumvirate Environmental, Inc.

13. Strategic Environmental Services Inc.

14. James E. Brennan Company, Incorporated

15. Phoenix Environmental Laboratories, Inc.

16. Abatement Industries Group, Inc.

17. Ramco Environmental, Inc.

18. Harrall-Micalowski Associates, Inc.

19. Jeter, Cook & Jepson Architects. Inc. a/k/a JCJ Business Corp.

20. Wescott and Mapes, Inc.

SLC-8268940-1

21. Quinlan, Giannoni & Livingston, Inc.

22. Jon A. Brayshaw

23. Industrial Economics Incorporated

24. QGL Consulting Engineers, LLC

25. Milone & MacBroom, Inc.

26. M. Frank Higgins & Co., Inc.

27. Central Connecticut Acoustics, Inc.

28. Goodco Painting, Inc.

29. P & L Electric LLC

30. Roweski Painting LLC

31. Air Temp Mechanical Services, Inc.

32. David Monz, Updike, Kelly & Spellacy, P.C.

33. Mystic Air Quality

34. C&N Cleaning Contractor LLC

35. Allstate Fire Systems, LLC

36. Con-Test Analytical Laboratories

37. Colliers International (f/k/a Strategic Building Solutions, LLC)

38. J. Goodison Co., Inc.

39. J&B Mechanical

40. Valley Communications

41. CeilSpray Ceiling Refinishing, LLC

Defendants have taken the depositions of:

1. Claudio Bazzano (individual and 30(b)(6))

2. Edwin Arroyo

3.  Sal Salafia (individual and 30(b)(6))

4.  Paul Drummey

5.  Gilberto DeValle

6.  John Terrill

7.  Erik Foley

8.  Peter Folino

9.  Thomas Welcome

10. John Butkus (individual and 30(b)(6))

11. Donald Slater (30(b)(6))

12. John H. Motley, Jr. (30(b)(6))

13. Tung Nguyen (30(b)(6))

14. Ross A. Hartman

Defendants conducted inspections of J.C. Clark Elementary School on October 3–7, 2016, November 16, 2016, December 8, 2016, and December 9, 2016, pursuant to the Court's Approved Stipulation and Order Regarding Preservation and Inspection of Physical Evidence. (Dkt # 87, 88).  Defendants conducted an additional inspection on June 14, 2017.

Plaintiffs disclosed the following experts on July 17, 2017:

1.  Dr. Jack V. Matson, PE

2.  Dr. Robert F. Herrick

3.  James R. Olson, Ph.D.

4.  Patrick S. Craffey

5.  Jerome M. Klosowski

6.  Ross A. Hartman

Defendants have taken the depositions of each of the above.

-8-

On January 11, 2018, Plaintiffs disclosed:

    1.   Supplemental Expert Witness Report of Dr. Jack V. Matson, PE; and

    2.   Rebuttal expert Patrick S. Craffey

On January 15, 2018, Plaintiffs disclosed the following rebuttal experts:

    1.   Dr. Robert F. Herrick

    2.   Dr. Lisa Rodenburg

    3.   Ross A. Hartman

    4.   Mark Tebbets

Defendants have deposed Dr. Herrick, Dr. Rodenburg and Mr. Tebbets.

On January 29, 2018, Plaintiffs disclosed the following rebuttal expert:

    1.   Richard DeGrandchamp, PhD

Defendants disclosed experts on October 30, 2017:

    1.   Dr. Martin J. Barry, Ph.D., P.E., C.S.P., C.I.H.

    2.   Clark L. Griffith, AIA

    3.   Wayne G. Hubbard, P.E., LEED AP

    4.   John Leary, MAI, CRE

    5.   Bernard Lynch

    6.   David B. Peraza, P.E.

    7.   Maureen T.F. Reitman, Sc.D., F.S.P.E., P.E.

    8.   Dr. Andrew Saxon, M.D.

    9.   Dr. John Schell, Ph.D.

    10. Dr. Thomas Starr, Ph.D.

    11. John Woodyard. P.E.

Plaintiffs took depositions of Dr. Barry, Dr. Schell and Mr. Woodyard.

4.      *Specific Discovery that Remains to Be Completed*

Each party plans to continue serving timely deposition subpoenas on the other parties, party employees, and nonparties as relevant witnesses are identified and factual information is developed in the course of discovery.

