UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CITY OF HARTFORD and HARTFORD BOARD OF EDUCATION, | CIVIL ACTION NO. |
| | 3: 15-CV-01544(RNC) |
| *Plaintiffs* | |
| v. | |
| MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, | JUNE 15, 2018 |
| *Defendants* | |

## MOTION OF DEFENDANTS MONSANTO COMPANY, SOLUTIA INC., AND PHARMACIA LLC FOR SUMMARY JUDGMENT

Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC (improperly referred to as Pharmacia Corporation), hereby, move for summary judgment.

This is a products liability action brought by the City of Hartford and Hartford Board of Education ("Hartford" or "Plaintiffs") for alleged property damage due to the volatilization of polychlorinated biphenyls ("PCBs") from caulk used in the construction of the Clark Elementary School in 1971. Relying on many of the same experts, Plaintiffs make the identical claims rejected in *Westport v. Monsanto*, No. CV 14-12041 (D. Mass. Apr. 7, 2017), *aff'd*, 877 F.3d 58 (1st Cir. 2017). Based on equivalent Connecticut law, Plaintiffs' complaint should, likewise, be dismissed. Plaintiffs failed, as a matter of law, to establish a design defect claim, a failure-to-warn claim, any negligence claim, a compensable injury, or damages, for the principal reason that Plaintiffs' experts, as in *Westport*, admit that no scientific study exists even today purporting to demonstrate that PCBs volatilize from caulk at levels capable of causing human disease. Plaintiffs' claims should also be dismissed as time-barred under the applicable statute of limitations. In support of this motion, Defendants incorporate by reference herein their

**ORAL ARGUMENT REQUESTED**

accompanying Memorandum of Law, Defendants' Local Rule 56(a)1 Statement of Undisputed Material Facts, and the supporting materials submitted therewith.

WHEREFORE, Defendants respectfully request this Honorable Court to grant this motion, dismiss Plaintiffs' claims in their entirety, and enter judgment in Defendants' favor. In the alternative, Defendants request that the Court grant partial summary judgment and dismiss Plaintiffs' damages claims in excess of fair market value. Also, in the alternative, Defendants reserve their right to renew this motion for summary judgment, if necessary, on liability and damages after the disposition of Defendants' *Daubert* motions.

Respectfully submitted,

/s/ Thomas M. Goutman
**WHITE AND WILLIAMS LLP**
Thomas M. Goutman (*pro hac vice*)
Richard L. Campbell (*pro hac vice*)
Kim Kocher (*pro hac vice*)
1800 One Liberty Place
Philadelphia, PA 19103-7395
215-864-7000
*Attorneys for Defendants*
*Monsanto Company; Solutia Inc.;*
*and Pharmacia LLC*

**DAY PITNEY LLP**
Paul D. Williams (ct05244)
Elizabeth C. Barton (ct07660)
Michael L. Miller (ct29137)
Elizabeth P. Retersdorf (ct29178)
242 Trumbull Street
Hartford, CT 06103
860-275-0100
*Attorneys for Defendants*
*Monsanto Company; Solutia Inc.;*
*and Pharmacia LLC*

- 3 -

        **CAPES, SOKOL, GOODMAN & SARACHAN, P.C.**
        Adam E. Miller (*pro hac vice*)
        7701 Forsyth Blvd., 12th Floor
        St. Louis, MO 63105
        314-721-7701
        *Attorneys for Defendants*
        *Monsanto Company; Solutia Inc.;*
        *and Pharmacia LLC*

CERTIFICATE OF ELECTRONIC FILING

      I hereby certify that on June 15, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      */s/ Paul D. Williams*
      Paul D. Williams (ct05244)
      Day Pitney LLP
      242 Trumbull Street
      Hartford, CT  06103-1212
      (860) 275-0100
      (860) 275-0343 (fax)
      pdwilliams@daypitney.com