**Pete Folino**

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Monday, January 12, 2015 10:40 AM |
| **To:** | 'Bazzano, Claudio'; 'Pete Folino' |
| **Cc:** | 'Slater, Donald' |
| **Subject:** | RE: Cabinet Meeting |

I will make myself available.

*Sal Salafia,* LEED AP BD+C
PROGRAM MANAGER - ARCADIS/O&G PROGRAM MANAGEMENT
207 MAIN STREET - HARTFORD, CT 06106
PHONE : (860) 906-1577   FAX : (860) 906-1187   MOBILE: (860) 405-8841
salsalafia@arcadis-ogind.com
🖳 Please consider the environment before printing this e-mail.

**From:** Bazzano, Claudio [mailto:bazzc001@hartfordschools.org]
**Sent:** Monday, January 12, 2015 10:14 AM
**To:** 'Sal Salafia'; 'Pete Folino'
**Cc:** Slater, Donald
**Subject:** Cabinet Meeting

Pete and Sal,

can you attend the cabinet meeting scheduled for 8:30am on Tuesday morning to provide an update and to answer any questions?

Thank you,

Claudio.


Claudio Bazzano

Executive Director of Facilities

Hartford Public Schools

860-695-3233

## Pete Folino

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Thursday, January 22, 2015 10:13 AM |
| **To:** | 'Pete Folino' |
| **Subject:** | RE: Email inclusion |

Pete,

Tom checked the date of the last filter change at Clark and advised they were done on 11/24/14. – not that long ago and obviously after CREC's work.

*Sal Salafia, LEED AP BD+C*
**PROGRAM MANAGER  -  ARCADIS/O&G PROGRAM MANAGEMENT**
**207 MAIN STREET - HARTFORD, CT 06106**
**PHONE : (860) 906-1577   FAX : (860) 906-1187   MOBILE: (860) 485-8841**
salsalafia@arcadis-ogind.com
Please consider the environment before printing this e-mail.

**From:** Pete Folino [mailto:pfolino@eagleenviro.com]
**Sent:** Thursday, January 22, 2015 8:29 AM
**To:** 'Welcome, Thomas'; Bazzano, Claudio; 'Sal Salafia'
**Cc:** 'Cutler Hodgman, Jill'; 'Roldan, Kelvin'; 'Slater, Donald'; 'mailto:Medid001@hartfordschools.org'
**Subject:** RE: Email inclusion

Tom,

All the analytical data is back from the testing performed this week.  I am currently reviewing the data in order to put together a summary for the district.  Ross and I are meeting tomorrow to begin outlining strategies for remediation work.  The data suggests the following:

1. Interior caulk at windows, doors and columns contains PCB's between 40,000 and 97,000 PPM.
2. Spray applied fire proofing in the air plenum contains varying levels of PCB's.  We removed the surface of the spray on to sample deeper in the matrix to avoid sampling the outer dust layer and the results did not go down.
3. 10 of 11 air filters in the AHU;s contain PCB's at varying levels, some as high as 40 PPM.
4. Dust samples from within the AHU's confirmed the presence of PCB contaminated dust in the main trunk lines and at the end of the branch lines at diffusers.
5. Air sample results actually dipped slightly at the two locations that were sampled and are in the mid-100's. This could be the result of several factors which will be discussed in the more detailed summary.

I will be working on summarizing the results throughout the day and am hopeful to get back to you this afternoon with the more detailed summary.

Thank you,

Peter J. Folino
Principal

****NEW ADDRESS****
Eagle Environmental, Inc.
8 South Main Street, Suite 3
Terryville, CT 06786
Tel: (860) 589-8257 x104

Fax: (860) 585-7034
Email: pfolino@eagleenviro.com

www.eagleenviro.com

**From:** Pete Folino [mailto:pfolino@eagleenviro.com]
**Sent:** Tuesday, January 20, 2015 4:11 PM
**To:** 'Welcome, Thomas'; Bazzano, Claudio (bazzc001@hartfordschools.org); 'Sal Salafia' (salsalafia@arcadis-ogind.com)
**Cc:** 'Cutler Hodgman, Jill'; 'Roldan, Kelvin'; 'Slater, Donald'; 'mailto:Medid001@hartfordschools.org'
**Subject:** RE: Email inclusion

Tom,

Just another follow up from this morning. I know everyone is anxious about getting information back on the testing and we have been passing it along as it comes in. At times, the individual pieces of information raise more questions than they answer. I am being cautious not to misrepresent the information while passing it on. As reported earlier today, we delivered a batch of air, wipe and dust samples to the laboratory this morning and the results will be in tomorrow afternoon and possibly into Thursday morning. We should be in a better position to provide a more detailed summary once these results are in. The following is an abbreviated summary of findings from the recent sampling performed last week and sampling performed yesterday/today:

1. The spray applied fire proofing, which is throughout the building on the steel contains varying levels of PCB's. The spray applied fire proofing is in the ceiling plenum which serves as an air return back to the Air Handling Units (AHU's), which is then redistributed throughout the building with a mixture of fresh air from outside the building. There are 11 AHU's in 6 mechanical rooms with approximately 30 zones. Each zone serves a specific area of the building. We have reviewed the HVAC plans and developed a sampling strategy to further evaluate the air handling system. This sampling strategy was implemented over the last two days and the samples are at the laboratory.

2. The new ceiling tiles that were installed over the summer show some low levels of PCB contamination. Three samples had results greater than 1 PPM and several had detections less than 1 PPM and None Detected (negative)

3. Suspect caulk at the windows, entry doors and columns were sampled to evaluate the material for PCB's. Caulk sampled last week at the air handler fresh air intake for the gymnasium contains 31,000 PPM of PCB. Based on this evidence, Eagle performed a visual inspection for additional caulk inside the building and located it at windows, the front entry doors and at steel columns/brick junctions. The caulk was sampled and is at the laboratory.

4. Bulk samples of the filters in the AHU's were sampled to determine if the filters are contaminated with PCB's.

5. Air sampling was performed directly at two supply air duct diffusers to evaluate the air coming out of the air system. Adjacent air samples were collected in close proximity for comparison purposes.

6. Dust wipe sampling performed above the suspended ceiling yielded varying levels of PCB's in settled dust. \

I will keep everyone apprised of the results, which are due back tomorrow.

Thank you,


Peter J. Folino
Principal

****NEW ADDRESS****
Eagle Environmental, Inc.

8 South Main Street, Suite 3
Terryville, CT 06786
Tel: (860) 589-8257 x104
Fax: (860) 585-7034
Email: pfolino@eagleenviro.com

www.eagleenviro.com

**From:** Welcome, Thomas [mailto:WELClou0@hartfordschools.org]
**Sent:** Tuesday, January 20, 2015 2:39 PM
**To:** pfolino@eagleenviro.com
**Cc:** Cutler Hodgman, Jill; Roldan, Kelvin; Slater, Donald
**Subject:** Email inclusion

Peter,

Please include the following in our email exchanges:
Ms. Cutler-Hodgman in the Purchasing office's email.

Thank you.

*Thomas Welcome*

Thomas Welcome, MPA
Assistant Director of Facilities
Hartford Public Schools
568 Wethersfield Avenue
Hartford, CT 06114
Phone: 860-695-8284
Cell: 860-214-9591

## Pete Folino

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Saturday, January 31, 2015 6:40 PM |
| **To:** | Bazzano, Claudio |
| **Cc:** | Pete Folino; Roldan, Kelvin |
| **Subject:** | Re: Test samples |

Claudio

I have invoices which I can forward to you on Monday which will give you a current update. We are at about $33,000 for Pete, Ross and testing

Sent from my iPhone

> On Jan 31, 2015, at 6:19 PM, Bazzano, Claudio <bazzc001@hartfordschools.org> wrote:
>
> Hi Pete,
>
> Can I get an itemized list of the samples taken and the cost per sample. Ultimately, I am looking for an accounting of where we are at this point. Need to keep track!
>
> Monday will be fine.
> Thanks,
> Claudio.
>
> Sent from my iPhone

1

## Pete Folino

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Monday, February 23, 2015 11:50 AM |
| **To:** | 'Pete Folino'; 'Ross Hartman' |
| **Cc:** | 'Welcome, Thomas'; 'Claudio Bazzano' |
| **Subject:** | RE: Revised Investigation Report |

Pete,

This makes sense to me, but I don't know what, if any, changes to approach may have been discussed and/or decided upon by representatives of the HPS or their consultants, since we last met. Claudio is probably the best to address this issue.

*Sal Salafia,* LEED AP BD+C
PROGRAM MANAGER - ARCADIS/O&G PROGRAM MANAGEMENT
207 MAIN STREET - HARTFORD, CT 06106
PHONE : (860) 906-1577    FAX : (860) 906-1157    MOBILE: (860) 405-8841
salsalafia@arcadis-ogind.com
🌲 Please consider the environment before printing this e-mail.

**From:** Pete Folino [mailto:pfolino@eagleenviro.com]
**Sent:** Monday, February 23, 2015 11:35 AM
**To:** 'Ross Hartman'
**Cc:** 'Sal Salafia'; Welcome, Thomas
**Subject:** RE: Revised Investigation Report

Ross,

Edwin Arroyo is the custodian at Clark. His cell number is 860-881-5737. I just spoke to him and he anticipates being at Clark during his normal shift of 7 a.m. to 3:30 p.m. He sometimes gets called out of the building for other things but I told him you would contact him to let him know what time you will be on site.

Sal/Tom,

Ross is making a site visit tomorrow to move forward with the general coordination of performing a pilot study. Regardless of what the ultimate scope of work is, we will need to start looking at the building to determine how and where to develop the pilot. Please let me know if you have any issues with us moving this work forward. If there are no issues, Ross will make his initial site visit tomorrow. I may try to join him if my schedule permits.

Thank you,

Peter J. Folino
Principal

****NEW ADDRESS****
Eagle Environmental, Inc.
8 South Main Street, Suite 3
Terryville, CT 06786
Tel: (860) 589-8257 x104
Fax: (860) 585-7034
Email: pfolino@eagleenviro.com

1

www.eagleenviro.com

**From:** Ross Hartman [mailto:rhartman@jmenvironmental.com]
**Sent:** Monday, February 23, 2015 10:58 AM
**To:** 'Pete Folino'
**Subject:** RE: Revised Investigation Report

Hi,

Just wanted to follow up about gaining access to the school tomorrow. Who would you like me to follow up with?

Ross Hartman
401-391-8052
JM Environmental, Corp.
*A WBE/DBE Certified Company*
www.jmenvironmental.com

**From:** Pete Folino [mailto:pfolino@eagleenviro.com]
**Sent:** Monday, February 23, 2015 10:55 AM
**To:** 'Sal Salafia'
**Cc:** Ross Hartman
**Subject:** Revised Investigation Report

Sal,

As discussed, Eagle will present the final draft without conclusions or recommendations until we determine which direction we are moving in. The final draft is provided for your records.

Thank you,

Peter J. Folino
Principal

****NEW ADDRESS****
Eagle Environmental, Inc.
8 South Main Street, Suite 3
Terryville, CT 06786
Tel: (860) 589-8257 x104
Fax: (860) 585-7034
Email: pfolino@eagleenviro.com

www.eagleenviro.com

## Pete Folino

| From: | Sal Salafia <salsalafia@arcadis-ogind.com> |
|---|---|
| Sent: | Wednesday, April 22, 2015 4:00 PM |
| To: | 'Ross Hartman'; 'Tisa, Kimberly'; 'Pete Folino' |
| Cc: | 'Trombly, Gary' |
| Subject: | RE: Clark Update |

That time works for me as well. See all at 9:30 or so.

*Sal Salafia, LEED AP BD+C*
PROGRAM MANAGER - ARCADIS/O&G PROGRAM MANAGEMENT
207 MAIN STREET - HARTFORD, CT 06106
PHONE: (860) 906-1577  FAX: (860) 906-1127  MOBILE: (860) 485-8841
salsalafia@arcadis-ogind.com
🖳 Please consider the environment before printing this e-mail

**From:** Ross Hartman [mailto:rhartman@jmenvironmental.com]
**Sent:** Wednesday, April 22, 2015 3:35 PM
**To:** 'Tisa, Kimberly'; 'Pete Folino'
**Cc:** 'Trombly, Gary'; 'Sal Salafia'
**Subject:** RE: Clark Update

Hello,

Works great for me.

Thanks

Ross Hartman
401-391-8052
JM Environmental, Corp.
*A WBE/DBE Certified Company*
www.jmenvironmental.com

**From:** Tisa, Kimberly [mailto:Tisa.Kimberly@epa.gov]
**Sent:** Wednesday, April 22, 2015 3:34 PM
**To:** 'Pete Folino'
**Cc:** 'Trombly, Gary'; 'Sal Salafia'; Ross Hartman
**Subject:** RE: Clark Update

Pete:

Would between 0900 and 1000 timeframe work to meet at the school?

I don't know the commute for the folks attending so if the above timeframe works, just let us know exactly what time works best for you folks.

*Kimberly N. Tisa, PCB Coordinator (OSRR07-2)*

1

USEPA
5 Post Office Square, Suite 100
Boston, MA 02109-3912

(o) 617.918.1527
(f) 617.918-0527

**From:** Pete Folino [mailto:pfolino@eagleenviro.com]
**Sent:** Wednesday, April 22, 2015 8:10 AM
**To:** Tisa, Kimberly
**Cc:** 'Trombly, Gary'; 'Sal Salafia'; Ross Hartman
**Subject:** RE: Clark Update

Kim,

Please let us know what time works for you and Gary on Tuesday. I have copied Ross and Sal from ARCADIS/O&G. The draft remediation plan is attached for your use.

Thank you,

Peter J. Folino
Principal

****NEW ADDRESS****
Eagle Environmental, Inc.
8 South Main Street, Suite 3
Terryville, CT 06786
Tel: (860) 589-8257 x104
Fax: (860) 585-7034
Email: pfolino@eagleenviro.com

www.eagleenviro.com

**From:** Tisa, Kimberly [mailto:Tisa.Kimberly@epa.gov]
**Sent:** Tuesday, April 21, 2015 4:50 PM
**To:** 'Peter Folino'
**Cc:** Trombly, Gary
**Subject:** RE: Clark Update

Okay. Thanks for working to make this happen, Pete.

Gary and I will discuss and get back to you as soon as possible on this.

Kimberly N. Tisa, PCB Coordinator (OSRR07-2)
USEPA
5 Post Office Square, Suite 100
Boston, MA 02109-3912

(o) 617.918.1527
(f) 617.918-0527

**From:** Peter Folino [mailto:pfolino@eagleenviro.com]
**Sent:** Tuesday, April 21, 2015 4:38 PM
**To:** Tisa, Kimberly
**Cc:** Trombly, Gary
**Subject:** Re: Clark Update

Kim

My client is fine with Tuesday. I will not be able to make it as I can't reschedule my refresher class but Ross and a representative from O&G will be there. Please confirm a time that works for you. I will send you a copy of the draft remediation plan tomorrow morning.

Thank you

Sent from my iPhone

On Apr 21, 2015, at 2:40 PM, Tisa, Kimberly <Tisa.Kimberly@epa.gov> wrote:

> Great, Pete. I've got this on my calendar as does Gary. We just need to set a time. I'm hoping your client will be amenable to this date.
>
> Please confirm as soon as you know.
>
> Thanks!
>
> *Kimberly N. Tisa, PCB Coordinator (OSRR07-2)*
> *USEPA*
> *5 Post Office Square, Suite 100*
> *Boston, MA 02109-3912*
>
> *(o) 617.918.1527*
> *(f) 617.918.0527*
>
> **From:** Peter Folino [mailto:pfolino@eagleenviro.com]
> **Sent:** Tuesday, April 21, 2015 2:38 PM
> **To:** Tisa, Kimberly
> **Cc:** Trombly, Gary
> **Subject:** Re: Clark Update
>
> Kim
>
> Ross says he can cover. I just need to confirm with my client.
>
> Thank you
>
> Sent from my iPhone
>
> On Apr 21, 2015, at 9:10 AM, Tisa, Kimberly <Tisa.Kimberly@epa.gov> wrote:
>
> > If you cannot do this, can Ross meet with us?

3

I'm trying to do this as soon as possible and both Gary and I have packed schedules in the next few weeks.

*Kimberly N. Tisa, PCB Coordinator (OSRR07-2)*
*USEPA*
*5 Post Office Square, Suite 100*
*Boston, MA  02109-3912*

*(o)  617.918.1527*
*(f)  617.918-0527*

**From:** Pete Folino [mailto:pfolino@eagleenviro.com]
**Sent:** Tuesday, April 21, 2015 9:09 AM
**To:** Tisa, Kimberly
**Cc:** 'Trombly, Gary'
**Subject:** RE: Clark Update

Kim,

I have an asbestos project designer refresher on the 28th and it may be the only one available before my license expires. We are looking to see if there is another class so I can reschedule. I will let you know as soon as we determine if there is another class available.

Thank you,

Peter J. Folino
Principal

****NEW ADDRESS****
Eagle Environmental, Inc.
8 South Main Street, Suite 3
Terryville, CT 06786
Tel: (800) 589-8257 x104
Fax: (860) 585-7034
Email:  pfolino@eagleenviro.com

www.eagleenviro.com

**From:** Tisa, Kimberly [mailto:Tisa.Kimberly@epa.gov]
**Sent:** Tuesday, April 21, 2015 8:44 AM
**To:** 'Pete Folino'
**Cc:** 'Trombly, Gary'; Tisa, Kimberly
**Subject:** RE: Clark Update

Pete:

Gary and I spoke. We both have 4/28 (Tuesday) open. That's the only day for a while.

I'm assuming you can make this work, but please check with all and get back to us to confirm this date.

4

Kimberly N. Tisa, PCB Coordinator (OSRR07-2)
USEPA
5 Post Office Square, Suite 100
Boston, MA 02109-3912

(o) 617.918.1527
(f) 617.918-0527

**From:** Pete Folino [mailto:pfolino@eagleenviro.com]
**Sent:** Tuesday, April 21, 2015 8:00 AM
**To:** Tisa, Kimberly
**Cc:** 'Trombly, Gary'
**Subject:** RE: Clark Update

Kim,

We would like to set up a site visit with you in the next week or two. Can you provide
me with a few days that work on your end?

Thank you,

Peter J. Folino
Principal

****NEW ADDRESS****
Eagle Environmental, Inc.
8 South Main Street, Suite 3
Terryville, CT 06786
Tel: (860) 589-8257 x104
Fax: (860) 585-7034
Email: pfolino@eagleenviro.com

www.eagleenviro.com

**From:** Tisa, Kimberly [mailto:Tisa.Kimberly@epa.gov]
**Sent:** Tuesday, April 21, 2015 6:44 AM
**To:** 'Pete Folino'
**Cc:** 'Trombly, Gary'
**Subject:** RE: Clark Update

Okay, thanks for letting me know.

Kimberly N. Tisa, PCB Coordinator (OSRR07-2)
USEPA
5 Post Office Square, Suite 100
Boston, MA 02109-3912

(o) 617.918.1527
(f) 617.918-0527

**From:** Pete Folino [mailto:pfolino@eagleenviro.com]
**Sent:** Monday, April 20, 2015 4:27 PM
**To:** Tisa, Kimberly
**Cc:** 'Trombly, Gary'
**Subject:** RE: Clark Update

Kim,

I am waiting for comments from the Client and Ross. I was on vacation last week but the draft Pilot Study was completed prior to my vacation and was provided for review and comment. I will be sending to you and Gary as soon as I receive comments.

Thank you,

Peter J. Folino
Principal

****NEW ADDRESS****
Eagle Environmental, Inc.
8 South Main Street, Suite 3
Terryville, CT 06786
Tel: (860) 589-8257 x104
Fax: (860) 585-7034
Email: pfolino@eagleenviro.com

www.eagleenviro.com

**From:** Tisa, Kimberly [mailto:Tisa.Kimberly@epa.gov]
**Sent:** Monday, April 20, 2015 2:59 PM
**To:** 'Pete Folino'
**Cc:** 'Trombly, Gary'
**Subject:** RE: Clark Update

Pete:

Can you let both Gary and I know where you are on the draft Pilot Study plan?


*Kimberly N. Tisa, PCB Coordinator (OSRR07-2)*
*USEPA*
*5 Post Office Square, Suite 100*
*Boston, MA  02109-3912*

*(o)  617.918.1527*
*(f)  617.918-0527*


**From:** Tisa, Kimberly
**Sent:** Monday, April 06, 2015 8:34 AM
**To:** 'Pete Folino'

**Cc:** Trombly, Gary; Tisa, Kimberly
**Subject:** RE: Clark Update

I assume you will be sending both EPA and CTDEEP the draft Pilot Study plan for our review/comment.

When are you proposing to conduct the pilot study as I also would like to see the school?

*Kimberly N. Tisa, PCB Coordinator (OSRR07-2)*
*USEPA*
*5 Post Office Square, Suite 100*
*Boston, MA  02109-3912*

*(o)  617.918.1527*
*(f)  617.918-0527*

**From:** Pete Folino [mailto:pfolino@eagleenviro.com]
**Sent:** Friday, April 03, 2015 11:27 AM
**To:** Tisa, Kimberly
**Subject:** Clark Update

Kim,

The Hartford School Building Committee (HSBC) has formally authorized Eagle to move forward with the Pilot Study at the Clark School.  Ross and I are wrapping up the Pilot Study plan and should have a draft for the HSBC to review next week.  Is there anything you need from our end before we move this forward?

Thank you,

Peter J. Folino
Principal

****NEW ADDRESS****
Eagle Environmental, Inc.
8 South Main Street, Suite 3
Terryville, CT 06786
Tel: (860) 589-8257 x104
Fax: (860) 585-7034
Email:  pfolino@eagleenviro.com

www.eagleenviro.com

**Pete Folino**

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Wednesday, May 06, 2015 2:43 PM |
| **To:** | 'Pete Folino' |
| **Subject:** | RE: Clark Pilot Plan |

Send the revised plan to Kim as soon as it's complete. I haven't done a thing with the front end but guess I should get started.

*Sal Salafia*, LEED AP BD+C
PROGRAM MANAGER - ARCADIS/O&G PROGRAM MANAGEMENT
207 MAIN STREET - HARTFORD, CT 06106
PHONE : (860) 906-1577   FAX : (860) 906-1187   MOBILE: (860) 485-8841
salsalafia@arcadis-ogind.com
🌿 Please consider the environment before printing this e-mail.

**From:** Pete Folino [mailto:pfolino@eagleenviro.com]
**Sent:** Wednesday, May 06, 2015 2:28 PM
**To:** 'Sal Salafia'
**Cc:** Ross Hartman
**Subject:** Clark Pilot Plan

Sal,

Ross and I have determined that performing the remediation on only one floor is not feasible. Logistically with the air handling system, splitting the system and blanking off portions of the duct work could be problematic and may skew our ability for an accurate assessment of the space. We are addressing Kim's comments and will have the pilot re-submitted by the end of the week. We will copy you with the revised document. Do you want to see it before it goes back to the EPA or let it fly?

Where are we at with front end documents for the bid set? Is there anything you will need from us to help support the preparation of the front end?

We can start thinking about schedule: Pre-bid, bid opening, execution, etc.

Thanks

Peter J. Folino
Principal

****NEW ADDRESS****
Eagle Environmental, Inc.
8 South Main Street, Suite 3
Terryville, CT 06786
Tel: (860) 589-8257 x104
Fax: (860) 585-7034
Email: pfolino@eagleenviro.com

www.eagleenviro.com

**Pete Folino**

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Wednesday, May 20, 2015 8:41 AM |
| **To:** | 'Pete Folino' |
| **Subject:** | Clark School |

Pete,
 Any progress on the narrative for Clark current state of affairs ?

*Sal Salafia,* LEED AP BD+C
PROGRAM MANAGER  -  ARCADIS/O&G PROGRAM MANAGEMENT
207 MAIN STREET  -  HARTFORD, CT 06106
PHONE : (860) 906-1577    FAX : (860) 906-1187    MOBILE: (860) 485-8241
salsalafia@arcadis-ogind.com
Please consider the environment before printing this e-mail.

1

## Pete Folino

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Wednesday, May 20, 2015 9:07 AM |
| **To:** | 'Pete Folino' |
| **Subject:** | RE: Clark School |

Thanks Pete

*Sal Salafia, LEED AP BD+C*
PROGRAM MANAGER · ARCADIS/O&G PROGRAM MANAGEMENT
207 MAIN STREET · HARTFORD, CT 06106
PHONE : (860) 906-1577    FAX : (860) 906-1187    MOBILE: (860) 485-8841
salsalafia@arcadis-ogind.com
Please consider the environment before printing this e-mail.

**From:** Pete Folino [mailto:pfolino@eagleenviro.com]
**Sent:** Wednesday, May 20, 2015 9:04 AM
**To:** 'Sal Salafia'
**Subject:** RE: Clark School

Coming your way this morning.

Peter J. Folino
Principal

****NEW ADDRESS****
Eagle Environmental, Inc.
8 South Main Street, Suite 3
Terryville, CT 06786
Tel: (860) 589-8257 x104
Fax: (860) 585-7034
Email: pfolino@eagleenviro.com

www.eagleenviro.com

**From:** Sal Salafia [mailto:salsalafia@arcadis-ogind.com]
**Sent:** Wednesday, May 20, 2015 8:41 AM
**To:** 'Pete Folino'
**Subject:** Clark School

Pete,
 Any progress on the narrative for Clark current state of affairs ?

*Sal Salafia, LEED AP BD+C*
PROGRAM MANAGER · ARCADIS/O&G PROGRAM MANAGEMENT
207 MAIN STREET · HARTFORD, CT 06106
PHONE : (860) 906-1577    FAX : (860) 906-1187    MOBILE: (860) 485-8841
salsalafia@arcadis-ogind.com
Please consider the environment before printing this e-mail

1

## Pete Folino

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Friday, June 12, 2015 9:26 AM |
| **To:** | Pete Folino |
| **Subject:** | Re: Clark ES Pilot Study Specs |

Any results on lead at opportunity HS

Sent from my iPhone

On Jun 12, 2015, at 8:29 AM, Pete Folino <pfolino@eagleenviro.com> wrote:

> FYI,
>
> We are approved by EPA and DEEP.  Ross and I need to run through the document one more time to
> answer a few questions and provide some clarity on a few issues.
>
> Peter J. Folino
> Principal
>
> ****NEW ADDRESS****
> Eagle Environmental, Inc.
> 8 South Main Street, Suite 3
> Terryville, CT 06786
> Tel: (860) 589-8257 x104
> Fax: (860) 585-7034
> Email: pfolino@eagleenviro.com
>
> www.eagleenviro.com
>
> **From:** Tisa, Kimberly [mailto:Tisa.Kimberly@epa.gov]
> **Sent:** Thursday, June 11, 2015 4:36 PM
> **To:** Pete Folino
> **Cc:** 'Trombly, Gary'; Tisa, Kimberly
> **Subject:** Clark ES Pilot Study Specs
>
> Pete:
>
> Both Gary and I have reviewed this and our comments are combined in the attached specification.  We
> are in conceptual agreement with the pilot but just felt that the specification could be a little clearer for
> bidding purposes.
>
> Please feel free to call us if you have any questions.
>
> *Kimberly N. Tisa, PCB Coordinator  (OSRR07-2)*
> *USEPA*
> *5 Post Office Square, Suite 100*
> *Boston, MA   02109-3912*

1

*(o) 617.918.1527*
*(f) 617.918-0527*

<JCClarkPCBPilot5_18_15REV1 KT and GWT comments (2).docx>

**Pete Folino**

**From:**         Sal Salafia <salsalafia@arcadis-ogind.com>
**Sent:**         Friday, June 19, 2015 9:39 AM
**To:**           'Pete Folino'; 'Ross Hartman'
**Subject:**      FW: Clark

FYI - gents

*Sal Salafia, LEED AP BD+C*
PROGRAM MANAGER  -  ARCADIS/O&G PROGRAM MANAGEMENT
207 MAIN STREET  -  HARTFORD, CT 06106
PHONE : (860) 906-1577   FAX : (860) 906-1187   MOBILE: (860) 485-8841
salsalafia@arcadis-ogind.com
Please consider the environment before printing this e-mail

**From:** Bazzano, Claudio [mailto:bazzc001@hartfordschools.org]
**Sent:** Friday, June 19, 2015 8:52 AM
**To:** 'Sal Salafia'
**Subject:** FW: Clark

Hi Sal,

FYI.

Just in case anyone was planning on going into the building.

Claudio.

**From:** Fenton, John P.
**Sent:** Thursday, June 18, 2015 3:06 PM
**To:** Bazzano, Claudio; Kanaitis, Scott R.; Pereira, Silvestre A.
**Subject:** Clark

Eddie Arroyo is taking his 3 comp. days next Mon. Tues. & Wed. Clark will be closed and alarmed.

John.

*John P. Fenton*
Custodial Supervisor
Facilities Department
Hartford Public Schools
Office 860-695-3227
Fax 860-722-8362
Fentj002@hartfordschools.org


HARTFORD
PUBLIC SCHOOLS

## Pete Folino

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Thursday, July 09, 2015 3:12 PM |
| **To:** | Pete Folino |
| **Subject:** | Re: OHS and Clark |

Thanks Pete. - Tuesday at 1:30 it is

Sent from my iPhone

On Jul 9, 2015, at 12:21 PM, Pete Folino <pfolino@eagleenviro.com> wrote:

Sal,

I spoke with our monitor at OHS and they are thinking final visual on Monday with air test Monday or Tuesday. That would give us results Wednesday or Thursday. If Oscar's is running the torch on Thursday/Friday, not sure how good that will be with painting at the same time. Something to think about. I am good for Tuesday afternoon for Clark. 1:30 works on my end if its good for you.

Thanks

Peter J. Folino
Principal

****NEW ADDRESS****
Eagle Environmental, Inc.
8 South Main Street, Suite 3
Terryville, CT 06786
Tel: (860) 589-8257 x104
Fax: (860) 585-7034
Email: pfolino@eagleenviro.com

www.eagleenviro.com

## Pete Folino

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Tuesday, August 11, 2015 2:00 PM |
| **To:** | JACK BUTKUS |
| **Cc:** | PETER J. FOLINO |
| **Subject:** | Clark - PCT |

Jack,

These dates and times work for Pete and I;

| Thursday | 8/20 | AM |
|---|---|---|
| Friday | 8/21 | Anytime |
| Monday | 8/24 | Anytime |
| Tuesday | 8/25 | PM |
| Wednesday | 8/26 | PM |
| Thursday | 8/27 | AM |
| Friday | 8/28 | Anytime |

Sal Salafia, LEED AP ENGC

PROGRAM MANAGER – ARCADIS/O&G | PROGRAM MANAGEMENT
207 MAIN STREET – HARTFORD, CT 06106
PHONE: (860) 906 1577   FAX: (860) 906 1517   MOBILE: (860) 455-8511
salsalafia@arcadis-ogind.com

1

## Pete Folino

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Tuesday, September 08, 2015 4:06 PM |
| **To:** | PETER J. FOLINO |
| **Subject:** | State bidders list |
| **Attachments:** | State abatement contractors.pdf |

As requested.

Sal Salafia, LEED AP BD+C

PROGRAM MANAGER – ARCADIS/O&G PROGRAM MANAGEMENT
207 MAIN STREET – HARTFORD, CT 06106
PHONE: (860) 906-1577   FAX: (860) 906-1187   MOBILE: (860) 485-8841
salsalafia@arcadis-ogind.com

## Administrative Services, Department of

## Contract Detail Info For # 10PSX0238

### Dates

| Award Date | Start Date | End Date |
|---|---|---|
| 12/17/2010 | 02/01/2011 | 03/31/2016 |

### Description

Asbestos, Lead, Mold and Hazardous Material Abatement Services for State of CT Agencies, Towns, Municipalities and Not for Profit Organizations

### Comments

### Restrictions

| Set Aside | DBE | Political Subdivisions | Agencies | CT Recovery |
|---|---|---|---|---|
| Yes | No | Yes | Yes | No |

### Contact(s)

| Contact | Telephone | FAX | E-Mail |
|---|---|---|---|
| PaulGreco | (860) 713-5189 | (860) 622-2932 | paul.greco@CT.gov |

### Common Documents

| Date | Description |
|---|---|
| 1/6/2011 8:55:31 AM | 010_0238.pdf |
| | Contract Award Documents |

### 4 Vendor(s)

| Contract # | Cert | Vendor | Contact | Catalog |
|---|---|---|---|---|
| 10PSX0238AA<br>Start: 02/01/2011<br>End: 03/31/2016 | SBE | **AAIS Corp.**<br>802 Boston Post Road<br>West Haven, CT 06516<br>Core Vendor ID: 0000016698 | Joe Villano<br>Phone: (203) 932-2992<br>FAX: (203) 932-9892<br>E-Mail | No |
| 10PSX0238AB<br>Start: 02/01/2011<br>End: 03/31/2016 | No | **Bestech Inc. of Connecticut**<br>25 Pinney Street<br>Ellington, CT 06029<br>Core Vendor ID: 0000017507 | James Newbury<br>Phone: (860) 896-1000<br>FAX: (860) 871-5982<br>E-Mail | No |

| 10PSX0238AC<br>Start: 02/01/2011<br>End: 03/31/2016 | SBE | **Haz-Pros, Inc.**<br>125-A Brook Street<br>West Hartford, CT 06110<br>Core Vendor ID: 0000023076 | Randy Newbury<br>Phone: (860) 232-2225<br>FAX: (860) 233-9654<br>E-Mail | No |
| 10PSX0238AD<br>Start: 02/01/2011<br>End: 03/31/2016 | No | **Manafort Brothers Incorporated**<br>414 New Britain Avenue<br>Plainville, CT 06062<br>Core Vendor ID: 0000010621 | Lauren Manafort<br>Phone: (860) 229-4853<br>FAX: (860) 747-5299<br>E-Mail | No |

Administered by:
The Department of Administrative Services - Business Network. Review our Privacy Policy
Need to contact us? Send e-mail to DAS Web Design
All State disclaimers and permissions apply
Hit Counter 1,591,664

## Pete Folino

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Monday, September 28, 2015 2:32 PM |
| **To:** | PETER J. FOLINO |
| **Subject:** | FW: Attached Image |
| **Attachments:** | Attached Image (196 KB) |

Sal Salafia, LEED AP BD&C
PROGRAM MANAGER - ARCADIS/O&G PROGRAM MANAGEMENT
207 MAIN STREET - HARTFORD, CT 06106
PHONE: (860) 906-1577    FAX: (860) 906-1187   MOBILE: (860) 485-8841
salsalafia@arcadis-ogind.com

-----Original Message-----
From: CONSTRUCTION MNGMNT SVCS [mailto:ogmaster@ogind.com]
Sent: Monday, September 28, 2015 2:13 PM
To: Sal <salsalafia@arcadis-ogind.com>
Subject: Attached Image

Please be advised that the content of this e-mail is for discussion purposes
only and, unless this disclaimer is explicitly referenced and excluded by
the sender in the body of the email, is not intended to bind either party in
contract. This transmission (including any attachments) is confidential,
intended only for the named recipient(s) and may be legally privileged or
exempt from disclosure under applicable law. If you are not the intended
recipient(s), do not review, transmit, convert to hard copy media, copy,
rely on or disseminate any part of this e-mail. Instead, please immediately
notify the sender by return e-mail and then promptly delete this information
from your system.

"An Affirmative Action-Equal Opportunity M/F/Veteran/Disability Employer"

1

J. C. Clark Elementary School
PCB Pilot Remediation Study
May 18, 2015 REV 2

## NON-CONCLUSION AFFIDAVIT

### Affidavit

State of _Connecticut_

County of _New Haven_

Being fully sworn deposes and says:

That he is (a partner or officer of the firm of, etc.), the party making the foregoing proposal or bid; that such proposal or bid is genuine and not collusive or sham; that said bidder has not colluded, conspired, connived or agreed, directly or indirectly, with any bidder or person to put in a sham bid or to refrain from bidding, and has not in any manner, directly or indirectly, sought by agreement or collusion or communication or conference with any person, to fix the bid price or affiant or any other bidder, or to fix any overhead, profit, or cost element of said price or of that of any other bidder, or to secure any advantage against the owner, or any other person interested in the proposed contract and that all statements in said proposal or bid are true.

_AAIS Corp.,_
Firm Name

_Joe Villano_
By

Subscribed and sworn to before me
This _28_ day of _September_
20 _15_

Signature of Bidder if the Bidder is an Individual

My Commissions expires:

My Comission Expires
October 31, 2018

Signature of Partner if the Bidder is a Partnership

Signature of Officer if the Bidder is a corporation

FORM OF BID
JOHN C. CLARK ELEMENTARY SCHOOL
75 CLARK STREET
HARTFORD, CT
PCB REMEDIATION PILOT STUDY PROJECT

A.  The undersigned, having attended the Pre-Bid Meeting and having verified the quantities and conditions affecting the cost of the work, having reviewed in detail the PCB Remediation Plans and Specifications (including this Bid Form and Addenda, if applicable) as prepared by Eagle Environmental, Inc. of Terryville, Connecticut hereby proposes to furnish all labor, materials, equipment and services required for the PCB Remediation Pilot Study Project at the John C. Clark Elementary School located at 75 Clark Street in Hartford, CT in accordance therewith, for the Contract Price specified below, subject to additions and deductions according to the terms of the Specifications.

B.  This Bid includes Addendum numbered _____ _None_ _____

C.  This is a Lump Sum bid which shall include all labor, materials, disposal and incidentals to complete the Work specified in the Plans and Specifications.

D.  The proposed Contract Price for the Base Bid is as follows:

(In Words) _Two Hundred And Seventy Four Thousand / 00/100_

(Dollars) $ _274,000.00_

_AAIS Corp._
Company Name

_Joe Vicario_
Signature

_802 Boston Post Road_
Company Address

_Joe Vicario_
Name

_West Haven CT 06516_

_VP Janitorial Services._
Title

Date: _9/25/2015_

J.C. Clark Elementary School
PCB Pilot Remediation Study
May 18, 2015 REV 2

PERFORMANCE, PAYMENT BOND "LETTER"

Name of Surety Here:  Berkley Insurance Company

Date:  **September 25, 2015**

Obligee Address:        **City of Hartford Public Schools**
                        **960 Main Street**
                        **Hartford, CT  06103**

Re Contractor:  **AAIS Corp.**

    Project:        **PCB Remediation, J.C. Clark Elementary School, 75 Clark St., Hartford, CT**

    Bid Date:       **September 28, 2015**

To whom it may concern:

Please be advised that in the event, **AAIS Corp.** is awarded and agrees to enter into a contract for the captioned project, **Berkley Insurance Company,** subject to a satisfactory review of the contract, bond forms and financing arrangement is prepared to execute Performance and Payment Bonds for the project.  The issuance of surety credit is a matter between the principal and surety and conditioned upon the principal continuing to satisfy underwriting conditions at the time of a bond request.  We assume no responsibility or liability to you or any other third party should we decline to issue bonds.

Signed, sealed, and dated this **25th** day of **September, 2015.**

                        Berkley Insurance Company, Surety

                    By:_____, Seal

                        Beron K. Treadwell, Attorney-in-Fact

                    Acknowledged:

                        AAIS Corp., Principal

                    By:_____, Seal

                        Joe Villano, VP Demo

No. BI-10039

POWER OF ATTORNEY
BERKLEY INSURANCE COMPANY
WILMINGTON, DELAWARE

NOTICE: The warning found elsewhere in this Power of Attorney affects the validity thereof. Please review carefully.

KNOW ALL MEN BY THESE PRESENTS, that BERKLEY INSURANCE COMPANY (the "Company"), a corporation duly organized and existing under the laws of the State of Delaware, having its principal office in Greenwich, CT, has made, constituted and appointed, and does by these presents make, constitute and appoint: *Blair E. Torelli, Deron K. Treadwell, Michelle V. Orlando, Michael A. Viner or Christine E. Watson of Cross Surety, Inc. of Lewiston, ME* its true and lawful Attorney-in-Fact, to sign its name as surety only as delineated below and to execute, seal, acknowledge and deliver any and all bonds and undertakings, with the exception of Financial Guaranty Insurance, providing that no single obligation shall exceed Fifty Million and 00/100 U.S. Dollars (U.S.$50,000,000.00), to the same extent as if such bonds had been duly executed and acknowledged by the regularly elected officers of the Company at its principal office in their own proper persons.

This Power of Attorney shall be construed and enforced in accordance with, and governed by, the laws of the State of Delaware, without giving effect to the principles of conflicts of laws thereof. This Power of Attorney is granted pursuant to the following resolutions which were duly and validly adopted at a meeting of the Board of Directors of the Company held on January 25, 2010:

RESOLVED, that, with respect to the Surety business written by Berkley Surety Group, the Chairman of the Board, Chief Executive Officer, President or any Vice President of the Company, in conjunction with the Secretary or any Assistant Secretary are hereby authorized to execute powers of attorney authorizing and qualifying the attorney-in-fact named therein to execute bonds, undertakings, recognizances, or other suretyship obligations on behalf of the Company, and to affix the corporate seal of the Company to powers of attorney executed pursuant hereto; and said officers may remove any such attorney-in-fact and revoke any power of attorney previously granted; and further

RESOLVED, that such power of attorney limits the acts of those named therein to the bonds, undertakings, recognizances, or other suretyship obligations specifically named therein, and they have no authority to bind the Company except in the manner and to the extent therein stated; and further

RESOLVED, that such power of attorney revokes all previous powers issued on behalf of the attorney-in-fact named; and further

RESOLVED, that the signature of any authorized officer and the seal of the Company may be affixed by facsimile to any power of attorney or certification thereof authorizing the execution and delivery of any bond, undertaking, recognizance, or other suretyship obligation of the Company; and such signature and seal when so used shall have the same force and effect as though manually affixed. The Company may continue to use for the purposes herein stated the facsimile signature of any person or persons who shall have been such officer or officers of the Company, notwithstanding the fact that they may have ceased to be such at the time when such instruments shall be issued.

IN WITNESS WHEREOF, the Company has caused these presents to be signed and attested by its appropriate officers and its corporate seal hereunto affixed this 20 day of May , 2013.

Attest:                                                    Berkley Insurance Company

(Seal)        By _____        By _____
                    Ira S. Lederman                              Jeffrey M. Hafter
                    Senior Vice President & Secretary            Senior Vice President

WARNING: THIS POWER INVALID IF NOT PRINTED ON BLUE "BERKLEY" SECURITY PAPER.

STATE OF CONNECTICUT )
                                          ) ss:
COUNTY OF FAIRFIELD    )

Sworn to before me, a Notary Public in the State of Connecticut, this 20 day of May , 2013, by Ira S. Lederman and Jeffrey M. Hafter who are sworn to me to be the Senior Vice President and Secretary, and the Senior Vice President, respectively, of Berkley Insurance Company.

_____
Notary Public, State of Connecticut

KATHLEEN COREY
NOTARY PUBLIC
CONNECTICUT
MY COMMISSION EXPIRES OCTOBER 31, 2017

CERTIFICATE

I, the undersigned, Assistant Secretary of BERKLEY INSURANCE COMPANY, DO HEREBY CERTIFY that the foregoing is a true, correct and complete copy of the original Power of Attorney; that said Power of Attorney has not been revoked or rescinded and that the authority of the Attorney-in-Fact set forth therein, who executed the bond or undertaking to which this Power of Attorney is attached, is in full force and effect as of this date.

Given under my hand and seal of the Company, this 25th day of September , 2015.

(Seal)

_____
Andrew M. Tuma

WARNING – Any unauthorized reproduction or alteration of this document is prohibited. This power of attorney is void unless seals are readable and ink. The background imprint, warning and confirmation (on reverse) must be certification seal. The background imprint is embossed.

## Pete Folino

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Monday, September 28, 2015 2:32 PM |
| **To:** | PETER J. FOLINO |
| **Subject:** | FW: Attached Image |
| **Attachments:** | Attached Image (922 KB) |

Sal Salafia, LEED AP BD&C
PROGRAM MANAGER - ARCADIS/O&G PROGRAM MANAGEMENT
207 MAIN STREET - HARTFORD, CT 06106
PHONE: (860) 906-1577    FAX: (860) 906-1187    MOBILE: (860) 485-8841
salsalafia@arcadis-ogind.com

-----Original Message-----
From: CONSTRUCTION MNGMNT SVCS [mailto:ogmaster@ogind.com]
Sent: Monday, September 28, 2015 2:15 PM
To: Sal <salsalafia@arcadis-ogind.com>
Subject: Attached Image

Please be advised that the content of this e-mail is for discussion purposes
only and, unless this disclaimer is explicitly referenced and excluded by
the sender in the body of the email, is not intended to bind either party in
contract. This transmission (including any attachments) is confidential,
intended only for the named recipient(s) and may be legally privileged or
exempt from disclosure under applicable law. If you are not the intended
recipient(s), do not review, transmit, convert to hard copy media, copy,
rely on or disseminate any part of this e-mail. Instead, please immediately
notify the sender by return e-mail and then promptly delete this information
from your system.

"An Affirmative Action-Equal Opportunity M/F/Veteran/Disability Employer"

FORM OF BID
JOHN C. CLARK ELEMENTARY SCHOOL
75 CLARK STREET
HARTFORD, CT
PCB REMEDIATION PILOT STUDY PROJECT

A.    The undersigned, having attended the Pre-Bid Meeting and having verified the quantities
      and conditions affecting the cost of the work, having reviewed in detail the PCB
      Remediation Plans and Specifications (including this Bid Form and Addenda, if
      applicable) as prepared by Eagle Environmental, Inc. of Terryville, Connecticut hereby
      proposes to furnish all labor, materials, equipment and services required for the PCB
      Remediation Pilot Study Project at the John C. Clark Elementary School located at 75
      Clark Street in Hartford, CT in accordance therewith, for the Contract Price specified
      below, subject to additions and deductions according to the terms of the Specifications.

B.    This Bid includes Addendum numbered ___Zero___

C.    This is a Lump Sum bid which shall include all labor, materials, disposal and incidentals
      to complete the Work specified in the Plans and Specifications.

D.    The proposed Contract Price for the Base Bid is as follows:    One Hundred Eighty Nine

      (In Words) _Three Hundred Twenty Seven thousand_ dollars + thirty Cents

      (Dollars) $ _327,189.30_

_Bestech, Inc_
Company Name

_25 Pinney St._
Company Address

_Ellington, CT 06029_

Date: _9/28/2015_

Signature

_James Newbury_
Name

_President_
Title

J. C. Clark Elementary School
PCB Pilot Remediation Study
May 18, 2015 REV 2

## NON-CONCLUSION AFFIDAVIT

### Affidavit

State of   Connecticut

County of   Tolland

Being fully sworn deposes and says:

That he is (a partner or officer of the firm of, etc.), the party making the foregoing proposal or bid; that such proposal or bid is genuine and not collusive or sham; that said bidder has not colluded, conspired, connived or agreed, directly or indirectly, with any bidder or person to put in a sham bid or to refrain from bidding, and has not in any manner, directly or indirectly, sought by agreement or collusion or communication or conference with any person, to fix the bid price or affiant or any other bidder, or to fix any overhead, profit, or cost element of said price or of that of any other bidder, or to secure any advantage against the owner, or any other person interested in the proposed contract and that all statements in said proposal or bid are true.

Bestech, Inc of Connecticut
Firm Name

James Newbury
By   President

Subscribed and sworn to before me
This 28th day of September
20 15

My Commissions expires: 7/31/2020

Karen C Sheridan

_____
Signature of Bidder if the Bidder is an Individual

_____
Signature of Partner if the Bidder is a Partnership

_____
Signature of Officer if the Bidder is a corporation

## State Contract 10PSX0238 Exhibit B-3 – Description of Commodity and/or Services

| JOB | JC Clark Elementary Scool PCB Pilot Remediation Study | Bestech | | 9/28/2015 | |

| ITEM | ITEM DESCRIPTION | QTY | UNIT | COST | TOTAL |
|---|---|---|---|---|---|
| **MOLD REMEDIATION** | | | | | |
| IAQ-001 | CLEANING AND HEPA VACUUMING OF CONTAMINATED COMPONENTS OR MATERIALS | | SF | $ 0.60 | $ - |
| IAQ-002 | REMOVAL OF CONTAMINATED PIPE INSULATION | | LF | $ 0.60 | $ - |
| IAQ-003 | REMOVAL OF CONTAMINATED BUILDING INSULATION | | SF | $ 0.60 | $ - |
| IAQ-004 | REMOVAL OF CONTAMINATED HVAC DUCT OR EQUIPMENT INSULATION | | SF | $ 0.60 | $ - |
| IAQ-005 | REMOVAL OF CONTAMINATED CARPET | | SF | $ 0.90 | $ - |
| IAQ-006 | REMOVAL OF CONTAMINATED DRYWALL PARTITION (INCLUDING WALL FRAMING) | | SF | $ 0.90 | $ - |
| IAQ-007 | REMOVAL OF CONTAMINATED PLASTER | | SF | $ 1.80 | $ - |
| IAQ-008 | REMOVAL OF CONTAMINATED SUSPENDED CEILING PANELS | | SF | $ 0.60 | $ - |
| IAQ-009 | PREP WORK AREA | 40760 | SF | $ 0.25 | $ 10,195.00 |
| IAQ-010 | SOLID BARRIERS OR ACCESS TUNNELS (2"x4"@16", 1/2" PLYWOOD) | | SFSA | $ 1.20 | $ - |
| IAQ-011 | SELECTIVE DEMOLITION TO ACCESS CONTAMINATED COMPONENTS OR MATERIALS | | SF | $ 1.10 | $ - |
| | | | | | |
| **OTHER HAZARDOUS MATERIALS ABATEMENT** | | | | | |
| HM-001 | REMOVE LOOSE PCB CONTAMINATED CAULK (WET SCRAPING OR BRUSHING) | | LF | $ 7.50 | $ - |
| HM-002 | REMOVE PCB CONTAMINATED CAULK AND 6 INCHES OF BUILDING MATERIALS | | LF | $ 13.50 | $ - |
| HM-003 | REMOVE PCB CONTAMINATED CAULK AND 12 INCHES OF BUILDING MATERIALS | | LF | $ 17.50 | $ - |
| HM-004 | REMOVE INTACT PCB CONTAMINATED CAULK WITH NO REMOVAL OF BUILDING MATERIALS | 800 | LF | $ 9.00 | $ 7,200.00 |
| HM-005 | STRIP PAINT FROM FLAT SURFACES | | SF | $ 2.85 | $ - |
| HM-006 | HEPA VACUUMING AND WASHING SURFACE (SMOOTH SURFACE) | 101020 | SF | $ 0.60 | $ 60,612.00 |
| HM-007 | HEPA VACUUMING AND WASHING SURFACE (POROUS SURFACE) | | SF | $ 1.00 | $ - |
| HM-008 | REMOVE EXTERIOR SOIL (6" DEPTH) | | SF | $ 5.00 | $ - |
| | | | | | |
| **COMPONENT REPLACEMENT** | | | | | |
| CR-001 | REMOVE TRIM COMPONENT (CASING, BASE, APRON, ETC.) | | LF | $ 0.50 | $ - |
| CR-002 | REMOVE DOOR (DOOR ONLY) | | SF | $ 0.25 | $ - |
| CR-003 | REMOVE DOOR (INCLUDING JAMB, NO TRIM) | | SF | $ 0.60 | $ - |
| CR-004 | REMOVE WINDOW (SASH ONLY) | | SF | $ 0.40 | $ - |
| CR-006 | REMOVE WINDOW (COMPLETE UNIT INCLUDING FRAME) | | SF | $ 0.95 | $ - |
| CR-007 | REMOVE MISCELLANEOUS ITEM | | CF | $ 7.50 | $ - |
| | | | | | |
| **MISCELLANEOUS ITEMS** | | | | | |
| MI-001 | MOBILIZATION (1 PER WORK AREA) | 1 | EA | $ 250.00 | $ 250.00 |
| MI-002 | WORKER DECON (1 PER WORK AREA) | 1 | EA | $ 250.00 | $ 250.00 |
| MI-003 | CONTAINMENT BARRIERS TO SEPARATE THE WORK AREA (SOFT BARRIER) | | SF | $ 0.97 | $ - |
| MI-004 | CONTAINMENT BARRIERS TO SEPARATE THE WORK AREA (HARD BARRIER) | 1056 | SF | $ 1.20 | $ 1,267.20 |
| MI-005 | TEMP ELECTRICAL CONNECTION (LICENSED ELECTRICIAN) | 6 | EA | $ 750.00 | $ 4,500.00 |
| MI-006 | TEMP ELECTRICAL GENERATOR | | DY | $ 640.00 | $ - |
| MI-008 | DISPOSAL OF HAZARDOUS WASTE MATERIAL (INCLUDES TRANSPORTATION) | 100 | CY | $ 300.00 | $ 30,000.00 |
| MI-009 | DISPOSAL OF CONSTRUCTION DEBRIS (INCLUDES TRANSPORTATION) | | CY | $ 30.00 | $ - |
| MI-010 | STAND-BY ABATEMENT PERSONNEL (EACH LICENSED WORKER) | 120 | HR | $ 72.00 | $ 8,640.00 |
| MI-011 | ENCAPSULATION UTILIZING LIQUID COATING SYSTEM | | SF | $ 0.50 | $ - |
| MI-013 | FIXED SCAFFOLDING | 750 | SF | $ 7.50 | $ 5,625.00 |
| | | | | | |
| **REWORK ITEMS** | | | | | |
| RW-011 | REPLACE TRIM COMPONENT (WOOD CASING, JAMB, APRON, ETC.) | | LF | $ 0.75 | $ - |
| RW-012 | REPLACE INTERIOR DOOR (SOLID CORE FLUSH OR 6-PANEL PINE) | | EA | $ 150.00 | $ - |
| RW-013 | REPLACE WINDOW (SASH ONLY) | | EA | $ 350.00 | $ - |
| RW-014 | REPLACE WINDOW (COMPLETE UNIT INCLUDING FRAME) | | EA | $ 500.00 | $ - |
| RW-019 | PAINT TRIM COMPONENT (CASING, JAMB, APRON, ETC., PRIMER + FINISH COAT) | | LF | $ 0.25 | $ - |
| RW-020 | PAINT DOORS (DOOR OPENING SIZE - INCLUDES BOTH FACES PRIMER + FINISH COAT) | | SF | $ 1.75 | $ - |
| RW-021 | PAINT WINDOW (INCLUDES INTERIOR & EXTERIOR PRIMER + FINISH COAT) | | SF | $ 2.00 | $ - |
| RW-024 | REPLACE EXTERIOR SOIL (6" LOAM AND SEED) | | SF | $ 3.00 | $ - |
| | | | | | |
| **ESCALATION FACTORS** | | | | | |
| EF-1 | WORK SURFACES 10-20' HIGH | 1.15 | $ | $ - |
| EF-2 | WORK SURFACES OVER 20' HIGH | 1.30 | $ | $ - |
| EF-3 | NON-REGULAR WORK HOURS AND OVERTIME (6:00 P.M. TO 6:00 A.M. DAILY, AND WEEKEND WORK) | 1.30 | $ | $ - |
| EF-4 | EMERGENCY RESPONSE (<24 HOUR) | 1.30 | $ | $ - |
| EF-5 | CONFINED SPACE WORK | 1.15 | $ | $ - |
| EF-8 | EXTERIOR WORK | 1.30 | $ | $ - |
| | | | | | |
| **NEGOTIATED ITEMS** | | | | | |
| | Duct Cleanlung Equipment | 1.1 | EA | $ 16,200.00 | 17,820.00 |
| | Duct Cleaning Labor | 720 | HR | $ 77.86 | 56,059.20 |
| | Install expandable foam @ beam/deck juntions | 690 | LF | $ 5.00 | 3,450.00 |
| | Remove expandable foam | 690 | LF | $ 5.00 | 3,450.00 |
| | Move Furniture | 240 | HR | $ 77.86 | 18,686.40 |
| | Install caulking | 800 | LF | $ 6.00 | 4,800.00 |
| | Patch Duct Openings | 120 | HR | $ 112.10 | 13,452.00 |
| | Exibit B-1 | 1 | LS | $ 80,932.50 | 80,932.50 |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |

| | | TOTAL | | $ | 327,189.30 |

## State Contract 10PSX0238 Exhibit B-1 - Price Description of Commodity and/or Services

| JOB | JC Clark Elementary School PCB Pilot Remediation Study | | Bestech | | 9/28/2015 | |

| ITEM | ITEM DESCRIPTION | QTY | UNIT | Cost | TOTAL |
|---|---|---|---|---|---|
| **ASBESTOS REMOVAL** | | | | | |
| AR-001 | CLEAN-UP OF ACM DEBRIS BY HEPA VACUUMING | | SF | $ 0.20 | $ - |
| AR-002 | REMOVAL OF PIPE INSULATION INCLUDING FITTINGS (FULL CONTAINMENT - <6" DIA) | | LF | $ 1.70 | $ - |
| AR-003 | REMOVAL OF PIPE INSULATION INCLUDING FITTINGS(FULL CONTAINMENT - 6" - 12" DIA) | | LF | $ 2.60 | $ - |
| AR-004 | REMOVAL OF PIPE INSULATION INCLUDING FITTINGS(FULL CONTAINMENT - >12" DIA) | | LF | $ 3.50 | $ - |
| AR-005 | GLOVE BAG REMOVAL OF PIPE OR FITTING INSULATION (MINI-CONTAINMENT - FIRST 25) | | EA | $ 27.00 | $ - |
| AR-006 | GLOVE BAG REMOVAL OF PIPE OR FITTING INSULATION (MINI-CONTAINMENT - QUANTITY BETWEEN 25-50) | | EA | $ 21.00 | $ - |
| AR-007 | GLOVE BAG REMOVAL OF PIPE OR FITTING INSULATION (MINI-CONTAINMENT - QUANTITY IN EXCESS OF 50) | | EA | $ 18.50 | $ - |
| AR-008 | REMOVAL OF EQUIPMENT INSULATION | 1500 | SF | $ 3.75 | $ 5,625.00 |
| AR-009 | REMOVAL OF HVAC DUCT INSULATION | 3800 | SF | $ 3.75 | $ 14,250.00 |
| AR-010 | REMOVAL OF HVAC DUCT SYSTEM FLEXIBLE CONNECTOR | | SF | $ 2.75 | $ - |
| AR-011 | REMOVAL OF RESILIENT FLOORING INCLUDING MASTIC | | SF | $ 1.00 | $ - |
| AR-012 | REMOVAL OF RESILIENT FLOORING (NO MASTIC) | | SF | $ 0.57 | $ - |
| AR-013 | REMOVAL OF SPRAYED ON FIREPROOFING | 14070 | SF | $ 2.25 | $ 31,657.50 |
| AR-014 | REMOVAL OF PLASTER CEILING SYSTEM (INCLUDING BLACK IRON AND METAL LATH) | | SF | $ 2.60 | $ - |
| AR-015 | REMOVAL OF ACOUSTIC OR METAL PAN CEILING SYSTEM (INCLUDING GRID ) | 10900 | SF | $ 1.80 | $ 19,620.00 |
| AR-016 | REMOVAL OF ACOUSTIC CEILING PANELS (CLEAN GRID FOR REUSE) | | SF | $ 1.45 | $ - |
| AR-017 | REMOVAL OF ACOUSTIC PLASTER FINISH MATERIAL (SCRAPE) | | SF | $ 2.40 | $ - |
| AR-018 | PATCH AND/OR SEAL DAMAGED INSULATION | | SF | $ 1.00 | $ - |
| AR-019 | REMOVAL OF CONTAMINATED SOIL (2" DEPTH) | | SF | $ 1.50 | $ - |
| AR-020 | REMOVAL OF TRANSITE MATERIAL | | SF | $ 0.90 | $ - |
| AR-021 | REMOVAL OF ROOFING OR ROOF FLASHING MATERIAL | | SF | $ 1.30 | $ - |
| AR-022 | REMOVAL OF UNDERGROUND PIPE OR PIPE INSULATION (INCLUDING HAND EXCAVATION) | | LF | $ 30.00 | $ - |
| AR-023 | REMOVAL OF CARPET OVER RESILIENT FLOORING | | SF | $ 0.90 | $ - |
| AR-024 | REMOVAL OF WALL BASE AND MASTIC | | LF | $ 0.90 | $ - |
| AR-025 | REMOVAL OF DRYWALL PARTITION (INCLUDING WALL FRAMING) | | SF | $ 1.00 | $ - |
| AR-026 | REMOVAL OF CMU WALL | | SF | $ 1.80 | $ - |
| AR-027 | PREP WORK AREA | | SF | $ 0.97 | $ - |
| AR-028 | SOLID BARRIERS OR ACCESS TUNNELS (2"x4"&16", 1/2" PLYWOOD) | | SFSA | $ 1.20 | $ - |
| AR-029 | SELECTIVE DEMOLITION TO ACCESS CONCEALED ACM | | SF | $ 1.10 | $ - |
| AR-030 | REMOVAL OF FLOOR LEVELING MATERIAL | | SF | $ 0.75 | $ - |
| | | | | | |
| **MISCELLANEOUS ITEMS** | | | | | |
| MI-001 | MOBILIZATION (1 PER WORK AREA) | | EA | $ 250.00 | $ - |
| MI-002 | WORKER DECON (1 PER WORK AREA) | | EA | $ 250.00 | $ - |
| MI-005 | TEMP ELECTRICAL CONNECTION (LICENSED ELECTRICIAN) | | EA | $ 750.00 | $ - |
| MI-006 | TEMP ELECTRICAL GENERATOR | | DY | $ 640.00 | $ - |
| MI-007 | DISPOSAL OF ACM WASTE (INCLUDES TRANSPORTATION) | | CY | $ 60.00 | $ - |
| MI-008 | DISPOSAL OF HAZARDOUS WASTE MATERIAL (INCLUDES TRANSPORTATION) | | CY | $ 300.00 | $ - |
| MI-009 | DISPOSAL OF CONSTRUCTION DEBRIS (INCLUDES TRANSPORTATION) | | CY | $ 30.00 | $ - |
| MI-010 | STAND-BY ABATEMENT PERSONNEL (EACH LICENSED WORKER) | | HR | $ 72.00 | $ - |
| MI-013 | FIXED SCAFFOLDING | | SF | $ 7.50 | $ - |
| MI-014 | EXCAVATION TO EXPOSE UNDERGROUND PIPE | | CY | $ 15.00 | $ - |
| MI-015 | PROJECT NOTIFICATION AND FEES | | EA | | $ - |
| MI-016 | PROJECT BOND ( 3% OF CONTRACT) | 1 | EA | $ 9,780.00 | $ 9,780.00 |
| | | | | | |
| **REWORK ITEMS** | | | | | |
| RW-001 | REINSULATE PIPE 1" THICK FIBERGLAS ASJ | | SF | $ 2.50 | $ - |
| RW-002 | REINSULATE PIPE 1 1/2" THICK FIBERGLAS ASJ | | SF | $ 3.30 | $ - |
| RW-003 | REINSULATE PIPE 2" THICK FIBERGLAS ASJ | | SF | $ 4.15 | $ - |
| RW-004 | REINSULATE PIPE FITTING 1" THICK FIBERGLAS ASJ | | EA | $ 4.00 | $ - |
| RW-005 | REINSULATE PIPE  FITTING 1 1/2" THICK FIBERGLAS ASJ | | EA | $ 5.00 | $ - |
| RW-006 | REINSULATE PIPE FITTING 2" THICK FIBERGLAS ASJ | | EA | $ 6.60 | $ - |
| RW-007 | REINSULATE MECHANICAL EQUIPMENT 3 PCF, 2" THICK | | SF | $ 3.03 | $ - |
| RW-008 | REINSULATE HVAC DUCT SYSTEM (FLEXIBLE DUCT WRAP) 0.75 PCF, 1 1/2" THICK | | SF | $ 1.40 | $ - |
| RW-009 | REINSULATE HVAC DUCT SYSTEM (RIGID BOARD) 3 PCF, 1 1/2" THICK | | SF | $ 2.70 | $ - |
| RW-010 | REPLACE HVAC DUCT SYSTEM FLEXIBLE CONNECTOR | | SF | $ 8.75 | $ - |
| | | | | | |
| **ESCALATION FACTORS** | | | | | |
| EF-1 | WORK SURFACES 10-20' HIGH | 1.15 | | $ | $ - |
| EF-2 | WORK SURFACES OVER 20' HIGH | 1.30 | | $ | $ - |
| EF-3 | NON-REGULAR WORK HOURS AND OVERTIME (6:00 P.M. TO 6:00 A.M. DAILY,  AND WEEKEND WORK) | 1.30 | | $ | $ - |
| EF-4 | EMERGENCY RESPONSE (<24 HOUR) | 1.30 | | $ | $ - |
| EF-5 | CONFINED SPACE WORK | 1.15 | | $ | $ - |
| EF-6 | REMOVAL OF MULTIPLE LAYERS OF RESILIENT FLOORING (EACH ADDITIONAL LAYER) | 1.50 | | $ | $ - |
| EF-7 | REMOVAL ON LIVE STEAM SYSTEM | 1.25 | | $ | $ - |
| EF-8 | EXTERIOR WORK | 1.30 | | $ | $ - |
| | | | | | |
| **MISCELLANEOUS ITEMS** | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | **TOTAL** | | | $ 80,932.50 |

## LABOR RATE BREAKDOWN

**J. C. Clark Elementary School PCB Pilot Remediation Study – State Project TMP-064-PJCD**

| Item | | Abatement Straight Time $/hour | |
|---|---|---|---|
| **Base Rate** | | $47.15 | |
| **FICA** | | $ 3.61 | |
| **FUI** | | $ .38 | |
| **SUI** | | $ 3.25 | |
| **Public Liability & Property Damage** | | $ 5.50 | |
| **Workers Comp** | | $ 8.49 | |
| **Vacation** | | $1.20 | |
| **Holiday** | | $1.20 | |
| Sub Total | | $70.78 | |
| **10%O&P** | | $ 7.08 | |
| | | | |
| | | | |
| **TOTAL PER HOUR** | | $77.86 | |

## LABOR RATE BREAKDOWN

### J. C. Clark Elementary School PCB Pilot Remediation Study – State Project TMP-064-PJCD

| Item | | Sheet Metal Workers | |
|---|---|---|---|
| Base Rate | | $68.96 | |
| FICA | | $ 5.27 | |
| FUI | | $ .55 | |
| SUI | | $ 4.76 | |
| Public Liability & Property Damage | | $ 7.25 | |
| Workers Comp | | $ 12.20 | |
| Vacation | | $1.50 | |
| Holiday | | $1.50 | |
| Sub Total | | $101.99 | |
| 10%O&P | | $ 10.11 | |
| | | | |
| | | | |
| TOTAL PER HOUR | | $112.10 | |



*Surety Bonds Since 1904*
**International Fidelity**
I N S U R A N C E   C O M P A N Y

800 Hingham Street, Suite 205S
Rockland, MA 02370
(781) 871-8980
Fax: (781) 871-5430

September 24, 2015

The City of Hartford
550 Main Street
Hartford, CT  06103

Re:      Bestech, Inc. of Connecticut
           25 Pinney Street, Ellington, CT  06029

Project:  J. C. Clark Elementary School, 75 Clark Street, Hartford, CT
          PCB Pilot Remediation Study
          State Project Number: TMP-064-PJCD

Bid Date: 9/28/15

To Whom It May Concern:

Bestech, Inc. of Connecticut is a highly regarded and valued client of International
Fidelity Insurance Company and Metayer Bonding Associates, LLC, 200 Fisher Drive,
Avon, CT  06001.  We have considered single projects with a contract price of
$25,000,000 and an aggregate of $40,000,000.  Accordingly, we anticipate no difficulty
in providing customary performance and payment bonds should they be required.

Naturally, we would expect that the execution of any bonds would be subject to our
normal underwriting review at the time bonds are requested, favorable final contract
review, and confirmation of acceptable project financing.

International Fidelity Insurance Company is rated "A-" by A. M. Best Company and is
listed on the current United States Department of Treasury's listing of certified
companies.

Please feel free to contact us should you need further assurances at 860-676-9402.

Best regards,

Michael F. Metayer
Attorney-in-Fact

their true and lawful attorney(s)-in-fact to execute, seal and deliver for and on its behalf as surety, any and all bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof, which are or may be allowed, required or permitted by law, statute, rule, regulation, contract or otherwise, and the execution of such instrument(s) in pursuance of these presents, shall be as binding upon the said INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY, as fully and amply, to all intents and purposes, as if the same had been duly executed and acknowledged by their regularly elected officers at their principal offices.

This Power of Attorney is executed, and may be revoked, pursuant to and by authority of the By-Laws of INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY and is granted under and by authority of the following resolution adopted by the Board of Directors of INTERNATIONAL FIDELITY INSURANCE COMPANY at a meeting duly held on the 20th day of July, 2010 and by the Board of Directors of ALLEGHENY CASUALTY COMPANY at a meeting duly held on the 15th day of August, 2000:

"RESOLVED, that (1) the President, Vice President, Chief Executive Officer or Secretary of the Corporation shall have the power to appoint, and to revoke the appointments of, Attorneys-in-Fact or agents with power and authority as defined or limited in their respective powers of attorney, and to execute on behalf of the Corporation and affix the Corporation's seal thereto, bonds, undertakings, recognizances, contracts of indemnity and other written obligations in the nature thereof or related thereto; and (2) any such Officers of the Corporation may appoint and revoke the appointments of joint-control custodians, agents for acceptance of process, and Attorneys-in-fact with authority to execute waivers and consents on behalf of the Corporation; and (3) the signature of any such Officer of the Corporation and the Corporation's seal may be affixed by facsimile to any power of attorney or certification given for the execution of any bond, undertaking, recognizance, contract of indemnity or other written obligation in the nature thereof or related thereto, such signature and seals when so used whether heretofore or hereafter, being hereby adopted by the Corporation as the original signature of such officer and the original seal of the Corporation, to be valid and binding upon the Corporation with the same force and effect as though manually affixed."

IN WITNESS WHEREOF, INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY have each executed and attested these presents on this 22nd day of July, 2014.

 

STATE OF NEW JERSEY
County of Essex

ROBERT W. MINSTER
Chief Executive Officer (International Fidelity Insurance Company) and President (Allegheny Casualty Company)

On this 22nd day of July 2014, before me came the individual who executed the preceding instrument, to me personally known, and, being by me duly sworn, said he is the therein described and authorized officer of INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY; that the seals affixed to said instrument are the Corporate Seals of said Companies; that the said Corporate Seals and his signature were duly affixed by order of the Boards of Directors of said Companies.

IN TESTIMONY WHEREOF, I have hereunto set my hand affixed my Official Seal, at the City of Newark, New Jersey the day and year first above written.



A NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 16, 2019.

## CERTIFICATION

I, the undersigned officer of INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY do hereby certify that I have compared the foregoing copy of the Power of Attorney and affidavit, and the copy of the Sections of the By-Laws of said Companies as set forth in said Power of Attorney, with the originals on file in the home office of said companies, and that the same are correct transcripts thereof, and of the whole of the said originals, and that the said Power of Attorney has not been revoked and is now in full force and effect.

IN TESTIMONY WHEREOF, I have hereunto set my hand this       24th       day of    September, 2015.

MARIA BRANCO, Assistant Secretary

Tel (973) 624-7200

# POWER OF ATTORNEY

## INTERNATIONAL FIDELITY INSURANCE COMPANY
## ALLEGHENY CASUALTY COMPANY

ONE NEWARK CENTER, 20TH FLOOR NEWARK, NEW JERSEY 07102-5207

**KNOW ALL MEN BY THESE PRESENTS:** That **INTERNATIONAL FIDELITY INSURANCE COMPANY**, a corporation organized and existing under the laws of the State of New Jersey, and **ALLEGHENY CASUALTY COMPANY** a corporation organized and existing under the laws of the State of Pennsylvania, having their principal office in the City of Newark, New Jersey, do hereby constitute and appoint

LISA KURTZ, MICHAEL F. METAYER

**Pete Folino**

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Monday, September 28, 2015 2:33 PM |
| **To:** | PETER J. FOLINO |
| **Subject:** | FW: Attached Image |
| **Attachments:** | Attached Image (207 KB) |

Sal Salafia, LEED AP BD&C
PROGRAM MANAGER - ARCADIS/O&G PROGRAM MANAGEMENT
207 MAIN STREET - HARTFORD, CT 06106
PHONE: (860) 906-1577    FAX: (860) 906-1187   MOBILE: (860) 485-8841
salsalafia@arcadis-ogind.com

-----Original Message-----
From: CONSTRUCTION MNGMNT SVCS [mailto:ogmaster@ogind.com]
Sent: Monday, September 28, 2015 2:16 PM
To: Sal <salsalafia@arcadis-ogind.com>
Subject: Attached Image

Please be advised that the content of this e-mail is for discussion purposes
only and, unless this disclaimer is explicitly referenced and excluded by
the sender in the body of the email, is not intended to bind either party in
contract. This transmission (including any attachments) is confidential,
intended only for the named recipient(s) and may be legally privileged or
exempt from disclosure under applicable law.  If you are not the intended
recipient(s), do not review, transmit, convert to hard copy media, copy,
rely on or disseminate any part of this e-mail.  Instead, please immediately
notify the sender by return e-mail and then promptly delete this information
from your system.

"An Affirmative Action-Equal Opportunity M/F/Veteran/Disability Employer"

FORM OF BID
JOHN C. CLARK ELEMENTARY SCHOOL
75 CLARK STREET
HARTFORD, CT
PCB REMEDIATION PILOT STUDY PROJECT

A.  The undersigned, having attended the Pre-Bid Meeting and having verified the quantities
    and conditions affecting the cost of the work, having reviewed in detail the PCB
    Remediation Plans and Specifications (including this Bid Form and Addenda, if
    applicable) as prepared by Eagle Environmental, Inc. of Terryville, Connecticut hereby
    proposes to furnish all labor, materials, equipment and services required for the PCB
    Remediation Pilot Study Project at the John C. Clark Elementary School located at 75
    Clark Street in Hartford, CT in accordance therewith, for the Contract Price specified
    below, subject to additions and deductions according to the terms of the Specifications.

B.  This Bid includes Addendum numbered _____

C.  This is a Lump Sum bid which shall include all labor, materials, disposal and incidentals
    to complete the Work specified in the Plans and Specifications.

D.  The proposed Contract Price for the Base Bid is as follows:

    (In Words) _THREE HUNDRED SEVENTY EIGHT THOUSAND THREE HUNDRED SIXTY_

    (Dollars) $_____378,360.00_____

    _HAZ-Pros, Inc_____          _____
    Company Name                    Signature

    _125-A Brook St_____          _CLAYTON KILBURN_____
    Company Address                 Name

    _W. Htfd, CT 06110__          _PRESIDENT_____
                                    Title

    Date: _9/28/15_____

J. C. Clark Elementary School
PCB Pilot Remediation Study
May 18, 2015 REV 2

## NON-CONCLUSION AFFIDAVIT

### Affidavit

State of _____ $C_T$ _____

County of _____ $Ht Ph$ _____

_____

Being fully sworn deposes and says:

That he is (a partner or officer of the firm of, etc.), the party making the foregoing proposal or bid; that such proposal or bid is genuine and not collusive or sham; that said bidder has not colluded, conspired, connived or agreed, directly or indirectly, with any bidder or person to put in a sham bid or to refrain from bidding, and has not in any manner, directly or indirectly, sought by agreement or collusion or communication or conference with any person, to fix the bid price or affiant or any other bidder, or to fix any overhead, profit, or cost element of said price or of that of any other bidder, or to secure any advantage against the owner, or any other person interested in the proposed contract and that all statements in said proposal or bid are true.

_Haz-Pros, Inc_
Firm Name

_Clayton Kilbourn_
By

Subscribed and sworn to before me
This _28_ day of _September_

20 _15_

_____
Signature of Bidder if the Bidder is an Individual

My Commissions expires:

_2/29/20_

_____
Signature of Partner if the Bidder is a Partnership

_____
Signature of Officer if the Bidder is a corporation

State Contract 10PSX0238 Exhibit B-1 - Price Description of Commodity and/or Services

**JOB** | Clark School | **HPI**

| ITEM | ITEM DESCRIPTION | QTY | UNIT | Cost | | TOTAL |
|---|---|---|---|---|---|---|
| | **ASBESTOS REMOVAL** | | | | | |
| AR-001 | CLEAN-UP OF ACM DEBRIS BY HEPA VACUUMING | 0 | SF | $ | 0.15 | - |
| AR-002 | REMOVAL OF PIPE INSULATION INCLUDING FITTINGS (FULL CONTAINMENT - < 6" DIA) | 1200 | LF | $ | 1.50 | $ 1,800.00 |
| AR-003 | REMOVAL OF PIPE INSULATION INCLUDING FITTINGS(FULL CONTAINMENT - 6" - 12" DIA) | | LF | $ | 2.50 | - |
| AR-004 | REMOVAL OF PIPE INSULATION INCLUDING FITTINGS(FULL CONTAINMENT - >12" DIA) | | LF | $ | 3.50 | - |
| AR-005 | GLOVE BAG REMOVAL OF PIPE OR FITTING INSULATION (MINI-CONTAINMENT - FIRST 25) | | EA | $ | 25.00 | - |
| AR-006 | GLOVE BAG REMOVAL OF PIPE OR FITTING INSULATION (MINI-CONTAINMENT - QUANTITY BETWEEN 25-50) | | EA | $ | 20.00 | - |
| AR-007 | GLOVE BAG REMOVAL OF PIPE OR FITTING INSULATION (MINI-CONTAINMENT - QUANTITY IN EXCESS OF 50) | | EA | $ | 18.00 | - |
| AR-008 | REMOVAL OF EQUIPMENT INSULATION | | SF | $ | 3.50 | - |
| AR-009 | REMOVAL OF HVAC DUCT INSULATION | 3000 | SF | $ | 3.50 | $ 10,500.00 |
| AR-010 | REMOVAL OF HVAC DUCT SYSTEM FLEXIBLE CONNECTOR | | SF | $ | 2.50 | - |
| AR-011 | REMOVAL OF RESILIENT FLOORING INCLUDING MASTIC | 0 | SF | $ | 1.00 | - |
| AR-012 | REMOVAL OF RESILIENT FLOORING (NO MASTIC) | | SF | $ | 0.75 | - |
| AR-013 | REMOVAL OF SPRAYED ON FIREPROOFING | 10000 | SF | $ | 3.00 | $ 30,000.00 |
| AR-014 | REMOVAL OF PLASTER CEILING SYSTEM (INCLUDING BLACK IRON AND METAL LATH) | 0 | SF | $ | 2.50 | - |
| AR-015 | REMOVAL OF ACOUSTIC OR METAL PAN CEILING SYSTEM (INCLUDING GRID ) | 10000 | SF | $ | 1.50 | $ 15,000.00 |
| AR-016 | REMOVAL OF ACOUSTIC CEILING PANELS (CLEAN GRID FOR REUSE) | | SF | $ | 1.25 | - |
| AR-017 | REMOVAL OF ACOUSTIC PLASTER FINISH MATERIAL (SCRAPE) | | SF | $ | 2.25 | - |
| AR-018 | PATCH AND/OR SEAL DAMAGED INSULATION | | SF | $ | 1.00 | - |
| AR-019 | REMOVAL OF CONTAMINATED SOIL (2" DEPTH) | | SF | $ | 0.85 | - |
| AR-020 | REMOVAL OF TRANSITE MATERIAL | | SF | $ | 1.25 | - |
| AR-021 | REMOVAL OF ROOFING OR ROOF FLASHING MATERIAL | 0 | SF | $ | 1.25 | - |
| AR-022 | REMOVAL OF UNDERGROUND PIPE OR PIPE INSULATION (INCLUDING HAND EXCAVATION) | | LF | $ | 10.00 | - |
| AR-023 | REMOVAL OF CARPET OVER RESILIENT FLOORING | | SF | $ | 0.75 | - |
| AR-024 | REMOVAL OF WALL BASE AND MASTIC | | LF | $ | 0.75 | - |
| AR-025 | REMOVAL OF DRYWALL PARTITION (INCLUDING WALL FRAMING) | | SF | $ | 0.75 | - |
| AR-026 | REMOVAL OF CMU WALL | | SF | $ | 1.65 | - |
| AR-027 | PREP WORK AREA | 60000 | SF | $ | 1.00 | $ 60,000.00 |
| AR-028 | SOLID BARRIERS OR ACCESS TUNNELS (2"x4"@16", 1/2" PLYWOOD) | 200 | SFSA | $ | 1.00 | $ 200.00 |
| AR-029 | SELECTIVE DEMOLITION TO ACCESS CONCEALED ACM | | SF | $ | 1.00 | - |
| AR-030 | REMOVAL OF FLOOR LEVELING MATERIAL | | SF | $ | 0.75 | - |
| | | | | | | |
| | **MISCELLANEOUS ITEMS** | | | | | |
| MI-001 | MOBILIZATION (1 PER WORK AREA) | 2 | EA | $ | 240.00 | 480.00 |
| MI-002 | WORKER DECON (1 PER WORK AREA) | 2 | EA | $ | 240.00 | 480.00 |
| MI-005 | TEMP ELECTRICAL CONNECTION (LICENSED ELECTRICIAN) | 5000 | EA | $ | 1.10 | 5,500.00 |
| MI-006 | TEMP ELECTRICAL GENERATOR | | DY | $ | - | - |
| MI-007 | DISPOSAL OF ACM WASTE (INCLUDES TRANSPORTATION) | 0 | CY | $ | 55.00 | - |
| MI-008 | DISPOSAL OF HAZARDOUS WASTE MATERIAL (INCLUDES TRANSPORTATION) | 0 | CY | $ | 400.00 | - |
| MI-009 | DISPOSAL OF CONSTRUCTION DEBRIS (INCLUDES TRANSPORTATION) | | CY | $ | 25.00 | - |
| MI-010 | STAND-BY ABATEMENT PERSONNEL (EACH LICENSED WORKER) | 240 | HR | $ | 60.00 | 14,400.00 |
| MI-013 | FIXED SCAFFOLDING | | SF | $ | 7.50 | - |
| MI-014 | EXCAVATION TO EXPOSE UNDERGROUND PIPE | | CY | $ | - | - |
| MI-015 | PROJECT NOTIFICATION AND FEES | 0 | EA | $ | 1.10 | - |
| MI-016 | PROJECT BOND ( 3% OF CONTRACT) | 0 | EA | | | - |
| | | | | | | |
| | **REWORK ITEMS** | | | | | |
| RW-001 | REINSULATE PIPE 1" THICK FIBERGLAS ASJ | | SF | $ | 2.50 | - |
| RW-002 | REINSULATE PIPE 1 1/2" THICK FIBERGLAS ASJ | | SF | $ | 3.00 | - |
| RW-003 | REINSULATE PIPE 2" THICK FIBERGLAS ASJ | | SF | $ | 4.00 | - |
| RW-004 | REINSULATE PIPE FITTING 1" THICK FIBERGLAS ASJ | 0 | EA | $ | 4.00 | - |
| RW-005 | REINSULATE PIPE FITTING 1 1/2" THICK FIBERGLAS ASJ | | EA | $ | 5.00 | - |
| RW-006 | REINSULATE PIPE FITTING 2" THICK FIBERGLAS ASJ | | EA | $ | 6.00 | - |
| RW-007 | REINSULATE MECHANICAL EQUIPMENT 3 PCF, 2" THICK | | SF | $ | 3.00 | - |
| RW-008 | REINSULATE HVAC DUCT SYSTEM (FLEXIBLE DUCT WRAP) 0.75 PCF, 1 1/2" THICK | | SF | $ | 1.60 | - |
| RW-009 | REINSULATE HVAC DUCT SYSTEM (RIGID BOARD) 3 PCF, 1 1/2" THICK | | SF | $ | 2.75 | - |
| RW-010 | REPLACE HVAC DUCT SYSTEM FLEXIBLE CONNECTOR | | SF | $ | 8.00 | - |
| | | | | | | |
| | **ESCALATION FACTORS** | | | | | |
| EF-1 | WORK SURFACES 10-20' HIGH | 1.15 | | $ | - | - |
| EF-2 | WORK SURFACES OVER 20' HIGH | 1.30 | | $ | - | - |
| EF-3 | NON-REGULAR WORK HOURS AND OVERTIME (6:00 P.M. TO 6:60 A.M. DAILY, AND WEEKEND WORK) | 1.30 | | $ | - | - |
| EF-4 | EMERGENCY RESPONSE (<24 HOUR) | 1.30 | | $ | - | - |
| EF-5 | CONFINED SPACE WORK | 1.15 | | $ | - | - |
| EF-6 | REMOVAL OF MULTIPLE LAYERS OF RESILIENT FLOORING (EACH ADDITIONAL LAYER) | 1.50 | | $ | - | - |
| EF-7 | REMOVAL ON LIVE STEAM SYSTEM | 1.25 | | $ | - | - |
| EF-8 | EXTERIOR WORK | 1.30 | | $ | - | - |
| | | | | | | |
| | **MISCELLANEOUS ITEMS** | | | | | |
| | HASP | | | $ | 4,500.00 | $ 4,500.00 |
| | duct cleaning | | | $ | 30,000.00 | $ 30,000.00 |
| | foam | | | $ | 10,000.00 | $ 10,000.00 |
| | plywood decon | | | $ | 2,000.00 | $ 2,000.00 |
| | move furniture | | | $ | 6,000.00 | $ 6,000.00 |
| | | | | $ | | $ - |
| | | | | $ | | $ - |
| | | | | $ | | $ - |
| | | | | $ | | $ - |
| | | | | $ | | $ - |
| | | | | $ | | $ - |
| | | | | $ | | $ - |
| | **TOTAL** | | | | $ | 190,860.00 |

## State Contract 10PSX0238 Exhibit B-3 - Description of Commodity and/or Services

JOB                               HPI

| ITEM | ITEM DESCRIPTION | QTY | UNIT | COST | TOTAL |
|------|------------------|-----|------|------|-------|
| | **MOLD REMEDIATION** | | | | |
| IAQ-001 | CLEANING AND HEPA VACUUMING OF CONTAMINATED COMPONENTS OR MATERIALS | 0 | SF | $ 0.50 | $ - |
| IAQ-002 | REMOVAL OF CONTAMINATED PIPE INSULATION | | LF | $ 0.50 | $ - |
| IAQ-003 | REMOVAL OF CONTAMINATED BUILDING INSULATION | 0 | SF | $ 0.50 | $ - |
| IAQ-004 | REMOVAL OF CONTAMINATED HVAC DUCT OR EQUIPMENT INSULATION | | SF | $ 0.50 | $ - |
| IAQ-005 | REMOVAL OF CONTAMINATED CARPET | | SF | $ 0.75 | $ - |
| IAQ-006 | REMOVAL OF CONTAMINATED DRYWALL PARTITION (INCLUDING WALL FRAMING) | 0 | SF | $ 0.75 | $ - |
| IAQ-007 | REMOVAL OF CONTAMINATED PLASTER | 0 | SF | $ 1.75 | $ - |
| IAQ-008 | REMOVAL OF CONTAMINATED SUSPENDED CEILING PANELS | 0 | SF | $ 0.50 | $ - |
| IAQ-009 | PREP WORK AREA | 0 | SF | $ 0.25 | $ - |
| IAQ-010 | SOLID BARRIERS OR ACCESS TUNNELS (2"x4"@16", 1/2" PLYWOOD) | | SFSA | $ 0.85 | $ - |
| IAQ-011 | SELECTIVE DEMOLITION TO ACCESS CONTAMINATED COMPONENTS OR MATERIALS | | SF | $ 1.00 | $ - |
| | **OTHER HAZARDOUS MATERIALS ABATEMENT** | | | | |
| HM-001 | REMOVE LOOSE PCB CONTAMINATED CAULK (WET SCRAPING OR BRUSHING) | | LF | $ 2.50 | $ - |
| HM-002 | REMOVE PCB CONTAMINATED CAULK AND 6 INCHES OF BUILDING MATERIALS | | LF | $ 10.00 | $ - |
| HM-003 | REMOVE PCB CONTAMINATED CAULK AND 12 INCHES OF BUILDING MATERIALS | | LF | $ 15.00 | $ - |
| HM-004 | REMOVE INTACT PCB CONTAMINATED CAULK WITH NO REMOVAL OF BUILDING MATERIALS | 300 | LF | $ 5.00 | $ 1,500.00 |
| HM-005 | STRIP PAINT FROM FLAT SURFACES | | SF | $ 2.60 | $ - |
| HM-006 | HEPA VACUUMING AND WASHING SURFACE (SMOOTH SURFACE) | 300000 | SF | $ 0.50 | $ 150,000.00 |
| HM-007 | HEPA VACUUMING AND WASHING SURFACE (POROUS SURFACE) | 0 | SF | $ 1.00 | $ - |
| HM-008 | REMOVE EXTERIOR SOIL (6" DEPTH) | | SF | $ 3.50 | $ - |
| | **COMPONENT REPLACEMENT** | | | | |
| CR-001 | REMOVE TRIM COMPONENT (CASING, BASE, APRON, ETC.) | | LF | $ 0.35 | $ - |
| CR-002 | REMOVE DOOR (DOOR ONLY) | | SF | $ 0.25 | $ - |
| CR-003 | REMOVE DOOR (INCLUDING JAMB, NO TRIM) | | SF | $ 0.50 | $ - |
| CR-004 | REMOVE WINDOW (SASH ONLY) | | SF | $ 0.35 | $ - |
| CR-005 | REMOVE WINDOW (COMPLETE UNIT INCLUDING FRAME) | | SF | $ 0.85 | $ - |
| CR-007 | REMOVE MISCELLANEOUS ITEM | | CF | $ 7.00 | $ - |
| | **MISCELLANEOUS ITEMS** | | | | |
| MI-001 | MOBILIZATION (1 PER WORK AREA) | 0 | EA | $ 240.00 | $ - |
| MI-002 | WORKER DECON (1 PER WORK AREA) | 0 | EA | $ 240.00 | $ - |
| MI-003 | CONTAINMENT BARRIERS TO SEPARATE THE WORK AREA (SOFT BARRIER) | 0 | SF | $ 0.85 | $ - |
| MI-004 | CONTAINMENT BARRIERS TO SEPARATE THE WORK AREA (HARD BARRIER) | | SF | $ 2.50 | $ - |
| MI-005 | TEMP ELECTRICAL CONNECTION (LICENSED ELECTRICIAN) | | EA | $ - | $ - |
| MI-006 | TEMP ELECTRICAL GENERATOR | | DY | $ - | $ - |
| MI-008 | DISPOSAL OF HAZARDOUS WASTE MATERIAL (INCLUDES TRANSPORTATION) | 90 | CY | $ 400.00 | $ 36,000.00 |
| MI-009 | DISPOSAL OF CONSTRUCTION DEBRIS (INCLUDES TRANSPORTATION) | 0 | CY | $ 25.00 | $ - |
| MI-010 | STAND-BY ABATEMENT PERSONNEL (EACH LICENSED WORKER) | 0 | HR | $ 60.00 | $ - |
| MI-011 | ENCAPSULATION UTILIZING LIQUID COATING SYSTEM | | SF | $ 0.35 | $ - |
| MI-013 | FIXED SCAFFOLDING | | SF | $ - | $ - |
| | **REWORK ITEMS** | | | | |
| RW-011 | REPLACE TRIM COMPONENT (WOOD CASING, JAMB, APRON, ETC.) | | LF | $ 0.70 | $ - |
| RW-012 | REPLACE INTERIOR DOOR (SOLID CORE FLUSH OR 6-PANEL PINE) | | EA | $ - | $ - |
| RW-013 | REPLACE WINDOW (SASH ONLY) | | EA | $ - | $ - |
| RW-014 | REPLACE WINDOW (COMPLETE UNIT INCLUDING FRAME) | | EA | $ - | $ - |
| RW-019 | PAINT TRIM COMPONENT (CASING, JAMB, APRON, ETC., PRIMER + FINISH COAT) | | LF | $ 0.20 | $ - |
| RW-020 | PAINT DOORS (DOOR OPENING SIZE - INCLUDES BOTH FACES PRIMER + FINISH COAT) | | SF | $ 0.70 | $ - |
| RW-021 | PAINT WINDOW (INCLUDES INTERIOR & EXTERIOR PRIMER + FINISH COAT) | | SF | $ 1.75 | $ - |
| RW-024 | REPLACE EXTERIOR SOIL (6" LOAM AND SEED) | | SF | $ 2.75 | $ - |
| | **ESCALATION FACTORS** | | | | |
| EF-1 | WORK SURFACES 10-20' HIGH | 1.15 | | $ | $ - |
| EF-2 | WORK SURFACES OVER 20' HIGH | 1.30 | | $ | $ - |
| EF-3 | NON-REGULAR WORK HOURS AND OVERTIME (6:00 P.M. TO 6:00 A.M. DAILY, AND WEEKEND WORK) | 1.30 | | $ | $ - |
| EF-4 | EMERGENCY RESPONSE (<24 HOUR) | 1.30 | | $ | $ - |
| EF-5 | CONFINED SPACE WORK | 1.15 | | $ | $ - |
| EF-8 | EXTERIOR WORK | 1.30 | | $ | $ - |
| | **NEGOTIATED ITEMS** | | | | |
| | | | | $ | $ - |
| | | | | $ | $ - |
| | | | | $ | $ - |
| | | | | $ | $ - |
| | | | | $ | $ - |
| | | | | $ | $ - |
| | | | | $ | $ - |
| | | | | $ | $ - |
| | | | | $ | $ - |
| | | | | $ | $ - |

                          **TOTAL**               $ 187,500.00

**Pete Folino**

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Monday, September 28, 2015 2:33 PM |
| **To:** | PETER J. FOLINO |
| **Subject:** | FW: Attached Image |
| **Attachments:** | Attached Image (84.3 KB) |

Sal Salafia, LEED AP BD&C
PROGRAM MANAGER - ARCADIS/O&G PROGRAM MANAGEMENT
207 MAIN STREET - HARTFORD, CT 06106
PHONE: (860) 906-1577    FAX: (860) 906-1187   MOBILE: (860) 485-8841
salsalafia@arcadis-ogind.com

-----Original Message-----
From: CONSTRUCTION MNGMNT SVCS [mailto:ogmaster@ogind.com]
Sent: Monday, September 28, 2015 2:17 PM
To: Sal <salsalafia@arcadis-ogind.com>
Subject: Attached Image

Please be advised that the content of this e-mail is for discussion purposes
only and, unless this disclaimer is explicitly referenced and excluded by
the sender in the body of the email, is not intended to bind either party in
contract. This transmission (including any attachments) is confidential,
intended only for the named recipient(s) and may be legally privileged or
exempt from disclosure under applicable law.  If you are not the intended
recipient(s), do not review, transmit, convert to hard copy media, copy,
rely on or disseminate any part of this e-mail.  Instead, please immediately
notify the sender by return e-mail and then promptly delete this information
from your system.

"An Affirmative Action-Equal Opportunity M/F/Veteran/Disability Employer"

FORM OF BID
JOHN C. CLARK ELEMENTARY SCHOOL
75 CLARK STREET
HARTFORD, CT
PCB REMEDIATION PILOT STUDY PROJECT

A.  The undersigned, having attended the Pre-Bid Meeting and having verified the quantities and conditions affecting the cost of the work, having reviewed in detail the PCB Remediation Plans and Specifications (including this Bid Form and Addenda, if applicable) as prepared by Eagle Environmental, Inc. of Terryville, Connecticut hereby proposes to furnish all labor, materials, equipment and services required for the PCB Remediation Pilot Study Project at the John C. Clark Elementary School located at 75 Clark Street in Hartford, CT in accordance therewith, for the Contract Price specified below, subject to additions and deductions according to the terms of the Specifications.

B.  This Bid includes Addendum numbered __**N/A**_____

C.  This is a Lump Sum bid which shall include all labor, materials, disposal and incidentals to complete the Work specified in the Plans and Specifications.

D.  The proposed Contract Price for the Base Bid is as follows:

   (In Words) _Four hundred sixty eight thousand five hundred dollars and zero cents_

   (Dollars) $_468,500.00_

_Manafort Brothers Incorporated_                 Signature
Company Name

_414 New Britain Avenue_                          _Justin A. Manafort, Sr._
Company Address                                   Name

_Plainville, CT 06062_                            _Vice President_
                                                  Title

Date: _September 28, 2015_

J. C. Clark Elementary School
PCB Pilot Remediation Study
May 18, 2015 REV 2

## NON-CONCLUSION AFFIDAVIT

### Affidavit

State of      Connecticut

County of      Hartford

Being fully sworn deposes and says:

That he is (a partner or officer of the firm of, etc.), the party making the foregoing proposal or bid; that such proposal or bid is genuine and not collusive or sham; that said bidder has not colluded, conspired, connived or agreed, directly or indirectly, with any bidder or person to put in a sham bid or to refrain from bidding, and has not in any manner, directly or indirectly, sought by agreement or collusion or communication or conference with any person, to fix the bid price or affiant or any other bidder, or to fix any overhead, profit, or cost element of said price or of that of any other bidder, or to secure any advantage against the owner, or any other person interested in the proposed contract and that all statements in said proposal or bid are true.

Manafort Brothers Incorporated
Firm Name

Justin A. Manafort, Sr., Vice President
By

Subscribed and sworn to before me
This 28 day of September

20 15

My Commission expires:

_N/A_
Signature of Bidder if the Bidder is an Individual

_N/A_
Signature of Partner if the Bidder is a Partnership

Signature of Officer if the Bidder is a corporation

### PARTIAL LIEN WAIVER AND RELEASE
### FOR THE CONTRACTOR

AAIS Corp has furnished or will furnish certain labor, materials, or equipment on the Project at J.C. Clark Elementary School at 75 Clark Street, Hartford, CT 06112.  In consideration of payments to date and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, effective upon the City of Hartford and/or Hartford School Building Committee ("Owner") making payment on the Application for payment dated (Date of Invoice), the undersigned waives and releases any right which it now has or in the future may have to claim a mechanic's lien or any other lien rights, and waives and releases all other claims of any kind, against (a) the real property where the Project is located; (b) the improvements and other property located thereon; (c) the Owner and its title company and lender and their employees, officers, and agents; and (d) the surety or sureties of the Owner, for anything whatsoever related to the Project (whether billed or unbilled through the date hereof, except those claims listed as follows:

_____

(If a claim is not listed above, it is not reserved, and any claims or potential claims not listed are waived and released.)

In order to induce payment to be made to the undersigned, the undersigned certifies that it has paid all of its subcontractors, suppliers, and employees for all items connected with the above-referenced Project all amounts owed for the Work covered by payments which the Contractor has received for the Projects prior to the date hereof.

The undersigned has executed this waiver voluntarily and with full knowledge of the undersigned's rights under law.

Dated: _____

[Date of Pay Application through
Which waiver and release is effective.]                  By: _____
                                                              Name:
                                                              Title:


STATE OF CONNECTICUT           )
                               ) ss. _____          _____ __, 20__
COUNTY OF _____     )


Personally appeared_____, an officer of AAIS Corp., signer and sealer of the foregoing instrument, and acknowledged the same to be his free and deed as such officer and the free act and deed of said bank, before me.



                                                    _____
                                                    Notary Public
                                                    My Commission Expires: _____

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO:                1
APPLICATION DATE:
PERIOD TO:
ARCHITECT'S PROJECT NO:

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | **ASBESTOS REMOVAL** | | | | | | | | |
| AR-002 | PIPING REMOVAL <6" INCL FITTINGS | $5,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $5,800.00 | $0.00 |
| AR-008 | REMOVE EQUIPMENT INSULATION | $1,156.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $1,156.00 | $0.00 |
| AR-009 | REMOVE HVAC DUCT INSULATION | $20,808.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $20,808.00 | $0.00 |
| AR-010 | REMOVE HVAC DUCT FLEX CONN | $134.54 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $134.54 | $0.00 |
| AR-013 | SPRAY ON FIREPROOFING | $25,950.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $25,950.00 | $0.00 |
| AR-015 | ACCOUSTIC OR METAL PAN CEILING INCL. GRID | $17,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $17,400.00 | $0.00 |
| AR-027 | PREP WORK AREA | $38,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $38,800.00 | $0.00 |
| AR-028 | SOLID BARRIER OR ACCESS TUNNELS  2X4 AND PLYWOOD | $899.28 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $899.28 | $0.00 |
| | **MISCELLANEOUS ITEMS** | | | | | | | | |
| MI-001 | MOBILIZATION (1 PER WORK AREA) | $3,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $3,000.00 | $0.00 |
| MI-002 | WORKER DECON (1 PER WORK AREA) | $3,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $3,000.00 | $0.00 |
| MI016 | PROJECT BOND ( 3% OF TOTAL CONTRACT) cost +10% | $9,042.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $9,042.00 | $0.00 |
| | **ESCALATION FACTORS** | | | | | | | | |
| EF-1 | WORK SURFACES 10-20 FEET HIGH | $10,513.88 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $10,513.88 | $0.00 |
| | **OTHER HAZARDOUS MATERIALS ABATEMENT** | | | | | | | | |
| HM-004 | REMOVE INTACT PCB CAULK WITH NO REMOVAL OF BLDG MATLS. | $1,896.20 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $1,896.20 | $0.00 |
| HM-006 | HEPA VACUUMING AND WASHING  SMOOTH SURFACE | $28,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $28,000.00 | $0.00 |
| HM-007 | HEPA VACUUMING AND WASHING  POROUS SURFACE | $52,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $52,200.00 | $0.00 |
| | **MISCELLANEOUS ITEMS** | | | | | | | | |
| MI-008 | HAZARDOUS WASTE DISPOSAL (INCLUDES TRANS) COST + 10% | $18,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $18,000.00 | $0.00 |
| | **OTHER** | $37,400.10 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $37,400.10 | $0.00 |
| | **GRAND TOTALS** | $274,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $274,000.00 | $0.00 |

Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity

**Pete Folino**

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Monday, October 05, 2015 11:08 AM |
| **To:** | PETER J. FOLINO; Joe@aaiscorp.com |
| **Cc:** | EMILY CARRANZA |
| **Subject:** | FW: AAIS Corp. G702 & G703 Template and Lien Waiver - Billing |
| **Attachments:** | AIA G702 & 703.xlsx; Lien Waiver- Partial- Template.docx |

Pete, Joe,

Please see attached. It would probably make sense to submit a draft for review prior to the initial requisition to insure there is no delays with processing when we play for real. We are on track for a 10/12 start. Emily is sure we will have a PO in hand prior to that date. Joe – please make sure all documents( incl. bonds) are into my office prior to stat so that I don't catch a lot of flak or have to stop activities for administrative shortfalls.

Thanks

*Sal Salafia, LEED AP BD&C*

PROGRAM MANAGER – ARCADIS/O&G PROGRAM MANAGEMENT
207 MAIN STREET – HARTFORD, CT 06106
PHONE:(860) 906-1577  FAX:(860) 906-1187  MOBILE:(860) 455-5562
salsalafia@arcadis-ogind.com

**From:** Emily M. Carranza [mailto:emilycarranza@arcadis-ogind.com]
**Sent:** Wednesday, September 30, 2015 2:01 PM
**To:** 'Sal Salafia' <salsalafia@arcadis-ogind.com>
**Cc:** 'Pete Folino' <pfolino@eagleenviro.com>
**Subject:** AAIS Corp. G702 & G703 Template and Lien Waiver - Billing

Sal,

As the purchase order for AAIS has been entered and is making its way through the system, I would like to have AAIS have an idea of the way to submit their requisitions so that there is no questions or rejected items down the road.

The amounts listed on the sample G702/G703 (attached) is based on their submitted price breakdown (unit rate version). AAIS must:

1) Prepare and submit four (4) sets with original signatures for each payment application
   a. (Pete to sign off first/Sal will be final approval)
2) All corresponding back up must be attached to each payment application
3) Lien Waiver submitted with each payment application (attached is the template)

Can you please send this over to AAIS so that we are ready to go.

Thank you

Emily M. Carranza | Financial Controls Manager | emily.carranza@arcadis-ogind.com
ARCADIS/O&G Program Management | Hartford School Construction Program
207 Main Street, Suite 200 | Hartford, CT 06106

1

T. 860-900-1577 | F. 860-906-1187
ARCADIS/O&G, Confidence with results
Please consider the environment before printing this email

Darlene,

I have forwarded this to Lee Mariani for his review as well. In the future please copy Pete Biglinese since, as the Environmental Consultant, he needs to confirm the extent to which work has been completed.

Thanks

Sal Salafia, LEED AP BD&C
PROGRAM MANAGER – ARCADIS/O&G PROGRAM MANAGEMENT
207 MAIN STREET – HARTFORD, CT 06106
PHONE: (860) 906-1577   FAX: (860) 906-1187   MOBILE: (860) 485-8841
salsalafia@arcadis-ogind.com

**From:** Darlene Masciola [mailto:DMasciola@aaiscorp.com]
**Sent:** Wednesday, October 28, 2015 12:46 PM
**To:** salsalafia@arcadis-ogind.com
**Subject:** PENCIL AIA

Sal,

Please see attached pencil for the month of October. Please let me know when approved or any changes I may need . Also if you could please let me know how many originals and who I should be sending them to. Thanks So much!

Darlene Masciola
AAIS Corp.

1

**Pete Folino**

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Wednesday, October 28, 2015 1:27 PM |
| **To:** | 'Darlene Masciola' |
| **Cc:** | PETER J. FOLINO; EMILY CARRANZA |
| **Subject:** | RE: PENCIL AIA |

**Pete Folino**

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Tuesday, October 06, 2015 11:14 AM |
| **To:** | 'Pete Folino' |
| **Subject:** | RE: AAIS Corp. G702 & G703 Template and Lien Waiver - Billing |

Eddie, the head custodian will meet you there.  Back door where we went in the last time we were there

Sal Salafia, LEED AP BD&C
PROGRAM MANAGER – ARCADIS/O&G  PROGRAM MANAGEMENT
207 MAIN STREET – HARTFORD, CT 06106
PHONE: (860) 906-3577   FAX: (860) 906-3187   MOBILE: (860) 485-8841
salsalafia@arcadis-ogind.com

**From:** Pete Folino [mailto:pfolino@eagleenviro.com]
**Sent:** Monday, October 05, 2015 2:21 PM
**To:** 'Joe Villano' <Joe@aaiscorp.com>
**Cc:** 'Sal Salafia' <salsalafia@arcadis-ogind.com>; 'EMILY CARRANZA' <emilycarranza@arcadis-ogind.com>
**Subject:** RE: AAIS Corp. G702 & G703 Template and Lien Waiver - Billing

Sal, can you arrange access for Thursday?

Thank you,

Peter J. Folino
Principal

****NEW ADDRESS****
Eagle Environmental, Inc.
8 South Main Street, Suite 3
Terryville, CT 06786
Tel: (860) 589-8257 x104
Fax: (860) 585-7034
Email: pfolino@eagleenviro.com

www.eagleenviro.com

**From:** Joe Villano [mailto:Joe@aaiscorp.com]
**Sent:** Monday, October 05, 2015 11:54 AM
**To:** Pete Folino
**Cc:** Sal Salafia; EMILY CARRANZA
**Subject:** Re: AAIS Corp. G702 & G703 Template and Lien Waiver - Billing

Yes
I'll tell them now

Joe Villano
V.P. Demolition Services
AAIS Corp.

802 Boston Post Rd
West Haven, CT 06516
Cell 203-410-0366

On Oct 5, 2015, at 11:44 AM, Pete Folino <pfolino@eagleenviro.com> wrote:

Joe,

Can you and your team be available for a pre-con meeting at the site on Thursday morning at 9 a.m.?

Thank you,

Peter J. Folino
Principal

****NEW ADDRESS****
Eagle Environmental, Inc.
8 South Main Street, Suite 3
Terryville, CT 06786
Tel: (860) 589-8257 x104
Fax: (860) 585-7034
Email: pfolino@eagleenviro.com

www.eagleenviro.com

**From:** Sal Salafia [mailto:salsalafia@arcadis-ogind.com]
**Sent:** Monday, October 05, 2015 11:08 AM
**To:** PETER J. FOLINO; Joe@aaicorp.com
**Cc:** EMILY CARRANZA
**Subject:** FW: AAIS Corp. G702 & G703 Template and Lien Waiver - Billing

Pete, Joe,

Please see attached. It would probably make sense to submit a draft for review prior to the initial requisition to insure there is no delays with processing when we play for real. We are on track for a 10/12 start. Emily is sure we will have a PO in hand prior to that date. Joe – please make sure all documents( incl. bonds) are into my office prior to star so that I don't catch a lot of flak or have to stop activities for administrative shortfalls.

Thanks

Sal Salafia, LEED AP BD&C
PROGRAM MANAGER – ARCADIS/O&G PROGRAM MANAGEMENT
207 MAIN STREET – HARTFORD, CT 06106
PHONE: (860) 906-1577   FAX: (860) 906-3187   MOBILE: (860) 455-8841
salsalafia@arcadis-ogind.com

**From:** Emily M. Carranza [mailto:emilycarranza@arcadis-ogind.com]
**Sent:** Wednesday, September 30, 2015 2:01 PM
**To:** 'Sal Salafia' <salsalafia@arcadis-ogind.com>
**Cc:** 'Pete Folino' <pfolino@eagleenviro.com>
**Subject:** AAIS Corp. G702 & G703 Template and Lien Waiver - Billing

Sal,

As the purchase order for AAIS has been entered and is making its way through the system, I would like to have AAIS have an idea of the way to submit their requisitions so that there is no questions or rejected items down the road.

The amounts listed on the sample G702/G703 (attached) is based on their submitted price breakdown (unit rate version). AAIS must:

1) Prepare and submit four (4) sets with original signatures for each payment application
   a. (Pete to sign off first/Sal will be final approval)
2) All corresponding back up must be attached to each payment application
3) Lien Waiver submitted with each payment application (attached is the template)

Can you please send this over to AAIS so that we are ready to go.

Thank you

Emily M. Carranza | Financial Controls Manager | emily.carranza ao.cadis-o.in.c.c.
ARCADIS/O&G Program Management | Hartford School Construction Program
207 Main Street, Suite 200 | Hartford, CT 06106
T. 860-906-1577 | F. 860-906-1187
ARCADIS/O&G, Confidence with results
Please consider the environment before printing this email

3

**Pete Folino**

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Wednesday, October 28, 2015 2:52 PM |
| **To:** | PETER J. FOLINO |
| **Subject:** | FW: PENCIL AIA |
| **Attachments:** | 20151028115157812.pdf |

Sal Salafia, LEED AP BD&C

PROGRAM MANAGER – ARCADIS/O&G PROGRAM MANAGEMENT
207 MAIN STREET – HARTFORD, CT 06106
PHONE: (860) 906-1577  FAX: (860) 906-3387  MOBILE: (860) 495-8841
salsalafia@arcadis-ogind.com

**From:** Darlene Masciola [mailto:DMasciola@aaiscorp.com]
**Sent:** Wednesday, October 28, 2015 12:46 PM
**To:** salsalafia@arcadis-ogind.com
**Subject:** PENCIL AIA

Sal,

Please see attached pencil for the month of October. Please let me know when approved or any changes I may need . Also if you could please let me know how many originals and who I should be sending them to. Thanks So much!

Darlene Masciola
AAIS Corp.

1

# APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702*  PAGE ONE OF    PAGES

TO OWNER:                             PROJECT: JC Clark Elementary School  APPLICATION NO:          1
Hartford School Building Committee       75 Clark Street
550 Main Street                          Hartford, CT 06120
Hartford, CT 06103                                             PERIOD TO:        10/31/2015
FROM CONTRACTOR:       VIA ENVIRONMENTAL CONTRACTOR:
AAIS Corp                                Eagle Environmental          PURCHASE ORDER #:
802 Boston Post Road                     8 South Main Street #3       STATE PROJECT NO: 064-0308
West Haven, CT 06516                     Terryville, CT 06786
CONTRACT FOR: Abatement                                       CONTRACT DATE:

Distribution to:

| | |
|---|---|
| x | OWNER |
| x | ARCHITECT |
| x | CONTRACTOR |
| | |
| | |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

The undersigned Contractor certifies that to the best of the Contractor's knowledge,
information and belief the Work covered by this Application for Payment has been
completed in accordance with the Contract Documents, that all amounts have been paid by
the Contractor for Work for which previous Certificates for Payment were issued and
payments received from the Owner, and that current payment shown herein is now due.

| | | |
|---|---|---:|
| 1. ORIGINAL CONTRACT SUM | $ | 274,000.00 |
| 2. Net change by Change Orders | $ | 0.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 274,000.00 |
| 4. TOTAL COMPLETED & STORED TO | $ | 58,124.07 |
| DATE    (Column G on G703) | | |

5. RETAINAGE:
   a.    5   % of Completed Work    $          $2,906.20
      (Column D + E on G703)
   b.       % of Stored Material    $   Included in above
      (Column F on G703)
      Total Retainage (Lines 5a + 5b or
      Total in Column I of G703)              $          2,906.20

| | | |
|---|---|---:|
| 6. TOTAL EARNED LESS RETAINAGE | $ | 55,217.87 |
| (Line 4 Less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR | | |
| PAYMENT (Line 6 from prior Certificate) | $ | 0.00 |
| 8. CURRENT PAYMENT DUE | $ | 55,217.87 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | $ | 218,782.13 |
| (Line 3 less Line 6) | | |

CONTRACTOR:

By: _____   Date: _____

State of:                          County of:
Subscribed and sworn to before me this    day of
Notary Public:
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data
comprising the application, the Architect certifies to the Owner that to the best of the
Architect's knowledge, information and belief the Work has progressed as indicated,
the quality of the Work is in accordance with the Contract Documents, and the Contractor
is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . . $   _____

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this
Application and on the Continuation Sheet that are changed to conform with the amount certified.)*
ARCHITECT:
By: _____   Date: _____
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the
Contractor named herein. Issuance, payment and acceptance of payment are without
prejudice to any rights of the Owner or Contractor under this Contract.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

# CONTINUATION SHEET

*AIA DOCUMENT G703*  PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO:    1
APPLICATION DATE:
PERIOD TO:
ARCHITECT'S PROJECT NO:

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| | **ASBESTOS REMOVAL** | | | | | | | | |
| AR-002 | PIPING REMOVAL <6" INCL FITTINGS | $5,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $5,800.00 | $0.00 |
| AR-008 | REMOVE EQUIPMENT INSULATION | $1,156.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $1,156.00 | $0.00 |
| AR-009 | REMOVE HVAC DUCT INSULATION | $20,808.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $20,808.00 | $0.00 |
| AR-010 | REMOVE HVAC DUCT FLEX CONN | $134.54 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $134.54 | $0.00 |
| AR-013 | SPRAY ON FIREPROOFING | $25,950.00 | $5,190.00 | $0.00 | $0.00 | $5,190.00 | 0.00% | $20,760.00 | $259.50 |
| AR-015 | ACCOUSTIC OR METAL PAN CEILING INCL GRID | $17,400.00 | $1,740.00 | $0.00 | $0.00 | $1,740.00 | 0.00% | $15,660.00 | $87.00 |
| AR-027 | PREP WORK AREA | $38,800.00 | $7,760.00 | $0.00 | $0.00 | $7,760.00 | 0.00% | $31,040.00 | $388.00 |
| AR-028 | SOLID BARRIER OR ACCESS TUNNELS 2X4 AND PLYWOOD | $899.28 | $899.28 | $0.00 | $0.00 | $899.28 | 100.00% | $0.00 | $44.96 |
| | **MISCELLANEOUS ITEMS** | | | | | | | | |
| MI-001 | MOBILIZATION (1 PER WORK AREA) | $3,000.00 | $3,000.00 | $0.00 | $0.00 | $3,000.00 | 100.00% | $0.00 | $150.00 |
| MI-002 | WORKER DECON (1 PER WORK AREA) | $3,000.00 | $3,000.00 | $0.00 | $0.00 | $3,000.00 | 100.00% | $0.00 | $150.00 |
| MI016 | PROJECT BOND ( 3% OF TOTAL CONTRACT) cost +10% | $9,042.00 | $9,042.00 | $0.00 | $0.00 | $9,042.00 | 100.00% | $0.00 | $452.10 |
| | **ESCALATION FACTORS** | | | | | | | | |
| EF-1 | WORK SURFACES 10-20 FEET HIGH | $10,513.88 | $2,102.77 | $0.00 | $0.00 | $2,102.77 | 20.00% | $8,411.11 | $105.14 |
| | **OTHER HAZARDOUS MATERIALS ABATEMENT** | | | | | | | | |
| HM-004 | REMOVE INTACT PCB CAULK WITH NO REMOVAL OF BLDG MATLS. | $1,896.20 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $1,896.20 | $0.00 |
| HM-006 | HEPA VACUUMING AND WASHING SMOOTH SURFACE | $28,000.00 | $5,600.00 | $0.00 | $0.00 | $5,600.00 | 20.00% | $22,400.00 | $280.00 |
| HM-007 | HEPA VACUUMING AND WASHING POROUS SURFACE | $52,200.00 | $10,440.00 | $0.00 | $0.00 | $10,440.00 | 20.00% | $41,760.00 | $522.00 |
| | **MISCELLANEOUS ITEMS** | | | | | | | | |
| MI-008 | HAZARDOUS WASTE DISPOSAL (INCLUDES TRANS) COST + 10% | $18,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $18,000.00 | $0.00 |
| | **OTHER** | $37,400.10 | $9,350.02 | $0.00 | $0.00 | $9,350.02 | 25.00% | $28,050.08 | $467.50 |
| | **GRAND TOTALS** | $274,000.00 | $58,124.07 | $0.00 | $0.00 | $58,124.07 | 485% | $215,875.93 | $2,906.20 |

Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity

**Pete Folino**

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Friday, December 11, 2015 10:41 AM |
| **To:** | 'Pete Folino' |
| **Subject:** | RE: Clark Wipe Results |

Pete,

You are authorized to proceed as described in your email below.  Please keep me advised as you progress.

Thanks

Sal Salafia, LEED AP BD&C

PROGRAM MANAGER – ARCADIS/O&G PROGRAM MANAGEMENT
207 MAIN STREET – HARTFORD, CT 06106
PHONE: (860) 906-1577   FAX: (860) 906-1187   MOBILE: (860) 4?5-8?41
salsalafia@arcadis-ogind.com

**From:** Pete Folino [mailto:pfolino@eagleenviro.com]
**Sent:** Friday, December 11, 2015 10:12 AM
**To:** 'Sal Salafia' <salsalafia@arcadis-ogind.com>
**Cc:** John Terrill <jterrill@eagleenviro.com>; Ross Hartman <rhartman@strategic-es.com>
**Subject:** Clark Wipe Results

Sal,

The wipe results just came in through the lab notification center and can be viewed on their web site.  I expect a draft report that I can forward later today.  The air sample results aren't in.  The corrugated deck and structural steel still contained levels of PCB's in wipe samples above 1 ug/100cm2.  The floor poly was generally none detected with one or two hits at or above 1 ug/100cm2.  Th corrugated galvanized deck is non-porous and we were expecting clean results, at a minimum, on the deck.  The paint on the steel structure is somewhat porous.  One question is if the paint on the steel is also a PCB source material.  This may or not be the case because Aroclors 1254 and 1248 were identified on the steel, consistent with what we identified in the spray on fire proofing.  The steel and corrugated deck were both visibly clean of dust during the wipe sampling but we did observe discoloring of the wipe media from the paint when sampling the structural steel.

At this point, I recommend we take one room and perform an additional thorough cleaning of the steel and deck and re-wipe to what we come up with.  I don't think its prudent to direct the contractor to re-clean the entirety of both floors at this time if we find we just can't get the wipes below 1 ug/100cm2.  If the samples of the poly showed consistent PCB contamination I would suggest that a thorough initial cleaning was not performed and a re-clean of the entire space be recommended.  This does not mean that we still can't achieve acceptable air results in the space, it just may mean that additional measure may be necessary to address the steel and corrugated deck.

Let me know if it ok to release these recommendations back to AAIS to begin a re-clean of one room.

Thank you,

Peter J. Folino
Principal

1

****NEW ADDRESS****
Eagle Environmental, Inc.
8 South Main Street, Suite 3
Terryville, CT 06786
Tel: (860) 589-8257 x104
Fax: (860) 585-7034
Email:  pfolino@eagleenviro.com

www.eagleenviro.com

**Pete Folino**

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Thursday, January 14, 2016 10:02 AM |
| **To:** | Donald J. Slater; PETER J. FOLINO |
| **Subject:** | Noon update on Clark ES Pilot plan |

Gentlemen,
 Please dial in to a live chat at 12:00 noon.
 The phone # to call is :855-201-9213
 When prompted – the code to enter is: 6450806183

Sal Salafia, LEED AP BD&C
PROGRAM MANAGER – ARCADIS/O&G/C&N PROGRAM MANAGEMENT
207 MAIN STREET – HARTFORD, CT 06106
PHONE: (860) 906-1577   FAX: (860) 906-1187   MOBILE: (860) 485-8841
salsalafia@arcadis-ogind.com

## Pete Folino

**From:**           Sal Salafia <salsalafia@arcadis-ogind.com>
**Sent:**           Friday, January 22, 2016 1:35 PM
**To:**             'Pete Folino'
**Subject:**        RE: CLARK

Pete,
  Let me know when you're planning to go.

Sal Salafia, LEED AP BD&C
PROGRAM MANAGER – ARCADIS/O&G/C&H PROGRAM MANAGEMENT
207 MAIN STREET – HARTFORD, CT 06106
PHONE: (860) 906-1577   FAX: (860) 906-1187   MOBILE: (860) 455-8841
salsalafia@arcadis-ogind.com

**From:** Pete Folino [mailto:pfolino@eagleenviro.com]
**Sent:** Friday, January 22, 2016 8:28 AM
**To:** 'Sal Salafia' <salsalafia@arcadis-ogind.com>
**Cc:** Ross Hartman <rhartman@strategic-es.com>
**Subject:** CLARK

Sal,

Based on the last round of air sample results, a mid-February report delivery date will be unlikely.  Ross and I are going to meet at the site next week to evaluate the area in an effort to determine why the air sample results continue to elevate.  Even our outside work area sample went up from the last round of testing.  We do not want AAIS to remove the containment and re-establish the HVAC system until we get a handle on the air.  I know Slater was pushing for a report to HSBC in mid-February.  I believe it is prudent to notify him that the unfavorable air sample results will require additional evaluation of the area.  It is important to note that both AAIS and Eagle are working within their established budgets but the time frame will need to be extended.

Please call me with any questions.

Thank you,

Peter J. Folino
Principal

****NEW ADDRESS****
Eagle Environmental, Inc.
8 South Main Street, Suite 3
Terryville, CT 06786
Tel: (860) 589-8257 x104
Fax: (860) 585-7034
Email: pfolino@eagleenviro.com

www.eagleenviro.com

**Pete Folino**

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Monday, January 25, 2016 2:20 PM |
| **To:** | PETER J. FOLINO |
| **Cc:** | EMILY CARRANZA |
| **Subject:** | Clark Pilot Plan |

Pete,

 Anything new on the analysis of data from the second round of air quality tests (spread sheet) ?  Have you finalized a time for your meeting at Clark on Thursday?  Have you finalized your review of AAIS' last payment requisition?

Pleae advise ASAP
Thanks

Sal Salafia, LEED AP BD&C

PROGRAM MANAGER – ARCADIS/O&G/C&R PROGRAM MANAGEMENT
207 MAIN STREET – HARTFORD, CT 06106
PHONE: (860) 906-1577   FAX: (860) 906-1187   MOBILE: (860) 495-8841
salsalafia@arcadis-ogind.com

1

**Pete Folino**

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Wednesday, February 03, 2016 12:53 PM |
| **To:** | Pete Folino |
| **Cc:** | Ross Hartman |
| **Subject:** | Re: Clark |

Sounds good Pete - Thanks

Sent from my iPhone

On Feb 3, 2016, at 12:29 PM, Pete Folino <pfolino@eagleenviro.com> wrote:

> Sal,
>
> AAIS will be back on site tomorrow to continue with the work.  Jeff indicated they intend on duct sealing the entire duct system with sealant at end of project.  We will be on site periodically to review progress.  As discussed, the process will be as follows:
>
> 1. Perform last final cleaning on containment poly.
> 2. Remove containment poly and clean finish surfaces in work area.  Primary barriers between the work area and non-work area will be kept in place
> 3. Visual after final cleaning and 2 air samples (1 per floor) prior to restarting HVAC unit
> 4. Restart HVAC unit and allow to run for at least one week prior to next round of air sampling.
>
> Will keep you posted as we go.
>
> Peter J. Folino
> Principal
>
> ****NEW ADDRESS****
> Eagle Environmental, Inc.
> 8 South Main Street, Suite 3
> Terryville, CT 06786
> Tel: (860) 589-8257 x104
> Fax: (860) 585-7034
> Email:  pfolino@eagleenviro.com
>
> www.eagleenviro.com

1

**Pete Folino**

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Tuesday, March 01, 2016 8:35 AM |
| **To:** | 'Pete Folino' |
| **Subject:** | RE: Phoenix Labs - GBK67082, ARCADIS O&G-CLARK SCHOOL - Report Ready |
| **Attachments:** | JOHN FENTON.vcf; Sly.vcf |

## JOHN FENTON

HBOE Buildings & Grounds Dept.
District Organizer @ The Learning Corridor

(860) 695-3227
(860) 550-3270
FENTJ002@hartfordschools.org
43 Vernon St
Hartford, CT 06106

## Sly

Sly's # is actually his cell not his home. Best way to reach both is on their cell phones. Any problems reaching them and I will arrange for you to get in.

Sal Salafia, LEED AP BD&C
PROGRAM MANAGER – ARCADIS/O&G/C&I PROGRAM MANAGEMENT
207 MAIN STREET – HARTFORD, CT 06106
PHONE: (860) 906-3577   FAX: (860) 906-3317   MOBILE: (860) 405-4193
salsalafia@arcadis-ogind.com

**From:** Pete Folino [mailto:pfolino@eagleenviro.com]
**Sent:** Monday, February 29, 2016 9:23 AM
**To:** 'Sal Salafia' <salsalafia@arcadis-ogind.com>
**Subject:** FW: Phoenix Labs - GBK67082, ARCADIS O&G-CLARK SCHOOL - Report Ready

Sal,

The 2 preliminary air sample results came back down to the 400-500 range.  I am curious to see how the air responds to the HVAC system being turned on.  Please provide John or Sly's contact info when you have a chance.

Thanks

Peter J. Folino
Principal

****NEW ADDRESS****
Eagle Environmental, Inc.
8 South Main Street, Suite 3
Terryville, CT 06786
Tel: (860) 589-8257 x104
Fax: (860) 585-7034
Email: pfolino@eagleenviro.com

www.eagleenviro.com

**From:** clientservices@phoenixlabs.com [mailto:clientservices@phoenixlabs.com]
**Sent:** Monday, February 29, 2016 8:41 AM
**To:** pfolino@eagleenviro.com
**Subject:** Phoenix Labs - GBK67082, ARCADIS O&G-CLARK SCHOOL - Report Ready

Delivery group GBK67082 (ARCADIS O&G-CLARK SCHOOL ) for the following samples:

BK67082 - LG-02-17-1
BK67083 - LG-02-17-2
BK67084 - BLANK-1

is available for review. Please click the following link to view report data.

www.PhoenixLabs.com

Note: The default password is your email address. You may change it after logging in.

Please take a moment to give us some feedback on your experience with Phoenix Environmental Laboratories, Inc. Your input is valuable to us!
www.phoenixlabs.com/CustomerSurvey

Phoenix Environmental Laboratories, Inc.
587 East Middle Turnpike
P.O. Box 370
Manchester, CT 06374
Tel. (860) 645-1102
Fax. (860) 645-0823
www.phoenixlabs.com

Please do not reply to this email.
cc'd:bleblanc@eagleenviro.com;pfolino@eagleenviro.com;aroychowdhury@eagleenviro.com;dwynne@eagleenviro.com;cliberti@eagleenviro.com;rsioch@eagleenviro.com

## Pete Folino

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Thursday, March 03, 2016 10:01 AM |
| **To:** | Dr Beth Schiavino-Narvaez; Donald J. Slater |
| **Subject:** | FW: Clark ES Status Update |

Please see the email string below regarding the EPA request for additional information on both the status of the pilot study, and the future plans for the Clark ES building. Pete Folino, (Eagle), will provide the results/narrative related to the Pilot Study but we are not sure how the HPS would like the "future" question answered. Please advise, so that we may respond in both a timely and appropriate manner.

Thanks

*Sal Salafia,* LEED AP BD&C

PROGRAM MANAGER – ARCADIS/O&G/C&I PROGRAM MANAGEMENT
207 MAIN STREET – HARTFORD, CT 06106
PHONE: (860) 906-1577   FAX: (860) 906-2287   MOBILE: (860) 485-8841
salsalafia@arcadis-ogind.com

**From:** Pete Folino [mailto:pfolino@eagleenviro.com]
**Sent:** Wednesday, March 02, 2016 3:03 PM
**To:** 'Sal Salafia' <salsalafia@arcadis-ogind.com>
**Subject:** FW: Clark ES Status Update

How would you like to respond to this? I don't want to respond to anything outside the pilot study work we are performing for the district.

Peter J. Folino
Principal

****NEW ADDRESS****
Eagle Environmental, Inc.
8 South Main Street, Suite 3
Terryville, CT 06786
Tel: (860) 589-8257 x104
Fax: (860) 585-7034
Email: pfolino@eagleenviro.com

www.eagleenviro.com

**From:** Tisa, Kimberly [mailto:Tisa.Kimberly@epa.gov]
**Sent:** Wednesday, March 02, 2016 1:47 PM
**To:** Peter Folino
**Cc:** Trombly, Gary
**Subject:** RE: Clark ES Status Update

The newspaper articles that we saw indicated that the City had made the decision not to re-open the school, however, neither EPA nor DEEP has been contacted by the City confirming what was stated in the articles.

Do you have any updates regarding this or is the decision still pending on the pilot test results?


*Kimberly N. Tisa, PCB Coordinator*
*USEPA*
*5 Post Office Square, Suite 100*
*Boston, MA   02109-3912*

*617.918.1527  (phone)*
*617.918.0527  (fax)*
*Tisa.Kimberly@epa.gov*


**From:** Peter Folino [mailto:pfolino@eagleenviro.com]
**Sent:** Wednesday, March 02, 2016 12:11 PM
**To:** Tisa, Kimberly <Tisa.Kimberly@epa.gov>
**Cc:** Trombly, Gary <Gary.Trombly@ct.gov>
**Subject:** Re: Clark ES Status Update

Kim the pilot is just now coming to an end. We have one more round of air sampling scheduled for next week. Report to follow once last set of air data is obtained. I will ensure you receive a copy of the report once it is complete.

Thank you

Sent from my iPhone

On Mar 2, 2016, at 9:41 AM, Tisa, Kimberly <Tisa.Kimberly@epa.gov> wrote:

> Pete:
>
> Based on recent newspaper articles, EPA is requesting a status update on this school.  The last communication we had was back in September 2015.
>
> Further, please confirm if the pilot test was completed as proposed.  If so, is there a report of the findings?
>
>
> *Kimberly N. Tisa, PCB Coordinator*
> *USEPA*
> *5 Post Office Square, Suite 100*
> *Boston, MA   02109-3912*
>
> *617.918.1527  (phone)*
> *617.918.0527  (fax)*
> *Tisa.Kimberly@epa.gov*
>
>
> **From:** Pete Folino [mailto:pfolino@eagleenviro.com]
> **Sent:** Wednesday, September 02, 2015 10:51 AM
> **To:** Tisa, Kimberly <Tisa.Kimberly@epa.gov>
> **Cc:** 'Trombly, Gary' <Gary.Trombly@ct.gov>
> **Subject:** RE: Clark ES Pilot Study Specs

Kim, we will keep you posted. Everyone is anxious to get the pilot study moving.


Peter J. Folino
Principal

****NEW ADDRESS****
Eagle Environmental, Inc.
8 South Main Street, Suite 3
Terryville, CT 06786
Tel: (860) 589-8257 x104
Fax: (860) 585-7034
Email: pfolino@eagleenviro.com

www.eagleenviro.com

**From:** Tisa, Kimberly [mailto:Tisa.Kimberly@epa.gov]
**Sent:** Wednesday, September 02, 2015 10:45 AM
**To:** 'Pete Folino'; Tisa, Kimberly
**Cc:** 'Trombly, Gary'
**Subject:** RE: Clark ES Pilot Study Specs

Thanks, Pete.

I was on vacation when this document came in and I hadn't checked the file.

Please let us know when the pilot work starts.


*Kimberly N. Tisa, PCB Coordinator (OSRR07-2)*
*USEPA*
*5 Post Office Square, Suite 100*
*Boston, MA 02109-3912*

*(o) 617.918.1527*
*(f) 617.918-0527*

**From:** Pete Folino [mailto:pfolino@eagleenviro.com]
**Sent:** Wednesday, September 02, 2015 9:25 AM
**To:** Tisa, Kimberly
**Cc:** 'Trombly, Gary'
**Subject:** RE: Clark ES Pilot Study Specs

Kim,

Arcadis/Eagle just completed the review with State of Connecticut Department of Education Bureau of School Facilities. The project is expected to be approved for Bid in the next few weeks. Eagle did send hard copies and a CD to both EPA and DEEP per your request.

Peter J. Folino

Principal

****NEW ADDRESS****
Eagle Environmental, Inc.
8 South Main Street, Suite 3
Terryville, CT 06786
Tel: (860) 589-8257 x104
Fax: (860) 585-7034
Email: pfolino@eagleenviro.com

www.eagleenviro.com

**From:** Tisa, Kimberly [mailto:Tisa.Kimberly@epa.gov]
**Sent:** Wednesday, September 02, 2015 7:15 AM
**To:** 'Pete Folino'
**Cc:** 'Trombly, Gary'
**Subject:** RE: Clark ES Pilot Study Specs

Pete:

Can you advise as to the status of the pilot work? The recent WNPR article appeared to infer that EPA
was holding up the remediation.

Also, did you ever send us a hard copy of the final pilot test plan? Perhaps you did and I missed it.


*Kimberly N. Tisa, PCB Coordinator (OSRR07-2)*
*USEPA*
*5 Post Office Square, Suite 100*
*Boston, MA 02109-3912*

*(o) 617.918.1527*
*(f) 617.918-0527*

**From:** Pete Folino [mailto:pfolino@eagleenviro.com]
**Sent:** Friday, June 12, 2015 8:28 AM
**To:** Tisa, Kimberly
**Cc:** 'Trombly, Gary'
**Subject:** RE: Clark ES Pilot Study Specs

Kim/Gary,

Thank you for your review. I will revisit and answer any questions posed by each of and revisit for clarity.

Thanks again.

Peter J. Folino
Principal

****NEW ADDRESS****
Eagle Environmental, Inc.

8 South Main Street, Suite 3
Terryville, CT 06786
Tel: (860) 589-8257 x104
Fax: (860) 585-7034
Email: pfolino@eagleenviro.com

www.eagleenviro.com

**From:** Tisa, Kimberly [mailto:Tisa.Kimberly@epa.gov]
**Sent:** Thursday, June 11, 2015 4:36 PM
**To:** Pete Folino
**Cc:** 'Trombly, Gary'; Tisa, Kimberly
**Subject:** Clark ES Pilot Study Specs

Pete:

Both Gary and I have reviewed this and our comments are combined in the attached specification. We are in conceptual agreement with the pilot but just felt that the specification could be a little clearer for bidding purposes.

Please feel free to call us if you have any questions.

*Kimberly N. Tisa, PCB Coordinator (OSRR07-2)*
*USEPA*
*5 Post Office Square, Suite 100*
*Boston, MA 02109-3912*

*(o) 617.918.1527*
*(f) 617.918-0527*

**Pete Folino**

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Monday, March 21, 2016 8:49 AM |
| **To:** | 'Pete Folino' |
| **Subject:** | RE: Draft Executive Summary |

Thanks Pete,
 This looks good – As always, I appreciate the effort

*Sal Salafia, LEED AP BD&C*

PROGRAM MANAGER – ARCADIS/O&G/CH2M PROGRAM MANAGEMENT
207 MAIN STREET – HARTFORD, CT 06104
PHONE: (860) 906-1577   FAX: (860) 906-1187   MOBILE: (860) 455-8841
salsalafia@arcadis-ogind.com

**From:** Pete Folino [mailto:pfolino@eagleenviro.com]
**Sent:** Sunday, March 20, 2016 1:35 PM
**To:** 'Sal Salafia' <salsalafia@arcadis-ogind.com>
**Subject:** Draft Executive Summary

Sal,

Attached is the draft executive summary for your review.  I will be in the office Monday morning, so please contact me with any questions.  We will finalize the full report with all accompanying data shortly.

Thank you,

Peter J. Folino
Principal

****NEW ADDRESS****
Eagle Environmental, Inc.
8 South Main Street, Suite 3
Terryville, CT 06786
Tel: (860) 589-8257 x104
Fax: (860) 585-7034
Email:  pfolino@eagleenviro.com

www.eagleenviro.com

## Pete Folino

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Thursday, March 24, 2016 9:12 AM |
| **To:** | Pete Folino |
| **Subject:** | Re: Clark Waste |

Tread water for a little bit. Let me reach out to CLAUDIO

Sent from my iPhone

On Mar 24, 2016, at 8:53 AM, Pete Folino <pfolino@eagleenviro.com> wrote:

> Sal,
>
> Attached is the waste profile for the PCB remediation waste from Clark.  Line item No. 14 needs to be signed by the City.  Our options are to forward to authorized city employee (Cluadio) or I will sign as authorized agent but need a letter from the city authorizing me to sign.  AAIS is anxious to get the waste off site.  I will sign prior to receiving a letter from the City to keep this moving as long as you can assure me the authorization letter is forthcoming (dated with todays date). Let me know how you would like to proceed.
>
> Thanks
>
> Peter J. Folino
> Principal
>
> ****NEW ADDRESS****
> Eagle Environmental, Inc.
> 8 South Main Street, Suite 3
> Terryville, CT 06786
> Tel: (860) 589-8257 x104
> Fax: (860) 585-7034
> Email:  pfolino@eagleenviro.com
>
> www.eagleenviro.com
>
> <EQ Haz Profile.pdf>

1

**Pete Folino**

| | |
|---|---|
| **From:** | Sal Salafia <salsalafia@arcadis-ogind.com> |
| **Sent:** | Thursday, March 24, 2016 9:57 AM |
| **To:** | 'Pete Folino' |
| **Subject:** | RE: Clark Waste |

It's signed and on my desk. How do you want to facilitate the "hand off"?

Sal Salafia, LEED AP BD&C
PROGRAM MANAGER – ARCADIS/OU G/C&R PROGRAM MANAGEMENT
207 MAIN STREET – HARTFORD, CT 06106
PHONE: (860) 906-3577   FAX: (860) 906-3187   MOBILE: (860) 495-8841
salsalafia@arcadis-ogind.com

**From:** Pete Folino [mailto:pfolino@eagleenviro.com]
**Sent:** Thursday, March 24, 2016 8:53 AM
**To:** 'Sal Salafia' <salsalafia@arcadis-ogind.com>
**Subject:** Clark Waste

Sal,

Attached is the waste profile for the PCB remediation waste from Clark. Line item No. 14 needs to be signed by the City. Our options are to forward to authorized city employee (Cluadio) or I will sign as authorized agent but need a letter from the city authorizing me to sign. AAIS is anxious to get the waste off site. I will sign prior to receiving a letter from the City to keep this moving as long as you can assure me the authorization letter is forthcoming (dated with todays date). Let me know how you would like to proceed.

Thanks

Peter J. Folino
Principal

****NEW ADDRESS****
Eagle Environmental, Inc.
8 South Main Street, Suite 3
Terryville, CT 06786
Tel: (860) 589-8257 x104
Fax: (860) 585-7034
Email: pfolino@eagleenviro.com

www.eagleenviro.com

Profile Tracking # _____

# WASTE PROFILE FORM

*For assistance in completing this document or for additional information on EQ's service offerings, please visit our website at* ~~www.eqonline.com~~ *or call 800-592-5489.*

**EQ – The Environmental Quality Company will choose the appropriate facility and method of waste management for your waste from the technologies offered at each EQ operation.**

**If you wish to direct this waste to a specific EQ facility(s) or treatment technology please indicate here:**

## Waste Common Name: PCB Debris  - Remediation Waste

### Section 1 – Generator & Customer Information

| | |
|---|---|
| Generator EPA ID # 40CFRPart761 | Internal Use Only. EQ Division EQNE |
| Generator  Clark School | EQ Customer No.1125 |
| Facility Address 75 Clark Street | Invoicing Company RED Technologies, LLC |
| City Hartford State CT Zip 06120 | Address 10 Northwood Drive |
| **24-hour Emergency Response Number** | City Bloomfield State CT Zip 06002 |
| 860-257-6300 | Country USA |
| | Invoicing Contact  Matthew Westhaver |
| Mailing Address same | Phone 860-218-2428 Fax 860-218-2433 |
| City          State          Zip | Technical Contact Chris Windnagle |
| Generator Contact | Phone 860-894-4606 Fax 860-342-1142 |
| Title | Cell Phone 419-386-6982 |
| Phone          Fax | E-mail cwindnagle@redtechllc.com |
| E-mail | |

### Section 2 – Shipping & Packaging Information

2.1) Shipping Volume & Frequency:
   a)  Volume of Waste to be Shipped: 80 cubic yards

   b)  Frequency. ☒ One time ☐ Month ☐ Year ☐ Other.

2.2) DOT Information
   a) Is this a U.S. Department of Transportation (USDOT) Hazardous Material?     ☒ Yes   ☐ No

   b) If "Yes", indicate the proper shipping name per 49CFR 172.101 Hazardous Materials Table:

   RQ, UN3432, Polychlorinated Biphenyls, Solid,, 9, PG III

### Section 3 – Special Properties

3.1) Color Varies

3.2) Odor  ☒ None ☐ Ammonia ☐ Amines ☐ Mercaptans ☐ Sulfur ☐ Organic Acid ☐ Amines/Ammonia
         ☐ Other.

3.3) Consistency at 70°F: ☒ Solid ☐ Dust/Powder ☐ Debris ☐ Sludge ☐ Liquid ☐ Gas/Aerosol ☐ Varies

3.4) What is the pH?     ☐ ≤2 ☐ 2.1-4.9     ☐ 5 – 10     ☐ 10.1 – 12.4 ☐ ≥12.5     ☒ N/A

3.5) What is the flash point?     ☐ <90°F     ☐ 90-139°F ☐ 140-199°F ☐ >200°F     ☒ N/A

3.6) Does this waste exhibit any of the following properties? **(check all that apply)**

| | | | | |
|---|---|---|---|---|
| ☒ **None** | ☐ Free Liquids | ☐ Metal Fines | ☐ Water Reactive | ☐ Bionazard |
| ☐ Shock Sensitive | ☐ Oily Residue | ☐ Dioxins | ☐ Furans | ☐ Aluminum |
| ☐ Asbestos – non-friable | ☐ Asbestos – friable | ☐ Other Radioactive | ☐ Air Reactive | ☐ Isocyanates |
| ☐ Biodegradable Sorbents | ☐ Pyrophoric | ☐ Reactive Sulfide | ☐ Reactive Cyanide | ☐ Explosives |
| ☐ Temperature Controlled Organic Peroxide | | ☐ NORM | ☐ TENORM | |

## Section 4 – Composition and Generating Process

4.1) Provide a physical and chemical composition of the waste (e.g. soil, water, PPE, debris, etc.). List the percent ranges of the material, either estimated or known.

PCB containing building debris   90 to 100 %    Poly/PPE   0 to 10 %

|  to   | % |  to   | % |
|---|---|---|---|
|  to   | % |  to   | % |

4.2) Provide a description of the generating process. *Remediation & IDW Sites: please provide a site history.*
PCB Remediation Sizing  is <3 feet as required and there are no other COC, site is a school with no previous uses

4.3) Are there any known previous handling or treatment issues involving this waste?   ☐ Yes*   ☒ No
   *If yes, describe:

## Section 5 – Hazardous Wastes

### As determined by 40 CFR, Part 261 and State Rules:     Please list applicable waste code(s):

5.1) Is this waste exempted from RCRA?     ☐ Yes, please provide exemption.   ☒ No

5.2) Is this an <u>EPA RCRA listed</u> hazardous waste (F, K, P or U)?   ☐ Yes   ☒ No
   a) For F006–F009, F012, does this come from a generator that conducts a cyanide plating process?   ☐ Yes ☐ No

5.3) Is this an <u>EPA RCRA characteristic</u> hazardous waste (D001-D043)?  ☐ Yes   ☒ No

5.4) Do any <u>State Specific Hazardous Waste Codes</u> apply?   ☒ Yes: PCB1, CR01 ☐ No

*If you answered 'no' to 5.2, 5.3 and 5.4, please proceed to Section 6.*

5.5) EPA Source Code     EPA Form Code

5.6) Waste Code Determination Is Based On:   ☒ Generator Knowledge   ☐ Analysis   ☐ MSDS
   *Analysis and/or MSDS may be required for review and approval for hazardous and non-hazardous waste streams.*

5.7) Does this waste exceed <u>Land Disposal Restriction</u> levels?     ☐ Yes ☒ No

   a) Is this stream a wastewater (WW) or non-wastewater (NWW)?     ☐ WW ☒ NWW
   b) If this waste stream is greater than 50% soil, does it meet the alternative soil
      treatment standards of 40CFR 268.49?     ☐ Yes ☐ No
   c) Does this waste contain greater than 50% debris, by volume?     ☒ Yes ☐ No
      (Debris is greater than 2.5 inches in size.)
   c) If the debris is larger than 3 ft x 3 ft x 3 ft, please provide the approximate dimensions and weight.

5.8) If this is a characteristic hazardous waste, does it contain Underlying Hazardous Constituents?     ☐ Yes* ☒ No

   *If Yes, please list

                    *For a complete list of UHC constituents, please refer to 40 CFR 268.48*

## Section 6 – Non-Hazardous Wastes

Please list applicable waste code(s):

6.1) Do any <u>State Specific Non-Hazardous Waste Codes</u> apply?    ☐ Yes ☒ No

6.2) Is this a <u>Universal (UNIV)</u> waste or a <u>Recyclable Good (RG)</u>?    ☐ UNIV ☐ RG    ☒ N/A

6.3) Is this waste used oil as defined by 40 CFR Part 279?    ☐ Yes ☒ No

    a) If yes, is the total halogen content of the used oil waste stream greater than 1,000 ppm?    ☐ Yes ☐ No

    b) If yes, what is the source of the halogen content?

      ☐ This is a metalworking oil/fluid containing chlorinated paraffins.

      ☐ This is used oil contaminated with chlorofluorocarbons from refrigeration units.

      ☐ This oil contains halogenated solvents. List specific solvents:

      ☐ Other, describe.

## Section 7 – TSCA Information

7.1) What is the concentration of PCBs in the waste?    ☐ None ☐ 0-49 ppm ☒ 50-499 ppm ☐ 500+ ppm

7.2) Does the waste contain PCB contamination from a source with a concentration $\geq$ 50 ppm? ☒ Yes ☐ No ☐ Unknown

*If you answered "none" or "0-49 ppm" to 7.1 and "no" to 7.2, please proceed to Section 8.*

7.3) Has this waste been processed into a non-liquid form?    ☐ Yes ☒ No

    *If yes, what was the concentration of PCBs prior to processing?    ☐ 0-499 ppm ☐ 500+ ppm

7.4) Is this non-liquid PCB waste in the form of soil, rags, debris, or other contaminated media?    ☒ Yes ☐ No

7.5) Are you a PCB capacitor manufacturer or a PCB equipment manufacturer?    ☐ Yes ☒ No

7.6) Has the PCB Article (e.g., transformer, hydraulic machine, PCB-contaminated electrical equipment)
been drained/flushed of all PCBs and decontaminated in accordance with 40 CFR 761.60(b))?    ☒ N/A ☐ Yes ☐ No

## Section 8 – Clean Air Act Information

8.1) Is this waste subject to regulation under 40 CFR  Part 264, Subpart CC (VOC > 500 ppmw)?    ☐ Yes ☒ No

8.2) Is this waste subject to regulation under 40 CFR  Part 63, Subpart DD (VOHAP > 500 ppmw)?    ☐ Yes ☒ No

8.3) Is the site, or waste, subject to any other NESHAP/MACT standard(s)?    ☐ Yes* ☒ No

*If Yes this document serves as notification that this waste contains chemicals   ,   required to be managed in
accordance with Part ☐ 61 ☐ 62 ☐ 63 Subpart    of NESHAP/MACT standards.

8.4) Does this waste stream contain Benzene?    ☐ Yes ☒ No

*If you answered "no" to 8.4, please proceed to Section 9.*

8.5) Does the waste stream come from a facility subject to 40 CFR 61, Subpart FF (Benzene NESHAP)?

      ☐ Yes, please provide the SIC/NAICS code       ☒ No

*If you answered "no" to questions 8.5, please proceed to Section 9.*

8.6) Does your facility manage the waste subject to Benzene NESHAP in a manner other than shipping off-site?

      ☐ Yes, please specify.       ☐ No

8.7) Is the generating source of this waste a facility with Total Annual Benzene (TAB) $\geq$10 Mg/year?    ☐ Yes ☐ No

8.8) Does the waste contain >10% water?    ☐ Yes ☐ No

8.9) What is the TAB quantity for your facility?    Mg/Year

8.10) What is the total Benzene concentration in your waste?    Percent or    ppmw.
*Supporting analysis must be attached. Do not use TCLP analytical results. Acceptable laboratory methods
include 8020, 8240, 8260, 602 and 624.*

## Section 9 – Certification

I certify that all information (including attachments) is complete and factual and is an accurate representation of the known and suspected hazards pertaining to the waste described herein. I authorize EQ's personnel to add supplemental information to the waste approval file, provided I am contacted and give verbal permission. I authorize EQ's personnel to obtain a sample from any waste shipment for purposes of verification and confirmation. I agree that if EQ approves the waste described herein, all such wastes that are transported, delivered, or tendered to EQ by Generator or on Generator's behalf shall be subject to, and Generator shall be bound by, the attached Standard Terms and Conditions.

*If I am an agent acting on behalf of the generator, I also certify that I have permission to sign any and all waste characterization paperwork on the generator's behalf and that I can produce such certification in writing upon request.*

Generator Signature _____ Printed Name _____

Company _____ Title _____ Date _____

## STANDARD TERMS AND CONDITIONS

The Agreement between the Customer and EQ – The Environmental Quality Company and/or its member companies (hereinafter "EQ") related to or associated with Delivered Waste, as herein defined, shall be governed by the following Standard Terms and Conditions in addition to the terms and conditions contained in any Waste Profile Form, Customer Approval Quote Confirmation, Generator Approval Notification, Notice of Waste Approval Expiration, and/or Credit Agreement associated with such Delivered Waste.

The Customer may use its standard forms (such as purchase orders, acknowledgments of orders, and invoices) to administer its dealings under this Agreement for convenience purposes, but all provisions thereof in conflict with these terms and conditions shall be deemed stricken.

### Definitions

The following definitions shall apply for purposes of this Agreement:

"Acceptable Waste" shall mean any hazardous waste, as defined under applicable State or federal law, determined by EQ as acceptable for treatment and/or disposal in accordance with this Agreement.

"Delivered Wastes" shall mean all wastes (i) which are transported, delivered, or tendered to EQ by the Customer, (ii) which the Customer has arranged for the transport, delivery or tender to EQ, or (iii) which are transported, delivered, or tendered to EQ under a Credit Agreement between the Customer and EQ.

"Non-Conforming Wastes" shall mean wastes that (a) are not in accordance in all material respects with the warranties, descriptions, specifications or limitations stated in the Waste Profile Form and this Agreement, (b) have constituents or components of a type or concentration not specifically identified in the Waste Profile Form (c) which increase the nature or extent of the hazard and risk undertaken by EQ in treating and/or disposing of the waste, or (d) for whose treatment and/or disposal a Waste Management Facility is not designed or permitted, or (e) which increase the cost of treatment and/or disposal of waste beyond that specified in EQ's price quote; or (f) are not properly packaged, labeled, described, or placarded, or otherwise not in compliance with United States Department of Transportation and United States Environmental Protection Agency regulations.

### Control of Operations

EQ shall have sole control over all aspects of the operation of any treatment and/or disposal facility of EQ receiving Delivered Wastes under this Agreement (hereinafter, "Waste Management Facility"), including, without limitation, maintaining EQ's desired volume of Acceptable Wastes being delivered to any Waste Management Facility, by the Customer or any other person or entity.

### Identification of Waste

For each waste material to be transported, delivered, or tendered to EQ under this Agreement, the Customer shall provide, or cause to be provided, to EQ a representative sample of the waste material and a completed Waste Profile Form containing a physical and chemical description or analysis of such waste material, which description shall conform with any and all guidelines for waste acceptance provided by EQ. On the basis of EQ's analysis of such representative sample of the waste material and such Waste Profile Form, EQ will determine whether such wastes are Acceptable Wastes. EQ does not make any guarantee that it will handle any waste material or any particular quantity or type of waste material, and EQ reserves the right to the decline to transport, treat and/or dispose of waste material. The Customer shall promptly furnish to EQ any information regarding known, suspected or planned changes in the composition of the waste material. Further, the Customer shall promptly inform EQ of any change in the characteristic or condition of the waste material which becomes known to the Customer subsequent to the date of the Waste Profile Form.

### Non-Conforming Wastes

In the event that EQ at any time discovers that any Delivered Waste is Non-Conforming Waste, EQ may reject or revoke its acceptance of the Non-Conforming Waste. The Customer shall have seven (7) days to direct an alternative lawful manner of disposition of the waste, unless it is necessary, by reason of law or otherwise to move the Non-Conforming Waste prior to expiration of the seven (7) day period. If the Customer does not direct an alternative disposal at its option, EQ may return any such Non-Conforming Wastes to the Customer, and the Customer shall pay or reimburse EQ for all costs and expenses incurred by EQ in connection with the receipt, handling, sampling, analyses, transportation and return to the Customer of such Non-Conforming Wastes. If it is impossible or impractical for EQ to return the Non-Conforming Waste to the Customer, the Customer shall reimburse EQ for all costs of any type or nature whatsoever, incurred by EQ solely because such Delivered Waste was Non-Conforming Waste (including, but not limited to, all costs associated with any remedial steps necessary due to the nature of the Non-Conforming Waste in connection with material with which the Non-Conforming Waste may have been commingled and all expenses and charges for analyzing, handling, locating, preparing for transporting, storing and disposing of any Non-Conforming Waste).

### Customer Warranty - Acceptable Wastes

All Delivered Wastes shall be Acceptable Wastes and shall conform in all material respects to the description and specifications contained in the Waste Profile Form. The information set forth in the Waste Profile Form or any manifest, placard or label associated with any Delivered Wastes or otherwise represented by the Customer or the generator (if other than the Customer) to EQ is and shall be true, accurate and complete as of the date of receipt of the involved waste by EQ.

### Customer Warranty - Title to Wastes

Either the Customer or the generator (if other than the Customer) shall hold clear title, free of any all liens, claims, encumbrances, and charges to Delivered Waste until such waste is accepted by EQ.

### Customer Warranty - Compliance with Laws

The Customer shall comply with all applicable federal, state and local environmental statutes, regulations, and other governmental requirements, as well as directives issued by EQ from time to time, governing the transportation, treatment and/or disposal of Acceptable Wastes, including, but not limited to, all packaging, manifesting, containerization, placarding and labeling requirements.

### Customer Warranty - Updating Information

If the Customer receives information that Delivered Waste or other hazardous waste described in the Waste Profile Form or some component of such waste, presents or may present a hazard or risk to persons, property or the environment which was not disclosed to EQ, or if the Customer or generator (if other than the Customer) has changed the process by which such waste results, the Customer shall promptly report such information to EQ in writing.

### Customer Indemnity

The Customer shall indemnify, defend and hold harmless EQ, and its affiliated or related companies, and all of their respective present or future officers, directors, shareholders, employees and agents from and against any and all losses, damages, liabilities, penalties, fines, forfeitures, demands, claims, causes of action, suits, costs and expenses (including, but not limited to, reasonable costs of defense, settlement and reasonable attorneys' fees), which may be asserted against any, or all of them by any person or any governmental agency, or which any or all of them may hereafter suffer, incur, be responsible for or pay out as a result of or in connection with bodily injuries (including, but not limited to death, sickness, disease and emotional or mental distress) to any person (including EQ's employees), damage (including, but not limited to loss of use) to any property (public or private), or any requirements to conduct or incur expense for investigative, removal or remedial expenses in connection with contamination of or adverse effect on the environment or any violation of alleged violation of any statutes, ordinances, orders, rules or regulations of any governmental entity or agency, caused or arising out of (i) a breach of this Agreement by the Customer, (ii) the failure of any warranty of the Customer to be true, accurate and complete, or (iii) any willful or negligent act or omission of the Customer, or its employees or agents in connection with the performance of this Agreement.

### Force Majeure

EQ shall not be liable for any failure to accept, receive, handle, treat and or dispose of Delivered Waste due to an act of God; fire, casualty, flood, war, strike, lockout, labor trouble, failure of public utilities, equipment failure, facility shutdown, injunction, accident, epidemic, riot, insurrection, destruction of operation or transportation facilities, the inability to procure materials, equipment, or sufficient personnel or energy. In order to meet operational needs without the necessity of allocation, the failure or inability to obtain any governmental approvals or to meet Environmental Requirements (including, but not limited to voluntary or involuntary compliance with any act, exercise, assertion, or requirement of any governmental authority, which, may, temporarily or permanently prohibit operations of EQ, the Customer, or the Generator, or any other circumstances beyond the control of EQ which prevents or delays performance of any of its obligations under this Agreement.

### Governing Laws

This Agreement shall in all respects be governed by and shall be construed in accordance with the laws of the State of Michigan applied to contracts executed and performed wholly within such state.

### Bulk Disposal Charges

Quoted bulk disposal charges for solid materials will be billed by the cubic yard if the waste density is less than 2,000lbs /cubic yard. If waste density is greater than 2,000 lbs /cubic yard, then bulk disposal charges will be billed by the ton, regardless of the approved container.

# Appendix C

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

March 13, 2017

Chris Glod
Strategic Environmental Services
362 Putnam Hill Road
Sutton, MA 01590

Project Location: Clark School Hartford, CT
Client Job Number:
Project Number: 17-0053
Laboratory Work Order Number: 17C0245

Enclosed are results of analyses for samples received by the laboratory on March 7, 2017. If you have any questions concerning this report, please feel free to contact me.

Sincerely,

Aaron L. Benoit
Project Manager

# Table of Contents

Sample Summary                                                                    4

Case Narrative                                                                    5

Sample Results                                                                    6

   17C0245-01                                                      6

   17C0245-02                                                      7

   17C0245-03                                                      8

   17C0245-04                                                      9

   17C0245-05                                                      10

   17C0245-06                                                      11

   17C0245-07                                                      12

   17C0245-08                                                      13

   17C0245-09                                                      14

   17C0245-10                                                      15

   17C0245-11                                                      16

   17C0245-12                                                      17

   17C0245-13                                                      18

   17C0245-14                                                      19

   17C0245-15                                                      20

   17C0245-16                                                      21

   17C0245-17                                                      22

   17C0245-18                                                      23

   17C0245-19                                                      24

   17C0245-20                                                      25

Sample Preparation Information                                                    26

QC Data                                                                           27

# Table of Contents (continued)

Polychlorinated Biphenyls with 3540 Soxhlet Extraction                27

    B171986                                                                27

    B171987                                                                28

    B171988                                                                29

Dual Column RPD Report                                                     31

Flag/Qualifier Summary                                                     58

Certifications                                                             59

Chain of Custody/Sample Receipt                                           60

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

Strategic Environmental Services
362 Putnam Hill Road                                            REPORT DATE:  3/13/2017
Sutton, MA 01590                          PURCHASE ORDER NUMBER:
ATTN: Chris Glod

PROJECT NUMBER:        17-0053

**ANALYTICAL SUMMARY**

WORK ORDER NUMBER:        17C0245

The results of analyses performed on the following samples submitted to the CON-TEST Analytical Laboratory are found in this report.

PROJECT LOCATION:       Clark School Hartford, CT

| FIELD SAMPLE # | LAB ID: | MATRIX | SAMPLE DESCRIPTION | TEST | SUB LAB |
|---|---|---|---|---|---|
| 400-01 | 17C0245-01 | Product/Solid | | SW-846 8082A | |
| 400-02 | 17C0245-02 | Product/Solid | | SW-846 8082A | |
| 212B-03 | 17C0245-03 | Product/Solid | | SW-846 8082A | |
| 132-04 | 17C0245-04 | Paint | | SW-846 8082A | |
| 132-02 | 17C0245-05 | Caulk | | SW-846 8082A | |
| 228-01 | 17C0245-06 | Product/Solid | | SW-846 8082A | |
| 203-01 | 17C0245-07 | Product/Solid | | SW-846 8082A | |
| 132-05 | 17C0245-08 | Product/Solid | | SW-846 8082A | |
| 132-03 | 17C0245-09 | Concrete | | SW-846 8082A | |
| 200-02 | 17C0245-10 | Caulk | | SW-846 8082A | |
| 101-03 | 17C0245-11 | Product/Solid | | SW-846 8082A | |
| 207-01 | 17C0245-12 | Product/Solid | | SW-846 8082A | |
| 239-04 | 17C0245-13 | Paint | | SW-846 8082A | |
| 100-01 | 17C0245-14 | Product/Solid | | SW-846 8082A | |
| 100-04 | 17C0245-15 | Paint | | SW-846 8082A | |
| 215-01 | 17C0245-16 | Product/Solid | | SW-846 8082A | |
| 130-04 | 17C0245-17 | Paint | | SW-846 8082A | |
| 100-02 | 17C0245-18 | Caulk | | SW-846 8082A | |
| 200-03 | 17C0245-19 | Product/Solid | | SW-846 8082A | |
| Gym-02 | 17C0245-20 | Caulk | | SW-846 8082A | |

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

**CASE NARRATIVE SUMMARY**

All reported results are within defined laboratory quality control objectives unless listed below or otherwise qualified in this report.

**SW-846 8082A**

**Qualifications:**

**MS-21**

Matrix spike and/or spike duplicate recovery bias high due to contribution of other Aroclors present in the source sample.

**Analyte & Samples(s) Qualified:**

**Aroclor-1016**
B171986-MS1, B171986-MSD1

**Aroclor-1016 [2C]**
B171986-MS1, B171986-MSD1

**Aroclor-1260**
B171986-MS1, B171986-MSD1

**Aroclor-1260 [2C]**
B171986-MS1, B171986-MSD1

**S-01**

The surrogate recovery for this sample is not available due to sample dilution below the surrogate reporting limit required from high analyte concentration and/or matrix interferences.

**Analyte & Samples(s) Qualified:**

**Decachlorobiphenyl**
17C0245-05[132-02], 17C0245-08[132-05], 17C0245-10[200-02], 17C0245-11[101-03], 17C0245-18[100-02], 17C0245-20[Gym-02]

**Decachlorobiphenyl [2C]**
17C0245-05[132-02], 17C0245-08[132-05], 17C0245-10[200-02], 17C0245-11[101-03], 17C0245-18[100-02], 17C0245-20[Gym-02]

**Tetrachloro-m-xylene**
17C0245-05[132-02], 17C0245-08[132-05], 17C0245-10[200-02], 17C0245-11[101-03], 17C0245-18[100-02], 17C0245-20[Gym-02]

**Tetrachloro-m-xylene [2C]**
17C0245-05[132-02], 17C0245-08[132-05], 17C0245-10[200-02], 17C0245-11[101-03], 17C0245-18[100-02], 17C0245-20[Gym-02]

The results of analyses reported only relate to samples submitted to the Con-Test Analytical Laboratory for testing.
I certify that the analyses listed above, unless specifically listed as subcontracted, if any, were performed under my direction according to the approved methodologies listed in this document, and that based upon my inquiry of those individuals immediately responsible for obtaining the information, the material contained in this report is, to the best of my knowledge and belief, accurate and complete.

Lisa A. Worthington
Project Manager

**con·test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

| | | |
|---|---|---|
| Project Location: Clark School Hartford, CT | Sample Description: | Work Order:   17C0245 |
| Date Received: 3/7/2017 | | |
| **Field Sample #:  400-01** | Sampled:  3/6/2017  09:24 | |
| **Sample ID:  17C0245-01** | | |
| Sample Matrix:  Product/Solid | | |

### Polychlorinated Biphenyls with 3540 Soxhlet Extraction

| Analyte | Results | RL | Units | Dilution | Flag/Qual | Method | Date Prepared | Date/Time Analyzed | Analyst |
|---|---|---|---|---|---|---|---|---|---|
| Aroclor-1016 [1] | ND | 0.39 | mg/Kg | 4 | | SW-846 8082A | 3/7/17 | 3/10/17 19:19 | BJH |
| Aroclor-1221 [1] | ND | 0.39 | mg/Kg | 4 | | SW-846 8082A | 3/7/17 | 3/10/17 19:19 | BJH |
| Aroclor-1232 [1] | ND | 0.39 | mg/Kg | 4 | | SW-846 8082A | 3/7/17 | 3/10/17 19:19 | BJH |
| Aroclor-1242 [1] | ND | 0.39 | mg/Kg | 4 | | SW-846 8082A | 3/7/17 | 3/10/17 19:19 | BJH |
| Aroclor-1248 [1] | ND | 0.39 | mg/Kg | 4 | | SW-846 8082A | 3/7/17 | 3/10/17 19:19 | BJH |
| Aroclor-1254 [1] | 3.0 | 0.39 | mg/Kg | 4 | | SW-846 8082A | 3/7/17 | 3/10/17 19:19 | BJH |
| Aroclor-1260 [1] | ND | 0.39 | mg/Kg | 4 | | SW-846 8082A | 3/7/17 | 3/10/17 19:19 | BJH |
| Aroclor-1262 [1] | ND | 0.39 | mg/Kg | 4 | | SW-846 8082A | 3/7/17 | 3/10/17 19:19 | BJH |
| Aroclor-1268 [1] | ND | 0.39 | mg/Kg | 4 | | SW-846 8082A | 3/7/17 | 3/10/17 19:19 | BJH |

| Surrogates | % Recovery | Recovery Limits | Flag/Qual | | |
|---|---|---|---|---|---|
| Decachlorobiphenyl [1] | 78.7 | 30-150 | | | 3/10/17  19:19 |
| Decachlorobiphenyl [2] | 79.8 | 30-150 | | | 3/10/17  19:19 |
| Tetrachloro-m-xylene [1] | 84.8 | 30-150 | | | 3/10/17  19:19 |
| Tetrachloro-m-xylene [2] | 72.3 | 30-150 | | | 3/10/17  19:19 |

**con·test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

| | | |
|---|---|---|
| Project Location:  Clark School Hartford, CT | Sample Description: | Work Order:   17C0245 |
| Date Received: 3/7/2017 | | |
| **Field Sample #:  400-02** | Sampled:  3/6/2017  09:35 | |
| **Sample ID:  17C0245-02** | | |
| Sample Matrix:  Product/Solid | | |

### Polychlorinated Biphenyls with 3540 Soxhlet Extraction

| Analyte | Results | RL | Units | Dilution | Flag/Qual | Method | Date Prepared | Date/Time Analyzed | Analyst |
|---|---|---|---|---|---|---|---|---|---|
| Aroclor-1016 [1] | ND | 0.095 | mg/Kg | 1 | | SW-846 8082A | 3/7/17 | 3/10/17 19:36 | BJH |
| Aroclor-1221 [1] | ND | 0.095 | mg/Kg | 1 | | SW-846 8082A | 3/7/17 | 3/10/17 19:36 | BJH |
| Aroclor-1232 [1] | ND | 0.095 | mg/Kg | 1 | | SW-846 8082A | 3/7/17 | 3/10/17 19:36 | BJH |
| Aroclor-1242 [1] | ND | 0.095 | mg/Kg | 1 | | SW-846 8082A | 3/7/17 | 3/10/17 19:36 | BJH |
| Aroclor-1248 [1] | ND | 0.095 | mg/Kg | 1 | | SW-846 8082A | 3/7/17 | 3/10/17 19:36 | BJH |
| Aroclor-1254 [1] | ND | 0.095 | mg/Kg | 1 | | SW-846 8082A | 3/7/17 | 3/10/17 19:36 | BJH |
| Aroclor-1260 [1] | ND | 0.095 | mg/Kg | 1 | | SW-846 8082A | 3/7/17 | 3/10/17 19:36 | BJH |
| Aroclor-1262 [1] | ND | 0.095 | mg/Kg | 1 | | SW-846 8082A | 3/7/17 | 3/10/17 19:36 | BJH |
| Aroclor-1268 [1] | ND | 0.095 | mg/Kg | 1 | | SW-846 8082A | 3/7/17 | 3/10/17 19:36 | BJH |

| Surrogates | % Recovery | Recovery Limits | Flag/Qual | | |
|---|---|---|---|---|---|
| Decachlorobiphenyl [1] | 56.0 | 30-150 | | | 3/10/17  19:36 |
| Decachlorobiphenyl [2] | 54.2 | 30-150 | | | 3/10/17  19:36 |
| Tetrachloro-m-xylene [1] | 38.3 | 30-150 | | | 3/10/17  19:36 |
| Tetrachloro-m-xylene [2] | 30.9 | 30-150 | | | 3/10/17  19:36 |

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

| | | |
|---|---|---|
| Project Location:  Clark School Hartford, CT | Sample Description: | Work Order:   17C0245 |
| Date Received: 3/7/2017 | | |
| **Field Sample #:  212B-03** | Sampled:  3/6/2017  13:24 | |
| **Sample ID:  17C0245-03** | | |
| Sample Matrix:  Product/Solid | | |

### Polychlorinated Biphenyls with 3540 Soxhlet Extraction

| Analyte | Results | RL | Units | Dilution | Flag/Qual | Method | Date Prepared | Date/Time Analyzed | Analyst |
|---|---|---|---|---|---|---|---|---|---|
| Aroclor-1016 [1] | ND | 0.93 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 19:54 | BJH |
| Aroclor-1221 [1] | ND | 0.93 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 19:54 | BJH |
| Aroclor-1232 [1] | ND | 0.93 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 19:54 | BJH |
| Aroclor-1242 [1] | ND | 0.93 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 19:54 | BJH |
| Aroclor-1248 [2] | 7.2 | 0.93 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 19:54 | BJH |
| Aroclor-1254 [2] | 6.2 | 0.93 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 19:54 | BJH |
| Aroclor-1260 [1] | ND | 0.93 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 19:54 | BJH |
| Aroclor-1262 [1] | ND | 0.93 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 19:54 | BJH |
| Aroclor-1268 [1] | ND | 0.93 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 19:54 | BJH |

| Surrogates | % Recovery | Recovery Limits | Flag/Qual | | |
|---|---|---|---|---|---|
| Decachlorobiphenyl [1] | 81.1 | 30-150 | | | 3/10/17  19:54 |
| Decachlorobiphenyl [2] | 88.8 | 30-150 | | | 3/10/17  19:54 |
| Tetrachloro-m-xylene [1] | 97.6 | 30-150 | | | 3/10/17  19:54 |
| Tetrachloro-m-xylene [2] | 115 | 30-150 | | | 3/10/17  19:54 |

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

| | | |
|---|---|---|
| Project Location:  Clark School Hartford, CT | Sample Description: | Work Order:   17C0245 |
| Date Received: 3/7/2017 | | |
| **Field Sample #:  132-04** | Sampled:  3/6/2017  13:15 | |
| **Sample ID:  17C0245-04** | | |
| Sample Matrix:  Paint | | |

### Polychlorinated Biphenyls with 3540 Soxhlet Extraction

| Analyte | Results | RL | Units | Dilution | Flag/Qual | Method | Date Prepared | Date/Time Analyzed | Analyst |
|---|---|---|---|---|---|---|---|---|---|
| Aroclor-1016 [1] | ND | 5.0 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 13:09 | JMB |
| Aroclor-1221 [1] | ND | 5.0 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 13:09 | JMB |
| Aroclor-1232 [1] | ND | 5.0 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 13:09 | JMB |
| Aroclor-1242 [1] | ND | 5.0 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 13:09 | JMB |
| Aroclor-1248 [2] | 40 | 5.0 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 13:09 | JMB |
| Aroclor-1254 [1] | ND | 5.0 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 13:09 | JMB |
| Aroclor-1260 [1] | ND | 5.0 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 13:09 | JMB |
| Aroclor-1262 [1] | ND | 5.0 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 13:09 | JMB |
| Aroclor-1268 [1] | ND | 5.0 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 13:09 | JMB |

| Surrogates | % Recovery | Recovery Limits | Flag/Qual | | |
|---|---|---|---|---|---|
| Decachlorobiphenyl [1] | 99.9 | 30-150 | | | 3/9/17  13:09 |
| Decachlorobiphenyl [2] | 113 | 30-150 | | | 3/9/17  13:09 |
| Tetrachloro-m-xylene [1] | 96.1 | 30-150 | | | 3/9/17  13:09 |
| Tetrachloro-m-xylene [2] | 109 | 30-150 | | | 3/9/17  13:09 |

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

| | | |
|---|---|---|
| Project Location:  Clark School Hartford, CT | Sample Description: | Work Order:  17C0245 |
| Date Received:  3/7/2017 | | |
| **Field Sample #:  132-02** | Sampled:  3/6/2017 12:30 | |
| **Sample ID:  17C0245-05** | | |
| Sample Matrix:  Caulk | | |

### Polychlorinated Biphenyls with 3540 Soxhlet Extraction

| Analyte | Results | RL | Units | Dilution | Flag/Qual | Method | Date Prepared | Date/Time Analyzed | Analyst |
|---|---|---|---|---|---|---|---|---|---|
| Aroclor-1016 [1] | ND | 8800 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/10/17  9:58 | PJG |
| Aroclor-1221 [1] | ND | 8800 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/10/17  9:58 | PJG |
| Aroclor-1232 [1] | ND | 8800 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/10/17  9:58 | PJG |
| Aroclor-1242 [1] | ND | 8800 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/10/17  9:58 | PJG |
| Aroclor-1248 [1] | ND | 8800 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/10/17  9:58 | PJG |
| Aroclor-1254 [1] | 110000 | 8800 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/10/17  9:58 | PJG |
| Aroclor-1260 [1] | ND | 8800 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/10/17  9:58 | PJG |
| Aroclor-1262 [1] | ND | 8800 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/10/17  9:58 | PJG |
| Aroclor-1268 [1] | ND | 8800 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/10/17  9:58 | PJG |

| Surrogates | % Recovery | Recovery Limits | Flag/Qual | |
|---|---|---|---|---|
| **Decachlorobiphenyl [1]** | * | 30-150 | S-01 | 3/10/17  9:58 |
| **Decachlorobiphenyl [2]** | * | 30-150 | S-01 | 3/10/17  9:58 |
| **Tetrachloro-m-xylene [1]** | * | 30-150 | S-01 | 3/10/17  9:58 |
| **Tetrachloro-m-xylene [2]** | * | 30-150 | S-01 | 3/10/17  9:58 |

con-test
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

Project Location:  Clark School Hartford, CT        Sample Description:                                  Work Order:  17C0245

Date Received:  3/7/2017

**Field Sample #:  228-01**                          Sampled:  3/6/2017  10:15

**Sample ID:  17C0245-06**

Sample Matrix:  Product/Solid

### Polychlorinated Biphenyls with 3540 Soxhlet Extraction

| Analyte | Results | RL | Units | Dilution | Flag/Qual | Method | Date Prepared | Date/Time Analyzed | Analyst |
|---------|---------|-----|-------|----------|-----------|--------|---------------|--------------------|---------|
| Aroclor-1016 [1] | ND | 0.94 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 20:12 | BJH |
| Aroclor-1221 [1] | ND | 0.94 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 20:12 | BJH |
| Aroclor-1232 [1] | ND | 0.94 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 20:12 | BJH |
| Aroclor-1242 [1] | ND | 0.94 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 20:12 | BJH |
| Aroclor-1248 [1] | 3.0 | 0.94 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 20:12 | BJH |
| Aroclor-1254 [2] | 3.2 | 0.94 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 20:12 | BJH |
| Aroclor-1260 [1] | ND | 0.94 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 20:12 | BJH |
| Aroclor-1262 [1] | ND | 0.94 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 20:12 | BJH |
| Aroclor-1268 [1] | ND | 0.94 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 20:12 | BJH |

| Surrogates | % Recovery | Recovery Limits | Flag/Qual | | |
|------------|-----------|-----------------|-----------|--|--|
| Decachlorobiphenyl [1] | 55.0 | 30-150 | | | 3/10/17  20:12 |
| Decachlorobiphenyl [2] | 64.2 | 30-150 | | | 3/10/17  20:12 |
| Tetrachloro-m-xylene [1] | 66.1 | 30-150 | | | 3/10/17  20:12 |
| Tetrachloro-m-xylene [2] | 80.2 | 30-150 | | | 3/10/17  20:12 |

con·test®
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

| | | |
|---|---|---|
| Project Location: Clark School Hartford, CT | Sample Description: | Work Order: 17C0245 |
| Date Received: 3/7/2017 | | |
| **Field Sample #: 203-01** | Sampled: 3/6/2017 10:36 | |
| **Sample ID: 17C0245-07** | | |
| Sample Matrix: Product/Solid | | |

### Polychlorinated Biphenyls with 3540 Soxhlet Extraction

| Analyte | Results | RL | Units | Dilution | Flag/Qual | Method | Date Prepared | Date/Time Analyzed | Analyst |
|---|---|---|---|---|---|---|---|---|---|
| Aroclor-1016 [1] | ND | 1.8 | mg/Kg | 20 | | SW-846 8082A | 3/7/17 | 3/10/17 20:29 | BJH |
| Aroclor-1221 [1] | ND | 1.8 | mg/Kg | 20 | | SW-846 8082A | 3/7/17 | 3/10/17 20:29 | BJH |
| Aroclor-1232 [1] | ND | 1.8 | mg/Kg | 20 | | SW-846 8082A | 3/7/17 | 3/10/17 20:29 | BJH |
| Aroclor-1242 [1] | ND | 1.8 | mg/Kg | 20 | | SW-846 8082A | 3/7/17 | 3/10/17 20:29 | BJH |
| Aroclor-1248 [2] | 5.7 | 1.8 | mg/Kg | 20 | | SW-846 8082A | 3/7/17 | 3/10/17 20:29 | BJH |
| Aroclor-1254 [2] | 7.8 | 1.8 | mg/Kg | 20 | | SW-846 8082A | 3/7/17 | 3/10/17 20:29 | BJH |
| Aroclor-1260 [2] | 2.6 | 1.8 | mg/Kg | 20 | | SW-846 8082A | 3/7/17 | 3/10/17 20:29 | BJH |
| Aroclor-1262 [1] | ND | 1.8 | mg/Kg | 20 | | SW-846 8082A | 3/7/17 | 3/10/17 20:29 | BJH |
| Aroclor-1268 [1] | ND | 1.8 | mg/Kg | 20 | | SW-846 8082A | 3/7/17 | 3/10/17 20:29 | BJH |

| Surrogates | % Recovery | Recovery Limits | Flag/Qual | |
|---|---|---|---|---|
| Decachlorobiphenyl [1] | 84.0 | 30-150 | | 3/10/17 20:29 |
| Decachlorobiphenyl [2] | 100 | 30-150 | | 3/10/17 20:29 |
| Tetrachloro-m-xylene [1] | 96.9 | 30-150 | | 3/10/17 20:29 |
| Tetrachloro-m-xylene [2] | 122 | 30-150 | | 3/10/17 20:29 |

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

| Project Location: Clark School Hartford, CT | Sample Description: | | Work Order: 17C0245 |
|---|---|---|---|

Date Received: 3/7/2017

**Field Sample #: 132-05**                    Sampled: 3/6/2017 12:18

**Sample ID: 17C0245-08**

Sample Matrix: Product/Solid

### Polychlorinated Biphenyls with 3540 Soxhlet Extraction

| Analyte | Results | RL | Units | Dilution | Flag/Qual | Method | Date Prepared | Date/Time Analyzed | Analyst |
|---|---|---|---|---|---|---|---|---|---|
| Aroclor-1016 [1] | ND | 9.5 | mg/Kg | 50 | | SW-846 8082A | 3/7/17 | 3/10/17 20:47 | BJH |
| Aroclor-1221 [1] | ND | 9.5 | mg/Kg | 50 | | SW-846 8082A | 3/7/17 | 3/10/17 20:47 | BJH |
| Aroclor-1232 [1] | ND | 9.5 | mg/Kg | 50 | | SW-846 8082A | 3/7/17 | 3/10/17 20:47 | BJH |
| Aroclor-1242 [1] | ND | 9.5 | mg/Kg | 50 | | SW-846 8082A | 3/7/17 | 3/10/17 20:47 | BJH |
| Aroclor-1248 [1] | 58 | 9.5 | mg/Kg | 50 | | SW-846 8082A | 3/7/17 | 3/10/17 20:47 | BJH |
| Aroclor-1254 [2] | 26 | 9.5 | mg/Kg | 50 | | SW-846 8082A | 3/7/17 | 3/10/17 20:47 | BJH |
| Aroclor-1260 [2] | 41 | 9.5 | mg/Kg | 50 | | SW-846 8082A | 3/7/17 | 3/10/17 20:47 | BJH |
| Aroclor-1262 [1] | ND | 9.5 | mg/Kg | 50 | | SW-846 8082A | 3/7/17 | 3/10/17 20:47 | BJH |
| Aroclor-1268 [1] | ND | 9.5 | mg/Kg | 50 | | SW-846 8082A | 3/7/17 | 3/10/17 20:47 | BJH |

| Surrogates | % Recovery | Recovery Limits | Flag/Qual | | |
|---|---|---|---|---|---|
| **Decachlorobiphenyl [1]** | * | 30-150 | S-01 | | 3/10/17 20:47 |
| **Decachlorobiphenyl [2]** | * | 30-150 | S-01 | | 3/10/17 20:47 |
| **Tetrachloro-m-xylene [1]** | * | 30-150 | S-01 | | 3/10/17 20:47 |
| **Tetrachloro-m-xylene [2]** | * | 30-150 | S-01 | | 3/10/17 20:47 |

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

| | | |
|---|---|---|
| Project Location: Clark School Hartford, CT | Sample Description: | Work Order: 17C0245 |
| Date Received: 3/7/2017 | | |
| **Field Sample #: 132-03** | Sampled: 3/6/2017 12:05 | |
| **Sample ID: 17C0245-09** | | |
| Sample Matrix: Concrete | | |

### Polychlorinated Biphenyls with 3540 Soxhlet Extraction

| Analyte | Results | RL | Units | Dilution | Flag/Qual | Method | Date Prepared | Date/Time Analyzed | Analyst |
|---|---|---|---|---|---|---|---|---|---|
| Aroclor-1016 [1] | ND | 1.0 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 21:05 | BJH |
| Aroclor-1221 [1] | ND | 1.0 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 21:05 | BJH |
| Aroclor-1232 [1] | ND | 1.0 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 21:05 | BJH |
| Aroclor-1242 [1] | ND | 1.0 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 21:05 | BJH |
| Aroclor-1248 [2] | 5.3 | 1.0 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 21:05 | BJH |
| Aroclor-1254 [2] | 4.8 | 1.0 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 21:05 | BJH |
| Aroclor-1260 [1] | ND | 1.0 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 21:05 | BJH |
| Aroclor-1262 [1] | ND | 1.0 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 21:05 | BJH |
| Aroclor-1268 [1] | ND | 1.0 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 21:05 | BJH |

| Surrogates | % Recovery | Recovery Limits | Flag/Qual | | |
|---|---|---|---|---|---|
| Decachlorobiphenyl [1] | 87.0 | 30-150 | | | 3/10/17  21:05 |
| Decachlorobiphenyl [2] | 104 | 30-150 | | | 3/10/17  21:05 |
| Tetrachloro-m-xylene [1] | 97.1 | 30-150 | | | 3/10/17  21:05 |
| Tetrachloro-m-xylene [2] | 117 | 30-150 | | | 3/10/17  21:05 |

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

| | | |
|---|---|---|
| Project Location:  Clark School Hartford, CT | Sample Description: | Work Order:  17C0245 |
| Date Received: 3/7/2017 | | |
| **Field Sample #:  200-02** | Sampled: 3/6/2017 10:44 | |
| **Sample ID:  17C0245-10** | | |
| Sample Matrix:  Caulk | | |

### Polychlorinated Biphenyls with 3540 Soxhlet Extraction

| Analyte | Results | RL | Units | Dilution | Flag/Qual | Method | Date Prepared | Date/Time Analyzed | Analyst |
|---|---|---|---|---|---|---|---|---|---|
| Aroclor-1016 [1] | ND | 4400 | mg/Kg | 25000 | | SW-846 8082A | 3/7/17 | 3/9/17 18:53 | JMB |
| Aroclor-1221 [1] | ND | 4400 | mg/Kg | 25000 | | SW-846 8082A | 3/7/17 | 3/9/17 18:53 | JMB |
| Aroclor-1232 [1] | ND | 4400 | mg/Kg | 25000 | | SW-846 8082A | 3/7/17 | 3/9/17 18:53 | JMB |
| Aroclor-1242 [1] | ND | 4400 | mg/Kg | 25000 | | SW-846 8082A | 3/7/17 | 3/9/17 18:53 | JMB |
| Aroclor-1248 [1] | ND | 4400 | mg/Kg | 25000 | | SW-846 8082A | 3/7/17 | 3/9/17 18:53 | JMB |
| Aroclor-1254 [2] | 100000 | 4400 | mg/Kg | 25000 | | SW-846 8082A | 3/7/17 | 3/9/17 18:53 | JMB |
| Aroclor-1260 [1] | ND | 4400 | mg/Kg | 25000 | | SW-846 8082A | 3/7/17 | 3/9/17 18:53 | JMB |
| Aroclor-1262 [1] | ND | 4400 | mg/Kg | 25000 | | SW-846 8082A | 3/7/17 | 3/9/17 18:53 | JMB |
| Aroclor-1268 [1] | ND | 4400 | mg/Kg | 25000 | | SW-846 8082A | 3/7/17 | 3/9/17 18:53 | JMB |

| Surrogates | % Recovery | Recovery Limits | Flag/Qual | | |
|---|---|---|---|---|---|
| **Decachlorobiphenyl [1]** | * | 30-150 | S-01 | | 3/9/17  18:53 |
| **Decachlorobiphenyl [2]** | * | 30-150 | S-01 | | 3/9/17  18:53 |
| **Tetrachloro-m-xylene [1]** | * | 30-150 | S-01 | | 3/9/17  18:53 |
| **Tetrachloro-m-xylene [2]** | * | 30-150 | S-01 | | 3/9/17  18:53 |

**con·test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

Project Location:  Clark School Hartford, CT          Sample Description:                                  Work Order:   17C0245

Date Received:  3/7/2017

**Field Sample #:  101-03**                          Sampled:  3/6/2017  11:40

**Sample ID:  17C0245-11**

Sample Matrix:  Product/Solid

### Polychlorinated Biphenyls with 3540 Soxhlet Extraction

| Analyte | Results | RL | Units | Dilution | Flag/Qual | Method | Date Prepared | Date/Time Analyzed | Analyst |
|---|---|---|---|---|---|---|---|---|---|
| Aroclor-1016 [1] | ND | 4.7 | mg/Kg | 50 | | SW-846 8082A | 3/7/17 | 3/10/17 21:22 | BJH |
| Aroclor-1221 [1] | ND | 4.7 | mg/Kg | 50 | | SW-846 8082A | 3/7/17 | 3/10/17 21:22 | BJH |
| Aroclor-1232 [1] | ND | 4.7 | mg/Kg | 50 | | SW-846 8082A | 3/7/17 | 3/10/17 21:22 | BJH |
| Aroclor-1242 [1] | ND | 4.7 | mg/Kg | 50 | | SW-846 8082A | 3/7/17 | 3/10/17 21:22 | BJH |
| Aroclor-1248 [1] | 14 | 4.7 | mg/Kg | 50 | | SW-846 8082A | 3/7/17 | 3/10/17 21:22 | BJH |
| Aroclor-1254 [2] | 18 | 4.7 | mg/Kg | 50 | | SW-846 8082A | 3/7/17 | 3/10/17 21:22 | BJH |
| Aroclor-1260 [1] | ND | 4.7 | mg/Kg | 50 | | SW-846 8082A | 3/7/17 | 3/10/17 21:22 | BJH |
| Aroclor-1262 [1] | ND | 4.7 | mg/Kg | 50 | | SW-846 8082A | 3/7/17 | 3/10/17 21:22 | BJH |
| Aroclor-1268 [1] | ND | 4.7 | mg/Kg | 50 | | SW-846 8082A | 3/7/17 | 3/10/17 21:22 | BJH |

| Surrogates | % Recovery | Recovery Limits | Flag/Qual | |
|---|---|---|---|---|
| **Decachlorobiphenyl [1]** | * | 30-150 | S-01 | 3/10/17  21:22 |
| **Decachlorobiphenyl [2]** | * | 30-150 | S-01 | 3/10/17  21:22 |
| **Tetrachloro-m-xylene [1]** | * | 30-150 | S-01 | 3/10/17  21:22 |
| **Tetrachloro-m-xylene [2]** | * | 30-150 | S-01 | 3/10/17  21:22 |

**con·test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

Project Location:  Clark School Hartford, CT               Sample Description:                                    Work Order:  17C0245

Date Received: 3/7/2017

**Field Sample #:  207-01**                    Sampled: 3/6/2017 10:31

**Sample ID:  17C0245-12**

Sample Matrix:  Product/Solid

### Polychlorinated Biphenyls with 3540 Soxhlet Extraction

| Analyte | Results | RL | Units | Dilution | Flag/Qual | Method | Date Prepared | Date/Time Analyzed | Analyst |
|---------|---------|----|----|----------|-----------|--------|---------------|--------------------|--------|
| Aroclor-1016 [1] | ND | 1.9 | mg/Kg | 20 | | SW-846 8082A | 3/7/17 | 3/10/17 21:40 | BJH |
| Aroclor-1221 [1] | ND | 1.9 | mg/Kg | 20 | | SW-846 8082A | 3/7/17 | 3/10/17 21:40 | BJH |
| Aroclor-1232 [1] | ND | 1.9 | mg/Kg | 20 | | SW-846 8082A | 3/7/17 | 3/10/17 21:40 | BJH |
| Aroclor-1242 [1] | ND | 1.9 | mg/Kg | 20 | | SW-846 8082A | 3/7/17 | 3/10/17 21:40 | BJH |
| Aroclor-1248 [1] | 6.1 | 1.9 | mg/Kg | 20 | | SW-846 8082A | 3/7/17 | 3/10/17 21:40 | BJH |
| Aroclor-1254 [2] | 6.3 | 1.9 | mg/Kg | 20 | | SW-846 8082A | 3/7/17 | 3/10/17 21:40 | BJH |
| Aroclor-1260 [1] | ND | 1.9 | mg/Kg | 20 | | SW-846 8082A | 3/7/17 | 3/10/17 21:40 | BJH |
| Aroclor-1262 [1] | ND | 1.9 | mg/Kg | 20 | | SW-846 8082A | 3/7/17 | 3/10/17 21:40 | BJH |
| Aroclor-1268 [1] | ND | 1.9 | mg/Kg | 20 | | SW-846 8082A | 3/7/17 | 3/10/17 21:40 | BJH |

| Surrogates | % Recovery | Recovery Limits | Flag/Qual | |
|------------|------------|-----------------|-----------|--|
| Decachlorobiphenyl [1] | 85.7 | 30-150 | | 3/10/17  21:40 |
| Decachlorobiphenyl [2] | 107 | 30-150 | | 3/10/17  21:40 |
| Tetrachloro-m-xylene [1] | 95.6 | 30-150 | | 3/10/17  21:40 |
| Tetrachloro-m-xylene [2] | 122 | 30-150 | | 3/10/17  21:40 |

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

| | | |
|---|---|---|
| Project Location:  Clark School Hartford, CT | Sample Description: | Work Order:  17C0245 |
| Date Received: 3/7/2017 | | |
| **Field Sample #:  239-04** | Sampled:  3/6/2017 13:45 | |
| **Sample ID:  17C0245-13** | | |
| Sample Matrix:  Paint | | |

### Polychlorinated Biphenyls with 3540 Soxhlet Extraction

| Analyte | Results | RL | Units | Dilution | Flag/Qual | Method | Date Prepared | Date/Time Analyzed | Analyst |
|---|---|---|---|---|---|---|---|---|---|
| Aroclor-1016 [1] | ND | 4.8 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 13:27 | JMB |
| Aroclor-1221 [1] | ND | 4.8 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 13:27 | JMB |
| Aroclor-1232 [1] | ND | 4.8 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 13:27 | JMB |
| Aroclor-1242 [1] | ND | 4.8 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 13:27 | JMB |
| Aroclor-1248 [2] | 72 | 4.8 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 13:27 | JMB |
| Aroclor-1254 [1] | ND | 4.8 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 13:27 | JMB |
| Aroclor-1260 [1] | ND | 4.8 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 13:27 | JMB |
| Aroclor-1262 [1] | ND | 4.8 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 13:27 | JMB |
| Aroclor-1268 [1] | ND | 4.8 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 13:27 | JMB |

| Surrogates | % Recovery | Recovery Limits | Flag/Qual | | |
|---|---|---|---|---|---|
| Decachlorobiphenyl [1] | 97.1 | 30-150 | | | 3/9/17  13:27 |
| Decachlorobiphenyl [2] | 111 | 30-150 | | | 3/9/17  13:27 |
| Tetrachloro-m-xylene [1] | 94.0 | 30-150 | | | 3/9/17  13:27 |
| Tetrachloro-m-xylene [2] | 105 | 30-150 | | | 3/9/17  13:27 |

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

Project Location:  Clark School Hartford, CT          Sample Description:                              Work Order:  17C0245

Date Received:  3/7/2017

**Field Sample #:  100-01**                          Sampled:  3/6/2017  10:59

**Sample ID:  17C0245-14**

Sample Matrix:  Product/Solid

### Polychlorinated Biphenyls with 3540 Soxhlet Extraction

| Analyte | Results | RL | Units | Dilution | Flag/Qual | Method | Date Prepared | Date/Time Analyzed | Analyst |
|---|---|---|---|---|---|---|---|---|---|
| Aroclor-1016 [1] | ND | 0.93 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 21:58 | BJH |
| Aroclor-1221 [1] | ND | 0.93 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 21:58 | BJH |
| Aroclor-1232 [1] | ND | 0.93 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 21:58 | BJH |
| Aroclor-1242 [1] | ND | 0.93 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 21:58 | BJH |
| Aroclor-1248 [1] | 3.0 | 0.93 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 21:58 | BJH |
| Aroclor-1254 [2] | 3.0 | 0.93 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 21:58 | BJH |
| Aroclor-1260 [1] | ND | 0.93 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 21:58 | BJH |
| Aroclor-1262 [1] | ND | 0.93 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 21:58 | BJH |
| Aroclor-1268 [1] | ND | 0.93 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 21:58 | BJH |

| Surrogates | % Recovery | Recovery Limits | Flag/Qual | |
|---|---|---|---|---|
| Decachlorobiphenyl [1] | 84.7 | 30-150 | | 3/10/17  21:58 |
| Decachlorobiphenyl [2] | 102 | 30-150 | | 3/10/17  21:58 |
| Tetrachloro-m-xylene [1] | 97.0 | 30-150 | | 3/10/17  21:58 |
| Tetrachloro-m-xylene [2] | 114 | 30-150 | | 3/10/17  21:58 |

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

| | | |
|---|---|---|
| Project Location:  Clark School Hartford, CT | Sample Description: | Work Order:  17C0245 |
| Date Received: 3/7/2017 | | |
| **Field Sample #:  100-04** | Sampled:  3/6/2017  13:55 | |
| **Sample ID:  17C0245-15** | | |
| Sample Matrix:  Paint | | |

### Polychlorinated Biphenyls with 3540 Soxhlet Extraction

| Analyte | Results | RL | Units | Dilution | Flag/Qual | Method | Date Prepared | Date/Time Analyzed | Analyst |
|---|---|---|---|---|---|---|---|---|---|
| Aroclor-1016 [1] | ND | 4.6 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 13:45 | JMB |
| Aroclor-1221 [1] | ND | 4.6 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 13:45 | JMB |
| Aroclor-1232 [1] | ND | 4.6 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 13:45 | JMB |
| Aroclor-1242 [1] | ND | 4.6 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 13:45 | JMB |
| Aroclor-1248 [2] | 64 | 4.6 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 13:45 | JMB |
| Aroclor-1254 [1] | ND | 4.6 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 13:45 | JMB |
| Aroclor-1260 [1] | ND | 4.6 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 13:45 | JMB |
| Aroclor-1262 [1] | ND | 4.6 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 13:45 | JMB |
| Aroclor-1268 [1] | ND | 4.6 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 13:45 | JMB |

| Surrogates | % Recovery | Recovery Limits | Flag/Qual | | |
|---|---|---|---|---|---|
| Decachlorobiphenyl [1] | 101 | 30-150 | | | 3/9/17  13:45 |
| Decachlorobiphenyl [2] | 114 | 30-150 | | | 3/9/17  13:45 |
| Tetrachloro-m-xylene [1] | 98.2 | 30-150 | | | 3/9/17  13:45 |
| Tetrachloro-m-xylene [2] | 111 | 30-150 | | | 3/9/17  13:45 |

con-test
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

| | |
|---|---|
| Project Location:  Clark School Hartford, CT | Sample Description: |
| Date Received: 3/7/2017 | |
| **Field Sample #:  215-01** | Sampled: 3/6/2017  10:25 |
| **Sample ID:  17C0245-16** | |
| Sample Matrix:  Product/Solid | |

Work Order:  17C0245

### Polychlorinated Biphenyls with 3540 Soxhlet Extraction

| Analyte | Results | RL | Units | Dilution | Flag/Qual | Method | Date Prepared | Date/Time Analyzed | Analyst |
|---|---|---|---|---|---|---|---|---|---|
| Aroclor-1016 [1] | ND | 0.93 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 22:15 | BJH |
| Aroclor-1221 [1] | ND | 0.93 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 22:15 | BJH |
| Aroclor-1232 [1] | ND | 0.93 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 22:15 | BJH |
| Aroclor-1242 [1] | ND | 0.93 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 22:15 | BJH |
| Aroclor-1248 [1] | 3.4 | 0.93 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 22:15 | BJH |
| Aroclor-1254 [2] | 3.3 | 0.93 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 22:15 | BJH |
| Aroclor-1260 [1] | ND | 0.93 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 22:15 | BJH |
| Aroclor-1262 [1] | ND | 0.93 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 22:15 | BJH |
| Aroclor-1268 [1] | ND | 0.93 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/10/17 22:15 | BJH |

| Surrogates | % Recovery | Recovery Limits | Flag/Qual | |
|---|---|---|---|---|
| Decachlorobiphenyl [1] | 78.6 | 30-150 | | 3/10/17  22:15 |
| Decachlorobiphenyl [2] | 94.8 | 30-150 | | 3/10/17  22:15 |
| Tetrachloro-m-xylene [1] | 94.4 | 30-150 | | 3/10/17  22:15 |
| Tetrachloro-m-xylene [2] | 114 | 30-150 | | 3/10/17  22:15 |

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

| | | |
|---|---|---|
| Project Location:  Clark School Hartford, CT | Sample Description: | Work Order:   17C0245 |
| Date Received: 3/7/2017 | | |
| **Field Sample #:  130-04** | Sampled: 3/6/2017  13:35 | |
| **Sample ID:  17C0245-17** | | |
| Sample Matrix:  Paint | | |

### Polychlorinated Biphenyls with 3540 Soxhlet Extraction

| Analyte | Results | RL | Units | Dilution | Flag/Qual | Method | Date Prepared | Date/Time Analyzed | Analyst |
|---|---|---|---|---|---|---|---|---|---|
| Aroclor-1016 [1] | ND | 4.8 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 14:03 | JMB |
| Aroclor-1221 [1] | ND | 4.8 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 14:03 | JMB |
| Aroclor-1232 [1] | ND | 4.8 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 14:03 | JMB |
| Aroclor-1242 [1] | ND | 4.8 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 14:03 | JMB |
| Aroclor-1248 [2] | 72 | 4.8 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 14:03 | JMB |
| Aroclor-1254 [1] | ND | 4.8 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 14:03 | JMB |
| Aroclor-1260 [1] | ND | 4.8 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 14:03 | JMB |
| Aroclor-1262 [1] | ND | 4.8 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 14:03 | JMB |
| Aroclor-1268 [1] | ND | 4.8 | mg/Kg | 10 | | SW-846 8082A | 3/7/17 | 3/9/17 14:03 | JMB |

| Surrogates | % Recovery | Recovery Limits | Flag/Qual | | |
|---|---|---|---|---|---|
| Decachlorobiphenyl [1] | 105 | 30-150 | | | 3/9/17  14:03 |
| Decachlorobiphenyl [2] | 120 | 30-150 | | | 3/9/17  14:03 |
| Tetrachloro-m-xylene [1] | 100 | 30-150 | | | 3/9/17  14:03 |
| Tetrachloro-m-xylene [2] | 114 | 30-150 | | | 3/9/17  14:03 |

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

Project Location:  Clark School Hartford, CT          Sample Description:                              Work Order:  17C0245

Date Received: 3/7/2017

**Field Sample #: 100-02**                    Sampled: 3/6/2017  11:04

**Sample ID: 17C0245-18**

Sample Matrix:  Caulk

### Polychlorinated Biphenyls with 3540 Soxhlet Extraction

| Analyte | Results | RL | Units | Dilution | Flag/Qual | Method | Date Prepared | Date/Time Analyzed | Analyst |
|---|---|---|---|---|---|---|---|---|---|
| Aroclor-1016 [1] | ND | 9300 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 19:11 | JMB |
| Aroclor-1221 [1] | ND | 9300 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 19:11 | JMB |
| Aroclor-1232 [1] | ND | 9300 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 19:11 | JMB |
| Aroclor-1242 [1] | ND | 9300 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 19:11 | JMB |
| Aroclor-1248 [1] | ND | 9300 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 19:11 | JMB |
| Aroclor-1254 [2] | 180000 | 9300 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 19:11 | JMB |
| Aroclor-1260 [1] | ND | 9300 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 19:11 | JMB |
| Aroclor-1262 [1] | ND | 9300 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 19:11 | JMB |
| Aroclor-1268 [1] | ND | 9300 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 19:11 | JMB |

| Surrogates | % Recovery | Recovery Limits | Flag/Qual | | |
|---|---|---|---|---|---|
| **Decachlorobiphenyl [1]** | * | 30-150 | S-01 | | 3/9/17  19:11 |
| **Decachlorobiphenyl [2]** | * | 30-150 | S-01 | | 3/9/17  19:11 |
| **Tetrachloro-m-xylene [1]** | * | 30-150 | S-01 | | 3/9/17  19:11 |
| **Tetrachloro-m-xylene [2]** | * | 30-150 | S-01 | | 3/9/17  19:11 |

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

| | | |
|---|---|---|
| Project Location:  Clark School Hartford, CT | Sample Description: | Work Order:  17C0245 |
| Date Received:  3/7/2017 | | |
| **Field Sample #:  200-03** | Sampled:  3/6/2017  13:31 | |
| **Sample ID:  17C0245-19** | | |
| Sample Matrix:  Product/Solid | | |

### Polychlorinated Biphenyls with 3540 Soxhlet Extraction

| Analyte | Results | RL | Units | Dilution | Flag/Qual | Method | Date Prepared | Date/Time Analyzed | Analyst |
|---|---|---|---|---|---|---|---|---|---|
| Aroclor-1016 [1] | ND | 0.092 | mg/Kg | 1 | | SW-846 8082A | 3/7/17 | 3/10/17 22:33 | BJH |
| Aroclor-1221 [1] | ND | 0.092 | mg/Kg | 1 | | SW-846 8082A | 3/7/17 | 3/10/17 22:33 | BJH |
| Aroclor-1232 [1] | ND | 0.092 | mg/Kg | 1 | | SW-846 8082A | 3/7/17 | 3/10/17 22:33 | BJH |
| Aroclor-1242 [1] | ND | 0.092 | mg/Kg | 1 | | SW-846 8082A | 3/7/17 | 3/10/17 22:33 | BJH |
| Aroclor-1248 [1] | 0.50 | 0.092 | mg/Kg | 1 | | SW-846 8082A | 3/7/17 | 3/10/17 22:33 | BJH |
| Aroclor-1254 [2] | 0.25 | 0.092 | mg/Kg | 1 | | SW-846 8082A | 3/7/17 | 3/10/17 22:33 | BJH |
| Aroclor-1260 [1] | ND | 0.092 | mg/Kg | 1 | | SW-846 8082A | 3/7/17 | 3/10/17 22:33 | BJH |
| Aroclor-1262 [1] | ND | 0.092 | mg/Kg | 1 | | SW-846 8082A | 3/7/17 | 3/10/17 22:33 | BJH |
| Aroclor-1268 [1] | ND | 0.092 | mg/Kg | 1 | | SW-846 8082A | 3/7/17 | 3/10/17 22:33 | BJH |

| Surrogates | % Recovery | Recovery Limits | Flag/Qual | | |
|---|---|---|---|---|---|
| Decachlorobiphenyl [1] | 82.0 | 30-150 | | | 3/10/17  22:33 |
| Decachlorobiphenyl [2] | 90.3 | 30-150 | | | 3/10/17  22:33 |
| Tetrachloro-m-xylene [1] | 92.4 | 30-150 | | | 3/10/17  22:33 |
| Tetrachloro-m-xylene [2] | 82.0 | 30-150 | | | 3/10/17  22:33 |

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

| | | |
|---|---|---|
| Project Location:  Clark School Hartford, CT | Sample Description: | Work Order:   17C0245 |
| Date Received:  3/7/2017 | | |
| **Field Sample #:  Gym-02** | Sampled:  3/6/2017  13:28 | |
| **Sample ID:  17C0245-20** | | |
| Sample Matrix:  Caulk | | |

### Polychlorinated Biphenyls with 3540 Soxhlet Extraction

| Analyte | Results | RL | Units | Dilution | Flag/Qual | Method | Date Prepared | Date/Time Analyzed | Analyst |
|---|---|---|---|---|---|---|---|---|---|
| Aroclor-1016 [1] | ND | 9700 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 19:29 | JMB |
| Aroclor-1221 [1] | ND | 9700 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 19:29 | JMB |
| Aroclor-1232 [1] | ND | 9700 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 19:29 | JMB |
| Aroclor-1242 [1] | ND | 9700 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 19:29 | JMB |
| Aroclor-1248 [1] | ND | 9700 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 19:29 | JMB |
| Aroclor-1254 [2] | 190000 | 9700 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 19:29 | JMB |
| Aroclor-1260 [1] | ND | 9700 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 19:29 | JMB |
| Aroclor-1262 [1] | ND | 9700 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 19:29 | JMB |
| Aroclor-1268 [1] | ND | 9700 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 19:29 | JMB |

| Surrogates | % Recovery | Recovery Limits | Flag/Qual | | |
|---|---|---|---|---|---|
| **Decachlorobiphenyl [1]** | * | 30-150 | S-01 | | 3/9/17  19:29 |
| **Decachlorobiphenyl [2]** | * | 30-150 | S-01 | | 3/9/17  19:29 |
| **Tetrachloro-m-xylene [1]** | * | 30-150 | S-01 | | 3/9/17  19:29 |
| **Tetrachloro-m-xylene [2]** | * | 30-150 | S-01 | | 3/9/17  19:29 |

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

## Sample Extraction Data

**Prep Method: SW-846 3540C-SW-846 8082A**

| Lab Number [Field ID] | Batch | Initial [g] | Final [mL] | Date |
|---|---|---|---|---|
| 17C0245-05 [132-02] | B171987 | 0.566 | 10.0 | 03/07/17 |
| 17C0245-10 [200-02] | B171987 | 0.567 | 10.0 | 03/07/17 |
| 17C0245-18 [100-02] | B171987 | 0.537 | 10.0 | 03/07/17 |
| 17C0245-20 [Gym-02] | B171987 | 0.517 | 10.0 | 03/07/17 |

**Prep Method: SW-846 3540C-SW-846 8082A**

| Lab Number [Field ID] | Batch | Initial [g] | Final [mL] | Date |
|---|---|---|---|---|
| 17C0245-04 [132-04] | B171988 | 0.200 | 10.0 | 03/07/17 |
| 17C0245-13 [239-04] | B171988 | 0.208 | 10.0 | 03/07/17 |
| 17C0245-15 [100-04] | B171988 | 0.216 | 10.0 | 03/07/17 |
| 17C0245-17 [130-04] | B171988 | 0.210 | 10.0 | 03/07/17 |

**Prep Method: SW-846 3540C-SW-846 8082A**

| Lab Number [Field ID] | Batch | Initial [g] | Final [mL] | Date |
|---|---|---|---|---|
| 17C0245-01 [400-01] | B171986 | 2.04 | 10.0 | 03/07/17 |
| 17C0245-02 [400-02] | B171986 | 2.11 | 10.0 | 03/07/17 |
| 17C0245-03 [212B-03] | B171986 | 2.15 | 10.0 | 03/07/17 |
| 17C0245-06 [228-01] | B171986 | 2.13 | 10.0 | 03/07/17 |
| 17C0245-07 [203-01] | B171986 | 2.21 | 10.0 | 03/07/17 |
| 17C0245-08 [132-05] | B171986 | 1.05 | 10.0 | 03/07/17 |
| 17C0245-09 [132-03] | B171986 | 2.00 | 10.0 | 03/07/17 |
| 17C0245-11 [101-03] | B171986 | 2.11 | 10.0 | 03/07/17 |
| 17C0245-12 [207-01] | B171986 | 2.11 | 10.0 | 03/07/17 |
| 17C0245-14 [100-01] | B171986 | 2.15 | 10.0 | 03/07/17 |
| 17C0245-16 [215-01] | B171986 | 2.16 | 10.0 | 03/07/17 |
| 17C0245-19 [200-03] | B171986 | 2.18 | 10.0 | 03/07/17 |

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

**QUALITY CONTROL**

**Polychlorinated Biphenyls with 3540 Soxhlet Extraction - Quality Control**

| Analyte | Result | Reporting Limit | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| **Batch B171986 - SW-846 3540C** | | | | | | | | | | |
| **Blank (B171986-BLK1)** | | | | Prepared: 03/07/17  Analyzed: 03/10/17 | | | | | | |
| Aroclor-1016 | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1016 [2C] | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1221 | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1221 [2C] | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1232 | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1232 [2C] | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1242 | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1242 [2C] | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1248 | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1248 [2C] | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1254 | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1254 [2C] | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1260 | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1260 [2C] | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1262 | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1262 [2C] | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1268 | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1268 [2C] | ND | 0.10 | mg/Kg | | | | | | | |
| Surrogate: Decachlorobiphenyl | *0.785* | | mg/Kg | 1.00 | | 78.5 | 30-150 | | | |
| Surrogate: Decachlorobiphenyl [2C] | *0.868* | | mg/Kg | 1.00 | | 86.8 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene | *0.852* | | mg/Kg | 1.00 | | 85.2 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene [2C] | *0.733* | | mg/Kg | 1.00 | | 73.3 | 30-150 | | | |
| **LCS (B171986-BS1)** | | | | Prepared: 03/07/17  Analyzed: 03/10/17 | | | | | | |
| Aroclor-1016 | 0.88 | 0.10 | mg/Kg | 1.00 | | 88.2 | 40-140 | | | |
| Aroclor-1016 [2C] | 0.75 | 0.10 | mg/Kg | 1.00 | | 74.8 | 40-140 | | | |
| Aroclor-1260 | 0.80 | 0.10 | mg/Kg | 1.00 | | 80.1 | 40-140 | | | |
| Aroclor-1260 [2C] | 0.82 | 0.10 | mg/Kg | 1.00 | | 81.6 | 40-140 | | | |
| Surrogate: Decachlorobiphenyl | *0.792* | | mg/Kg | 1.00 | | 79.2 | 30-150 | | | |
| Surrogate: Decachlorobiphenyl [2C] | *0.873* | | mg/Kg | 1.00 | | 87.3 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene | *0.894* | | mg/Kg | 1.00 | | 89.4 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene [2C] | *0.824* | | mg/Kg | 1.00 | | 82.4 | 30-150 | | | |
| **LCS Dup (B171986-BSD1)** | | | | Prepared: 03/07/17  Analyzed: 03/10/17 | | | | | | |
| Aroclor-1016 | 0.88 | 0.10 | mg/Kg | 1.00 | | 87.8 | 40-140 | 0.388 | 30 | |
| Aroclor-1016 [2C] | 0.82 | 0.10 | mg/Kg | 1.00 | | 81.6 | 40-140 | 8.61 | 30 | |
| Aroclor-1260 | 0.79 | 0.10 | mg/Kg | 1.00 | | 78.8 | 40-140 | 1.73 | 30 | |
| Aroclor-1260 [2C] | 0.79 | 0.10 | mg/Kg | 1.00 | | 79.0 | 40-140 | 3.20 | 30 | |
| Surrogate: Decachlorobiphenyl | *0.777* | | mg/Kg | 1.00 | | 77.7 | 30-150 | | | |
| Surrogate: Decachlorobiphenyl [2C] | *0.850* | | mg/Kg | 1.00 | | 85.0 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene | *0.896* | | mg/Kg | 1.00 | | 89.6 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene [2C] | *0.849* | | mg/Kg | 1.00 | | 84.9 | 30-150 | | | |

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

**QUALITY CONTROL**

**Polychlorinated Biphenyls with 3540 Soxhlet Extraction - Quality Control**

| Analyte | Result | Reporting Limit | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| **Batch B171986 - SW-846 3540C** | | | | | | | | | | |
| **Matrix Spike (B171986-MS1)** | | **Source: 17C0245-09** | | | Prepared: 03/07/17  Analyzed: 03/10/17 | | | | | |
| **Aroclor-1016** | 1.8 | 1.0 | mg/Kg | 1.00 | ND | 178 | * 40-140 | | | MS-21 |
| **Aroclor-1016 [2C]** | 1.6 | 1.0 | mg/Kg | 1.00 | ND | 165 | * 40-140 | | | MS-21 |
| **Aroclor-1260** | 2.3 | 1.0 | mg/Kg | 1.00 | ND | 226 | * 40-140 | | | MS-21 |
| Aroclor-1260 [2C] | 2.5 | 1.0 | mg/Kg | 1.00 | ND | 246 | * 40-140 | | | MS-21 |
| Surrogate: Decachlorobiphenyl | 0.966 | | mg/Kg | 1.00 | | 96.6 | 30-150 | | | |
| Surrogate: Decachlorobiphenyl [2C] | 1.25 | | mg/Kg | 1.00 | | 125 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene | 1.01 | | mg/Kg | 1.00 | | 101 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene [2C] | 1.18 | | mg/Kg | 1.00 | | 118 | 30-150 | | | |
| **Matrix Spike Dup (B171986-MSD1)** | | **Source: 17C0245-09** | | | Prepared: 03/07/17  Analyzed: 03/10/17 | | | | | |
| **Aroclor-1016** | 1.5 | 1.0 | mg/Kg | 1.00 | ND | 145 | * 40-140 | 20.5 | 50 | MS-21 |
| **Aroclor-1016 [2C]** | 1.4 | 1.0 | mg/Kg | 1.00 | ND | 142 | * 40-140 | 14.7 | 50 | MS-21 |
| **Aroclor-1260** | 1.8 | 1.0 | mg/Kg | 1.00 | ND | 178 | * 40-140 | 23.8 | 50 | MS-21 |
| Aroclor-1260 [2C] | 1.9 | 1.0 | mg/Kg | 1.00 | ND | 195 | * 40-140 | 23.3 | 50 | MS-21 |
| Surrogate: Decachlorobiphenyl | 0.819 | | mg/Kg | 1.00 | | 81.9 | 30-150 | | | |
| Surrogate: Decachlorobiphenyl [2C] | 1.08 | | mg/Kg | 1.00 | | 108 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene | 0.841 | | mg/Kg | 1.00 | | 84.1 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene [2C] | 0.991 | | mg/Kg | 1.00 | | 99.1 | 30-150 | | | |
| **Batch B171987 - SW-846 3540C** | | | | | | | | | | |
| **Blank (B171987-BLK1)** | | | | | Prepared: 03/07/17  Analyzed: 03/09/17 | | | | | |
| Aroclor-1016 | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1016 [2C] | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1221 | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1221 [2C] | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1232 | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1232 [2C] | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1242 | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1242 [2C] | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1248 | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1248 [2C] | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1254 | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1254 [2C] | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1260 | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1260 [2C] | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1262 | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1262 [2C] | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1268 | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1268 [2C] | ND | 0.20 | mg/Kg | | | | | | | |
| Surrogate: Decachlorobiphenyl | 3.86 | | mg/Kg | 4.00 | | 96.5 | 30-150 | | | |
| Surrogate: Decachlorobiphenyl [2C] | 3.98 | | mg/Kg | 4.00 | | 99.6 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene | 3.75 | | mg/Kg | 4.00 | | 93.6 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene [2C] | 3.82 | | mg/Kg | 4.00 | | 95.6 | 30-150 | | | |

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

**QUALITY CONTROL**

**Polychlorinated Biphenyls with 3540 Soxhlet Extraction - Quality Control**

| Analyte | Result | Reporting Limit | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| **Batch B171987 - SW-846 3540C** | | | | | | | | | | |
| **LCS (B171987-BS1)** | | | | | Prepared: 03/07/17  Analyzed: 03/09/17 | | | | | |
| Aroclor-1016 | 3.4 | 0.20 | mg/Kg | 4.00 | | 85.1 | 40-140 | | | |
| Aroclor-1016 [2C] | 3.3 | 0.20 | mg/Kg | 4.00 | | 83.3 | 40-140 | | | |
| Aroclor-1260 | 3.4 | 0.20 | mg/Kg | 4.00 | | 84.3 | 40-140 | | | |
| Aroclor-1260 [2C] | 3.4 | 0.20 | mg/Kg | 4.00 | | 85.4 | 40-140 | | | |
| Surrogate: Decachlorobiphenyl | 3.86 | | mg/Kg | 4.00 | | 96.5 | 30-150 | | | |
| Surrogate: Decachlorobiphenyl [2C] | 3.97 | | mg/Kg | 4.00 | | 99.3 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene | 3.65 | | mg/Kg | 4.00 | | 91.3 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene [2C] | 3.75 | | mg/Kg | 4.00 | | 93.7 | 30-150 | | | |
| **LCS Dup (B171987-BSD1)** | | | | | Prepared: 03/07/17  Analyzed: 03/09/17 | | | | | |
| Aroclor-1016 | 3.5 | 0.20 | mg/Kg | 4.00 | | 86.9 | 40-140 | 2.08 | 30 | |
| Aroclor-1016 [2C] | 3.4 | 0.20 | mg/Kg | 4.00 | | 84.8 | 40-140 | 1.72 | 30 | |
| Aroclor-1260 | 3.5 | 0.20 | mg/Kg | 4.00 | | 87.2 | 40-140 | 3.40 | 30 | |
| Aroclor-1260 [2C] | 3.5 | 0.20 | mg/Kg | 4.00 | | 88.1 | 40-140 | 3.13 | 30 | |
| Surrogate: Decachlorobiphenyl | 3.94 | | mg/Kg | 4.00 | | 98.6 | 30-150 | | | |
| Surrogate: Decachlorobiphenyl [2C] | 4.07 | | mg/Kg | 4.00 | | 102 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene | 3.76 | | mg/Kg | 4.00 | | 94.1 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene [2C] | 3.83 | | mg/Kg | 4.00 | | 95.7 | 30-150 | | | |
| **Batch B171988 - SW-846 3540C** | | | | | | | | | | |
| **Blank (B171988-BLK1)** | | | | | Prepared: 03/07/17  Analyzed: 03/09/17 | | | | | |
| Aroclor-1016 | ND | 0.50 | mg/Kg | | | | | | | |
| Aroclor-1016 [2C] | ND | 0.50 | mg/Kg | | | | | | | |
| Aroclor-1221 | ND | 0.50 | mg/Kg | | | | | | | |
| Aroclor-1221 [2C] | ND | 0.50 | mg/Kg | | | | | | | |
| Aroclor-1232 | ND | 0.50 | mg/Kg | | | | | | | |
| Aroclor-1232 [2C] | ND | 0.50 | mg/Kg | | | | | | | |
| Aroclor-1242 | ND | 0.50 | mg/Kg | | | | | | | |
| Aroclor-1242 [2C] | ND | 0.50 | mg/Kg | | | | | | | |
| Aroclor-1248 | ND | 0.50 | mg/Kg | | | | | | | |
| Aroclor-1248 [2C] | ND | 0.50 | mg/Kg | | | | | | | |
| Aroclor-1254 | ND | 0.50 | mg/Kg | | | | | | | |
| Aroclor-1254 [2C] | ND | 0.50 | mg/Kg | | | | | | | |
| Aroclor-1260 | ND | 0.50 | mg/Kg | | | | | | | |
| Aroclor-1260 [2C] | ND | 0.50 | mg/Kg | | | | | | | |
| Aroclor-1262 | ND | 0.50 | mg/Kg | | | | | | | |
| Aroclor-1262 [2C] | ND | 0.50 | mg/Kg | | | | | | | |
| Aroclor-1268 | ND | 0.50 | mg/Kg | | | | | | | |
| Aroclor-1268 [2C] | ND | 0.50 | mg/Kg | | | | | | | |
| Surrogate: Decachlorobiphenyl | 9.58 | | mg/Kg | 10.0 | | 95.8 | 30-150 | | | |
| Surrogate: Decachlorobiphenyl [2C] | 10.0 | | mg/Kg | 10.0 | | 100 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene | 9.39 | | mg/Kg | 10.0 | | 93.9 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene [2C] | 9.49 | | mg/Kg | 10.0 | | 94.9 | 30-150 | | | |

**con-test** ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

**QUALITY CONTROL**

**Polychlorinated Biphenyls with 3540 Soxhlet Extraction - Quality Control**

| Analyte | Result | Reporting Limit | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| **Batch B171988 - SW-846 3540C** | | | | | | | | | | |
| **LCS (B171988-BS1)** | | | | Prepared: 03/07/17  Analyzed: 03/09/17 | | | | | | |
| Aroclor-1016 | 2.2 | 0.50 | mg/Kg | 2.50 | | 87.6 | 40-140 | | | |
| Aroclor-1016 [2C] | 2.2 | 0.50 | mg/Kg | 2.50 | | 87.8 | 40-140 | | | |
| Aroclor-1260 | 2.1 | 0.50 | mg/Kg | 2.50 | | 83.0 | 40-140 | | | |
| Aroclor-1260 [2C] | 2.4 | 0.50 | mg/Kg | 2.50 | | 95.5 | 40-140 | | | |
| Surrogate: Decachlorobiphenyl | 8.85 | | mg/Kg | 10.0 | | 88.5 | 30-150 | | | |
| Surrogate: Decachlorobiphenyl [2C] | 9.26 | | mg/Kg | 10.0 | | 92.6 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene | 8.35 | | mg/Kg | 10.0 | | 83.5 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene [2C] | 8.47 | | mg/Kg | 10.0 | | 84.7 | 30-150 | | | |
| **LCS Dup (B171988-BSD1)** | | | | Prepared: 03/07/17  Analyzed: 03/09/17 | | | | | | |
| Aroclor-1016 | 2.4 | 0.50 | mg/Kg | 2.50 | | 94.6 | 40-140 | 7.61 | 30 | |
| Aroclor-1016 [2C] | 2.4 | 0.50 | mg/Kg | 2.50 | | 96.2 | 40-140 | 9.11 | 30 | |
| Aroclor-1260 | 2.3 | 0.50 | mg/Kg | 2.50 | | 90.2 | 40-140 | 8.39 | 30 | |
| Aroclor-1260 [2C] | 2.6 | 0.50 | mg/Kg | 2.50 | | 103 | 40-140 | 7.20 | 30 | |
| Surrogate: Decachlorobiphenyl | 9.50 | | mg/Kg | 10.0 | | 95.0 | 30-150 | | | |
| Surrogate: Decachlorobiphenyl [2C] | 9.92 | | mg/Kg | 10.0 | | 99.2 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene | 9.12 | | mg/Kg | 10.0 | | 91.2 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene [2C] | 9.23 | | mg/Kg | 10.0 | | 92.3 | 30-150 | | | |

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

# IDENTIFICATION SUMMARY
# FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

| 400-01 |
|---|

Lab Sample ID: _____17C0245-01_____    Date(s) Analyzed: ___03/10/2017___  ___03/10/2017___

Instrument ID (1): _____    Instrument ID (2): _____

GC Column (1): _____ ID: ____ (mm)    GC Column (2): _____ ID: ____ (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---|---|---|---|---|---|---|
| | | | FROM | TO | | |
| Aroclor-1254 | 1 | 0.00 | 0.00 | 0.00 | 3.0 | |
| | 2 | 0.00 | 0.00 | 0.00 | 2.2 | 31.4 |

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

## IDENTIFICATION SUMMARY
## FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

| | 212B-03 |
|---|---|

Lab Sample ID: 17C0245-03        Date(s) Analyzed: 03/10/2017    03/10/2017

Instrument ID (1):                Instrument ID (2):

GC Column (1):        ID:    (mm)    GC Column (2):        ID:    (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---|---|---|---|---|---|---|
| | | | FROM | TO | | |
| Aroclor-1248 | 1 | 0.00 | 0.00 | 0.00 | 6.3 | |
| | 2 | 0.00 | 0.00 | 0.00 | 7.2 | 12.9 |
| Aroclor-1254 | 1 | 0.00 | 0.00 | 0.00 | 5.2 | |
| | 2 | 0.00 | 0.00 | 0.00 | 6.2 | 18.1 |

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

# IDENTIFICATION SUMMARY
## FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

| 132-04 |
|---|

Lab Sample ID:  17C0245-04                    Date(s) Analyzed:  03/09/2017      03/09/2017

Instrument ID (1):                            Instrument ID (2):

GC Column (1):              ID:      (mm)     GC Column (2):              ID:      (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---|---|---|---|---|---|---|
| | | | FROM | TO | | |
| Aroclor-1248 | 1 | 0.00 | 0.00 | 0.00 | 38 | |
| | 2 | 0.00 | 0.00 | 0.00 | 40 | 4.9 |

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

# IDENTIFICATION SUMMARY
# FOR SINGLE COMPONENT ANALYTES

*SW-846 8082A*

**132-02**

Lab Sample ID:        17C0245-05                    Date(s) Analyzed:        03/10/2017        03/10/2017

Instrument ID (1):                                  Instrument ID (2):

GC Column (1):              ID:        (mm)          GC Column (2):              ID:        (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---------|-----|-----|------|-----|--------------|-----|
| | | | FROM | TO | | |
| Aroclor-1254 | 1 | 0.00 | 0.00 | 0.00 | 110000 | |
| | 2 | 0.00 | 0.00 | 0.00 | 96000 | 9.9 |

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

# IDENTIFICATION SUMMARY
# FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

228-01

Lab Sample ID: 17C0245-06          Date(s) Analyzed: 03/10/2017   03/10/2017

Instrument ID (1):                 Instrument ID (2):

GC Column (1):         ID:   (mm)  GC Column (2):         ID:   (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---------|-----|-----|------|------|---------------|-----|
| | | | FROM | TO | | |
| Aroclor-1248 | 1 | 0.00 | 0.00 | 0.00 | 3.0 | |
| | 2 | 0.00 | 0.00 | 0.00 | 3.0 | 1.7 |
| Aroclor-1254 | 1 | 0.00 | 0.00 | 0.00 | 3.0 | |
| | 2 | 0.00 | 0.00 | 0.00 | 3.2 | 7.1 |

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

# IDENTIFICATION SUMMARY
# FOR SINGLE COMPONENT ANALYTES

*SW-846 8082A*

| 203-01 |
|---|

Lab Sample ID: _____17C0245-07_____    Date(s) Analyzed: ___03/10/2017___   ___03/10/2017___

Instrument ID (1):                         Instrument ID (2):

GC Column (1):              ID:      (mm)    GC Column (2):              ID:      (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---|---|---|---|---|---|---|
| | | | FROM | TO | | |
| Aroclor-1248 | 1 | 0.00 | 0.00 | 0.00 | 5.7 | |
| | 2 | 0.00 | 0.00 | 0.00 | 5.7 | 0.7 |
| Aroclor-1254 | 1 | 0.00 | 0.00 | 0.00 | 7.2 | |
| | 2 | 0.00 | 0.00 | 0.00 | 7.8 | 7.7 |
| Aroclor-1260 | 1 | 0.00 | 0.00 | 0.00 | 2.6 | |
| | 2 | 0.00 | 0.00 | 0.00 | 2.6 | 0.8 |

Table of Contents

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

# IDENTIFICATION SUMMARY
# FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

| | 132-05 |
|---|---|

Lab Sample ID: _____17C0245-08_____    Date(s) Analyzed: ___03/10/2017___    ___03/10/2017___

Instrument ID (1):    Instrument ID (2):

GC Column (1):    ID:    (mm)    GC Column (2):    ID:    (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---|---|---|---|---|---|---|
| | | | FROM | TO | | |
| Aroclor-1248 | 1 | 0.00 | 0.00 | 0.00 | 58 | |
| | 2 | 0.00 | 0.00 | 0.00 | 50 | 14.6 |
| Aroclor-1254 | 1 | 0.00 | 0.00 | 0.00 | 20 | |
| | 2 | 0.00 | 0.00 | 0.00 | 26 | 24.6 |
| Aroclor-1260 | 1 | 0.00 | 0.00 | 0.00 | 36 | |
| | 2 | 0.00 | 0.00 | 0.00 | 41 | 11.9 |

con-test
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

# IDENTIFICATION SUMMARY
# FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

132-03

Lab Sample ID: 17C0245-09          Date(s) Analyzed: 03/10/2017     03/10/2017

Instrument ID (1):                 Instrument ID (2):

GC Column (1):          ID:    (mm)    GC Column (2):          ID:    (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---------|-----|-----|------|-----|---------------|-----|
|         |     |     | FROM | TO  |               |     |
| Aroclor-1248 | 1 | 0.00 | 0.00 | 0.00 | 4.9 | |
|         | 2 | 0.00 | 0.00 | 0.00 | 5.3 | 7.0 |
| Aroclor-1254 | 1 | 0.00 | 0.00 | 0.00 | 3.4 | |
|         | 2 | 0.00 | 0.00 | 0.00 | 4.8 | 35.0 |

**con·test®**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

## IDENTIFICATION SUMMARY
## FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

| 200-02 |
|---|

Lab Sample ID:  17C0245-10          Date(s) Analyzed:  03/09/2017    03/09/2017

Instrument ID (1):                   Instrument ID (2):

GC Column (1):          ID:      (mm)    GC Column (2):          ID:      (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---|---|---|---|---|---|---|
| | | | FROM | TO | | |
| Aroclor-1254 | 1 | 0.00 | 0.00 | 0.00 | 94000 | |
| | 2 | 0.00 | 0.00 | 0.00 | 100000 | 6.7 |

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

# IDENTIFICATION SUMMARY
## FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

| | 101-03 |
|---|---|

Lab Sample ID: 17C0245-11          Date(s) Analyzed: 03/10/2017     03/10/2017

Instrument ID (1):                          Instrument ID (2):

GC Column (1):              ID:      (mm)     GC Column (2):              ID:      (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---|---|---|---|---|---|---|
| | | | FROM | TO | | |
| Aroclor-1248 | 1 | 0.00 | 0.00 | 0.00 | 14 | |
| | 2 | 0.00 | 0.00 | 0.00 | 13 | 6.7 |
| Aroclor-1254 | 1 | 0.00 | 0.00 | 0.00 | 13 | |
| | 2 | 0.00 | 0.00 | 0.00 | 18 | 32.3 |

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

# IDENTIFICATION SUMMARY
## FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

207-01

Lab Sample ID:   17C0245-12         Date(s) Analyzed:   03/10/2017     03/10/2017

Instrument ID (1):                  Instrument ID (2):

GC Column (1):          ID:    (mm)   GC Column (2):          ID:    (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---|---|---|---|---|---|---|
| | | | FROM | TO | | |
| Aroclor-1248 | 1 | 0.00 | 0.00 | 0.00 | 6.1 | |
| | 2 | 0.00 | 0.00 | 0.00 | 5.6 | 8.9 |
| Aroclor-1254 | 1 | 0.00 | 0.00 | 0.00 | 5.0 | |
| | 2 | 0.00 | 0.00 | 0.00 | 6.3 | 23.6 |

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

## IDENTIFICATION SUMMARY
## FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

239-04

Lab Sample ID: _____17C0245-13_____   Date(s) Analyzed: ___03/09/2017___   ___03/09/2017___

Instrument ID (1):                              Instrument ID (2):

GC Column (1):                 ID:        (mm)   GC Column (2):                 ID:        (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---------|-----|-----|------|-----|---------------|-----|
| | | | FROM | TO | | |
| Aroclor-1248 | 1 | 0.00 | 0.00 | 0.00 | 68 | |
| | 2 | 0.00 | 0.00 | 0.00 | 72 | 5.1 |

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

# IDENTIFICATION SUMMARY
# FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

| | 100-01 |
|---|---|

Lab Sample ID: 17C0245-14          Date(s) Analyzed: 03/10/2017   03/10/2017

Instrument ID (1):                Instrument ID (2):

GC Column (1):        ID:    (mm)   GC Column (2):        ID:   (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---|---|---|---|---|---|---|
| | | | FROM | TO | | |
| Aroclor-1248 | 1 | 0.00 | 0.00 | 0.00 | 3.0 | |
| | 2 | 0.00 | 0.00 | 0.00 | 2.9 | 4.7 |
| Aroclor-1254 | 1 | 0.00 | 0.00 | 0.00 | 2.5 | |
| | 2 | 0.00 | 0.00 | 0.00 | 3.0 | 19.8 |

**con·test** ®
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

## IDENTIFICATION SUMMARY
## FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

| 100-04 |
|---|

Lab Sample ID: _____17C0245-15_____    Date(s) Analyzed: ___03/09/2017___  ___03/09/2017___

Instrument ID (1): _____    Instrument ID (2): _____

GC Column (1): _____ ID: _____ (mm)    GC Column (2): _____ ID: _____ (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---|---|---|---|---|---|---|
| | | | FROM | TO | | |
| Aroclor-1248 | 1 | 0.00 | 0.00 | 0.00 | 63 | |
| | 2 | 0.00 | 0.00 | 0.00 | 64 | 1.9 |

**con-test®**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

# IDENTIFICATION SUMMARY
# FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

215-01

Lab Sample ID:         17C0245-16                Date(s) Analyzed:        03/10/2017        03/10/2017

Instrument ID (1):                              Instrument ID (2):

GC Column (1):              ID:        (mm)      GC Column (2):              ID:        (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---------|-----|-----|------|-----|---------------|-----|
|         |     |     | FROM | TO  |               |     |
| Aroclor-1248 | 1 | 0.00 | 0.00 | 0.00 | 3.4 |      |
|         | 2 | 0.00 | 0.00 | 0.00 | 3.1 | 10.1 |
| Aroclor-1254 | 1 | 0.00 | 0.00 | 0.00 | 2.6 |      |
|         | 2 | 0.00 | 0.00 | 0.00 | 3.3 | 23.7 |

**con·test®**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

## IDENTIFICATION SUMMARY
## FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

| 130-04 |

Lab Sample ID: _____17C0245-17_____     Date(s) Analyzed: ___03/09/2017___   ___03/09/2017___

Instrument ID (1):                                        Instrument ID (2):

GC Column (1):                ID:        (mm)      GC Column (2):                ID:        (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---|---|---|---|---|---|---|
| | | | FROM | TO | | |
| Aroclor-1248 | 1 | 0.00 | 0.00 | 0.00 | 70 | |
| | 2 | 0.00 | 0.00 | 0.00 | 72 | 3.0 |

**con-test®**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

## IDENTIFICATION SUMMARY
## FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

| 100-02 |
| --- |

Lab Sample ID: ___17C0245-18___     Date(s) Analyzed: ___03/09/2017___  ___03/09/2017___

Instrument ID (1):     Instrument ID (2):

GC Column (1):     ID:    (mm)     GC Column (2):     ID:    (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
| --- | --- | --- | --- | --- | --- | --- |
| | | | FROM | TO | | |
| Aroclor-1254 | 1 | 0.00 | 0.00 | 0.00 | 160000 | |
| | 2 | 0.00 | 0.00 | 0.00 | 180000 | 11.8 |

**con·test®**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

# IDENTIFICATION SUMMARY
# FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

| 200-03 |
|---|

Lab Sample ID: ___17C0245-19___     Date(s) Analyzed: ___03/10/2017___   ___03/10/2017___

Instrument ID (1):                         Instrument ID (2):

GC Column (1):          ID:      (mm)     GC Column (2):          ID:      (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---|---|---|---|---|---|---|
| | | | FROM | TO | | |
| Aroclor-1248 | 1 | 0.00 | 0.00 | 0.00 | 0.50 | |
| | 2 | 0.00 | 0.00 | 0.00 | 0.43 | 14.9 |
| Aroclor-1254 | 1 | 0.00 | 0.00 | 0.00 | 0.22 | |
| | 2 | 0.00 | 0.00 | 0.00 | 0.25 | 14.1 |

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

## IDENTIFICATION SUMMARY
## FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

| Gym-02 |
|--------|

Lab Sample ID: _____17C0245-20_____   Date(s) Analyzed: ___03/09/2017___  ___03/09/2017___

Instrument ID (1):                           Instrument ID (2):

GC Column (1):            ID:      (mm)      GC Column (2):            ID:      (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---------|-----|----|-----------|---|--------------|-----|
|         |     |    | FROM | TO |              |     |
| Aroclor-1254 | 1 | 0.00 | 0.00 | 0.00 | 170000 | |
|         | 2 | 0.00 | 0.00 | 0.00 | 190000 | 8.8 |

**con-test®**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

# IDENTIFICATION SUMMARY
# FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

| LCS |
|-----|

Lab Sample ID: ___B171986-BS1___    Date(s) Analyzed: ___03/10/2017___   ___03/10/2017___

Instrument ID (1):    Instrument ID (2):

GC Column (1):        ID:      (mm)    GC Column (2):        ID:      (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---------|-----|-----|------|------|---------------|-----|
|         |     |     | FROM | TO   |               |     |
| Aroclor-1016 | 1 | 0.00 | 0.00 | 0.00 | 0.88 |    |
|         | 2 | 0.00 | 0.00 | 0.00 | 0.75 | 16 |
| Aroclor-1260 | 1 | 0.00 | 0.00 | 0.00 | 0.80 |    |
|         | 2 | 0.00 | 0.00 | 0.00 | 0.82 | 2 |

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

## IDENTIFICATION SUMMARY
## FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

| LCS Dup |
|---|

Lab Sample ID:  B171986-BSD1                    Date(s) Analyzed:  03/10/2017    03/10/2017

Instrument ID (1):                              Instrument ID (2):

GC Column (1):              ID:      (mm)        GC Column (2):              ID:      (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---|---|---|---|---|---|---|
| | | | FROM | TO | | |
| Aroclor-1016 | 1 | 0.00 | 0.00 | 0.00 | 0.88 | |
| | 2 | 0.00 | 0.00 | 0.00 | 0.82 | 7 |
| Aroclor-1260 | 1 | 0.00 | 0.00 | 0.00 | 0.79 | |
| | 2 | 0.00 | 0.00 | 0.00 | 0.79 | 0 |

**con-test®**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

# IDENTIFICATION SUMMARY
# FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

| Matrix Spike |
| --- |

Lab Sample ID: _____B171986-MS1_____    Date(s) Analyzed: ___03/10/2017___  ___03/10/2017___

Instrument ID (1): _____    Instrument ID (2): _____

GC Column (1): _____  ID: _____ (mm)    GC Column (2): _____  ID: _____ (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
| --- | --- | --- | --- | --- | --- | --- |
| | | | FROM | TO | | |
| Aroclor-1016 | 1 | 0.00 | 0.00 | 0.00 | 1.8 | |
| | 2 | 0.00 | 0.00 | 0.00 | 1.6 | 11 |
| Aroclor-1260 | 1 | 0.00 | 0.00 | 0.00 | 2.3 | |
| | 2 | 0.00 | 0.00 | 0.00 | 2.5 | 10 |

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

# IDENTIFICATION SUMMARY
## FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

| Matrix Spike Dup |
|---|

Lab Sample ID: B171986-MSD1        Date(s) Analyzed: 03/10/2017    03/10/2017

Instrument ID (1):                 Instrument ID (2):

GC Column (1):        ID:    (mm)   GC Column (2):        ID:    (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---|---|---|---|---|---|---|
| | | | FROM | TO | | |
| Aroclor-1016 | 1 | 0.00 | 0.00 | 0.00 | 1.5 | |
| | 2 | 0.00 | 0.00 | 0.00 | 1.4 | 4 |
| Aroclor-1260 | 1 | 0.00 | 0.00 | 0.00 | 1.8 | |
| | 2 | 0.00 | 0.00 | 0.00 | 1.9 | 7 |

**con-test®**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

# IDENTIFICATION SUMMARY
# FOR SINGLE COMPONENT ANALYTES

| LCS |
| --- |

*SW-846 8082A*

Lab Sample ID: _____B171987-BS1_____    Date(s) Analyzed: __03/09/2017__   __03/09/2017__

Instrument ID (1):                                     Instrument ID (2):

GC Column (1):              ID:        (mm)    GC Column (2):              ID:        (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
| --- | --- | --- | --- | --- | --- | --- |
| | | | FROM | TO | | |
| Aroclor-1016 | 1 | 0.00 | 0.00 | 0.00 | 3.4 | |
| | 2 | 0.00 | 0.00 | 0.00 | 3.3 | 3 |
| Aroclor-1260 | 1 | 0.00 | 0.00 | 0.00 | 3.4 | |
| | 2 | 0.00 | 0.00 | 0.00 | 3.4 | 1 |

**con·test®**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

# IDENTIFICATION SUMMARY
## FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

| LCS Dup |
|---|

Lab Sample ID: B171987-BSD1     Date(s) Analyzed: 03/09/2017    03/09/2017

Instrument ID (1):     Instrument ID (2):

GC Column (1):     ID:     (mm)     GC Column (2):     ID:     (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---|---|---|---|---|---|---|
| | | | FROM | TO | | |
| Aroclor-1016 | 1 | 0.00 | 0.00 | 0.00 | 3.5 | |
| | 2 | 0.00 | 0.00 | 0.00 | 3.4 | 2 |
| Aroclor-1260 | 1 | 0.00 | 0.00 | 0.00 | 3.5 | |
| | 2 | 0.00 | 0.00 | 0.00 | 3.5 | 0 |

**con·test®**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

## IDENTIFICATION SUMMARY
## FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

| LCS |
| --- |

Lab Sample ID: _____B171988-BS1_____     Date(s) Analyzed: __03/09/2017__  __03/09/2017__

Instrument ID (1): _____     Instrument ID (2): _____

GC Column (1): _____  ID: ___  (mm)     GC Column (2): _____  ID: ___  (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
| --- | --- | --- | --- | --- | --- | --- |
| | | | FROM | TO | | |
| Aroclor-1016 | 1 | 0.00 | 0.00 | 0.00 | 2.2 | |
| | 2 | 0.00 | 0.00 | 0.00 | 2.2 | 0 |
| Aroclor-1260 | 1 | 0.00 | 0.00 | 0.00 | 2.1 | |
| | 2 | 0.00 | 0.00 | 0.00 | 2.4 | 15 |

**con-test®**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

# IDENTIFICATION SUMMARY
## FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

| LCS Dup |
|---|

Lab Sample ID: _____B171988-BSD1_____   Date(s) Analyzed: ___03/09/2017___   ___03/09/2017___

Instrument ID (1):   Instrument ID (2):

GC Column (1):          ID:      (mm)   GC Column (2):          ID:      (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---|---|---|---|---|---|---|
| | | | FROM | TO | | |
| Aroclor-1016 | 1 | 0.00 | 0.00 | 0.00 | 2.4 | |
| | 2 | 0.00 | 0.00 | 0.00 | 2.4 | 2 |
| Aroclor-1260 | 1 | 0.00 | 0.00 | 0.00 | 2.3 | |
| | 2 | 0.00 | 0.00 | 0.00 | 2.6 | 14 |

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

**FLAG/QUALIFIER SUMMARY**

| | |
|---|---|
| * | QC result is outside of established limits. |
| † | Wide recovery limits established for difficult compound. |
| ‡ | Wide RPD limits established for difficult compound. |
| # | Data exceeded client recommended or regulatory level |
| ND | Not Detected |
| RL | Reporting Limit |
| DL | Method Detection Limit |
| MCL | Maximum Contaminant Level |

Percent recoveries and relative percent differences (RPDs) are determined by the software using values in the calculation which have not been rounded.

No results have been blank subtracted unless specified in the case narrative section.

| | |
|---|---|
| MS-21 | Matrix spike and/or spike duplicate recovery bias high due to contribution of other Aroclors present in the source sample. |
| S-01 | The surrogate recovery for this sample is not available due to sample dilution below the surrogate reporting limit required from high analyte concentration and/or matrix interferences. |

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

**CERTIFICATIONS**

**Certified Analyses included in this Report**

| Analyte | Certifications |
|---|---|
| *SW-846 8082A in Product/Solid* | |
| Aroclor-1016 | CT,NH,NY,ME,NC,VA |
| Aroclor-1016 [2C] | CT,NH,NY,ME,NC,VA |
| Aroclor-1221 | CT,NH,NY,ME,NC,VA |
| Aroclor-1221 [2C] | CT,NH,NY,ME,NC,VA |
| Aroclor-1232 | CT,NH,NY,ME,NC,VA |
| Aroclor-1232 [2C] | CT,NH,NY,ME,NC,VA |
| Aroclor-1242 | CT,NH,NY,ME,NC,VA |
| Aroclor-1242 [2C] | CT,NH,NY,ME,NC,VA |
| Aroclor-1248 | CT,NH,NY,ME,NC,VA |
| Aroclor-1248 [2C] | CT,NH,NY,ME,NC,VA |
| Aroclor-1254 | CT,NH,NY,ME,NC,VA |
| Aroclor-1254 [2C] | CT,NH,NY,ME,NC,VA |
| Aroclor-1260 | CT,NH,NY,ME,NC,VA |
| Aroclor-1260 [2C] | CT,NH,NY,ME,NC,VA |
| Aroclor-1262 | NY,NC,VA |
| Aroclor-1262 [2C] | NY,NC,VA |
| Aroclor-1268 | NY,NC,VA |
| Aroclor-1268 [2C] | NY,NC,VA |

The CON-TEST Environmental Laboratory operates under the following certifications and accreditations:

| Code | Description | Number | Expires |
|---|---|---|---|
| AIHA | AIHA-LAP, LLC - ISO17025:2005 | 100033 | 02/1/2018 |
| MA | Massachusetts DEP | M-MA100 | 06/30/2017 |
| CT | Connecticut Department of Publilc Health | PH-0567 | 09/30/2017 |
| NY | New York State Department of Health | 10899 NELAP | 04/1/2017 |
| NH-S | New Hampshire Environmental Lab | 2516 NELAP | 02/5/2018 |
| RI | Rhode Island Department of Health | LAO00112 | 12/30/2017 |
| NC | North Carolina Div. of Water Quality | 652 | 12/31/2017 |
| NJ | New Jersey DEP | MA007 NELAP | 06/30/2017 |
| FL | Florida Department of Health | E871027 NELAP | 06/30/2017 |
| VT | Vermont Department of Health Lead Laboratory | LL015036 | 07/30/2017 |
| ME | State of Maine | 2011028 | 06/9/2017 |
| VA | Commonwealth of Virginia | 460217 | 12/14/2017 |
| NH-P | New Hampshire Environmental Lab | 2557 NELAP | 09/6/2017 |

Table of Contents

# con-test ANALYTICAL LABORATORY

**CHAIN OF CUSTODY RECORD**
Rev. 04.05.12

®Phone: 413-525-2332
Fax: 413-525-6405
Email: info@contestlabs.com
www.contestlabs.com

39 Spruce Street
East Longmeadow, MA 01028

Page ___ of ___

Company Name: Strategic ES
Address: 262 Putnam Hill Road, Sutton, MA 01590
Attention: Chris Glod
Project Location: Clark School Hartford CT
Sampled By: Mike Ruggieri / Paul Saccente

Telephone: 508-757-7732
Project #: 17-0053
Client PO#:

Project Proposal Provided? (for billing purposes) proposal date
○ yes

DATA DELIVERY (check all that apply)
○ FAX ☑ EMAIL ○ WEBSITE
Fax #
Email: cglol@strategic-es.com
Format: ○ PDF ○ EXCEL ○ GIS ○ OTHER
○ "Enhanced Data Package"

| Con-Test Lab ID | Client Sample ID / Description | Beginning Date/Time | Ending Date/Time | Composite | Grab | Matrix Code | Conc Code |
|---|---|---|---|---|---|---|---|
| 1 | 400-01 | 3/6 | 9:24am | | X | S | |
| 2 | 400-02 | 3/6 | 9:35am | | ✓ | | |
| 3 | 212B-03 | 3/6 | 13:24p | | ✓ | | |
| 4 | 133-04 | | 13:15p | | ✓ | | |
| 5 | 133-02 | | 12:30p | | ✓ | | |
| 6 | 228-01 | | 10:15a | | ✓ | | |
| 7 | 203-01 | | 10:36a | | ✓ | | |
| 8 | 133-05 | | 12:18p | | ✓ | | |
| 9 | 133-03 | | 12:05p | | ✓ | | |
| 10 | 400-03 | | 10:44a | | ✓ | | |

ANALYSIS REQUESTED: 8082 +PCBx Soxhlet

Comments:

Turnaround #
○ 7-Day  ○ 10-Day  ☑ Other 5 day
RUSH †  ○ †24-Hr ○ †48-Hr ○ †72-Hr ○ †4-Day
† Require lab approval

Is your project MCP or RCP?
○ MCP Form Required
○ RCP Form Required
○ MA State DW Form Required  PWSID #

Detection Limit Requirements
Massachusetts:
Connecticut:
Other:

Relinquished by: (signature)  Date/Time: 3/7/7
Received by: (signature)  Date/Time: 12:30
Relinquished by: (signature)  Date/Time: 3/7/7 2:10
Received by: (signature)  Date/Time: 03/07/17 4:10  4°C

# of Containers
** Preservation
***Container Code

Dissolved Metals:
○ Field Filtered
○ Lab to Filter

***Cont. Code:
A=amber glass
G=glass
P=plastic
ST=sterile
V=vial
S=summa can
T=tedlar bag
O=Other

**Preservation:
I=Iced
H=HCL
M=Methanol
N=Nitric Acid
S=Sulfuric Acid
B=Sodium bisulfate
X=Na hydroxide
T=Na thiosulfate
O = Other

*Matrix Code:
GW=groundwater
WW=wastewater
DW=drinking water
A= air
S= soil/solid
SL= sludge
O = other

WBE/DBE Certified
NELAC & AIHA-LAP, LLC Accredited

TURNAROUND TIME STARTS AT 9:00 A.M. THE DAY AFTER SAMPLE RECEIPT UNLESS THERE ARE QUESTIONS ON YOUR CHAIN. IF THIS FORM IS NOT FILLED OUT COMPLETELY OR INCORRECT, TURNAROUND TIME WILL NOT START UNTIL ALL QUESTIONS ARE ANSWERED BY OUR CLIENT. PLEASE BE CAREFUL NOT TO CONTAMINATE THIS DOCUMENT

Table of Contents

Page 2 of 3

1700 275

# con-test
## ANALYTICAL LABORATORY

®Phone: 413-525-2332
Fax: 413-525-6405
Email: info@contestlabs.com
www.contestlabs.com

# CHAIN OF CUSTODY RECORD
Rev. 04.05.12

39 Spruce Street
East Longmeadow, MA 01028

**Company Name:** Strategic ES
**Address:** 362 Putnam Hill Road
Sutton MA 01590
**Attention:** Chris Glod
**Project Location:** Clark School Hartford, CT
**Sampled By:** Mike Ruggiero / Paul Sweenie

**Telephone:** 508-757-7782
**Project #:** 170053
**Client PO#:**

**DATA DELIVERY** (check all that apply)
○ FAX  ☑ EMAIL  ○ WEBSITE
**Fax #:**
**Email:** Glod@strategic-es.com
**Format:** ○ PDF ○ EXCEL ○ GIS
○ OTHER

**Project Proposal Provided?** (for billing purposes)
○ yes _____ proposal date

## ANALYSIS REQUESTED

| Con-Test Lab ID (laboratory use only) | Client Sample ID / Description | Collection Beginning Date/Time | Ending Date/Time | Composite | Grab | *Matrix Code | Conc Code | "Enhanced Data Package" | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 101-02 | 3/6 | 11:40a | | X | S | | | | | | A | | | | |
| 12 | 207-01 | 3/6 | 10:31a | | | | | | | | | X | | | | |
| 13 | 239-04 | 3/6 | 1345p | | | | | | | | | +94x63 0808 | | | | |
| 14 | 100-01 | 3/6 | 10:59a | | | | | | | | | | | | | |
| 15 | 100-04 | 3/6 | 13:55p | | | | | | | | | X | | | | |
| 16 | 215-01 | 3/6 | 10:25a | | | | | | | | | | | | | |
| 17 | 130-04 | 3/6 | 13:33p | | | | | | | | | | | | | |
| 18 | 100-02 | 3/6 | 11:04a | | | | | | | | | | | | | |
| 19 | 100-03 | 3/6 | 13:31p | | √ | | | | | | | √ | | | | |
| 20 | Gym-02 | 3/6 | 13:28p | | √ | √ | | | | | | √ | | | | |

Please use the following codes to let Con-Test know if a specific sample
may be high in concentration in Matrix/Conc. Code Box:
H - High; M - Medium; L - Low; C - Clean; U - Unknown

**Turnaround #**
☐ 7-Day
☐ 10-Day
☐ Other 5day
**RUSH †**
☐ †24-Hr ☐ †48-Hr
☐ †72-Hr ☐ †4-Day
† Require lab approval

**Detection Limit Requirements**
*Massachusetts:*
*Connecticut:*
*Other:*

**Is your project MCP or RCP?**
○ MCP Form Required
○ RCP Form Required
○ MA State DW Form Required  PWSID #

**# of Containers**
**\*\* Preservation**
**\*\*\*Container Code**

**Dissolved Metals:**
○ Field Filtered
○ Lab to Filter

**\*\*\*Cont. Code:**
A=amber glass
G=glass
P=plastic
ST=sterile
V=vial
S=summa can
T=tedlar bag
O=Other

**\*\*Preservation:**
I = Iced
H = HCL
M = Methanol
N = Nitric Acid
S = Sulfuric Acid
B = Sodium bisulfate
X = Na hydroxide
T = Na thiosulfate
O = Other

**\*Matrix Code:**
GW= groundwater
WW= wastewater
DW= drinking water
A = air
S = soil/solid
SL = sludge
O = other

**NELAC & AIHA-LAP, LLC Accredited**
**WBE/DBE Certified**

TURNAROUND TIME STARTS AT 9:00 A.M. THE DAY AFTER SAMPLE RECEIPT UNLESS THERE ARE QUESTIONS ON YOUR CHAIN.  IF THIS FORM IS NOT FILLED OUT COMPLETELY OR
INCORRECT, TURNAROUND TIME WILL NOT START UNTIL ALL QUESTIONS ARE ANSWERED BY OUR CLIENT.  PLEASE BE CAREFUL NOT TO CONTAMINATE THIS DOCUMENT

**Comments:** re bore to differentiate between brooks 12/18 + 12/19

| | Date/Time: |
|---|---|
| Relinquished by: (signature) | |
| Received by: (signature) | 3/7/17 12:3 p |
| Relinquished by: (signature) | 3/7/17 2:10 |
| Received by: (signature) | |

Table of Contents

**con-test**
ANALYTICAL LABORATORY

39 Spruce St.
East Longmeadow, MA. 01028
P: 413-525-2332
F: 413-525-6405
www.contestlabs.com

Page 1 of 2

## Sample Receipt Checklist

**CLIENT NAME:** STRATEGIC - ES   **RECEIVED BY:** BM   **DATE:** 03/07/17

1) **Was the chain(s) of custody relinquished and signed?**   Yes ✓   No _____   No COC Incl.

2) **Does the chain agree with the samples?**   Yes ✓   No _____
   If not, explain:

3) **Are all the samples in good condition?**   Yes ✓   No _____
   If not, explain:

4) **How were the samples received:**
   On Ice ✓   Direct from Sampling _____   Ambient _____   In Cooler(s) ✓

   Were the samples received in Temperature Compliance of (2-6°C)?   Yes _____   No _____   N/A _____

   Temperature °C by Temp blank _____   Temperature °C by Temp gun   4.0°C +2

5) **Are there Dissolved samples for the lab to filter?**   Yes _____   No ✓
   Who was notified _____   Date _____   Time _____

6) **Are there any RUSH or SHORT HOLDING TIME samples?**   Yes _____   No ✓
   Who was notified _____   Date _____   Time _____

7) **Location where samples are stored:** _____

   Permission to subcontract samples?  Yes  No
   (Walk-in clients only) if not already approved
   Client Signature: _____

8) **Do all samples have the proper Acid pH:**   Yes _____   No _____   N/A ✓

9) **Do all samples have the proper Base pH:**   Yes _____   No _____   N/A ✓

10) **Was the PC notified of any discrepancies with the CoC vs the samples:**   Yes _____   N/A ✓

### Containers received at Con-Test

| | # of containers | | # of containers |
|---|---|---|---|
| 1 Liter Amber | | 16 oz amber | 2 |
| 500 mL Amber | | 8 oz amber/clear jar | |
| 250 mL Amber (8oz amber) | | 4 oz amber/clear jar | 13 |
| 1 Liter Plastic | | 2 oz amber/clear jar | |
| 500 mL Plastic | | Plastic Bag / Ziploc | |
| 250 mL plastic | | SOC Kit | |
| 40 mL Vial - type listed below | | Perchlorate Kit | |
| Colisure / bacteria bottle | | Flashpoint bottle | |
| Dissolved Oxygen bottle | | Other glass jar | |
| Encore | | Other | |

| 40 mL vials: | # HCl _____ | # Methanol _____ | Time and Date Frozen: |
|---|---|---|---|
| | # Bisulfate _____ | # DI Water _____ | |
| | # Thiosulfate _____ | Unpreserved _____ | |

Doc# 277
Rev. 4 August 2013

**Page 2 of 2**
**Login Sample Receipt Checklist**
**(Rejection Criteria Listing - Using Sample Acceptance Policy)**
**Any False statement will be brought to the attention of Client**

| Question | Answer (True/False) T/F/NA | Comment |
|---|---|---|
| 1) The cooler's custody seal, if present, is intact. | NA | |
| 2) The cooler or samples do not appear to have been compromised or tampered with. | T | |
| 3) Samples were received on ice. | T | |
| 4) Cooler Temperature is acceptable. | T | 4.2°C ±2 |
| 5) Cooler Temperature is recorded. | T | |
| 6) COC is filled out in ink and legible. | T | |
| 7) COC is filled out with all pertinent information. | T | |
| 8) Field Sampler's name present on COC. | T | |
| 9) There are no discrepancies between the sample IDs on the container and the COC. | T | |
| 10) Samples are received within Holding Time. | T | |
| 11) Sample containers have legible labels. | T | |
| 12) Containers are not broken or leaking. | T | |
| 13) Air Cassettes are not broken/open. | NA | |
| 14) Sample collection date/times are provided. | T | |
| 15) Appropriate sample containers are used. | T | |
| 16) Proper collection media used. | T | |
| 17) No headspace sample bottles are completely filled. | NA | |
| 18) There is sufficient volume for all requsted analyses, including any requested MS/MSDs. | T | |
| 19) Trip blanks provided if applicable. | NA | |
| 20) VOA sample vials do not have head space or bubble is <6mm (1/4") in diameter. | NA | |
| 21) Samples do not require splitting or compositing. | T | |

**Who notified of False statements?**   Date/Time:
Doc #277 Rev. 4 August 2013   **Log-In Technician Initials:** BM   Date/Time: 03/07/17  14:10

Page 63 of 63

**con·test®**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

March 13, 2017

Chris Glod
Strategic Environmental Services
362 Putnam Hill Road
Sutton, MA 01590

Project Location: Clark School Hartford, CT
Client Job Number:
Project Number: 17-0053
Laboratory Work Order Number: 17C0246

Enclosed are results of analyses for samples received by the laboratory on March 7, 2017. If you have any questions concerning this report, please feel free to contact me.

Sincerely,

Aaron L. Benoit
Project Manager

# Table of Contents

| | |
|---|---|
| Sample Summary | 3 |
| Case Narrative | 4 |
| Sample Results | 5 |
|    17C0246-01 | 5 |
|    17C0246-02 | 6 |
|    17C0246-03 | 7 |
|    17C0246-04 | 8 |
|    17C0246-05 | 9 |
|    17C0246-06 | 10 |
| Sample Preparation Information | 11 |
| QC Data | 12 |
|    Polychlorinated Biphenyls with 3540 Soxhlet Extraction | 12 |
|       B171986 | 12 |
|       B171987 | 13 |
| Dual Column RPD Report | 14 |
| Flag/Qualifier Summary | 24 |
| Certifications | 25 |
| Chain of Custody/Sample Receipt | 26 |

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

Strategic Environmental Services
362 Putnam Hill Road
Sutton, MA 01590
ATTN: Chris Glod

REPORT DATE:  3/13/2017

PURCHASE ORDER NUMBER:

PROJECT NUMBER:      17-0053

**ANALYTICAL SUMMARY**

WORK ORDER NUMBER:      17C0246

The results of analyses performed on the following samples submitted to the CON-TEST Analytical Laboratory are found in this report.

PROJECT LOCATION:      Clark School Hartford, CT

| FIELD SAMPLE # | LAB ID: | MATRIX | SAMPLE DESCRIPTION | TEST | SUB LAB |
|---|---|---|---|---|---|
| 201-03 | 17C0246-01 | Concrete | | SW-846 8082A | |
| Ext-105-02 | 17C0246-02 | Caulk | | SW-846 8082A | |
| Ext-Exit2-02 | 17C0246-03 | Caulk | | SW-846 8082A | |
| Ext-144-02 | 17C0246-04 | Caulk | | SW-846 8082A | |
| Ext-Exit5-02 | 17C0246-05 | Caulk | | SW-846 8082A | |
| Ext-105-02 | 17C0246-06 | Caulk | | SW-846 8082A | |



39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

**CASE NARRATIVE SUMMARY**

All reported results are within defined laboratory quality control objectives unless listed below or otherwise qualified in this report.

**SW-846 8082A**

**Qualifications:**

**P-02**

Sample RPD between primary and confirmatory analysis exceeded 40%. Per EPA method 8000, the lower value was reported due to obvious chromatographic interference on the column with the higher result.

**Analyte & Samples(s) Qualified:**

**Aroclor-1260**

17C0246-06[Ext-105-02]

**S-01**

The surrogate recovery for this sample is not available due to sample dilution below the surrogate reporting limit required from high analyte concentration and/or matrix interferences.

**Analyte & Samples(s) Qualified:**

**Decachlorobiphenyl**

17C0246-02[Ext-105-02], 17C0246-03[Ext-Exit2-02], 17C0246-04[Ext-144-02], 17C0246-05[Ext-Exit5-02], 17C0246-06[Ext-105-02]

**Decachlorobiphenyl [2C]**

17C0246-02[Ext-105-02], 17C0246-03[Ext-Exit2-02], 17C0246-04[Ext-144-02], 17C0246-05[Ext-Exit5-02], 17C0246-06[Ext-105-02]

**Tetrachloro-m-xylene**

17C0246-02[Ext-105-02], 17C0246-03[Ext-Exit2-02], 17C0246-04[Ext-144-02], 17C0246-05[Ext-Exit5-02], 17C0246-06[Ext-105-02]

**Tetrachloro-m-xylene [2C]**

17C0246-02[Ext-105-02], 17C0246-03[Ext-Exit2-02], 17C0246-04[Ext-144-02], 17C0246-05[Ext-Exit5-02], 17C0246-06[Ext-105-02]

The results of analyses reported only relate to samples submitted to the Con-Test Analytical Laboratory for testing.
I certify that the analyses listed above, unless specifically listed as subcontracted, if any, were performed under my direction according to the approved methodologies listed in this document, and that based upon my inquiry of those individuals immediately responsible for obtaining the information, the material contained in this report is, to the best of my knowledge and belief, accurate and complete.

Lisa A. Worthington

Project Manager

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

| | | |
|---|---|---|
| Project Location: Clark School Hartford, CT | Sample Description: | Work Order: 17C0246 |
| Date Received: 3/7/2017 | | |
| **Field Sample #: 201-03** | Sampled: 3/6/2017 13:48 | |
| **Sample ID: 17C0246-01** | | |
| Sample Matrix: Concrete | | |

### Polychlorinated Biphenyls with 3540 Soxhlet Extraction

| Analyte | Results | RL | Units | Dilution | Flag/Qual | Method | Date Prepared | Date/Time Analyzed | Analyst |
|---|---|---|---|---|---|---|---|---|---|
| Aroclor-1016 [1] | ND | 2.0 | mg/Kg | 20 | | SW-846 8082A | 3/7/17 | 3/10/17 22:51 | BJH |
| Aroclor-1221 [1] | ND | 2.0 | mg/Kg | 20 | | SW-846 8082A | 3/7/17 | 3/10/17 22:51 | BJH |
| Aroclor-1232 [1] | ND | 2.0 | mg/Kg | 20 | | SW-846 8082A | 3/7/17 | 3/10/17 22:51 | BJH |
| Aroclor-1242 [1] | ND | 2.0 | mg/Kg | 20 | | SW-846 8082A | 3/7/17 | 3/10/17 22:51 | BJH |
| Aroclor-1248 [1] | 22 | 2.0 | mg/Kg | 20 | | SW-846 8082A | 3/7/17 | 3/10/17 22:51 | BJH |
| Aroclor-1254 [1] | ND | 2.0 | mg/Kg | 20 | | SW-846 8082A | 3/7/17 | 3/10/17 22:51 | BJH |
| Aroclor-1260 [1] | ND | 2.0 | mg/Kg | 20 | | SW-846 8082A | 3/7/17 | 3/10/17 22:51 | BJH |
| Aroclor-1262 [1] | ND | 2.0 | mg/Kg | 20 | | SW-846 8082A | 3/7/17 | 3/10/17 22:51 | BJH |
| Aroclor-1268 [1] | ND | 2.0 | mg/Kg | 20 | | SW-846 8082A | 3/7/17 | 3/10/17 22:51 | BJH |

| Surrogates | % Recovery | Recovery Limits | Flag/Qual | | |
|---|---|---|---|---|---|
| Decachlorobiphenyl [1] | 98.4 | 30-150 | | | 3/10/17 22:51 |
| Decachlorobiphenyl [2] | 132 | 30-150 | | | 3/10/17 22:51 |
| Tetrachloro-m-xylene [1] | 97.9 | 30-150 | | | 3/10/17 22:51 |
| Tetrachloro-m-xylene [2] | 122 | 30-150 | | | 3/10/17 22:51 |

**con·test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

| | | |
|---|---|---|
| Project Location:  Clark School Hartford, CT | Sample Description: | Work Order:  17C0246 |
| Date Received: 3/7/2017 | | |
| **Field Sample #:  Ext-105-02** | Sampled: 3/6/2017 14:05 | |
| **Sample ID:  17C0246-02** | | |
| Sample Matrix:  Caulk | | |

### Polychlorinated Biphenyls with 3540 Soxhlet Extraction

| Analyte | Results | RL | Units | Dilution | Flag/Qual | Method | Date Prepared | Date/Time Analyzed | Analyst |
|---|---|---|---|---|---|---|---|---|---|
| Aroclor-1016 [1] | ND | 10000 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 19:46 | JMB |
| Aroclor-1221 [1] | ND | 10000 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 19:46 | JMB |
| Aroclor-1232 [1] | ND | 10000 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 19:46 | JMB |
| Aroclor-1242 [1] | ND | 10000 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 19:46 | JMB |
| Aroclor-1248 [1] | ND | 10000 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 19:46 | JMB |
| Aroclor-1254 [2] | 110000 | 10000 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 19:46 | JMB |
| Aroclor-1260 [1] | ND | 10000 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 19:46 | JMB |
| Aroclor-1262 [1] | ND | 10000 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 19:46 | JMB |
| Aroclor-1268 [1] | ND | 10000 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 19:46 | JMB |

| Surrogates | % Recovery | Recovery Limits | Flag/Qual | | |
|---|---|---|---|---|---|
| **Decachlorobiphenyl [1]** | * | 30-150 | S-01 | | 3/9/17 19:46 |
| **Decachlorobiphenyl [2]** | * | 30-150 | S-01 | | 3/9/17 19:46 |
| **Tetrachloro-m-xylene [1]** | * | 30-150 | S-01 | | 3/9/17 19:46 |
| **Tetrachloro-m-xylene [2]** | * | 30-150 | S-01 | | 3/9/17 19:46 |

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

| | | |
|---|---|---|
| Project Location:  Clark School Hartford, CT | Sample Description: | Work Order:   17C0246 |
| Date Received: 3/7/2017 | | |
| **Field Sample #:  Ext-Exit2-02** | Sampled: 3/6/2017  14:15 | |
| **Sample ID:  17C0246-03** | | |
| Sample Matrix:  Caulk | | |

### Polychlorinated Biphenyls with 3540 Soxhlet Extraction

| Analyte | Results | RL | Units | Dilution | Flag/Qual | Method | Date Prepared | Date/Time Analyzed | Analyst |
|---|---|---|---|---|---|---|---|---|---|
| Aroclor-1016 [1] | ND | 3800 | mg/Kg | 20000 | | SW-846 8082A | 3/7/17 | 3/10/17 10:16 | PJG |
| Aroclor-1221 [1] | ND | 3800 | mg/Kg | 20000 | | SW-846 8082A | 3/7/17 | 3/10/17 10:16 | PJG |
| Aroclor-1232 [1] | ND | 3800 | mg/Kg | 20000 | | SW-846 8082A | 3/7/17 | 3/10/17 10:16 | PJG |
| Aroclor-1242 [1] | ND | 3800 | mg/Kg | 20000 | | SW-846 8082A | 3/7/17 | 3/10/17 10:16 | PJG |
| Aroclor-1248 [1] | ND | 3800 | mg/Kg | 20000 | | SW-846 8082A | 3/7/17 | 3/10/17 10:16 | PJG |
| Aroclor-1254 [1] | 88000 | 3800 | mg/Kg | 20000 | | SW-846 8082A | 3/7/17 | 3/10/17 10:16 | PJG |
| Aroclor-1260 [1] | ND | 3800 | mg/Kg | 20000 | | SW-846 8082A | 3/7/17 | 3/10/17 10:16 | PJG |
| Aroclor-1262 [1] | ND | 3800 | mg/Kg | 20000 | | SW-846 8082A | 3/7/17 | 3/10/17 10:16 | PJG |
| Aroclor-1268 [1] | ND | 3800 | mg/Kg | 20000 | | SW-846 8082A | 3/7/17 | 3/10/17 10:16 | PJG |

| Surrogates | % Recovery | Recovery Limits | Flag/Qual | |
|---|---|---|---|---|
| **Decachlorobiphenyl [1]** | * | 30-150 | S-01 | 3/10/17  10:16 |
| **Decachlorobiphenyl [2]** | * | 30-150 | S-01 | 3/10/17  10:16 |
| **Tetrachloro-m-xylene [1]** | * | 30-150 | S-01 | 3/10/17  10:16 |
| **Tetrachloro-m-xylene [2]** | * | 30-150 | S-01 | 3/10/17  10:16 |

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

Project Location:  Clark School Hartford, CT       Sample Description:                                        Work Order:  17C0246

Date Received: 3/7/2017

**Field Sample #:  Ext-144-02**              Sampled: 3/6/2017 14:18

**Sample ID:  17C0246-04**

Sample Matrix:  Caulk

### Polychlorinated Biphenyls with 3540 Soxhlet Extraction

| Analyte | Results | RL | Units | Dilution | Flag/Qual | Method | Date Prepared | Date/Time Analyzed | Analyst |
|---|---|---|---|---|---|---|---|---|---|
| Aroclor-1016 [1] | ND | 1700 | mg/Kg | 10000 | | SW-846 8082A | 3/7/17 | 3/9/17 20:22 | JMB |
| Aroclor-1221 [1] | ND | 1700 | mg/Kg | 10000 | | SW-846 8082A | 3/7/17 | 3/9/17 20:22 | JMB |
| Aroclor-1232 [1] | ND | 1700 | mg/Kg | 10000 | | SW-846 8082A | 3/7/17 | 3/9/17 20:22 | JMB |
| Aroclor-1242 [1] | ND | 1700 | mg/Kg | 10000 | | SW-846 8082A | 3/7/17 | 3/9/17 20:22 | JMB |
| Aroclor-1248 [1] | ND | 1700 | mg/Kg | 10000 | | SW-846 8082A | 3/7/17 | 3/9/17 20:22 | JMB |
| Aroclor-1254 [2] | 26000 | 1700 | mg/Kg | 10000 | | SW-846 8082A | 3/7/17 | 3/9/17 20:22 | JMB |
| Aroclor-1260 [2] | 9900 | 1700 | mg/Kg | 10000 | | SW-846 8082A | 3/7/17 | 3/9/17 20:22 | JMB |
| Aroclor-1262 [1] | ND | 1700 | mg/Kg | 10000 | | SW-846 8082A | 3/7/17 | 3/9/17 20:22 | JMB |
| Aroclor-1268 [1] | ND | 1700 | mg/Kg | 10000 | | SW-846 8082A | 3/7/17 | 3/9/17 20:22 | JMB |

| Surrogates | % Recovery | Recovery Limits | Flag/Qual | | |
|---|---|---|---|---|---|
| **Decachlorobiphenyl [1]** | * | 30-150 | S-01 | | 3/9/17  20:22 |
| **Decachlorobiphenyl [2]** | * | 30-150 | S-01 | | 3/9/17  20:22 |
| **Tetrachloro-m-xylene [1]** | * | 30-150 | S-01 | | 3/9/17  20:22 |
| **Tetrachloro-m-xylene [2]** | * | 30-150 | S-01 | | 3/9/17  20:22 |

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

Project Location:  Clark School Hartford, CT        Sample Description:                              Work Order:  17C0246
Date Received: 3/7/2017
**Field Sample #:  Ext-Exit5-02**        Sampled: 3/6/2017 14:21
**Sample ID:  17C0246-05**
Sample Matrix:  Caulk

### Polychlorinated Biphenyls with 3540 Soxhlet Extraction

| Analyte | Results | RL | Units | Dilution | Flag/Qual | Method | Date Prepared | Date/Time Analyzed | Analyst |
|---|---|---|---|---|---|---|---|---|---|
| Aroclor-1016 [1] | ND | 4900 | mg/Kg | 25000 | | SW-846 8082A | 3/7/17 | 3/9/17 20:40 | JMB |
| Aroclor-1221 [1] | ND | 4900 | mg/Kg | 25000 | | SW-846 8082A | 3/7/17 | 3/9/17 20:40 | JMB |
| Aroclor-1232 [1] | ND | 4900 | mg/Kg | 25000 | | SW-846 8082A | 3/7/17 | 3/9/17 20:40 | JMB |
| Aroclor-1242 [1] | ND | 4900 | mg/Kg | 25000 | | SW-846 8082A | 3/7/17 | 3/9/17 20:40 | JMB |
| Aroclor-1248 [1] | ND | 4900 | mg/Kg | 25000 | | SW-846 8082A | 3/7/17 | 3/9/17 20:40 | JMB |
| Aroclor-1254 [2] | 76000 | 4900 | mg/Kg | 25000 | | SW-846 8082A | 3/7/17 | 3/9/17 20:40 | JMB |
| Aroclor-1260 [2] | 23000 | 4900 | mg/Kg | 25000 | | SW-846 8082A | 3/7/17 | 3/9/17 20:40 | JMB |
| Aroclor-1262 [1] | ND | 4900 | mg/Kg | 25000 | | SW-846 8082A | 3/7/17 | 3/9/17 20:40 | JMB |
| Aroclor-1268 [1] | ND | 4900 | mg/Kg | 25000 | | SW-846 8082A | 3/7/17 | 3/9/17 20:40 | JMB |

| Surrogates | % Recovery | Recovery Limits | Flag/Qual | | |
|---|---|---|---|---|---|
| **Decachlorobiphenyl [1]** | * | 30-150 | S-01 | | 3/9/17 20:40 |
| **Decachlorobiphenyl [2]** | * | 30-150 | S-01 | | 3/9/17 20:40 |
| **Tetrachloro-m-xylene [1]** | * | 30-150 | S-01 | | 3/9/17 20:40 |
| **Tetrachloro-m-xylene [2]** | * | 30-150 | S-01 | | 3/9/17 20:40 |

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

Project Location:  Clark School Hartford, CT          Sample Description:                                    Work Order:   17C0246

Date Received:  3/7/2017

**Field Sample #:  Ext-105-02**          Sampled: 3/6/2017 14:12

**Sample ID:  17C0246-06**

Sample Matrix:  Caulk

### Polychlorinated Biphenyls with 3540 Soxhlet Extraction

| Analyte | Results | RL | Units | Dilution | Flag/Qual | Method | Date Prepared | Date/Time Analyzed | Analyst |
|---|---|---|---|---|---|---|---|---|---|
| Aroclor-1016 [1] | ND | 9700 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 20:58 | JMB |
| Aroclor-1221 [1] | ND | 9700 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 20:58 | JMB |
| Aroclor-1232 [1] | ND | 9700 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 20:58 | JMB |
| Aroclor-1242 [1] | ND | 9700 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 20:58 | JMB |
| Aroclor-1248 [1] | ND | 9700 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 20:58 | JMB |
| Aroclor-1254 [2] | 180000 | 9700 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 20:58 | JMB |
| Aroclor-1260 [1] | 15000 | 9700 | mg/Kg | 50000 | P-02 | SW-846 8082A | 3/7/17 | 3/9/17 20:58 | JMB |
| Aroclor-1262 [1] | ND | 9700 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 20:58 | JMB |
| Aroclor-1268 [1] | ND | 9700 | mg/Kg | 50000 | | SW-846 8082A | 3/7/17 | 3/9/17 20:58 | JMB |

| Surrogates | % Recovery | Recovery Limits | Flag/Qual | | |
|---|---|---|---|---|---|
| **Decachlorobiphenyl [1]** | * | 30-150 | S-01 | | 3/9/17 20:58 |
| **Decachlorobiphenyl [2]** | * | 30-150 | S-01 | | 3/9/17 20:58 |
| **Tetrachloro-m-xylene [1]** | * | 30-150 | S-01 | | 3/9/17 20:58 |
| **Tetrachloro-m-xylene [2]** | * | 30-150 | S-01 | | 3/9/17 20:58 |

**con·test** ®
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

## Sample Extraction Data

**Prep Method: SW-846 3540C-SW-846 8082A**

| Lab Number [Field ID] | Batch | Initial [g] | Final [mL] | Date |
|---|---|---|---|---|
| 17C0246-02 [Ext-105-02] | B171987 | 0.501 | 10.0 | 03/07/17 |
| 17C0246-03 [Ext-Exit2-02] | B171987 | 0.520 | 10.0 | 03/07/17 |
| 17C0246-04 [Ext-144-02] | B171987 | 0.579 | 10.0 | 03/07/17 |
| 17C0246-05 [Ext-Exit5-02] | B171987 | 0.506 | 10.0 | 03/07/17 |
| 17C0246-06 [Ext-105-02] | B171987 | 0.513 | 10.0 | 03/07/17 |

**Prep Method: SW-846 3540C-SW-846 8082A**

| Lab Number [Field ID] | Batch | Initial [g] | Final [mL] | Date |
|---|---|---|---|---|
| 17C0246-01 [201-03] | B171986 | 2.01 | 10.0 | 03/07/17 |

**con-test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

**QUALITY CONTROL**

**Polychlorinated Biphenyls with 3540 Soxhlet Extraction - Quality Control**

| Analyte | Result | Reporting Limit | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| **Batch B171986 - SW-846 3540C** | | | | | | | | | | |
| **Blank (B171986-BLK1)** | | | | Prepared: 03/07/17  Analyzed: 03/10/17 | | | | | | |
| Aroclor-1016 | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1016 [2C] | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1221 | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1221 [2C] | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1232 | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1232 [2C] | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1242 | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1242 [2C] | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1248 | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1248 [2C] | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1254 | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1254 [2C] | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1260 | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1260 [2C] | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1262 | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1262 [2C] | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1268 | ND | 0.10 | mg/Kg | | | | | | | |
| Aroclor-1268 [2C] | ND | 0.10 | mg/Kg | | | | | | | |
| Surrogate: Decachlorobiphenyl | *0.785* | | mg/Kg | 1.00 | | 78.5 | 30-150 | | | |
| Surrogate: Decachlorobiphenyl [2C] | *0.868* | | mg/Kg | 1.00 | | 86.8 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene | *0.852* | | mg/Kg | 1.00 | | 85.2 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene [2C] | *0.733* | | mg/Kg | 1.00 | | 73.3 | 30-150 | | | |
| **LCS (B171986-BS1)** | | | | Prepared: 03/07/17  Analyzed: 03/10/17 | | | | | | |
| Aroclor-1016 | 0.88 | 0.10 | mg/Kg | 1.00 | | 88.2 | 40-140 | | | |
| Aroclor-1016 [2C] | 0.75 | 0.10 | mg/Kg | 1.00 | | 74.8 | 40-140 | | | |
| Aroclor-1260 | 0.80 | 0.10 | mg/Kg | 1.00 | | 80.1 | 40-140 | | | |
| Aroclor-1260 [2C] | 0.82 | 0.10 | mg/Kg | 1.00 | | 81.6 | 40-140 | | | |
| Surrogate: Decachlorobiphenyl | *0.792* | | mg/Kg | 1.00 | | 79.2 | 30-150 | | | |
| Surrogate: Decachlorobiphenyl [2C] | *0.873* | | mg/Kg | 1.00 | | 87.3 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene | *0.894* | | mg/Kg | 1.00 | | 89.4 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene [2C] | *0.824* | | mg/Kg | 1.00 | | 82.4 | 30-150 | | | |
| **LCS Dup (B171986-BSD1)** | | | | Prepared: 03/07/17  Analyzed: 03/10/17 | | | | | | |
| Aroclor-1016 | 0.88 | 0.10 | mg/Kg | 1.00 | | 87.8 | 40-140 | 0.388 | 30 | |
| Aroclor-1016 [2C] | 0.82 | 0.10 | mg/Kg | 1.00 | | 81.6 | 40-140 | 8.61 | 30 | |
| Aroclor-1260 | 0.79 | 0.10 | mg/Kg | 1.00 | | 78.8 | 40-140 | 1.73 | 30 | |
| Aroclor-1260 [2C] | 0.79 | 0.10 | mg/Kg | 1.00 | | 79.0 | 40-140 | 3.20 | 30 | |
| Surrogate: Decachlorobiphenyl | *0.777* | | mg/Kg | 1.00 | | 77.7 | 30-150 | | | |
| Surrogate: Decachlorobiphenyl [2C] | *0.850* | | mg/Kg | 1.00 | | 85.0 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene | *0.896* | | mg/Kg | 1.00 | | 89.6 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene [2C] | *0.849* | | mg/Kg | 1.00 | | 84.9 | 30-150 | | | |

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

**QUALITY CONTROL**

**Polychlorinated Biphenyls with 3540 Soxhlet Extraction - Quality Control**

| Analyte | Result | Reporting Limit | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| **Batch B171987 - SW-846 3540C** | | | | | | | | | | |
| **Blank (B171987-BLK1)** | | | | Prepared: 03/07/17  Analyzed: 03/09/17 | | | | | | |
| Aroclor-1016 | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1016 [2C] | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1221 | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1221 [2C] | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1232 | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1232 [2C] | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1242 | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1242 [2C] | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1248 | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1248 [2C] | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1254 | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1254 [2C] | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1260 | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1260 [2C] | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1262 | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1262 [2C] | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1268 | ND | 0.20 | mg/Kg | | | | | | | |
| Aroclor-1268 [2C] | ND | 0.20 | mg/Kg | | | | | | | |
| Surrogate: Decachlorobiphenyl | 3.86 | | mg/Kg | 4.00 | | 96.5 | 30-150 | | | |
| Surrogate: Decachlorobiphenyl [2C] | 3.98 | | mg/Kg | 4.00 | | 99.6 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene | 3.75 | | mg/Kg | 4.00 | | 93.6 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene [2C] | 3.82 | | mg/Kg | 4.00 | | 95.6 | 30-150 | | | |
| **LCS (B171987-BS1)** | | | | Prepared: 03/07/17  Analyzed: 03/09/17 | | | | | | |
| Aroclor-1016 | 3.4 | 0.20 | mg/Kg | 4.00 | | 85.1 | 40-140 | | | |
| Aroclor-1016 [2C] | 3.3 | 0.20 | mg/Kg | 4.00 | | 83.3 | 40-140 | | | |
| Aroclor-1260 | 3.4 | 0.20 | mg/Kg | 4.00 | | 84.3 | 40-140 | | | |
| Aroclor-1260 [2C] | 3.4 | 0.20 | mg/Kg | 4.00 | | 85.4 | 40-140 | | | |
| Surrogate: Decachlorobiphenyl | 3.86 | | mg/Kg | 4.00 | | 96.5 | 30-150 | | | |
| Surrogate: Decachlorobiphenyl [2C] | 3.97 | | mg/Kg | 4.00 | | 99.3 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene | 3.65 | | mg/Kg | 4.00 | | 91.3 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene [2C] | 3.75 | | mg/Kg | 4.00 | | 93.7 | 30-150 | | | |
| **LCS Dup (B171987-BSD1)** | | | | Prepared: 03/07/17  Analyzed: 03/09/17 | | | | | | |
| Aroclor-1016 | 3.5 | 0.20 | mg/Kg | 4.00 | | 86.9 | 40-140 | 2.08 | 30 | |
| Aroclor-1016 [2C] | 3.4 | 0.20 | mg/Kg | 4.00 | | 84.8 | 40-140 | 1.72 | 30 | |
| Aroclor-1260 | 3.5 | 0.20 | mg/Kg | 4.00 | | 87.2 | 40-140 | 3.40 | 30 | |
| Aroclor-1260 [2C] | 3.5 | 0.20 | mg/Kg | 4.00 | | 88.1 | 40-140 | 3.13 | 30 | |
| Surrogate: Decachlorobiphenyl | 3.94 | | mg/Kg | 4.00 | | 98.6 | 30-150 | | | |
| Surrogate: Decachlorobiphenyl [2C] | 4.07 | | mg/Kg | 4.00 | | 102 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene | 3.76 | | mg/Kg | 4.00 | | 94.1 | 30-150 | | | |
| Surrogate: Tetrachloro-m-xylene [2C] | 3.83 | | mg/Kg | 4.00 | | 95.7 | 30-150 | | | |

Table of Contents

**con-test®**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

# IDENTIFICATION SUMMARY
# FOR SINGLE COMPONENT ANALYTES

*SW-846 8082A*

| 201-03 |

Lab Sample ID: _____17C0246-01_____      Date(s) Analyzed: __03/10/2017__  __03/10/2017__

Instrument ID (1): _____      Instrument ID (2): _____

GC Column (1): _____  ID: _____ (mm)     GC Column (2): _____  ID: _____ (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---------|-----|-----|------|-----|--------------|-----|
| | | | FROM | TO | | |
| Aroclor-1248 | 1 | 0.00 | 0.00 | 0.00 | 22 | |
| | 2 | 0.00 | 0.00 | 0.00 | 19 | 16.4 |

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

# IDENTIFICATION SUMMARY
# FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

Ext-105-02

Lab Sample ID:  17C0246-02          Date(s) Analyzed:  03/09/2017    03/09/2017

Instrument ID (1):                  Instrument ID (2):

GC Column (1):         ID:    (mm)    GC Column (2):         ID:    (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---|---|---|---|---|---|---|
| | | | FROM | TO | | |
| Aroclor-1254 | 1 | 0.00 | 0.00 | 0.00 | 98000 | |
| | 2 | 0.00 | 0.00 | 0.00 | 110000 | 11.2 |

**con-test®**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

# IDENTIFICATION SUMMARY
# FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

| Ext-Exit2-02 |

Lab Sample ID: _____17C0246-03_____     Date(s) Analyzed: __03/10/2017__  __03/10/2017__

Instrument ID (1): _____     Instrument ID (2): _____

GC Column (1): _____ ID: _____ (mm)     GC Column (2): _____ ID: _____ (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---------|-----|----|-----|-----|------------|-----|
| | | | FROM | TO | | |
| Aroclor-1254 | 1 | 0.00 | 0.00 | 0.00 | 88000 | |
| | 2 | 0.00 | 0.00 | 0.00 | 80000 | 10.0 |

**con·test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

# IDENTIFICATION SUMMARY
# FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

Ext-144-02

Lab Sample ID:  17C0246-04        Date(s) Analyzed:  03/09/2017    03/09/2017

Instrument ID (1):                Instrument ID (2):

GC Column (1):        ID:    (mm)    GC Column (2):        ID:    (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---------|-----|-----|------|-----|---------------|-----|
|         |     |     | FROM | TO  |               |     |
| Aroclor-1254 | 1 | 0.00 | 0.00 | 0.00 | 20000 |      |
|              | 2 | 0.00 | 0.00 | 0.00 | 26000 | 27.6 |
| Aroclor-1260 | 1 | 0.00 | 0.00 | 0.00 | 7500 |      |
|              | 2 | 0.00 | 0.00 | 0.00 | 9900 | 27.6 |

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

# IDENTIFICATION SUMMARY
# FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

| Ext-Exit5-02 |
| --- |

Lab Sample ID: _____17C0246-05_____     Date(s) Analyzed: __03/09/2017__   __03/09/2017__

Instrument ID (1): _____     Instrument ID (2): _____

GC Column (1): _____  ID: _____ (mm)     GC Column (2): _____  ID: _____ (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
| --- | --- | --- | --- | --- | --- | --- |
| | | | FROM | TO | | |
| Aroclor-1254 | 1 | 0.00 | 0.00 | 0.00 | 58000 | |
| | 2 | 0.00 | 0.00 | 0.00 | 76000 | 26.4 |
| Aroclor-1260 | 1 | 0.00 | 0.00 | 0.00 | 16000 | |
| | 2 | 0.00 | 0.00 | 0.00 | 23000 | 35.3 |

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

## IDENTIFICATION SUMMARY
## FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

Ext-105-02

Lab Sample ID: 17C0246-06

Date(s) Analyzed: 03/09/2017   03/09/2017

Instrument ID (1):

Instrument ID (2):

GC Column (1):          ID:          (mm)

GC Column (2):          ID:          (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---------|-----|----|-----------|-----|---------------|-----|
| | | | FROM | TO | | |
| Aroclor-1254 | 1 | 0.00 | 0.00 | 0.00 | 160000 | |
| | 2 | 0.00 | 0.00 | 0.00 | 180000 | 11.8 |
| Aroclor-1260 | 1 | 0.00 | 0.00 | 0.00 | 15000 | |
| | 2 | 0.00 | 0.00 | 0.00 | 23000 | 42.1 |

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

# IDENTIFICATION SUMMARY
# FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

| | LCS |
|---|---|

Lab Sample ID:     B171986-BS1       Date(s) Analyzed:   03/10/2017     03/10/2017

Instrument ID (1):                   Instrument ID (2):

GC Column (1):       ID:     (mm)     GC Column (2):       ID:     (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---|---|---|---|---|---|---|
| | | | FROM | TO | | |
| Aroclor-1016 | 1 | 0.00 | 0.00 | 0.00 | 0.88 | |
| | 2 | 0.00 | 0.00 | 0.00 | 0.75 | 16 |
| Aroclor-1260 | 1 | 0.00 | 0.00 | 0.00 | 0.80 | |
| | 2 | 0.00 | 0.00 | 0.00 | 0.82 | 2 |

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

# IDENTIFICATION SUMMARY
# FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

| LCS Dup |
|---|

Lab Sample ID: __B171986-BSD1__   Date(s) Analyzed: __03/10/2017__  __03/10/2017__

Instrument ID (1):   Instrument ID (2):

GC Column (1):   ID:   (mm)   GC Column (2):   ID:   (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---|---|---|---|---|---|---|
| | | | FROM | TO | | |
| Aroclor-1016 | 1 | 0.00 | 0.00 | 0.00 | 0.88 | |
| | 2 | 0.00 | 0.00 | 0.00 | 0.82 | 7 |
| Aroclor-1260 | 1 | 0.00 | 0.00 | 0.00 | 0.79 | |
| | 2 | 0.00 | 0.00 | 0.00 | 0.79 | 0 |

**con·test**
ANALYTICAL LABORATORY

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

## IDENTIFICATION SUMMARY
## FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

LCS

Lab Sample ID: B171987-BS1   Date(s) Analyzed: 03/09/2017   03/09/2017

Instrument ID (1):   Instrument ID (2):

GC Column (1):   ID:   (mm)   GC Column (2):   ID:   (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---|---|---|---|---|---|---|
| | | | FROM | TO | | |
| Aroclor-1016 | 1 | 0.00 | 0.00 | 0.00 | 3.4 | |
| | 2 | 0.00 | 0.00 | 0.00 | 3.3 | 3 |
| Aroclor-1260 | 1 | 0.00 | 0.00 | 0.00 | 3.4 | |
| | 2 | 0.00 | 0.00 | 0.00 | 3.4 | 1 |

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

## IDENTIFICATION SUMMARY
## FOR SINGLE COMPONENT ANALYTES
*SW-846 8082A*

| LCS Dup |
|---|

Lab Sample ID: B171987-BSD1  Date(s) Analyzed: 03/09/2017  03/09/2017

Instrument ID (1):  Instrument ID (2):

GC Column (1):  ID:  (mm)  GC Column (2):  ID:  (mm)

| ANALYTE | COL | RT | RT WINDOW | | CONCENTRATION | %D |
|---|---|---|---|---|---|---|
| | | | FROM | TO | | |
| Aroclor-1016 | 1 | 0.00 | 0.00 | 0.00 | 3.5 | |
| | 2 | 0.00 | 0.00 | 0.00 | 3.4 | 2 |
| Aroclor-1260 | 1 | 0.00 | 0.00 | 0.00 | 3.5 | |
| | 2 | 0.00 | 0.00 | 0.00 | 3.5 | 0 |

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

**FLAG/QUALIFIER SUMMARY**

| | |
|---|---|
| * | QC result is outside of established limits. |
| † | Wide recovery limits established for difficult compound. |
| ‡ | Wide RPD limits established for difficult compound. |
| # | Data exceeded client recommended or regulatory level |
| ND | Not Detected |
| RL | Reporting Limit |
| DL | Method Detection Limit |
| MCL | Maximum Contaminant Level |

Percent recoveries and relative percent differences (RPDs) are determined by the software using values in the calculation which have not been rounded.

No results have been blank subtracted unless specified in the case narrative section.

| | |
|---|---|
| P-02 | Sample RPD between primary and confirmatory analysis exceeded 40%. Per EPA method 8000, the lower value was reported due to obvious chromatographic interference on the column with the higher result. |
| S-01 | The surrogate recovery for this sample is not available due to sample dilution below the surrogate reporting limit required from high analyte concentration and/or matrix interferences. |

39 Spruce Street * East Longmeadow, MA 01028 * FAX 413/525-6405 * TEL. 413/525-2332

**CERTIFICATIONS**

**Certified Analyses included in this Report**

| Analyte | Certifications |
|---------|----------------|
| *SW-846 8082A in Product/Solid* | |
| Aroclor-1016 | CT,NH,NY,ME,NC,VA |
| Aroclor-1016 [2C] | CT,NH,NY,ME,NC,VA |
| Aroclor-1221 | CT,NH,NY,ME,NC,VA |
| Aroclor-1221 [2C] | CT,NH,NY,ME,NC,VA |
| Aroclor-1232 | CT,NH,NY,ME,NC,VA |
| Aroclor-1232 [2C] | CT,NH,NY,ME,NC,VA |
| Aroclor-1242 | CT,NH,NY,ME,NC,VA |
| Aroclor-1242 [2C] | CT,NH,NY,ME,NC,VA |
| Aroclor-1248 | CT,NH,NY,ME,NC,VA |
| Aroclor-1248 [2C] | CT,NH,NY,ME,NC,VA |
| Aroclor-1254 | CT,NH,NY,ME,NC,VA |
| Aroclor-1254 [2C] | CT,NH,NY,ME,NC,VA |
| Aroclor-1260 | CT,NH,NY,ME,NC,VA |
| Aroclor-1260 [2C] | CT,NH,NY,ME,NC,VA |
| Aroclor-1262 | NY,NC,VA |
| Aroclor-1262 [2C] | NY,NC,VA |
| Aroclor-1268 | NY,NC,VA |
| Aroclor-1268 [2C] | NY,NC,VA |

The CON-TEST Environmental Laboratory operates under the following certifications and accreditations:

| Code | Description | Number | Expires |
|------|-------------|--------|---------|
| AIHA | AIHA-LAP, LLC - ISO17025:2005 | 100033 | 02/1/2018 |
| MA | Massachusetts DEP | M-MA100 | 06/30/2017 |
| CT | Connecticut Department of Publilc Health | PH-0567 | 09/30/2017 |
| NY | New York State Department of Health | 10899 NELAP | 04/1/2017 |
| NH-S | New Hampshire Environmental Lab | 2516 NELAP | 02/5/2018 |
| RI | Rhode Island Department of Health | LAO00112 | 12/30/2017 |
| NC | North Carolina Div. of Water Quality | 652 | 12/31/2017 |
| NJ | New Jersey DEP | MA007 NELAP | 06/30/2017 |
| FL | Florida Department of Health | E871027 NELAP | 06/30/2017 |
| VT | Vermont Department of Health Lead Laboratory | LL015036 | 07/30/2017 |
| ME | State of Maine | 2011028 | 06/9/2017 |
| VA | Commonwealth of Virginia | 460217 | 12/14/2017 |
| NH-P | New Hampshire Environmental Lab | 2557 NELAP | 09/6/2017 |

# con-test
## ANALYTICAL LABORATORY

® Phone: 413-525-2332
Fax: 413-525-6405
Email: info@contestlabs.com
www.contestlabs.com

# CHAIN OF CUSTODY RECORD
Rev 04.05.12

17C0046

39 Spruce Street
East Longmeadow, MA 01028

Page 3 of 3

Company Name: Strategic-15
Address: 362 Putnam Hill Road
Sutton, MA 01590
Attention: Chris Glad
Project Location: Clark School Hartford CT
Sampled By: Mike Ruggieri / Paul Soccarte

Telephone: 508-757-7782
Project #: 17-0053
Client PO#:

DATA DELIVERY (check all that apply)
○ FAX  ⊘ EMAIL  ○ WEBSITE
Fax #:
Email: cglad@strategic-es.com
Format ○ PDF ○ EXCEL ○ GIS ○ OTHER

Project Proposal Provided? (for billing purposes)
○ yes ___ proposal date

| Con-Test Lab ID | Client Sample ID / Description | Collection Beginning Date/Time | Ending Date/Time | Composite | Grab | *Matrix Code | Conc Code |
|---|---|---|---|---|---|---|---|
| 1 | 201-03 | 3/6 | 13:480 | | X | S | |
| 2 | Ext-105-02 | 3/6 | 1405P | | | | |
| 3 | Ext-Ext3-03 | 3/6 | 14:15P | | | | |
| 4 | Ext-144-03 | 3/6 | 14:18 P | | | | |
| 5 | Ext-Ext5-02 | 3/6 | 14:21 P | | V | | |
| 6 | Ext-105-02 | 3/6 | 14:12 P | | V | | |

ANALYSIS REQUESTED
+94x00
C808

Comments: were sure to differentiate between Pinchlor 1248 and 1254

Turnaround:
○ 7-Day
○ 10-Day
⊘ Other 2 day
RUSH †
○ 24-Hr ○ 48-Hr
○ 72-Hr ○ 4-Day
† Require lab approval

Detection Limit Requirements
Massachusetts:
Connecticut:
Other:

*Matrix Code:
H - High; M - Medium; L - Low; C - Clean; U - Unknown

Please use the following codes to let Con-Test know if a specific sample may be high in concentration in Matrix/Conc. Code Box:

Is your project MCP or RCP?
○ MCP Form Required
○ RCP Form Required
○ MA State DW Form Required  PWSID #

*** Container Code:
A=amber glass
G=glass
P=plastic
ST=sterile
V=vial
S=summa can
T=tedlar bag
O=Other

** Preservation
I = Iced
H = HCL
M = Methanol
N = Nitric Acid
S = Sulfuric Acid
B = Sodium bisulfate
X = Na hydroxide
T = Na thiosulfate
O = Other

*Matrix Code:
GW= groundwater
WW=wastewater
DW= drinking water
A = air
S = soil/solid
SL = sludge
O = other

Dissolved Metals
○ Field Filtered
○ Lab to Filter

# of Containers
** Preservation
*** Container Code

NELAC & AIHA-LAP, LLC
Accredited
WBE/DBE Certified

Relinquished by: (signature) ... Date/Time:
Received by: (signature) ... Date/Time: 3/7/17 1130
Relinquished by: (signature) ... Date/Time: 3/7/17 2:10
Received by: (signature) ... Date/Time: 03/07/17 410

TURNAROUND TIME STARTS AT 9:00 A.M. THE DAY AFTER SAMPLE RECEIPT UNLESS THERE ARE QUESTIONS ON YOUR CHAIN. IF THIS FORM IS NOT FILLED OUT COMPLETELY OR INCORRECT, TURNAROUND TIME WILL NOT START UNTIL ALL QUESTIONS ARE ANSWERED BY OUR CLIENT. PLEASE BE CAREFUL NOT TO CONTAMINATE THIS DOCUMENT

Page 26 of 28

Table of Contents



39 Spruce St.
East Longmeadow, MA. 01028
P: 413-525-2332
F: 413-525-6405
www.contestlabs.com

**ANALYTICAL LABORATORY**

Page 1 of 2

## Sample Receipt Checklist

CLIENT NAME: _Strategic-ES_     RECEIVED BY: _BA_     DATE: _03/07/17_

1) Was the chain(s) of custody relinquished and signed?     Yes ✓     No ____     No COC Incl.

2) Does the chain agree with the samples?     Yes ✓     No ____
   If not, explain:

3) Are all the samples in good condition?     Yes ✓     No ____
   If not, explain:

4) How were the samples received:
   On Ice ✓     Direct from Sampling ____     Ambient ____     In Cooler(s) ✓

   Were the samples received in Temperature Compliance of (2-6°C)?     Yes ✓     No ____     N/A ____

   Temperature °C by Temp blank ____     Temperature °C by Temp gun _4.0°C±2_

5) Are there Dissolved samples for the lab to filter?     Yes ____     No ✓
   Who was notified ____     Date ____     Time ____

6) Are there any RUSH or SHORT HOLDING TIME samples?     Yes ____     No ✓
   Who was notified ____     Date ____     Time ____

7) Location where samples are stored: ____

   Permission to subcontract samples?  Yes  No
   (Walk-in clients only) if not already approved
   Client Signature: ____

8) Do all samples have the proper Acid pH:     Yes ____     No ____     N/A ✓

9) Do all samples have the proper Base pH:     Yes ____     No ____     N/A ✓

10) Was the PC notified of any discrepancies with the CoC vs the samples:     Yes ____     N/A ✓

### Containers received at Con-Test

| | # of containers | | # of containers |
|---|---|---|---|
| 1 Liter Amber | | 16 oz amber | |
| 500 mL Amber | | 8 oz amber/clear jar | |
| 250 mL Amber (8oz amber) | | 4 oz amber/clear jar | 6 |
| 1 Liter Plastic | | 2 oz amber/clear jar | |
| 500 mL Plastic | | Plastic Bag / Ziploc | |
| 250 mL plastic | | SOC Kit | |
| 40 mL Vial - type listed below | | Perchlorate Kit | |
| Colisure / bacteria bottle | | Flashpoint bottle | |
| Dissolved Oxygen bottle | | Other glass jar | |
| Encore | | Other | |

40 mL vials:  # HCl ____     # Methanol ____     Time and Date Frozen:
              # Bisulfate ____    # DI Water ____
              # Thiosulfate ____   Unpreserved ____

Doc# 277
Rev. 4 August 2013

**Page 2 of 2**
## Login Sample Receipt Checklist
**(Rejection Criteria Listing - Using Sample Acceptance Policy)**
**Any False statement will be brought to the attention of Client**

| Question | Answer (True/False) T/F/NA | Comment |
|---|---|---|
| 1) The cooler's custody seal, if present, is intact. | NA | |
| 2) The cooler or samples do not appear to have been compromised or tampered with. | T | |
| 3) Samples were received on ice. | T | |
| 4) Cooler Temperature is acceptable. | T | |
| 5) Cooler Temperature is recorded. | T | 4.2°C t2 |
| 6) COC is filled out in ink and legible. | T | |
| 7) COC is filled out with all pertinent information. | T | |
| 8) Field Sampler's name present on COC. | T | |
| 9) There are no discrepancies between the sample IDs on the container and the COC. | T | |
| 10) Samples are received within Holding Time. | T | |
| 11) Sample containers have legible labels. | T | |
| 12) Containers are not broken or leaking. | T | |
| 13) Air Cassettes are not broken/open. | NA | |
| 14) Sample collection date/times are provided. | T | |
| 15) Appropriate sample containers are used. | T | |
| 16) Proper collection media used. | T | |
| 17) No headspace sample bottles are completely filled. | NA | |
| 18) There is sufficient volume for all requsted analyses, including any requested MS/MSDs. | T | |
| 19) Trip blanks provided if applicable. | NA | |
| 20) VOA sample vials do not have head space or bubble is <6mm (1/4") in diameter. | NA | |
| 21) Samples do not require splitting or compositing. | T | |

Who notified of False statements?     Date/Time:

**Doc #277 Rev. 4 August 2013**     Log-In Technician Initials: BAA     Date/Time: 03/07/17

14:10

# Appendix D

**CITY OF HARTFORD**

# PAYMENT VOUCHER

VOUCHER NO.

| SHADED AREAS FOR FINANCE USE ONLY | CHECK DATE _____/_____/_____ |

1. USE A SEPARATE VOUCHER FOR EACH VENDOR OR PURCHASE ORDER.
2. LIST EACH VENDOR INVOICE SEPARATELY.
3. ATTACHED VENDOR INVOICE(S) AND ALL SUPPORTING DOCUMENTATION TO THIS FORM.

| BATCH # | DATE | DEPARTMENT & DIVISION | RESPONSIBILITY CTR & ACTIVITY |
|---|---|---|---|
| | **11/23/15** | **Dept. of Public Works** | **Clark School (Sprinkler Project)** **State Project #064-0308** |

| VENDOR/PAYEE NAME | VENDOR/PAYEE # | GROUP # | SOC. SEC. NO./FED. ID. NO. | PURCHASE ORDER NO. |
|---|---|---|---|---|
| **AAAIS, Inc.** | 3979 | | | **20162060** |

| DATE OF INVOICE | VENDOR INVOICE NO. | FUND | MUNIS OBJECT NUMBER | MUNIS ORG NUMBER | P.O. LINE NO. | PROJECT NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 11/04/15 | Payment App. #1 | 4030 | 545057 | 43067114 | 1 | Q1304 | $55,217.87 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| FINAL PAYMENT ☐   PARTIAL PAYMENT ☒ | ENCUMBERANCE LIQUIDATION | **TOTAL** | **$55,217.87** |

| PAYMENT DESCRIPTION |
|---|
| **Pymt. App. #1:** for abatement work performed at Clark School (Sprinkler Project) **State Project #064-0308** |
| ENTER INFORMATION TO APPEAR ON CHECK STUB, (MAX. OF 60 CHARACTERS) I.E.: ACCT#, CUST#, etc. |
| **Pymt. App. #1:** for abatement work performed at Clark School (Sprinkler Project) **State Project #064-0308** |

| VOUCHER PREPARED BY: | REVIEWED & APPROVED BY: | PAYMENT APPROVED BY: |
|---|---|---|
| *Emily M. Carranza* | *Daniel Haim  11/23/15* | *Antonio J. Matta  11/25/15* |
| Emily M. Carranza, Financial Controls Manager | Daniel Haim, Department of Public Works | Antonio J. Matta |
| Arcadis/O&G Program Management | | Department of Public Works |

| PREAUDITED BY | DATA ENTERED BY | THIS PAYMENT HAS BEEN DULY AUDITED, PAY TO THE ORDER OF THE VENDOR/PAYEE THE NET AMOUNT SHOWN |
|---|---|---|
| | | SIGNATURE / DIRECTOR OF FINANCE |

FM95120

John C. Clark, Jr. School
Sprinkler Project
Contract PO Balance

| VENDOR | PO# | Description | Contract Amount Amount | PO Amount Total | Total Paid to Date | Contract Balance | PO Balance |
|---|---|---|---|---|---|---|---|
| AAIS, Inc. | 20162060 | Abatement Contractor | $ 274,000.00 | $ 274,000.00 | | | |
| | | | $ 274,000.00 | $ 274,000.00 | $ - | $ 274,000.00 | $ 274,000.00 |

11/20/2015

# APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G702    PAGE ONE OF

TO OWNER:
Hartford School Building Committee
550 Main Street
Hartford, CT 06103

FROM CONTRACTOR:
AAIS Corp
902 Boston Post Road
West Haven, CT 06516

CONTRACT FOR: Abatement

PROJECT: JC Clark Elementary School
75 Clark Street
Hartford, CT 06120

VIA ENVIRONMENTAL CONTRACTOR:
Eagle Environmental
8 South Main Street #3
Terryville, CT 06786

APPLICATION NO: 1

PERIOD TO: 10/31/2015

PURCHASE ORDER #: 2016-2060
STATE PROJECT NO: 064-0308

CONTRACT DATE:

Distribution to:
OWNER    x
ARCHITECT    x
CONTRACTOR    x

PAGES

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

ORIGINAL CONTRACT SUM                                          $ 274,000.00
Net change by Change Orders                                        0.00
CONTRACT SUM TO DATE (Line 1 ± 2)                              $ 274,000.00
TOTAL COMPLETED & STORED TO                                   $ 58,124.07
DATE        (Column G on G703)
RETAINAGE:
a.    5 % of Completed Work                    $ 2,906.20
      (Column D + E on G703)
b.    _____% of Stored Material
      (Column F on G703)
      Total Retainage (Lines 5a + 5b or      $ Included in above
      Total in Column I of G703)
TOTAL EARNED LESS RETAINAGE                                   $ 2,906.20
      (Line 4 Less Line 5 Total)
LESS PREVIOUS CERTIFICATES FOR
PAYMENT (Line 6 from prior Certificate)                      $ 55,217.87
CURRENT PAYMENT DUE                                           $ 0.00
BALANCE TO FINISH, INCLUDING RETAINAGE                       $ 218,782.13
      (Line 3 less Line 6)

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____    Date: 11-4-15

State of: CT    County of: New Haven
Subscribed and sworn to before me this 4 day of November 2015
Notary Public: _____
My Commission expires: My Comission Expires October 31, 2018

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . $ 55,217.87

(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)

ARCHITECT: Eagle Environmental Inc.
By: _____    Date: 11/19/15

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

NOV 2 0 2015

APPROVED
By: _____  11/23/15
By: _____  11/24/15
11.20.15

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

*AIA DOCUMENT G703*

APPLICATION NO:
APPLICATION DATE: 11/4/2015
PERIOD TO: 10/31/2015
ARCHITECT'S PROJECT NO.

PAGE OF PAGES  1

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | H % (G÷C) | I BALANCE TO FINISH (C-G) | J RETAINAGE (IF VARIABLE RATE) |
|---|---|---|---|---|---|---|---|---|---|
| **ASBESTOS REMOVAL** | | | | | | | | | |
| RR-002 | PIPING REMOVAL -<6" INCL FITTINGS | $5,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $5,800.00 | $0.00 |
| RR-008 | REMOVE EQUIPMENT INSULATION | $1,156.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $1,156.00 | $0.00 |
| RR-009 | REMOVE HVAC DUCT INSULATION | $20,808.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $20,808.00 | $0.00 |
| AR-010 | REMOVE HVAC DUCT FLEX CONN | $134.54 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $134.54 | $0.00 |
| RR-013 | SPRAY ON FIREPROOFING | $25,950.00 | $0.00 | $5,190.00 | $0.00 | $5,190.00 | 20.00% | $20,760.00 | $259.50 |
| RR-015 | ACCOUSTIC OR METAL PAN CEILING INCL GRID | $17,400.00 | $0.00 | $1,740.00 | $0.00 | $1,740.00 | 10.00% | $15,660.00 | $87.00 |
| RR-027 | PREP WORK AREA | $38,800.00 | $0.00 | $7,760.00 | $0.00 | $7,760.00 | 20.00% | $31,040.00 | $388.00 |
| RR-028 | SOLID BARRIER OR ACCESS TUNNELS 2X4 AND PLYWOOD | $899.28 | $0.00 | $899.28 | $0.00 | $899.28 | 100.00% | $0.00 | $44.96 |
| **MISCELLANEOUS ITEMS** | | | | | | | | | |
| M-001 | MOBILIZATION (1 PER WORK AREA) | $3,000.00 | $0.00 | $3,000.00 | $0.00 | $3,000.00 | 100.00% | $0.00 | $150.00 |
| M-002 | WORKER DECON (1 PER WORK AREA) | $3,000.00 | $0.00 | $3,000.00 | $0.00 | $3,000.00 | 100.00% | $0.00 | $150.00 |
| M1016 | PROJECT BOND ( 3% OF TOTAL CONTRACT) cost +10% | $9,042.00 | $0.00 | $9,042.00 | $0.00 | $9,042.00 | 100.00% | $0.00 | $452.10 |
| **ESCALATION FACTORS** | | | | | | | | | |
| EF-1 | WORK SURFACES 10-20 FEET HIGH | $10,513.88 | $0.00 | $2,102.77 | $0.00 | $2,102.77 | 20.00% | $8,411.11 | $105.14 |
| **OTHER HAZARDOUS MATERIALS ABATEMENT** | | | | | | | | | |
| AW-004 | REMOVE INTACT PCB CAULK WITH NO REMOVAL OF BLDG MATLS. | $1,896.20 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $1,896.20 | $0.00 |
| AW-006 | HEPA VACUUMING AND WASHING SMOOTH SURFACE | $28,000.00 | $0.00 | $5,600.00 | $0.00 | $5,600.00 | 20.00% | $22,400.00 | $280.00 |
| AW-007 | HEPA VACUUMING AND WASHING POROUS SURFACE | $52,200.00 | $0.00 | $10,440.00 | $0.00 | $10,440.00 | 20.00% | $41,760.00 | $522.00 |
| **MISCELLANEOUS ITEMS** | | | | | | | | | |
| RR-008 | HAZARDOUS WASTE DISPOSAL (INCLUDES TRANS) COST + 10% | $18,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $18,000.00 | $0.00 |
| **OTHER** | | | | | | | | | |
| | Electrician Cut/Cap/Make Safe, Temp Panels/Electrician Temp Hang fixtures/smokes/etc/Re-insulate Piping and Ductwork | $37,400.10 | $0.00 | $9,350.02 | $0.00 | $9,350.02 | 25.00% | $28,050.08 | $467.50 |
| | **GRAND TOTALS** | $274,000.00 | $0.00 | $58,124.07 | $0.00 | $58,124.07 | 21% | $215,875.93 | $2,906.20 |

## PARTIAL LIEN WAIVER AND RELEASE
## FOR THE CONTRACTOR

AAIS Corp has furnished or will furnish certain labor, materials, or equipment on the Project at J.C. Clark Elementary School at 75 Clark Street, Hartford, CT 06112. In consideration of payments to date and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, effective upon the City of Hartford and/or Hartford School Building Committee ("Owner") making payment on the Application for payment dated (Date of Invoice), the undersigned waives and releases any right which it now has or in the future may have to claim a mechanic's lien or any other lien rights, and waives and releases all other claims of any kind, against (a) the real property where the Project is located; (b) the improvements and other property located thereon; (c) the Owner and its title company and lender and their employees, officers, and agents; and (d) the surety or sureties of the Owner, for anything whatsoever related to the Project (whether billed or unbilled through the date hereof, except those claims listed as follows:

_____

(If a claim is not listed above, it is not reserved, and any claims or potential claims not listed are waived and released.)

In order to induce payment to be made to the undersigned, the undersigned certifies that it has paid all of its subcontractors, suppliers, and employees for all items connected with the above-referenced Project all amounts owed for the Work covered by payments which the Contractor has received for the Projects prior to the date hereof.

The undersigned has executed this waiver voluntarily and with full knowledge of the undersigned's rights under law.

Dated:   | | - 4 - | 5

[Date of Pay Application through
Which waiver and release is effective.]

By: Maria yr
Name: Maria Bannon
Title: Treasurer

STATE OF CONNECTICUT        )
                            ) ss.  _____
COUNTY OF New Haven         )

November  4, 2015

Personally appeared  Maria Bannon  , an officer of AAIS Corp., signer and sealer of the foregoing instrument, and acknowledged the same to be his free and deed as such officer and the free act and deed of said bank, before me.

RECEIVED
NOV 2 0 2015
ARCADIS O&G
Program Management

Notary Public
My Commission Expires:

My Comission Expires
October 31, 2018

**CITY OF HARTFORD**

# PAYMENT VOUCHER

VOUCHER NO.

SHADED AREAS FOR FINANCE USE ONLY     *CHECK DATE* _____/_____/_____

1. USE A SEPARATE VOUCHER FOR EACH VENDOR OR PURCHASE ORDER.
2. LIST EACH VENDOR INVOICE SEPARATELY.
3. ATTACHED VENDOR INVOICE(S) AND ALL SUPPORTING DOCUMENTATION TO THIS FORM.

| BATCH # | DATE **02/08/16** | DEPARTMENT & DIVISION **Dept. of Public Works** | RESPONSIBILITY CTR & ACTIVITY **Clark School (Sprinkler Project) State Project #064-0308** | | |
|---|---|---|---|---|---|

| VENDOR/PAYEE NAME **AAAIS, Inc.** | VENDOR/PAYEE # **3979** | GROUP # | SOC. SEC. NO./FED. ID. NO. | PURCHASE ORDER NO. **20162060** |
|---|---|---|---|---|

| DATE OF INVOICE | VENDOR INVOICE NO. | FUND | MUNIS OBJECT NUMBER | MUNIS ORG NUMBER | P.O. LINE NO. | PROJECT NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 1/27/16 | Payment App. #2 | 4030 | 545057 | 43067114 | 1 | Q1304 | $161,702.25 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| FINAL PAYMENT ☐   PARTIAL PAYMENT ☒ | ENCUMBERANCE LIQUIDATION | **TOTAL** | **$161,702.25** |
|---|---|---|---|

| PAYMENT DESCRIPTION |
|---|
| **Pymt. App. #2:** for abatement work performed at Clark School (Sprinkler Project) **State Project #064-0308** |
| ENTER INFORMATION TO APPEAR ON CHECK STUB, (MAX. OF 60 CHARACTERS) I.E.: ACCT#, CUST#, etc. |
| **Pymt. App. #2:** for abatement work performed at Clark School (Sprinkler Project) **State Project #064-0308** |

| VOUCHER PREPARED BY: | REVIEWED & APPROVED BY: | PAYMENT APPROVED BY: |
|---|---|---|
| Emily M. Carranza, Financial Controls Manager Arcadis/O&G Program Management | Daniel Haim, Department of Public Works | Antonio J. Matta Department of Public Works |

| PREAUDITED BY | DATA ENTERED BY | THIS PAYMENT HAS BEEN DULY AUDITED, PAY TO THE ORDER OF THE VENDOR/PAYEE THE NET AMOUNT SHOWN _____ SIGNATURE / DIRECTOR OF FINANCE |
|---|---|---|

FM95120

ARCADIS / O&G / C&R
PROGRAM MANAGEMENT

John C. Clark, Jr. School
Sprinkler Project
Contract PO Balance

| VENDOR | PO# | Description | Contract Amount Amount | PO Amount Total | Total Paid to Date | Contract Balance | PO Balance |
|--------|-----|-------------|------------------------|-----------------|--------------------|------------------|------------|
| AAIS, Inc. | 20162060 | Abatement Contractor | $ 274,000.00 | $ 274,000.00 | | | |
| | | | $ 274,000.00 | $ 274,000.00 | $ 55,217.87 | $ 218,782.13 | $ 218,782.13 |

2/3/2016



ARCADIS / O&G / C&R
PROGRAM MANAGEMENT

John C. Clark, Jr. School
Sprinkler Project
Vendor Payments

| VENDOR | Budget Detail | | Invoice Amount | Total Paid to Date | Total Account Code |
|---|---|---|---|---|---|
| AUS, Inc. | Abatement Contractor | Pymt. App #1 | $ 55,217.87 | | |
| Abatement Contractor | | | | $ 55,217.87 | $ 55,217.87 |

# APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G702

PAGE ONE OF 2 PAGES

PROJECT: JC Clark Elementary School
75 Clark Street
Hartford, CT 06120

Distribution to:
- x OWNER
- x ARCHITECT
- x CONTRACTOR

TO OWNER:
Hartford School Building Committee
550 Main Street
Hartford, CT 06103

FROM CONTRACTOR:
AAIS Corp
802 Boston Post Road
West Haven, CT 06516

CONTRACT FOR: Abatement

VIA ENVIRONMENTAL/CONTRACTOR:
Eagle Environmental
8 South Main Street #3
Terryville, CT 06786

APPLICATION NO: 2

PERIOD TO: 12/31/2015

PURCHASE ORDER #: 2016 2060

STATE PROJECT NO: 064-0308

CONTRACT DATE:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 274,000.00 |
| 2. Net change by Change Orders | $ | 0.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 274,000.00 |
| 4. TOTAL COMPLETED & STORED TO DATE   (Column G on G703) | $ | 228,336.97 |

5. RETAINAGE:

a.    5    % of Completed Work    $    $11,416.85
   (Column D + E on G703)

b.        % of Stored Material    $ Included in above
   (Column F on G703)
   Total Retainage (Lines 5a + 5b or
   Total in Column I of G703)

CONTRACTOR:

By: _____   Date: 1-27-2016

State of: CT   County of New Haven
Subscribed and sworn to before me this 27th day of January
Notary Public:
My Commission expires: My Commission Expires

| | | |
|---|---|---|
| 6. TOTAL EARNED LESS RETAINAGE   (Line 4 Less Line 5 Total) | $ | 11,416.85 |
| 7. LESS PREVIOUS CERTIFICATES FOR   PAYMENT (Line 6 from prior Certificate) | $ | 216,920.12 |
| 8. CURRENT PAYMENT DUE | $ | 55,217.87 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE   (Line 3 less Line 6) | $ | 161,702.25 |
| | | 57,079.88 |

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED . . . . . . . . . $ _____

(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)

ARCHITECT:

By: _____   Date: 1/29/2016

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | | $0.00 |

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.

FEB - 3 2016

2.3.16

APPROVED
By: _____
By: _____

My Comission Expires
October 31, 2018

My Comission Expires
October 31, 2018

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

*AIA DOCUMENT G703*

PAGE OF PAGES   2

APPLICATION NO:
APPLICATION DATE: 12/31/2015
PERIOD TO: 12/31/2015
ARCHITECT'S PROJECT NO:

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | H % (G÷C) | I BALANCE TO FINISH (C-G) | J RETAINAGE (IF VARIABLE RATE) |
|---|---|---|---|---|---|---|---|---|---|
| | **ASBESTOS REMOVAL** | | | | | | | | |
| AR-002 | PIPING REMOVAL -6" INCL FITTINGS | $5,800.00 | $0.00 | $5,800.00 | $0.00 | $5,800.00 | 100.00% | $0.00 | $290.00 |
| AR-008 | REMOVE EQUIPMENT INSULATION | $1,156.00 | $0.00 | $1,156.00 | $0.00 | $1,156.00 | 0.00% | $0.00 | $57.8 |
| AR-009 | REMOVE HVAC DUCT INSULATION | $20,808.00 | $0.00 | $20,808.00 | $0.00 | $20,808.00 | 100.0% | $0.00 | $1,040.4 |
| AR-010 | REMOVE HVAC DUCT FLEX CONN | $134.54 | $0.00 | $134.54 | $0.00 | $134.54 | 100.00% | $0.00 | $6.7 |
| AR-013 | SPRAY ON FIREPROOFING | $25,950.00 | $5,190.00 | $20,760.00 | $0.00 | $25,950.00 | 100.00% | $0.00 | $1,297.5 |
| AR-015 | ACCOUSTIC OR METAL PAN CEILING INCL GRID | $17,400.00 | $1,740.00 | $15,660.00 | $0.00 | $17,400.00 | 100.00% | $0.00 | $870.00 |
| AR-027 | PREP WORK AREA | $38,800.00 | $7,760.00 | $31,040.00 | $0.00 | $38,800.00 | 100.00% | $0.00 | $1,940.0 |
| AR-028 | SOLID BARRIER OR ACCESS TUNNELS 2X4 AND PLYWOOD | $899.28 | $899.28 | $0.00 | $0.00 | $899.28 | 100.00% | $0.00 | $44.9 |
| | **MISCELLANEOUS ITEMS** | | | | | | | | |
| MI-001 | MOBILIZATION (1 PER WORK AREA) | $3,000.00 | $3,000.00 | $0.00 | $0.00 | $3,000.00 | 100.00% | $0.00 | $150.00 |
| MI-002 | WORKER DECON (1 PER WORK AREA) | $3,000.00 | $3,000.00 | $0.00 | $0.00 | $3,000.00 | 100.00% | $0.00 | $150.0 |
| MI016 | PROJECT BOND ( 3% OF TOTAL CONTRACT) cost +10% | $9,042.00 | $9,042.00 | $0.00 | $0.00 | $9,042.00 | 100.00% | $0.00 | $452 |
| | **ESCALATION FACTORS** | | | | | | | | |
| EF-1 | WORK SURFACES 10-20 FEET HIGH | $10,513.88 | $2,102.77 | $8,411.11 | $0.00 | $10,513.88 | 100.00% | $0.00 | $525. |
| | **OTHER HAZARDOUS MATERIALS ABATEMENT** | | | | | | | | |
| HM-004 | REMOVE INTACT PCB CAULK WITH NO REMOVAL OF BLDG MATLS | $1,896.20 | $0.00 | $1,896.20 | $0.00 | $1,896.20 | 100.00% | $0.00 | $94.8 |
| HM-006 | HEPA VACUUMING AND WASHING SMOOTH SURFACE | $28,000.00 | $5,600.00 | $15,680.00 | $0.00 | $21,280.00 | 70.00% | $6,720.00 | $1,064.0 |
| HM-007 | HEPA VACUUMING AND WASHING POROUS SURFACE | $52,000.00 | $10,440.00 | $29,232.00 | $0.00 | $39,672.00 | 76.00% | $12,528.00 | $1,983.6 |
| | **MISCELLANEOUS ITEMS** | | | | | | | | |
| | **OTHER** | | | | | | | | |
| MI-008 | HAZARDOUS WASTE DISPOSAL (INCLUDES TRANS) COST + 10% | $18,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $18,000.00 | $0.0 |
| | Electrical/Temp Heat/Fixtures/Switchgear/etc/Re-route Plmbg+Duct work | $37,400.10 | $9,350.02 | $19,635.05 | | $28,985.07 | 77.50% | $8,415.03 | $1,449.2 |
| | **GRAND TOTALS** | $274,000.00 | $58,124.07 | $170,212.90 | $0.00 | $228,336.97 | 83% | $45,663.03 | $11,416.85 |

Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity

**CITY CF HARTFORD**

# PAYMENT VOUCHER

VOUCHER NO.

| SHADED AREAS FOR FINANCE USE ONLY | *CHECK DATE* ____/____/____ |

1. USE A SEPARATE VOUCHER FOR EACH VENDOR OR PURCHASE ORDER.
2. LIST EACH VENDOR INVOICE SEPARATELY.
3. ATTACHED VENDOR INVOICE(S) AND ALL SUPPORTING DOCUMENTATION TO THIS FORM.

| BATCH # | DATE 05/16/16 | DEPARTMENT & DIVISION Dept. of Public Works | RESPONSIBILITY CTR & ACTIVITY Clark School (Sprinkler Project) State Project #064-0308 |
|---|---|---|---|

| VENDOR/PAYEE NAME AAAIS, Inc. | VENDOR/PAYEE # 3979 | GROUP # | SOC. SEC. NO./FED. ID. NO. | PURCHASE ORDER NO. 20162060 |
|---|---|---|---|---|

| DATE OF INVOICE | VENDOR INVOICE NO. | FUND | MUNIS OBJECT NUMBER | MUNIS ORG NUMBER | P.O. LINE NO. | PROJECT NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04/05/16 | Payment App. #3 | 4030 | 545057 | 43067114 | 1 | Q1304 | $26,279.88 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

FINAL PAYMENT ☐   PARTIAL PAYMENT ☒   ENCUMBERANCE LIQUIDATION ____   **TOTAL** $26,279.88

**PAYMENT DESCRIPTION**
**Pymt. App. #3:** for abatement work performed at Clark School (Sprinkler Project) State Project #064-0308
ENTER INFORMATION TO APPEAR ON CHECK STUB, (MAX. OF 60 CHARACTERS) I.E.: ACCT#, CUST#, etc.
**Pymt. App. #3:** for abatement work performed at Clark School (Sprinkler Project) State Project #064-0308

| VOUCHER PREPARED BY: Emily M. Carranza, Financial Controls Manager Arcadis/O&G/C&R Program Management | REVIEWED & APPROVED BY: 5/16/16 Daniel Haim Department of Public Works | PAYMENT APPROVED BY: 5/17/16 Antonio J. Matta Department of Public Works |

| PREAUDITED BY | DATA ENTERED BY | THIS PAYMENT HAS BEEN DULY AUDITED, PAY TO THE ORDER OF THE VENDOR/PAYEE THE NET AMOUNT SHOWN

SIGNATURE / DIRECTOR OF FINANCE |

FM95120

ARCADIS / O&G / C&R
PROGRAM MANAGEMENT

John C. Clark, Jr. School
Sprinkler Project
Contract PO Balance

| VENDOR | PO# | Description | Contract Amount Amount | PO Amount Total | Total Paid to Date | Contract Balance | PO Balance |
|---|---|---|---|---|---|---|---|
| AAIS, Inc. | 2016|2060 | Abatement Contractor | $ 274,000.00 | $ 274,000.00 | | | |
| | | | $ 274,000.00 | $ 274,000.00 | $ 216,920.12 | $ 57,079.88 | $ 57,079.88 |

5/16/2016



**ARCADIS / O&G / C&R**
PROGRAM MANAGEMENT

## John C. Clark, Jr. School
### Sprinkler Project
### Vendor Payments

| VENDOR | Budget Detail | | Invoice Amount | Total Paid to Date | Total Account Code |
|---|---|---|---|---|---|
| AAIS, Inc. | Abatement Contractor | Pymt. App. #1<br>Pymt. App. #2 | $ 55,217.87<br>$ 161,702.25 | $ 216,920.12 | |
| Abatement Contractor | | | | | $ 216,920.12 |

05/16/2016 09:40          CITY OF HARTFORD - Live 11.1
9861sifue001              PURCHASE ORDER INQUIRY PROFILE REPORT

Purchase Order          Type Normal  Fiscal Yr 2016 03    PO#  20162060
                                                          PO Date 10/07/2015
  Requisition           Batch 18
  Department Code       21602824
  Application Code      31100000            DEPT OF PUBLIC WORKS
  Review Code           00000000
  Buyer ID              9861smsheppard      SUSAN SHEPPARD
  Needed By Date
  General Commodity     961                 MISCELLANEOUS SERVICES, NO. 1
  Vendor                003579              AAIS INC. Asbestos Abatement & Insulatio
  Work Order            000000000
  Activity              0                   P.O.Box 26066
                                            WEST HAVEN, CT 06516-8066
  Ship To Address       PWADM               Public Works Administration
                                            50 Jennings Road
                                            HARTFORD, CT 06120

  Ship To Reference     CLARK SCHOOL SPRINKLER PROJ
  Shipping Method
  Bill To Address       PWADM               Public Works Administration
                                            50 Jennings Road
                                            HARTFORD, CT 06120
  PO Description        CLARK SCHOOL FIRE PROTECTION S
  Special Handling      None                Status  Printed         Distribution 1

  Total PO Amount       $274,000.00
  Liquidated            $216,920.12
  Canceled              $.00
  Open Encumbrance      $57,079.88

General Notes
  Print: 0------------------------------
  WE REQUEST THAT PURCHASE ORDER BE PROCESSE
  D FOR AAIS CORP. IN THE AMOUNT $274,000.00
  FOR ABATEMENT WORK TO BE PERFOMED AT CLAR
  K SCHOOL.
  Print: 1------------------------------
  Contract Reference (City)
  Specifications, terms and conditions which
  apply to this Purchase Agreement are as
  detailed in the contract referenced in the
  item description above and/or attached.
  Print: 0------------------------------
  Clark School Fire Protection Sprinklers Pr
  oject.State Project Number #064038e.  Th
  e services were solicited via the State H
  B Connecticut contract #10PsX0238.  The HSB
  C received four quotes:AAIS Corp. 274,000.
    Bestech Inc. of CT $327,189.30. Haz-Pros
  $378,360 and Manafort Bros. $468,500.  Ser
  vices provided by AAIS Corporation who pro
  vided the lowest responsible quote per the
  attached HSBC meeting minuted.

Line Item Details
  ------------------------------

```
05/16/2016 09:40        |CITY OF HARTFORD - Live 11.1                                              |P        2
986islfue001            |PURCHASE ORDER INQUIRY PROFILE REPORT                                     |poinqury


Line 001   Commodity 34084

Req 21602824  Qty 1.00        UOM EACH        Unit Price 274000.00000
% Disc   0.00  Credit   0.00  Freight   0.00
                                         ---------------------------------
                                         Line Item Total         $274,000.00
Qty Received        0.00                 Liquidated              $216,920.12
Qty Canceled        0.00                 Canceled                      $0.00
                              Line Item Open Encumbrance          $57,079.88
                                         ---------------------------------
Description
     Sprinkler Heads and Systems
---------------------------------------------------------------------------
Department  31100  1099 Box    Fixed Asset N  Needed By
Quote           Bid
Ship To Address  PWADM          Public Works Administration
                                50 Jennings Road
---------------------------------------------------------------------------
                                HARTFORD, CT 06120
Ship To Reference  CLARK SCHOOL SPRINKLER PROJ
Allocation Details
   Org      Obj     Proj  Description              Encumbered Amt  Bud
---------------------------------------------------------------------------
43067114  545057  Q1304  ASBESTOS REMOVAL           $274,000.00    U
                                 Liquidated         $216,920.12
                                 Canceled                 $0.00
                      Allocated Open Encumbrance     $57,079.88
---------------------------------------------------------------------------


              ** END OF REPORT - Generated by EMILY SIFUENTES **
```

# APPLICATION AND CERTIFICATION FOR PAYMENT

**AIA DOCUMENT G702**

PAGE ONE OF ___ PAGES

TO OWNER:
Hartford School Building Committee
550 Main Street
Hartford, CT 06103

FROM CONTRACTOR:
AAIS Corp
102 Boston Post Road
West Haven, CT 06516

CONTRACT FOR: Abatement

PROJECT: JC Clark Elementary School
75 Clark Street
Hartford, CT 06120

VIA ENVIRONMENTAL CONTRACTOR:
Eagle Environmental
8 South Main Street #3
Terryville, CT 06786

APPLICATION NO: 3

PERIOD TO: 3/31/2016

PURCHASE ORDER #: 2016-2000
STATE PROJECT NO: 064-0308

CONTRACT DATE:

Distribution to:
| | |
|---|---|
| OWNER | × |
| ARCHITECT | × |
| CONTRACTOR | × |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 274,000.00 |
| 2. Net change by Change Orders | $ | 0.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 274,000.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | 256,000.00 |
| 5. RETAINAGE: |  |  |
| a. 5 % of Completed Work (Column D + E on G703) | $ 12,800.00 |  |
| b. ___ % of Stored Material (Column F on G703) | $ Included in above |  |
| Total Retainage (Lines 5a + 5b or Total in Column I of G703) | $ | 12,800.00 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ | 243,200.00 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ | 216,920.12 |
| 8. CURRENT PAYMENT DUE | $ | 26,279.88 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 30,800.00 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _[signature]_   Date: 4-6-16

State of:
County of:
Subscribed and sworn to before me this ___ day of ___
Notary Public:
My Commission expires: _My Commission Expires_

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ............ $ _____

(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)

ARCHITECT:

By: _[signature]_   Date: 4/26/16

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

_[signature]_ 5/13/16

RECEIVED
MAY 13 2016
ARCADIS/US

AIA DOCUMENT G702: APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE. N.W., WASHINGTON, D.C. 20006-5292

Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Documents' Authenticity from the Licensee.

Case 3:15-cv-01541-RNC   Document 268-4   Filed 6/15/18   Page 190 of 198

# CONTINUATION SHEET

AIA DOCUMENT G703

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO:
APPLICATION DATE: 3/31/2016
PERIOD TO: 3/31/2016
ARCHITECT'S PROJECT NO:

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | H % (G÷C) | I BALANCE TO FINISH (C-G) | J RETAINAGE (IF VARIABLE RATE) |
|---|---|---|---|---|---|---|---|---|---|
| | **ASBESTOS REMOVAL** | | | | | | | | |
| AR-002 | PIPING REMOVAL -6" INCL FITTINGS | $5,800.00 | $5,800.00 | $0.00 | $0.00 | $5,800.00 | 100.00% | $0.00 | $290.00 |
| AR-004 | REMOVE EQUIPMENT INSULATION | $1,156.00 | $1,156.00 | $0.00 | $0.00 | $1,156.00 | 100.00% | $0.00 | $57.80 |
| AR-009 | REMOVE HVAC DUCT INSULATION | $20,808.00 | $20,808.00 | $0.00 | $0.00 | $20,808.00 | 100.00% | $0.00 | $1,040.40 |
| AR-010 | REMOVE HVAC DUCT FLEX CONN | $134.54 | $134.54 | $0.00 | $0.00 | $134.54 | 100.00% | $0.00 | $6.73 |
| AK-001 | SPRAY ON FIREPROOFING | $25,950.00 | $25,950.00 | $0.00 | $0.00 | $25,950.00 | 100.00% | $0.00 | $1,297.50 |
| AR-012 | ACCOUSTIC OR METAL PAN CEILING INCL GRID | $17,400.00 | $17,400.00 | $0.00 | $0.00 | $17,400.00 | 100.00% | $0.00 | $870.00 |
| AR-023 | PREP WORK AREA | $38,800.00 | $38,800.00 | $0.00 | $0.00 | $38,800.00 | 100.00% | $0.00 | $1,940.00 |
| AR-028 | SOLID BARRIER OR ACCESS TUNNELS 2X4 AND PLYWOOD | $899.28 | $899.28 | $0.00 | $0.00 | $899.28 | 100.00% | $0.00 | $44.96 |
| | **MISCELLANEOUS ITEMS** | | | | | | | | |
| MEED1 | MOBILIZATION (1 PER WORK AREA) | $3,000.00 | $3,000.00 | $0.00 | $0.00 | $3,000.00 | 100.00% | $0.00 | $150.00 |
| MEM02 | WORKER DECON (1 PER WORK AREA) | $3,000.00 | $3,000.00 | $0.00 | $0.00 | $3,000.00 | 100.00% | $0.00 | $150.00 |
| MD26 | PROJECT BOND (3% OF TOTAL CONTRACT) cost +10% | $9,042.00 | $9,042.00 | $0.00 | $0.00 | $9,042.00 | 100.00% | $0.00 | $452.10 |
| | **ESCALATION FACTORS** | | | | | | | | |
| E68-4 | WORK SURFACES 10-20 FEET HIGH | $10,513.88 | $10,513.88 | $0.00 | $0.00 | $10,513.88 | 100.00% | $0.00 | $525.69 |
| | **OTHER HAZARDOUS MATERIALS ABATEMENT** | | | | | | | | |
| HM04 | REMOVE INTACT PCB CAULK WITH NO REMOVAL OF BLDG MATLS | $1,896.20 | $1,896.20 | $0.00 | $0.00 | $1,896.20 | 100.00% | $0.00 | $94.81 |
| HM06 | HEPA VACUUMING AND WASHING SMOOTH SURFACE | $28,000.00 | $21,280.00 | $6,720.00 | $0.00 | $28,000.00 | 100.00% | $0.00 | $1,400.00 |
| HM07 | HEPA VACUUMING AND WASHING POROUS SURFACE | $52,200.00 | $39,672.00 | $12,528.00 | $0.00 | $52,200.00 | 100.00% | $0.00 | $2,610.00 |
| | **MISCELLANEOUS ITEMS** | | | | | | | | |
| MH08 | HAZARDOUS WASTE DISPOSAL (INCLUDES TRANS) COST + 10% | $18,000.00 | $0.00 | $8,415.03 | $0.00 | $0.00 | 0.00% | $18,000.00 | $0.00 |
| OTHER | FINISH ELECTRICAL *(handwritten: old make safe elec. cut out 2 floors)* | $37,400.10 | $28,985.07 | $0.00 | $0.00 | $37,400.10 | 100.00% | $0.00 | $1,870.01 |
| | **GRAND TOTALS** | $274,000.00 | $228,336.97 | $27,663.03 | $0.00 | $256,000.00 | 83% | $18,000.00 | $12,800.00 |

Users... obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Documents Authenticity

**CITY OF HARTFORD**

# PAYMENT VOUCHER

| VOUCHER NO. |
|---|
| |

| SHADED AREAS FOR FINANCE USE ONLY | *CHECK DATE* ____/____/____ |
|---|---|

1. USE A SEPARATE VOUCHER FOR EACH VENDOR OR PURCHASE ORDER.
2. LIST EACH VENDOR INVOICE SEPARATELY.
3. ATTACHED VENDOR INVOICE(S) AND ALL SUPPORTING DOCUMENTATION TO THIS FORM.

| BATCH # | DATE | DEPARTMENT & DIVISION | RESPONSIBILITY CTR & ACTIVITY |
|---|---|---|---|
| | **11/16/16** | **Dept. of Public Works** | **Clark School (Sprinkler Project)**<br>**State Project #064-0308** |

| VENDOR/PAYEE NAME | VENDOR/PAYEE # | GROUP # | SOC. SEC. NO./FED. ID. NO. | PURCHASE ORDER NO. |
|---|---|---|---|---|
| **AAAIS, Inc.** | 3979 | | | **20162060** |

| DATE OF INVOICE | VENDOR INVOICE NO. | FUND | MUNIS OBJECT NUMBER | MUNIS ORG NUMBER | P.O. LINE NO. | PROJECT NUMBER | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 10/27/16 | Payment App. #4 | 4030 | 545057 | 43067114 | 1 | Q1304 | $14,236.70 |
| 10/27/16 | Payment App. #5 | 4030 | 545057 | 43067114 | 1 | Q1304 | $13,549.30 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| FINAL PAYMENT ☒   PARTIAL PAYMENT ☐ | ENCUMBERANCE LIQUIDATION | | **TOTAL** | **$27,786.00** |
|---|---|---|---|---|

**PAYMENT DESCRIPTION**

**Pymt. Apps. #4 & #5:** for abatement work & release of retainage (5%) performed at Clark School (Sprinkler Project) **State Project #064-0308**

**ENTER INFORMATION TO APPEAR ON CHECK STUB, (MAX. OF 60 CHARACTERS) I.E.: ACCT#, CUST#, etc.**

**Pymt. Apps. #4 & #5:** for abatement work & release of retainage (5%) performed at Clark School (Sprinkler Project) **State Project #064-0308**

| VOUCHER PREPARED BY: | REVIEWED & APPROVED BY: | PAYMENT APPROVED BY: |
|---|---|---|
| Emily M. Carranza, Financial Controls Manager | for Daniel Haim | Antonio J. Matta |
| Arcadis/O&G/C&R Program Management | Department of Public Works  4/16/16 | Department of Public Works |

| PREAUDITED BY | DATA ENTERED BY | THIS PAYMENT HAS BEEN DULY AUDITED, PAY TO THE ORDER OF THE VENDOR/PAYEE THE NET AMOUNT SHOWN |
|---|---|---|
| | | |
| | | SIGNATURE / DIRECTOR OF FINANCE |

FM95120

ARCADIS / O&G / C&R
PROGRAM MANAGEMENT

John C. Clark, Jr. School
Sprinkler Project
Contract PO Balance

| VENDOR | PO# | Description | Contract Amount Amount | PO Amount Total | Total Paid to Date | Contract Balance | PO Balance |
|---|---|---|---|---|---|---|---|
| AAIS, Inc. | 20162060 | Abatement Contractor | $ 274,000.00 | $ 274,000.00 | | | |
| | | | $ 274,000.00 | $ 274,000.00 | $ 243,200.00 | $ 30,800.00 | $ 30,800.00 |

11/15/2016

**ARCADIS / O&G / C&R**
PROGRAM MANAGEMENT

## John C. Clark, Jr. School
## Sprinkler Project
## Vendor Payments

| VENDOR | Budget Detail | | Invoice Amount | Total Paid to Date | Total Account Code |
|---|---|---|---|---|---|
| ARCADIS, Inc. | Abatement Contractor | Pymt. App. #1 | $ 55,217.87 | | |
| | | Pymt. App. #2 | $ 161,702.25 | | |
| | | Pymt. App. #3 | $ 26,279.88 | | |
| | | | | $ 243,200.00 | |
| Abatement Contractor | | | | | $ 243,200.00 |

Last Update: 11/15/2016

# APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G702   PAGE ONE OF   PAGES

TO OWNER:
Hartford School Building Committee
550 Main Street
Hartford, CT 06103

PROJECT: JC Clark Elementary School
75 Clark Street
Hartford, CT 06120

APPLICATION NO: 4

Distribution to:
| | |
|---|---|
| x | OWNER |
| x | ARCHITECT |
| x | CONTRACTOR |

FROM CONTRACTOR:
AAIS Corp
802 Boston Post Road
West Haven, CT 06516

VIA ENVIRONMENTAL CONTRACTOR:
Eagle Environmental
8 South Main Street #3
Terryville, CT 06786

PERIOD TO:   7/31/2016

PURCHASE ORDER #: 20162060
STATE PROJECT NO: 064-0308

CONTRACT FOR: Abatement

CONTRACT DATE:

**CONTRACTOR'S APPLICATION FOR PAYMENT**
Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

ORIGINAL CONTRACT SUM ............................. $ 274,000.00
Net change by Change Orders ......................... $ 0.00
CONTRACT SUM TO DATE (Line 1 ± 2) .......... $ 274,000.00
TOTAL COMPLETED & STORED TO
DATE       (Column G on G703) ......................... $ 270,986.00
RETAINAGE:
a.    5  % of Completed Work
      (Column D + E on G703)       $ $13,549.30
b.    % of Stored Material
      (Column F on G703)
      Total Retainage (Lines 5a + 5b or
      Total in Column I of G703)          $ Included in above
TOTAL EARNED LESS RETAINAGE ............. $ 13,549.30
(Line 4 Less Line 5 Total)
LESS PREVIOUS CERTIFICATES FOR
PAYMENT (Line 6 from prior Certificate) ...... $ 257,436.70
CURRENT PAYMENT DUE ........................... $ 243,200.00
BALANCE TO FINISH, INCLUDING RETAINAGE
(Line 3 less Line 6)                $ 16,563.30

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:
By: _____ Date: 10-27-16

State of: CT   County of: New Haven
Subscribed and sworn to before me this 27 day of October 2016
Notary Public:
My Commission expires:

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

**ARCHITECT'S CERTIFICATE FOR PAYMENT**
In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ............. $ _____

(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)
ARCHITECT:
By: _____ Date: 11/9/16
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.

APPROVED
OCT 3 1 2016

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703

PAGE  OF  PAGES

APPLICATION NO:
APPLICATION DATE:      7/31/2016
PERIOD TO:                  7/31/2016
ARCHITECT'S PROJECT NO:

4

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| | **ASBESTOS REMOVAL** | | | | | | | | |
| AR-002 | PIPING REMOVAL -6" INCL FITTINGS | $5,800.00 | $5,800.00 | | $0.00 | $5,800.00 | 100.00% | $0.00 | $290.00 |
| AR-008 | REMOVE EQUIPMENT INSULATION | $1,156.00 | $1,156.00 | $0.00 | $0.00 | $1,156.00 | 0.00% | $0.00 | $57.80 |
| AR-009 | REMOVE HVAC DUCT INSULATION | $20,808.00 | $20,808.00 | $0.00 | $0.00 | $20,808.00 | 100.00% | $0.00 | $1,040.40 |
| AR-010 | REMOVE HVAC DUCT FLEX CONN | $134.54 | $134.54 | $0.00 | $0.00 | $134.54 | 100.00% | $0.00 | $6.73 |
| AR-013 | SPRAY ON FIREPROOFING | $25,950.00 | $25,950.00 | $0.00 | $0.00 | $25,950.00 | 100.00% | $0.00 | $1,297.50 |
| AR-015 | ACCOUSTIC OR METAL PAN CEILING INCL GRID | $17,400.00 | $17,400.00 | $0.00 | $0.00 | $17,400.00 | 100.00% | $0.00 | $870.00 |
| AR-027 | PREP WORK AREA | $38,800.00 | $38,800.00 | $0.00 | $0.00 | $38,800.00 | 100.00% | $0.00 | $1,940.00 |
| AR-028 | SOLID BARRIER OR ACCESS TUNNELS 2X4 AND PLYWOOD | $899.28 | $899.28 | $0.00 | $0.00 | $899.28 | 100.00% | $0.00 | $44.96 |
| | **MISCELLANEOUS ITEMS** | | | | | | | | |
| M4-001 | MOBILIZATION (1 PER WORK AREA) | $3,000.00 | $3,000.00 | $0.00 | $0.00 | $3,000.00 | 100.00% | $0.00 | $150.00 |
| M4-002 | WORKER DECON (1 PER WORK AREA) | $3,000.00 | $3,000.00 | $0.00 | $0.00 | $3,000.00 | 100.00% | $0.00 | $150.00 |
| M016 | PROJECT BOND ( 3% OF TOTAL CONTRACT) cost +10% | $9,042.00 | $9,042.00 | ($3,014.00) | $0.00 | $6,028.00 | 66.67% | $3,014.00 | $301.40 |
| | **ESCALATION FACTORS** | | | | | | | | |
| EF-1 | WORK SURFACES 10-20 FEET HIGH | $10,513.88 | $10,513.88 | $0.00 | $0.00 | $10,513.88 | 100.00% | $0.00 | $525.69 |
| | **OTHER HAZARDOUS MATERIALS ABATEMENT** | | | | | | | | |
| HM-004 | REMOVE INTACT PCB CAULK WITH NO REMOVAL OF BLDG MATLS. | $1,896.20 | $1,896.20 | $0.00 | $0.00 | $1,896.20 | 100.00% | $0.00 | $94.81 |
| HM-006 | HEPA VACUMING AND WASHING SMOOTH SURFACE | $28,000.00 | $28,000.00 | $0.00 | $0.00 | $28,000.00 | 100.00% | $0.00 | $1,400.00 |
| HM-007 | HEPA VACUMING AND WASHING POROUS SURFACE | $52,200.00 | $52,200.00 | $0.00 | $0.00 | $52,200.00 | 100.00% | $0.00 | $2,610.00 |
| | **MISCELLANEOUS ITEMS** | | | | | | | | |
| M4-008 | HAZARDOUS WASTE DISPOSAL (INCLUDES TRANS) COST + 10% | $18,000.00 | $0.00 | $18,000.00 | $0.00 | $18,000.00 | 100.00% | $0.00 | $900.00 |
| | **OTHER** | $37,400.00 | $37,400.10 | $0.00 | $0.00 | $37,400.10 | 100.00% | $0.00 | $1,870.01 |
| | **GRAND TOTALS** | $274,000.00 | $256,000.00 | $14,986.00 | $0.00 | $270,986.00 | 15.67% | $3,014.00 | $13,549.30 |

Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity

**Cross Surety, Inc.**
217 Main Street
Suite B-1
Lewiston, ME 04240

RECEIVED OCT 2 6 2015

AAIS Corp.
P.O. Box 26066
West Haven, CT 06516

——— **INVOICE** ———

| AAIS Corp. | |
|---|---|
| | 194234 |
| 10/23/2015 | |
| Michael Viner | |
| Terry Lister | |
| 1 of 1 | |

| | 5,480.00 |
|---|---|
| 0191039 | Invoice#717424 |

- **Thank You**

Please detach and return with payment

Customer: AAIS Corp.                                             67726

| 717424 | 10/09/2015 | New business | Policy #0191039  10/09/2015-10/09/2016<br>Berkley Surety Group, Inc<br>JC Clark Elementary (HSBC) - New business | 5,480.00 |
|---|---|---|---|---|
| | | | | X 10 % |
| | | | $274,000 Performance and Payment Bond in Favor of<br>Hartford Schooi Building Committee (HSBC) for J.C. Clark<br>Elementary School. | 6028 |
| | | | We appreciate your business | Amt Billed App#1 #9042 |
| | | | | (3014) |
| | | | V# ___12245___ | Overage. |
| | | | I ___717424___ | |
| | | | D ___10-23-15___ | |
| | | | J# 15C065 | |
| | | | C/T ___1402___ | |
| | | | G/L _____ | |

#5480 (Cost of contract)
+    548 (10% markup).
#6028 (Total) -
(9042) Amt billed in App#1.
#3014 overage - Credit owed to City.

5,480.00

**Thank You**

| **Cross Surety, Inc.**<br>217 Main Street  Suite B-1<br>Lewiston, ME  04240 | (207) 786-6750 | 10/23/2015 |
|---|---|---|

# APPLICATION AND CERTIFICATION FOR PAYMENT

| | |
|---|---|
| TO OWNER: | PROJECT: JC Clark Elementary School |
| Hartford School Building Committee | 75 Clark Street |
| 550 Main Street | Hartford, CT 06120 |
| Hartford, CT 06103 | |
| FROM CONTRACTOR: | VIA ENVIRONMENTAL CONTRACTOR: |
| AIS Corp | Eagle Environmental |
| 202 Boston Post Road | 8 South Main Street #3 |
| West Haven, CT 06516 | Terryville, CT 06786 |
| CONTRACT FOR: Abatement | |

*AIA DOCUMENT G702*  PAGE ONE OF

APPLICATION NO: 5

PERIOD TO: 8/31/2016

PURCHASE ORDER #: 20162060
STATE PROJECT NO: 064-0308

CONTRACT DATE:

Distribution to:
- [x] OWNER
- [x] ARCHITECT
- [x] CONTRACTOR

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | |
|---|---|
| ORIGINAL CONTRACT SUM | $ 274,000.00 |
| Net change by Change Orders | 0.00 |
| CONTRACT SUM TO DATE (Line 1 + 2) | $ 274,000.00 |
| TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ 270,986.00 |
| RETAINAGE: | |
| a. 5 % of Completed Work (Column D + E on G703) | $ |
| b. ___ % of Stored Material (Column F on G703) | $ |
| Total Retainage (Lines 5a + 5b or Total in Column 1 of G703) | $ Included in above |
| TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ 270,986.00 |
| LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ 257,436.70 |
| CURRENT PAYMENT DUE | $ 13,549.30 |
| BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ 3,014.00 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Order | $0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _(signature)_   Date: 10-27-16

State of: CT   County of: New Haven
Subscribed and sworn to before me this 27 day of October 2016
Notary Public: _(signature)_
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ......... $ _____

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*

ARCHITECT:
By: _(signature)_   Date: 11/9/16
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

NOVEMBER 31, 2018
My Comission Expires

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON DC 20006-5292
Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Documents Authenticity from the Licensee.

APPROVED
By: _(signature)_
By: _(signature)_  Will do for Dent Herny
11-15-16

OCT 31 2016

# CONTINUATION SHEET

*AIA DOCUMENT G703*

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column 1 on Contracts where variable retainage for line items may apply.

APPLICATION NO:
APPLICATION DATE: 8/31/2016
PERIOD TO: 8/31/2016
ARCHITECTS PROJECT NO:

| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C-G) | RETAINAGE (IF VARIABLE RATE) |
|---|---|---|---|---|---|---|---|---|---|
| | **ASBESTOS REMOVAL** | | | | | | | | |
| AR-002 | PIPING REMOVAL <6" INCL FITTINGS | $5,800.00 | $5,800.00 | $0.00 | $0.00 | $5,800.00 | 100.00% | $0.00 | $0.00 |
| AR-008 | REMOVE EQUIPMENT INSULATION | $1,156.00 | $1,156.00 | $0.00 | $0.00 | $1,156.00 | 0.00% | $0.00 | $0.00 |
| AR-009 | REMOVE HVAC DUCT INSULATION | $20,808.00 | $20,808.00 | $0.00 | $0.00 | $20,808.00 | 100.00% | $0.00 | $0.00 |
| AR-010 | REMOVE HVAC DUCT FLEX CONN | $134.54 | $134.54 | $0.00 | $0.00 | $134.54 | 100.00% | $0.00 | $0.00 |
| AR-013 | SPRAY ON FIREPROOFING | $25,950.00 | $25,950.00 | $0.00 | $0.00 | $25,950.00 | 100.00% | $0.00 | $0.00 |
| AR-015 | ACOUSTIC OR METAL PAN CEILING INCL GRID | $17,400.00 | $17,400.00 | $0.00 | $0.00 | $17,400.00 | 100.00% | $0.00 | $0.00 |
| AR-027 | PREP WORK AREA | $38,800.00 | $38,800.00 | $0.00 | $0.00 | $38,800.00 | 100.00% | $0.00 | $0.00 |
| AR-028 | SOLID BARRIER OR ACCESS TUNNELS 2X4 AND PLYWOOD | $899.28 | $899.28 | $0.00 | $0.00 | $899.28 | 100.00% | $0.00 | $0.00 |
| | **MISCELLANEOUS ITEMS** | | | | | | | | |
| MI-001 | MOBILIZATION (1 PER WORK AREA) | $3,000.00 | $3,000.00 | $0.00 | $0.00 | $3,000.00 | 100.00% | $0.00 | $0.00 |
| MI-002 | WORKER DECON (1 PER WORK AREA) | $3,000.00 | $3,000.00 | $0.00 | $0.00 | $3,000.00 | 100.00% | $0.00 | $0.00 |
| MI016 | PROJECT BOND (3% OF TOTAL CONTRACT) cost +10% | $9,042.00 | $6,028.00 | $0.00 | $0.00 | $6,028.00 | 66.67% | $3,014.00 | $0.00 |
| | **ESCALATION FACTORS** | | | | | | | | |
| EF-1 | WORK SURFACES 10-20 FEET HIGH | $10,513.88 | $10,513.88 | $0.00 | $0.00 | $10,513.88 | 100.00% | $0.00 | $0.00 |
| | **OTHER HAZARDOUS MATERIALS ABATEMENT** | | | | | | | | |
| HM-004 | REMOVE INTACT PCB CAULK WITH NO REMOVAL OF BLDG MATLS. | $1,896.20 | $1,896.20 | $0.00 | $0.00 | $1,896.20 | 100.00% | $0.00 | $0.00 |
| HM-006 | HEPA VACUUMING AND WASHING SMOOTH SURFACE | $28,000.00 | $28,000.00 | $0.00 | $0.00 | $28,000.00 | 100.00% | $0.00 | $0.00 |
| HM-007 | HEPA VACUUMING AND WASHING POROUS SURFACE | $52,200.00 | $52,200.00 | $0.00 | $0.00 | $52,200.00 | 100.00% | $0.00 | $0.00 |
| | **MISCELLANEOUS ITEMS** | | | | | | | | |
| MI-008 | HAZARDOUS WASTE DISPOSAL (INCLUDES TRANS) COST + 10% | $18,000.00 | $18,000.00 | $0.00 | $0.00 | $18,000.00 | 100.00% | $0.00 | $0.00 |
| | **OTHER** | $37,400.10 | $37,400.10 | $0.00 | $0.00 | $37,400.10 | 100.00% | $0.00 | $0.00 |
| | **GRAND TOTALS** | $274,000.00 | $270,986.00 | $0.00 | $0.00 | $270,986.00 | 156?% | $3,014.00 | $0.00 |

ARCHITECTS PROJECT NO: