UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CITY OF HARTFORD and
HARTFORD BOARD OF EDUCATION,

    Plaintiffs,

vs.

MONSANTO COMPANY,
SOLUTIA INC., and
PHARMACIA CORPORATION,

    Defendants.

CIVIL ACTION NO.

Case No. 3:15-CV-01544-RNC

## EXHIBIT LIST

Below is the list of true and accurate exhibits for the Plaintiffs' Local Rule 56(A)2 Statement of Facts in Opposition to Summary Judgment and Addition Material Facts:

1. Memo from Paton, February 12, 1969, HARTOLDMON0029371-72;

2. Polysulfide Modifiers: Special Report from Monsanto Research, HARTOLDMON0029395-29404;

3. Excerpt of Deposition of Jerome M. Klosowski ("Klosowski Dep."), Aug. 29, 2017, pages 82-83, 116-117, 245 ;

4. Expert Report of Jerome M. Klosowski ("Klosowski Rpt."), July 17, 2017;

5. Monsanto Technical Bulletin O/PL-332A, June 1969, TOWOLDMON0026030-63;

6. Monsanto Technical Bulletin O/PL-306, Aroclor Plasticizers, January 1968, TOWOLDMON0033636-87;

7. Rebuttal Expert Report of Dr. Lisa Rodenburg ("Rodenburg Rpt."), January 15, 2018;

8. Expert Report of James Olson ("Olson Rpt."), July 17, 2017;

1

9. Rebuttal Expert Report of Richard L. DeGrandchamp, PhD ("DeGrandchamp Rpt."), January 29, 2018;

10. Memo from Eby, July 18, 1961, MONS 096859;

11. Memo from Paton, April 3, 1970, TOWOLDMON0051983-84;

12. Memo from Kelly, March 30, 1970, MONS 099541;

13. Excerpt of Deposition of Dr. James Olson ("Olson Dep."), August 22, 2017, pages 23-26, 98-102, 217-218, 224,

14. Affidavit of James R. Olson, Ph.D., July 18, 2018;

15. Supplemental Expert Report of Jack V. Matson, Ph.D., PE, January 11, 2018;

16. Excerpt of Deposition of Jack Vincent Matson, *Town of Westport v. Monsanto et al.*, 1:14-cv-12041, ("Matson Westport Dep."), September 9, 2016, pages 267-268,

17. Memo from Kelly to Wild, Feb. 21, 1967, MONS 096495;

18. PCB Environmental Pollution Abatement Plan, MONS 035372-92;

19. Minutes of Meeting of the Corporate Development Committee, November 17, 1969, TOWOLDMON0051139-51141;

20. Presentation to Field Sales, TOWOLDMON0046386-46410;

21. PCB Publicity memo from Paton, Feb. 16, 1970, DSW 318222.55-.56;

22. Pollution Letter from Johnson, Feb. 16, 1970, MONS 100123-124;

23. Handwritten letter titled PCB Publicity, DSW 318257-58;

24. PCB Publicity memo from Paton, March 31, 1970, DSW 318184;

25. Polychlorinated Biphenyls (PCB's) – A Report on Uses, Environmental and Health Effects and Disposal, MONS 061333-061359;

26. Termite Soil Poison Tests, 1938, TOWOLDMON0060992-99;

27. Aroclor Degradation in Soil memo from Wheeler, April 8, 1969, TRAN 008733;

28. Letter from Papageorge to Viland, October 1, 1970, MONS 089532-33;

29. Lindane-Aroclor Combinations Bulletin No. Ex-43, Feb. 3, 1953, TOWOLDMON0037820-23;

30. "The Ubiquitous Aroclor 'Genie' Does it Again," 1961, TOWOLDMON0047981;

