Civil- (Dec-2008)

HONORABLE: Robert N. Chatigny
DEPUTY CLERK L. Pipech    RPTR/ECRO/TAPE Darlene Warner
TOTAL TIME: 2 hours 50 minutes
DATE: 2/4/2019   START TIME: 2:05 p.m.   END TIME: 4:55 p.m.
LUNCH RECESS   FROM:             TO:
RECESS (if more than ½ hr)   FROM:             TO:

CIVIL NO. 3:15-cv-1544-RNC

City of Hartford, et al.

Counsel for Plaintiffs: Alicia D. Butler, Brett Land, Carla Pickrel

vs
Monsanto Company, et al.

Counsel for Defendants: Brandon Arber, Thomas Goutman, Kim Kocher, Michael Miller, Paul Williams, Richard Campbell,

## COURTROOM MINUTES- CIVIL

- [x] Motion hearing
- [ ] Show Cause Hearing
- [x] Evidentiary Hearing
- [ ] Judgment Debtor Exam
- [ ] Miscellaneous Hearing

Oral Argument re: Summary Judgment Motions/Daubert Hearing

- [x] ….. #266 Motion for Summary Judgment — [ ] granted [ ] denied [ ] advisement
- [x] ….. #283 Motion to Preclude/Exclude Testimony of Patrick Craffey — [ ] granted [ ] denied [ ] advisement
- [ ] ….. # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
- [ ] ….. # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
- [ ] ….. # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
- [ ] ….. # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
- [ ] ….. # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
- [ ] ….. Oral Motion ___ — [ ] granted [ ] denied [ ] advisement
- [ ] ….. Oral Motion ___ — [ ] granted [ ] denied [ ] advisement
- [ ] ….. Oral Motion ___ — [ ] granted [ ] denied [ ] advisement
- [ ] ….. Oral Motion ___ — [ ] granted [ ] denied [ ] advisement
- [ ] ….. [ ] Briefs(s) due ___   [ ] Proposed Findings due ___   Response due ___
- [ ] ………… ___ — [ ] filed [ ] docketed
- [ ] ………… ___ — [ ] filed [ ] docketed
- [ ] ………… ___ — [ ] filed [ ] docketed
- [ ] ………… ___ — [ ] filed [ ] docketed
- [ ] ………… ___ — [ ] filed [ ] docketed
- [ ] ………… ___ — [ ] filed [ ] docketed
- [ ] ………… Hearing continued until ___ at ___

Notes: