UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CITY OF HARTFORD and HARTFORD BOARD OF EDUCATION, | : CIVIL ACTION NO. :<br>: 3:15-CV-01544 (RNC) |
| Plaintiffs, | : |
| VS. | : |
| MONSANTO COMPANY, SOLUTIA INC. and PHARMACIA CORPORATION, | : |
| Defendants. | : MAY 12, 2021 |

**TWENTY-FIRST JOINT STATUS REPORT**

Pursuant to the Court's Scheduling Order Regarding Case Management Plan ("Scheduling Order", Dkt # 42) and May 16, 2018 text order, undersigned counsel hereby submit this Joint Status Report on behalf of Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC (improperly referred to by Plaintiffs as Pharmacia Corporation) (collectively "Defendants") and Plaintiffs City of Hartford and Hartford Board of Education (collectively "Hartford" or "Plaintiffs").

This matter concerns the presence of polychlorinated biphenyls (PCBs) in a Hartford school building. Plaintiffs contend that demolition and/or remediation is not feasible until there is a resolution of the issues in the case. Oral argument on the Motion for Summary Judgment was heard on February 4, 2019. The pendency of a ruling on the Motion for Summary Judgment affects Plaintiff's ability to take steps to address the vacant building.

**I.    CASE STATUS**

    **A.    Pending or Anticipated Motions**

        1.    *Pending*

Discovery in this matter has concluded.

On June 15, 2018, Defendants filed their Motion for Summary Judgment (Dk#266), Defendants' Memorandum In Support of Motion for Summary Judgment (Dk#267), Statement of Material Facts with Exhibits (Dk#268) and Exhibit List to Rule 56(a)(1) Statement (Dk#269). On July 23, 2018, Plaintiffs filed their Memorandum in Opposition to Defendants' Motion for Summary Judgment (Dk#277), Statement of Material Facts (Dk#278) and Exhibit List (Dk#279). On February 1, 2019 Defendants' filed a Request for Leave to File Errata Record (Dk#291 which was granted by the Court on February 4, 2019 (Dk#292).

On August 22, 2018, Defendants filed Defendants' Motion to Exclude the Testimony of Patrick S. Craffey and Memorandum of Law in Support of same (Dk##283, 284), Defendants' Reply in Support of Defendants' Motion for Summary Judgment (Dk#285), and Defendants' Response to Plaintiffs' Statement of Material Facts and Exhibit List (Dk##286, 287).  On September 21, 2018, Plaintiffs filed their Opposition to Defendants' Motion to Exclude the Testimony of Patrick S. Craffey (Dk#288).  On October 5, 2018, Defendants filed their Reply to Plaintiffs' Opposition (Dk#289).

On February 4, 2019 the Court heard oral argument regarding Defendants' Motion for Summary Judgment and all summary judgment-related *Daubert* motions.

On June 26, 2019 Plaintiffs filed Motion for Leave to File Notice of Supplemental Authority (Dk#299) and on June 27, 2019 Plaintiffs filed their Notice of Supplemental Authority (Dk#300). On July 8, 2019 Defendants filed their Motion for Reconsideration and Strike and Memorandum in Support of same (Dk#302, 303). On July 29, 2019 Plaintiffs filed their Opposition to Defendants' Motion to Reconsideration and Strike.

2. *Anticipated Motions*

None at this time. The parties may be in a better position to identify additional motions following the Court's rulings on Defendants' Motion for Summary Judgment and all summary judgment-related *Daubert* motions argued before the Court on February 4, 2019.

3. *Detailed Statement of All Discovery Undertaken to Date*

*See* August 15, 2018 Joint Status Report (Dk#282). No change.

4. *Specific Discovery that Remains to Be Completed*

None. Discovery is closed.

II. **INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES**

Plaintiffs are willing to engage in settlement negotiations, but the parties have not participated in any formal settlement talks to date. On December 1, 2017, the parties jointly filed a statement with the Court indicating that, while the parties are not seeking to schedule a mediation at this time, they prefer to submit to mediation before a Court-appointed Magistrate Judge, at an appropriate time.