## II.     INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES

Plaintiffs are willing to engage in settlement negotiations, but the parties have not participated in any formal settlement talks to date.  On December 1, 2017, the parties jointly filed a statement with the Court indicating that, while the parties are not seeking to schedule a mediation at this time, they prefer to submit to mediation before a Court-appointed Magistrate Judge, at an appropriate time.

## III.    WHETHER THE PARTIES WILL CONSENT TO EITHER A JURY TRIAL OR A BENCH TRIAL BEFORE A MAGISTRATE JUDGE

The parties do not consent to a trial before a Magistrate Judge.

## IV.     ESTIMATED LENGTH OF TRIAL

The parties are not able to estimate the length of eventual trial, if any, at this time, but will be in a better position to do so as fact and expert discovery progresses.

-10-

DEFENDANTS,
MONSANTO COMPANY, SOLUTIA INC. and
PHARMACIA CORPORATION,

By: /s/ Paul D. Williams
    Paul D. Williams (ct05244)
    pdwilliams@daypitney.com
    Elizabeth C. Barton (ct07660)
    ecbarton@daypitney.com
    Michael L. Miller (ct29137)
    mlmiller@daypitney.com
    Elizabeth P. Retersdorf (ct29178)
    eretersdorf@daypitney.com
    Day Pitney LLP
    242 Trumbull Street
    Hartford, CT  06103-1212
    (860) 275-0100
    (860) 275-0343 (fax)

    Thomas M. Goutman (admitted *pro hac vice*)
    goutmant@whiteandwilliams.com
    David S. Haase (admitted *pro hac vice*)
    haased@whiteandwilliams.com
    Rosemary Schnall (admitted *pro hac vice*)
    schnallr@whiteandwilliams.com
    White and Williams LLP
    1650 Market Street
    One Liberty Place, Ste. 1800
    Philadelphia, PA  19103
    (215) 864-6869
    (215) 789-7635 (fax)

    Richard L. Campbell
    Campbellrl@whiteandwilliams.com
    Brandon L. Arber (admitted *pro hac vice*)
    arberb@whiteandwilliams.com
    White and Williams LLP
    101 Arch Street, Suite 1930
    Boston, MA 02110-1103
    (617) 748-5200
    (617) 748-5201 (fax)

    Adam E. Miller (admitted *pro hac vice 08574*)
    miller@capessokol.com
    Capes, Sokol, Goodman
      & Sarachan, P.C.
    7701 Forsyth Boulevard
    Twelfth Floor
    St. Louis, MO 63105
    (314) 754-4810
    (314) 754-4811 (fax)

    Erik L. Hansell (admitted *pro hac vice*)
    erik.hansell@huschblackwell.com

PLAINTIFFS,
CITY OF HARTFORD and HARTFORD
BOARD OF EDUCATION,

By: /s/ Zachary Sandman
    Scott Summy (admitted *pro hac vice*)
    ssummy@baronbudd.com
    Celeste Evangelisti (admitted *pro hac vice*)
    cevangelisti@baronbudd.com
    Carla Burke (admitted *pro hac vice*)
    cburke@baronbudd.com
    Brett Land (admitted *pro hac vice*)
    bland@baronbudd.com
    Cary McDougal (admitted *pro hac vice*)
    cmcdougal@baronbudd.com
    Zachary Sandman (admitted *pro hac vice*)
    zsandman@baronbudd.com
    Alicia D. Butler
    abutler@baronbudd.com
    Baron & Budd, P.C.
    3102 Oak Lawn Ave., Suite 1100
    Dallas, TX 75219
    (214) 521-3605
    (214) 520-1181 (fax)

    Ross. H. Garber (ct17689)
    rgarber@goodwin.com
    Alfredo Gabriel Fernandez
    afernandez@goodwin.com
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT  06103
    (860) 251-5000
    (860) 251-5099 (fax)

    Howard G. Rifkin (ct29978)
    Howard.Rifkin@hartford.gov
    City of Hartford Corporation Counsel
    550 Main Street
    Hartford, CT  06103
    (860) 757-9705
    (860) 722-8114

    Their Attorneys

-11-

Husch Blackwell, LLP
190 Carondelet Plaza, Ste. 600
St. Louis, MO  63105
(314) 480-1917
(314) 480-1505 (fax)

Their Attorneys

<u>CERTIFICATE OF ELECTRONIC FILING</u>

I hereby certify that on the date of the above captioned filing, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Michael L. Miller*
Michael L. Miller (ct29137)
Day Pitney LLP
242 Trumbull Street
Hartford, CT  06103-1212
(860) 275-0100
(860) 275-0343 (fax)
mlmiller@daypitney.com

-13-