31. PCB Presentation to Corporate Development Committee, November 17, 1969, TOWOLDMON0052202-42;

32. Improved Plasticizers for Polysulfides: Monsanto Technical Bulletin, May 1970, TOWOLDMON0034332-34339;

33. Replacement Suggestions for Aroclor Plasticizers, TOWOLDMON0020462-74;

34. Memo from Waychoff re Future Plans for Aroclor Plasticizers, March 12, 1969, DSW 593169-78;

35. Call Report, Products Research & Chemical Corp, February 1970, 53039-53040;

36. Memo to file from Wells, November 1, 1968, TOWOLDMON0054094;

37. Plasticizer Sales Call Report Interchemical Corporation Presstite Division, October 31, 1967, TOWOLDMON0053421-23;

38. Final Report on Application on Present Plasticizers, 1955 Part II, October 28, 1956, HARTOLDMON0005166-5198;

39. Final Report on Screening Tests on Monsanto and Competitive Plasticizers – 1954, May 16, 1955, HARTOLDMON0005150-65;

40. Call Report from Deakin, May 4, 1970, HARTOLDMON0004714-15;

41. Memo from Kelly re Aroclor Toxicity, September 20, 1955, MONS 095196-97;

42. Letter from Strand to Wood, November 28, 1966, MONS 090520-22;

43. Report of Aroclor "Ad Hoc" Committee second draft, October 15, 1969, DSW 164905-164937;

44. Memo from Wood to Buchanan, Jan. 26, 1967, MONS 098136-38;

45. LKB Press Release, January 10, 1967, MONS062162-165;

46. Expert Report of Robert F. Herrick ("Herrick Rpt."), D.S., July 17, 2017;

47. Rebuttal Expert Report of Robert F. Herrick, D.S. ("Herrick Rebuttal"), January 15, 2018;

48. The Problem of Possible Systemic Effects from Certain Chlorinated Hydrocarbons, September 1937, TOXSTUDIES0005-33;

49. Further Observation on the Possible Systemic Toxicity of Certain of the Chlorinated Hydrocarbons with Suggestions for Permissible Concentrations in the Air of Workrooms, May 1939, TOXSTUDIES0085-90;

50. Memo from Wheeler, September 1, 1953, MONS 095187;

51. Department 246 (Aroclors), Nov. 14, 1955, TOWOLDMON0007919;

52. Toxicity Considerations in Pollution Control, Jan.-Feb. 1957;

53. Excerpt of Deposition of Ross Hartman ("Hartman Dep. II"), September 13, 2017, pages 268-271, 142-146,

54. Excerpt of Deposition of Ross Hartman ("Hartman Dep."), September 11, 2017, pages 83, 106-109, 121-122, 210

55. Compilation of AirTemp invoices from 2014-2016, AirTemp0001-61;

56. Email, from Bazzano to Slater, July 8, 2013;

57. Excerpt of Deposition of Claudio Bazzano ("Bazzano Dep."), April 13, 2017, pages 173-174,

58. Excerpt of Deposition of Paul M. Drummey ("Drummey Dep."), April 19, 2017, pages 47-49,

59. Excerpt of Deposition of Claudio Bazzano ("Bazzano Dep. II"), September 12, 2017, pages 28, 42-51, 104

60. HVAC maintenance and repairs 1992-1993, COHDPW00004413-4425, 4845-4849;

61. Excerpt of Deposition of Donald Slater ("Slater Dep."), September 27, 2017, pages 51-52, 128-130;

62. Excerpt of Deposition of Edwin Arroyo ("Arroyo Dep."), April 20, 2017, pages 73-74, ;

63. Excerpt of Deposition of Thomas Welcome ("Welcome Dep."), July 13, 2017, pages 102-104, 226, 229;

64. Email, Keaney to Mena, MD Fox, December 23, 2008;

65. Rebuttal Expert Report of Ross Hartman, January 15, 2018;

66. EPA, Consent Agreement and Final Order, *In the Matter of the City of New York*, TSCA-02-2010-9201;

67. CT DEEP, Connecticut DEEP Caulk Guidance, March 5, 2013, http://www.ct.gov/deep/lib/deep/waste_management_and_disposal/construction_renovation_demolition/deep_pcb_caulk_regulation_chart.pdf (last accessed July 21, 2018);