III. **WHETHER THE PARTIES WILL CONSENT TO EITHER A JURY TRIAL OR A BENCH TRIAL BEFORE A MAGISTRATE JUDGE**

The parties do not consent to a trial before a Magistrate Judge.

IV. **ESTIMATED LENGTH OF TRIAL**

The parties are not able to estimate the length of eventual trial, if any, at this time. The parties may be in a better position to do so following the Court's rulings on the motions argued before the Court on February 4, 2019.

| | |
|---|---|
| DEFENDANTS,<br>MONSANTO COMPANY, SOLUTIA INC. and PHARMACIA CORPORATION, | PLAINTIFFS,<br>CITY OF HARTFORD and HARTFORD BOARD OF EDUCATION, |

By:  /s/ Paul D. Williams                          By:  /s/ Brett Land

<div style="display:flex">
<div>

Paul D. Williams (ct05244)
pdwilliams@daypitney.com
Elizabeth C. Barton (ct07660)
ecbarton@daypitney.com
Elizabeth P. Retersdorf (ct29178)
eretersdorf@daypitney.com
Day Pitney LLP
242 Trumbull Street
Hartford, CT  06103-1212
(860) 275-0100
(860) 275-0343 (fax)

Thomas M. Goutman (admitted *pro hac vice*)
tgoutman@shb.com
David S. Haase (admitted *pro hac vice*)
dhaase@shb.com
Rosemary Schnall (admitted *pro hac vice*)
rschnall@shb.com
Kim Kocher (admitted *pro hac vice*)
kkocher@shb.com
Shook, Hardy & Bacon, LLP
2001 Market Street, Suite 3000
Philadelphia, PA  19103
(215) 575-3136
(215) 278-2594 (fax)


Richard L. Campbell
rcampbell@shb.com
Brandon Arber (admitted *pro hac vice*)
barber@shb.com
Shook, Hardy & Bacon, LLP
101 Federal Street, 19th Floor
Boston, MA 02110
(816) 559-4025



Adam E. Miller (admitted *pro hac vice 08574*)
miller@capessokol.com
Capes, Sokol, Goodman
   & Sarachan, P.C.
7701 Forsyth Boulevard
Twelfth Floor
St. Louis, MO 63105
(314) 754-4810
(314) 754-4811 (fax)

</div>
<div>

Scott Summy (admitted *pro hac vice*)
ssummy@baronbudd.com
Celeste Evangelisti (admitted *pro hac vice*)
cevangelisti@baronbudd.com
Carla Burke (admitted *pro hac vice*)
cburke@baronbudd.com
Brett Land (admitted *pro hac vice*)
bland@baronbudd.com
Cary McDougal (admitted *pro hac vice*)
cmcdougal@baronbudd.com
Zachary Sandman (admitted *pro hac vice*)
zsandman@baronbudd.com
Alicia D. Butler
abutler@baronbudd.com
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
(214) 521-3605
(214) 520-1181 (fax)

Morgan P. Rueckert (ct19838)
mrueckert@goodwin.com
Alfredo G. Fernandez (ct29238)
afernandez@goodwin.com
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103
(860) 251-5000
(860) 251-5099 (fax)


Howard G. Rifkin (ct29978)
Howard.Rifkin@hartford.gov
City of Hartford Corporation Counsel
550 Main Street
Hartford, CT  06103
(860) 757-9705
(860) 722-8114

Their Attorneys

</div>
</div>

9809238v1

-5-

Erik L. Hansell (admitted *pro hac vice*)
erik.hansell@huschblackwell.com
Husch Blackwell, LLP
190 Carondelet Plaza, Ste. 600
St. Louis, MO  63105
(314) 480-1917
(314) 480-1505 (fax)

Their Attorneys

CERTIFICATE OF ELECTRONIC FILING

      I hereby certify that on the date of the above captioned filing, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    */s/ Paul D. Williams*
    Paul D. Williams (ct05244)
    Day Pitney LLP
    242 Trumbull Street
    Hartford, CT  06103-1212
    (860) 275-0100
    (860) 275-0343 (fax)
    pdwilliams@daypitney.com

9809238v1