68. Excerpt of Deposition of Pete Folino ("Folino Dep."), June 2, 2017, pages 140-141, ;

69. Excerpt of Deposition of Gilbrato DeValle ("DeValle Dep."), April 25, 2017, pages 106-110, 137-138,158-159,

70. Excerpt of Deposition of Robert Herrick, Sc.D. (" Herrick Dep. II"), Feb. 16, 2018, pages 273-275,

71. Excerpt of Deposition of John Terrill ("Terrill Dep."), April 27, 2017, pages 52-53

72. Permits regarding cooling tower, City of Hartford Department of Licenses and Inspections, October 16, 2001;

73. Permits from 2000, City of Hartford Department of Licenses and Inspections, 2000;

74. Email, from Claudio Bazzano, August 5, 2014, HRTFDSCHL036229-30;

75. Rebuttal Expert Report of Mark W. Tebbets, January 15, 2018;

76. Excerpt of Deposition of Patrick Craffey ("Craffey Dep."), August 17, 2017, pages 66, 83-88,

77. PCB Detection Report, Eagle Environmental, October 22, 2014;

78. Plaintiffs' Damages Analysis, July 17, 2017;

79. International Agency for Research on Cancer ( "IARC (2016)"), "Polychlorinated and Polybrominated Biphenyls", Vol. 107 (2016);

80. Property Record Card, 75 Clark Street, http://assessor1.hartford.gov/default.asp (last accessed July 21, 2018);

81. Meeting of the Board of Directors, November 22, 1967; TOWOLDMON0054630-31;

82. Memo from Kelly to Wood, Feb. 27, 1967, MONS097694;

83. Report of Aroclor "Ad Hoc" Committee, October 2, 1969, TOWOLDMON0047671-83;

84. Minutes of Aroclor "Ad Hoc" Committee, September 5, 1969, MONS 030483-86;

85. Quarterly Report: July, August, September 1969, MONS036714-19;

86. Excerpt of Deposition of William Papageorge ("Papageorge Maertin") , Maertin v. Monsanto, Nov. 12, 1997, pages 88, 99, 167

87. Call report – Sonneborn, June 3, 1970, TOWOLDMON0047362;

88. Call Report – Intercoastal, July 27, 1970, LEXOLDMON006717;

89. Letter from Clark to McCabe, June 8, 1970, TOWOLDMON0053035;

90. Compilation of Aroclor Warnings;

91. Plasticizer Patter, February 1961, LEXOLDMON005375-93;

92. Compilation of Aroclor Plasticizer Advertisements;

93. Call Report – Amsco, June 1970, TOWOLDMON0053377;

94. Broadhurst, Use and Replaceability of Polychlorinated Biphenyls, October 1972;

95. Excerpt of Deposition of John Schell ("Schell Dep.") , January 11, 2018, pages 202-203.

96. Experimental Production of Bladder Tumors in Dogs by Administration of Beta-Naphthylamine, 1938;

97. Polychlorinated Biphenyls (PCB) Penalty Policy, US EPA, April 9, 1990;

98. Excerpt of Deposition of Jack Butkus, August 24, 2017, page 52; and

99. Chloracne From an Unusual Exposure to Arochlor, Meigs et al., MONS 097316-17.

Respectfully submitted,

  /s/  Brett Land
Scott Summy (*Pro Hac Vice*)
Celeste A. Evangelisti (*Pro Hac Vice*)
Carla Burke Pickrel (*Pro Hac Vice*)
Brett Land (*Pro Hac Vice*)
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Tel:  (214) 521-3605
Fax:  (214) 520-1181
ssummy@baronbudd.com

cevangelisti@baronbudd.com
cburkepickrel@baronbudd.com
bland@baronbudd.com

Howard G. Rifkin
**CORPORATION COUNSEL**
**CITY OF HARTFORD**
550 Main Street, Suite 210
Hartford, CT  06103
Tel:  (860) 757-9700
Fax:  (860) 722-8114
Howard.Rifkin@Hartford.gov

### CERTIFICATE OF SERVICE

    I hereby certify that on July 23, 2018, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

     /s/  Brett Land
Brett Land (*Pro Hac Vice*)
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Tel:  (214) 521-3605
Fax:  (214) 520-1181
bland@baronbudd.com